**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

-------------------------------------------------------x
DEBORAH CHIN, Individually and      :     **Case No. 04-CV-10294 DPW**
On behalf of All Others Similarly Situated,  :
                                  :
       Plaintiffs,             :
                                  :     **MOTION FOR APPOINTMENT OF**
v.                             :     **LEAD PLAINTIFF AND APPROVAL**
                                  :     **OF LEAD PLAINTIFF'S SELECTION**
                                  :     **OF COUNSEL**
SONUS NETWORKS, INC., PAUL R.    :
JONES, EDWARD N. HARRIS, J.      :
MICHAEL O'HARA, HASSAN M.      :
AHMED and STEPHEN J. NILL,     :
                                  :
       Defendants.           :
-------------------------------------------------------x
-------------------------------------------------------x
INFORMATION DYNAMICS, LLC     :
 Individually and On behalf of All Others  :
Similarly Situated,             :     **Case No. 04-CV-10308 DPW**
                                  :
       Plaintiffs,             :
                                  :
v.                             :
                                  :
SONUS NETWORKS, INC., PAUL R.    :
JONES, EDWARD N. HARRIS, J.      :
MICHAEL O'HARA, HASSAN M.      :
AHMED and STEPHEN J. NILL,     :
                                  :
       Defendants.           :
-------------------------------------------------------x

```
------------------------------------------------------x
PETER KALTMAN,  Individually and On        :
behalf of All Others Similarly Situated,   :        Case No. 04-CV-10309 DPW
                                           :
            Plaintiffs,                    :
                                           :
v.                                         :
                                           :
SONUS NETWORKS, INC., PAUL R.              :
JONES, EDWARD N. HARRIS, J.                :
MICHAEL O'HARA, HASSAN M.                  :
AHMED and STEPHEN J. NILL,                 :
                                           :
            Defendants.                    :
------------------------------------------------------x
------------------------------------------------------x
SAMANTHA DEN,  Individually and On         :
behalf of All Others Similarly Situated,   :        Case No. 04-CV-10310 DPW
                                           :
            Plaintiffs,                    :
                                           :
v.                                         :
                                           :
SONUS NETWORKS, INC., PAUL R.              :
JONES, EDWARD N. HARRIS, J.                :
MICHAEL O'HARA, HASSAN M.                  :
AHMED and STEPHEN J. NILL,                 :
                                           :
            Defendants.                    :
------------------------------------------------------x
------------------------------------------------------x
RONALD KASSOVER,  Individually and         :
On behalf of All Others Similarly Situated, :       Case No. 04-CV-10329 DPW
                                           :
            Plaintiffs,                    :
                                           :
v.                                         :
                                           :
SONUS NETWORKS, INC., PAUL R.              :
JONES, EDWARD N. HARRIS, J.                :
MICHAEL O'HARA, HASSAN M.                  :
AHMED and STEPHEN J. NILL,                 :
                                           :
            Defendants.                    :
------------------------------------------------------x
```

```
-------------------------------------------------------x
STEVE L. BAKER,  Individually and On          :
behalf of All Others Similarly Situated,      :        Case No. 04-CV-10333 DPW
                                              :
              Plaintiffs,                     :
                                              :
v.                                            :
                                              :
SONUS NETWORKS, INC., PAUL R.                 :
JONES, EDWARD N. HARRIS, J.                   :
MICHAEL O'HARA, HASSAN M.                     :
AHMED and STEPHEN J. NILL,                    :
                                              :
              Defendants.                     :
-------------------------------------------------------x
-------------------------------------------------------x
HAIMING HU,  Individually and On             :
behalf of All Others Similarly Situated,      :        Case No. 04-CV-10346 DPW
                                              :
              Plaintiffs,                     :
                                              :
v.                                            :
                                              :
SONUS NETWORKS, INC., PAUL R.                 :
JONES, EDWARD N. HARRIS, J.                   :
MICHAEL O'HARA, HASSAN M.                     :
AHMED and STEPHEN J. NILL,                    :
                                              :
              Defendants.                     :
-------------------------------------------------------x
-------------------------------------------------------x
MICHAEL KAFFEE,  Individually and On         :
behalf of All Others Similarly Situated,      :        Case No. 04-CV-10345 DPW
                                              :
              Plaintiffs,                     :
                                              :
v.                                            :
                                              :
SONUS NETWORKS, INC., PAUL R.                 :
JONES, EDWARD N. HARRIS, J.                   :
MICHAEL O'HARA, HASSAN M.                     :
AHMED and STEPHEN J. NILL,                    :
                                              :
              Defendants.                     :
-------------------------------------------------------x
```

```
-----------------------------------------------------x
SANUEL HO,  Individually and On            :
behalf of All Others Similarly Situated,   :        **Case No. 04-CV-10363 DPW**
                                           :
            Plaintiffs,                    :
                                           :
v.                                         :
                                           :
SONUS NETWORKS, INC., PAUL R.              :
JONES, EDWARD N. HARRIS, J.                :
MICHAEL O'HARA, HASSAN M.                  :
AHMED and STEPHEN J. NILL,                 :
                                           :
            Defendants.                    :
-----------------------------------------------------x
-----------------------------------------------------x
MICHELLE TREBITSCH,  Individually          :
and On behalf of All Others Similarly      :        **Case No. 04-CV-10307 DPW**
Situated,                                  :
                                           :
