**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---------------------------------------------------------x
DEBORAH CHIN, Individually and :
On behalf of All Others Similarly Situated, : **Case No. 04-CV-10294 DPW**
:
        Plaintiffs, : **[PROPOSED]**
: **ORDER APPOINTING BRAD**
v. : **ROLLOW AS LEAD PLAINTIFF AND**
: **APPROVING SELECTION OF**
SONUS NETWORKS, INC., PAUL R. : **COUNSEL**
JONES, EDWARD N. HARRIS, J. :
MICHAEL O'HARA, HASSAN M. :
AHMED and STEPHEN J. NILL, :
:
        Defendants. :
---------------------------------------------------------x
---------------------------------------------------------x
INFORMATION DYNAMICS, LLC :
Individually and On behalf of All Others :
Similarly Situated, : **Case No. 04-CV-10308 DPW**
:
        Plaintiffs, :
:
v. :
:
SONUS NETWORKS, INC., PAUL R. :
JONES, EDWARD N. HARRIS, J. :
MICHAEL O'HARA, HASSAN M. :
AHMED and STEPHEN J. NILL, :
:
        Defendants. :
---------------------------------------------------------x

---------------------------------------------------------x
PETER KALTMAN, Individually and On behalf of All Others Similarly Situated,

    Plaintiffs,

v.

SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,

    Defendants.
---------------------------------------------------------x

**Case No. 04-CV-10309 DPW**

---------------------------------------------------------x
SAMANTHA DEN, Individually and On behalf of All Others Similarly Situated,

    Plaintiffs,

v.

SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,

    Defendants.
---------------------------------------------------------x

**Case No. 04-CV-10310 DPW**

---------------------------------------------------------x
RONALD KASSOVER, Individually and On behalf of All Others Similarly Situated,

    Plaintiffs,

v.

SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,

    Defendants.
---------------------------------------------------------x

**Case No. 04-CV-10329 DPW**

```
-------------------------------------------------------x
STEVE L. BAKER,  Individually and On            :
behalf of All Others Similarly Situated,        :       Case No. 04-CV-10333 DPW
                                                :
                Plaintiffs,                     :
                                                :
v.                                              :
                                                :
SONUS NETWORKS, INC., PAUL R.                   :
JONES, EDWARD N. HARRIS, J.                     :
MICHAEL O'HARA, HASSAN M.                       :
AHMED and STEPHEN J. NILL,                      :
                                                :
                Defendants.                     :
-------------------------------------------------------x
-------------------------------------------------------x
HAIMING HU,  Individually and On                :
behalf of All Others Similarly Situated,        :       Case No. 04-CV-10346 DPW
                                                :
                Plaintiffs,                     :
                                                :
v.                                              :
                                                :
SONUS NETWORKS, INC., PAUL R.                   :
JONES, EDWARD N. HARRIS, J.                     :
MICHAEL O'HARA, HASSAN M.                       :
AHMED and STEPHEN J. NILL,                      :
                                                :
                Defendants.                     :
-------------------------------------------------------x
-------------------------------------------------------x
MICHAEL KAFFEE,  Individually and On            :
behalf of All Others Similarly Situated,        :       Case No. 04-CV-10345 DPW
                                                :
                Plaintiffs,                     :
                                                :
v.                                              :
                                                :
SONUS NETWORKS, INC., PAUL R.                   :
JONES, EDWARD N. HARRIS, J.                     :
MICHAEL O'HARA, HASSAN M.                       :
AHMED and STEPHEN J. NILL,                      :
                                                :
                Defendants.                     :
-------------------------------------------------------x
```

```
---------------------------------------------------x
SANUEL HO,  Individually and On              :
behalf of All Others Similarly Situated,     :    Case No. 04-CV-10363 DPW
                                             :
          Plaintiffs,                        :
                                             :
                                             :
v.                                           :
                                             :
SONUS NETWORKS, INC., PAUL R.                :
JONES, EDWARD N. HARRIS, J.                  :
MICHAEL O'HARA, HASSAN M.                    :
AHMED and STEPHEN J. NILL,                   :
                                             :
          Defendants.                        :
---------------------------------------------------x
---------------------------------------------------x
MICHELLE TREBITSCH,  Individually            :
and On behalf of All Others Similarly        :    Case No. 04-CV-10307 DPW
Situated,                                    :
                                             :
          Plaintiffs,                        :
                                             :
                                             :
v.                                           :
                                             :
SONUS NETWORKS, INC., PAUL R.                :
JONES, EDWARD N. HARRIS, J.                  :
MICHAEL O'HARA, HASSAN M.                    :
AHMED and STEPHEN J. NILL,                   :
                                             :
          Defendants.                        :
---------------------------------------------------x
```

```
-------------------------------------------------------x
JEFFREY RODRIGUES, Individually and        :
On behalf of All Others Similarly Situated,  :     Case No. 04-CV-10364 DPW
                                             :
              Plaintiffs,                    :
                                             :
v.                                           :
                                             :
SONUS NETWORKS, INC., PAUL R.                :
JONES, EDWARD N. HARRIS, J.                  :
MICHAEL O'HARA, HASSAN M.                    :
AHMED and STEPHEN J. NILL,                   :
                                             :
              Defendants.                    :
-------------------------------------------------------x
-------------------------------------------------------x
SHELIA BROWNELL, Individually and            :
On behalf of All Others Similarly Situated,  :     Case No. 04-CV-10597 DPW
                                             :
              Plaintiffs,                    :
                                             :
v.                                           :
                                             :
SONUS NETWORKS, INC., PAUL R.                :
JONES, EDWARD N. HARRIS, J.                  :
MICHAEL O'HARA, HASSAN M.                    :
AHMED and STEPHEN J. NILL,                   :
                                             :
              Defendants.                    :
-------------------------------------------------------x
-------------------------------------------------------x
CHARLIE STARBUCK, Individually and           :
On behalf of All Others Similarly Situated,  :     Case No. 04-CV-10362 DPW
                                             :
              Plaintiffs,                    :
                                             :
v.                                           :
                                             :
SONUS NETWORKS, INC., PAUL R.                :
JONES, EDWARD N. HARRIS, J.                  :
MICHAEL O'HARA, HASSAN M.                    :
AHMED and STEPHEN J. NILL,                   :
                                             :
              Defendants.                    :
-------------------------------------------------------x
```

```
-------------------------------------------------------x
DANIEL WILLIAMS, Individually and On    :
behalf of All Others Similarly Situated, :    **Case No. 04-CV-10359 DPW**
                                        :
          Plaintiffs,                   :
                                        :
v.                                      :
                                        :
SONUS NETWORKS, INC., PAUL R.           :
JONES, EDWARD N. HARRIS, J.             :
MICHAEL O'HARA, HASSAN M.               :
AHMED and STEPHEN J. NILL,              :
                                        :
          Defendants.                   :
-------------------------------------------------------x
-------------------------------------------------------x
ROBERT CONTI, Individually and On       :
behalf of All Others Similarly Situated, :   **Case No. 04-CV-10382 DPW**
                                        :
          Plaintiffs,                   :
                                        :
v.                                      :
                                        :
SONUS NETWORKS, INC., PAUL R.           :
JONES, EDWARD N. HARRIS, J.             :
MICHAEL O'HARA, HASSAN M.               :
AHMED and STEPHEN J. NILL,              :
                                        :
          Defendants.                   :
-------------------------------------------------------x
```

```
-------------------------------------------------------x
WHEATON ELECTRICAL SERVICES          :
401(k) PLAN, Individually and On     :
behalf of All Others Similarly       :   Case No. 04-CV-10383 DPW
Situated,                            :
                                     :
          Plaintiffs,                :
                                     :
v.                                   :
                                     :
SONUS NETWORKS, INC., PAUL R.        :
JONES, EDWARD N. HARRIS, J.          :
MICHAEL O'HARA, HASSAN M.            :
AHMED and STEPHEN J. NILL,           :
                                     :
          Defendants.                :
-------------------------------------------------------x
-------------------------------------------------------x
BRIAN CLARK, Individually and On     :
behalf of All Others Similarly Situated,  :   Case No. 04-CV-10454 DPW
                                     :
          Plaintiffs,                :
                                     :
v.                                   :
                                     :
SONUS NETWORKS, INC., PAUL R.        :
JONES, EDWARD N. HARRIS, J.          :
MICHAEL O'HARA, HASSAN M.            :
AHMED and STEPHEN J. NILL,           :
                                     :
          Defendants.                :
-------------------------------------------------------x
```

```
-------------------------------------------------------x
SAVERIO PUGLIESSE, Individually and        :
On behalf of All Others Similarly Situated, :    Case No. 04-CV-10612 DPW
                                           :
           Plaintiffs,                     :
                                           :
v.                                         :
                                           :
SONUS NETWORKS, INC., PAUL R.              :
JONES, EDWARD N. HARRIS, J.                :
MICHAEL O'HARA, HASSAN M.                  :
AHMED and STEPHEN J. NILL,                 :
                                           :
           Defendants.                     :
-------------------------------------------------------x
-------------------------------------------------------x
DAVID V. NOCITO, Individually and On       :
behalf of All Others Similarly Situated,   :    Case No. 04-CV-10623 DPW
                                           :
           Plaintiffs,                     :
                                           :
v.                                         :
                                           :
SONUS NETWORKS, INC., PAUL R.              :
JONES, EDWARD N. HARRIS, J.                :
MICHAEL O'HARA, HASSAN M.                  :
AHMED and STEPHEN J. NILL,                 :
                                           :
           Defendants.                     :
-------------------------------------------------------x
```

WHEREAS, by his April 12, 2004 Motion, proposed Lead Plaintiff Brad Rollow ("Rollow") moved for its appointment as a "lead plaintiff" on behalf of investors who purchased the securities of Sonus Networks between June 3, 2003 and February 11, 2004 and for approval of Mr. Rollow's selection of Schatz & Nobel, P.C. and Ragsdale & Frese LLC as Co-Lead Counsel;

WHEREAS, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), the Court finds that Mr. Rollow is the "most adequate plaintiff";

NOW THEREFORE, based upon the Declaration of Justin S. Kudler, the exhibits thereto, and the memorandum of law in support of Mr. Rollow's Motion;

IT IS HEREBY ORDERED that

1. Mr. Rollow is appointed as Lead Plaintiff; and

2. Mr. Rollow's selection of Schatz & Nobel, P.C. and Ragsdale & Frese LLC as Co-Lead Counsel is hereby approved.

DATED: _____, 2004               SO ORDERED:


                                        _____
                                        U.S.D.J.