**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DEBORAH CHIN, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | **Case No. 04-CV-10294 DPW**<br><br>**DECLARATION OF JUSTIN S. KUDLER** |
| INFORMATION DYNAMICS, LLC Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | **Case No. 04-CV-10308 DPW** |

| | |
|---|---|
| PETER KALTMAN, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | **Case No. 04-CV-10309 DPW** |
| SAMANTHA DEN, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | **Case No. 04-CV-10310 DPW** |
| RONALD KASSOVER, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | **Case No. 04-CV-10329 DPW** |

| | |
|---|---|
| STEVE L. BAKER, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | **Case No. 04-CV-10333 DPW** |
| HAIMING HU, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | **Case No. 04-CV-10346 DPW** |
| MICHAEL KAFFEE, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | **Case No. 04-CV-10345 DPW** |

| | |
|---|---|
| SANUEL HO, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | **Case No. 04-CV-10363 DPW** |
| MICHELLE TREBITSCH, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | **Case No. 04-CV-10307 DPW** |

| | |
|---|---|
| JEFFREY RODRIGUES, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | **Case No. 04-CV-10364 DPW** |
| SHELIA BROWNELL, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | **Case No. 04-CV-10597 DPW** |
| CHARLIE STARBUCK, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | **Case No. 04-CV-10362 DPW** |

| | |
|---|---|
| DANIEL WILLIAMS, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | **Case No. 04-CV-10359 DPW** |
| ROBERT CONTI, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | **Case No. 04-CV-10382 DPW** |

| | | |
|---|---|---|
| WHEATON ELECTRICAL SERVICES 401(k) PLAN, Individually and On behalf of All Others Similarly Situated, | : | **Case No. 04-CV-10383 DPW** |
| Plaintiffs, | : | |
| v. | : | |
| SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL, | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| BRIAN CLARK, Individually and On behalf of All Others Similarly Situated, | : | **Case No. 04-CV-10454 DPW** |
| Plaintiffs, | : | |
| v. | : | |
| SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL, | : | |
| Defendants. | : | |

| | |
|---|---|
| SAVERIO PUGLIESSE, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | **Case No. 04-CV-10612 DPW** |

| | |
|---|---|
| DAVID V. NOCITO, Individually and On behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | **Case No. 04-CV-10623 DPW** |

JUSTIN S. KUDLER hereby declares as follows:

1. I am an attorney with the law firm of Schatz & Nobel, P.C., Counsel for proposed lead plaintiff Brad Rollow ( "Rollow").

2. This declaration is submitted in support of Mr. Rollow's Motion for Appointment of Lead Plaintiff on behalf of investors that purchased the securities of Sonus Networks between June 3, 2003 and February 11, 2004 ("the Class") and for approval of the Rollow Group's choice of Schatz & Nobel, P.C. and Ragsdale & Frese LLC as Co-Lead Counsel for the Class.

3. Attached hereto as Exhibit "A" is a true and accurate copy of the Certification of Named Plaintiff signed by Mr. Rollow.

4. Attached hereto as Exhibit "B" is a true and correct copy of the Notice that Cauley Geller Bowman & Rudman, LLP published on PR Newswire on February 12, 2004.

5. Attached hereto as Exhibit "C" is the firm resume for Schatz & Nobel, P.C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of April, 2004.

/s/ Justin S. Kudler
Justin S. Kudler (BBO #644824)
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel.: (860) 493-6292
Fax: (860) 493-6290

Counsel for Proposed Lead Plaintiff
Brad Rollow