UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, On Behalf of Herself and All Others Similarly Situated,<br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.<br>　　　　　　　　　　Defendants. | Case No. 04 cv 10294 (DPW) |

THIS DOCUMENT RELATES TO CASE NOS.:
04 cv 10307; 04 cv 10308; 04 cv 10309;
04 cv 10310; 04 cv 10329; 04 cv 10333;
04 cv 10345; 04 cv 10346; 04 cv 10359;
04 cv 10362; 04 cv 10363; 04 cv 10364;
04 cv 10382; 04 cv 10383; 04 cv 10384;
04 cv 10454; 04 cv 10576; 04 cv 10597;
04 cv 10612; 04 cv 10623; 04 cv 10714;
04 cv 10314 (MLW); 04 cv 11315 (MLW)

**DECLARATION OF ROBERT C. FINKEL IN SUPPORT OF
THE MOTION OF CHRIS E. PATERICK FOR CONSOLIDATION, APPOINTMENT
AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL**

　　　　I, Robert C. Finkel, declare under penalty of perjury as follows:

　　　　1.　　I am an attorney duly admitted to the Bar of the State of New York. I am also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York. I am a member of the law firm of Wolf Popper LLP, counsel for Movant Chris E. Paterick ("Paterick") in the above-captioned action and related actions in this District.

　　　　2.　　I submit this Declaration in support of Paterick's motion for an order pursuant to

Doc#: 141317 Ver#:1 3094:877

Fed. R. Civ. P. 42(a) and §21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), (a) consolidating the above-captioned securities class action and any subsequently filed related actions; (b) appointing Paterick as Lead Plaintiff in this action and in any consolidated related action; and (c) approving Movant's selection of Wolf Popper LLP as Lead Counsel.

3.  Attached hereto as Exhibit 1 is a true and correct copy of the certification form signed by Movant Paterick, pursuant to §21D(a)(2)(A) of the Exchange Act.

4.  Attached hereto as Exhibit 2 is a chart demonstrating and quantifying Paterick's losses as a result of his purchases of Sonus common stock from June 5, 2003 through February 11, 2004, inclusive (the "Class Period").

5.  Attached hereto as Exhibit 3 is a copy of the firm resume of Wolf Popper LLP.

6.  Attached hereto as Exhibit 4 is a copy of the firm resume of Shapiro Haber & Umry LLP.

7.  Attached hereto as Exhibit 5 is a copy of the notice of the <u>Chin Action</u> disseminated over *PR Newswire*, informing class members of the pendency of that action and their right to file a motion for appointment as Lead Plaintiff.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct, this 9th day of April 2004.

_____
Robert C. Finkel