UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER KALTMAN, on behalf of herself and all others similarly situated,

    Plaintiff,

-against-

SONUS NETWORKS, INC., et al.,

    Defendants.

Case No:

**PLAINTIFFS CERTIFICATION**

I, _Chris E. Potenick_, hereby state:

1. I have reviewed the Complaint against Sonus Networks, Inc. ("Sonus"), and certain of its senior officers and directors – in the action styled Kaltman v. Sonus Networks, Inc., et al. – and has authorized the filing of a complaint and/or lead plaintiff motion on my behalf by Wolf Popper LLP.

2. I did not purchase the securities that are the subject of the action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period alleged in the Complaint, (June 5, 2003 through February 11, 1004, inclusive), I made the following transactions in Sonus' common stock:

| (Buy, Sell, Exchange, Call, Put, Etc.) TRANSACTION TYPE / SECURITY | TRADE DATE | PRICE PER SHARE | QUANTITY |
| --- | --- | --- | --- |
| Buy / SONS | 1/20/04 | 9.51 | 2000 |
| Buy / SONS | 1/20/04 | 9.48 | 5000 |
|  |  |  |  |
|  |  |  |  |

Please list additional transactions on an attachment, if necessary.

5. During the three year period preceding the date of my signing this certification, I have sought to serve, or have served, as representative on behalf of a class in the following private action(s) arising under the federal securities laws (if none, state "none"): _NONE_

6. I will not accept any payment for serving as a representative party on behalf of a class except to receive my pro rata share of any recovery, or as ordered or approved by the Court, including the award of reasonable costs and expenses including lost wages relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _9_ day of _APRIL_, 2004

_____
SIGNATURE