**SONUS NETWORKS, INC. (SONSE)**
**CHRIS PATERICK - LOSSES**
**CLASS PERIOD: JUNE 5, 2003 through FEBRUARY 11, 2004**

PURCHASES

RETENTION VALUE

| Date | Quantity | Price | Aggregate Cost | Shares Retained (1) | | |
|---|---|---|---|---|---|---|
| 1/20/2004 | 5000 | $9.48 | $47,400 | | | |
| 1/20/2004 | 2000 | $9.51 | $19,020 | | | |
| **TOTALS:** | 7000 | | $66,420 | 7000 | $5.14 | $35,980 |
| **LOSS (2):** | | | -30,440.00 | | | |

(1) Retention shares are valued based on the mean trading price of Sonus from February 11, 2004 to April 7, 2004
(2) Aggregate cost of shares purchased during the Class Period less value of retention shares