            Plaintiffs,                    :
                                           :
v.                                         :
                                           :
SONUS NETWORKS, INC., PAUL R.              :
JONES, EDWARD N. HARRIS, J.                :
MICHAEL O'HARA, HASSAN M.                  :
AHMED and STEPHEN J. NILL,                 :
                                           :
            Defendants.                    :
-----------------------------------------------------x
```

```
-------------------------------------------------------x
JEFFREY RODRIGUES,  Individually and  :
On behalf of All Others Similarly Situated,  :        **Case No. 04-CV-10364 DPW**
                                          :
            Plaintiffs,                   :
                                          :
v.                                        :
                                          :
SONUS NETWORKS, INC., PAUL R.             :
JONES, EDWARD N. HARRIS, J.               :
MICHAEL O'HARA, HASSAN M.                 :
AHMED and STEPHEN J. NILL,                :
                                          :
            Defendants.                   :
-------------------------------------------------------x
-------------------------------------------------------x
SHELIA BROWNELL,  Individually and  :
On behalf of All Others Similarly Situated,  :        **Case No. 04-CV-10597 DPW**
                                          :
            Plaintiffs,                   :
                                          :
v.                                        :
                                          :
SONUS NETWORKS, INC., PAUL R.             :
JONES, EDWARD N. HARRIS, J.               :
MICHAEL O'HARA, HASSAN M.                 :
AHMED and STEPHEN J. NILL,                :
                                          :
            Defendants.                   :
-------------------------------------------------------x
-------------------------------------------------------x
CHARLIE STARBUCK, Individually and  :
On behalf of All Others Similarly Situated,  :        **Case No. 04-CV-10362 DPW**
                                          :
            Plaintiffs,                   :
                                          :
v.                                        :
                                          :
SONUS NETWORKS, INC., PAUL R.             :
JONES, EDWARD N. HARRIS, J.               :
MICHAEL O'HARA, HASSAN M.                 :
AHMED and STEPHEN J. NILL,                :
                                          :
            Defendants.                   :
-------------------------------------------------------x
```

```
----------------------------------------------------x
DANIEL WILLIAMS, Individually and On   :
behalf of All Others Similarly Situated,   :        Case No. 04-CV-10359 DPW
                                           :
            Plaintiffs,                    :
                                           :
v.                                         :
                                           :
SONUS NETWORKS, INC., PAUL R.              :
JONES, EDWARD N. HARRIS, J.                :
MICHAEL O'HARA, HASSAN M.                  :
AHMED and STEPHEN J. NILL,                 :
                                           :
            Defendants.                    :
----------------------------------------------------x
----------------------------------------------------x
ROBERT CONTI, Individually and On          :
behalf of All Others Similarly Situated,   :        Case No. 04-CV-10382 DPW
                                           :
            Plaintiffs,                    :
                                           :
v.                                         :
                                           :
SONUS NETWORKS, INC., PAUL R.              :
JONES, EDWARD N. HARRIS, J.                :
MICHAEL O'HARA, HASSAN M.                  :
AHMED and STEPHEN J. NILL,                 :
                                           :
            Defendants.                    :
----------------------------------------------------x
```

```
-------------------------------------------------------x
WHEATON ELECTRICAL SERVICES         :
401(k) PLAN,  Individually and On   :
behalf of All Others Similarly      :        **Case No. 04-CV-10383 DPW**
Situated,                           :
                                    :
              Plaintiffs,           :
                                    :
v.                                  :
                                    :
SONUS NETWORKS, INC., PAUL R.       :
JONES, EDWARD N. HARRIS, J.         :
MICHAEL O'HARA, HASSAN M.           :
AHMED and STEPHEN J. NILL,          :
                                    :
              Defendants.           :
-------------------------------------------------------x
-------------------------------------------------------x
BRIAN CLARK,  Individually and On   :
behalf of All Others Similarly Situated,  :   **Case No. 04-CV-10454 DPW**
                                    :
              Plaintiffs,           :
                                    :
v.                                  :
                                    :
SONUS NETWORKS, INC., PAUL R.       :
JONES, EDWARD N. HARRIS, J.         :
MICHAEL O'HARA, HASSAN M.           :
AHMED and STEPHEN J. NILL,          :
                                    :
              Defendants.           :
-------------------------------------------------------x
```

```
---------------------------------------------------x
SAVERIO PUGLIESSE,  Individually and      :
On behalf of All Others Similarly Situated,   :        Case No. 04-CV-10612 DPW
                                          :
          Plaintiffs,                     :
                                          :
v.                                        :
                                          :
SONUS NETWORKS, INC., PAUL R.             :
JONES, EDWARD N. HARRIS, J.               :
MICHAEL O'HARA, HASSAN M.                 :
AHMED and STEPHEN J. NILL,                :
                                          :
          Defendants.                     :
---------------------------------------------------x
---------------------------------------------------x
DAVID V. NOCITO,  Individually and On     :
behalf of All Others Similarly Situated,   :        Case No. 04-CV-10623 DPW
                                          :
          Plaintiffs,                     :
                                          :
v.                                        :
                                          :
SONUS NETWORKS, INC., PAUL R.             :
JONES, EDWARD N. HARRIS, J.               :
MICHAEL O'HARA, HASSAN M.                 :
AHMED and STEPHEN J. NILL,                :
                                          :
          Defendants.                     :
---------------------------------------------------x
```

Upon the Declaration of Justin S. Kudler dated April 12, 2004, and the exhibits thereto, and on the accompanying memorandum of law, proposed Lead Plaintiff Brad Rollow ("Rollow") hereby moves this Court for an order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), (i) appointing Mr. Rollow to serve as Lead Plaintiff in this action, and (ii) approving Lead Plaintiff's selection of Schatz & Nobel, P.C. and Ragsdale & Frese LLC as Co- Lead Counsel.

Dated: April 12, 2004                              Respectfully submitted,

                                                   **SCHATZ & NOBEL, P.C.**

                                                   By: /s/  Justin S. Kudler
                                                       Justin S. Kudler (BBO #644824)
                                                       330 Main Street
                                                       Hartford, Connecticut 061016
                                                       Tel.: (860) 493-6292
                                                       Fax: (860) 493-6290

                                                       Counsel for Proposed Lead
                                                       Plaintiff Brad Rollow

Of Counsel:

Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut  06103
Tel.:    (860) 493-6292
Fax:    (860) 493-6290

M. Clay Ragsdale, Esq.
**Ragsdale & Frese LLC**
Concord Center, Suite 820
2100 Third Avenue North
Birmingham, AL  35203
Telephone:     (205) 251-4775
Facsimile:     (205) 251-4777