UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, On Behalf of Herself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.<br><br>        Defendants. | Case No. 04 cv 10294 (DPW) |

THIS DOCUMENT RELATES TO CASE NOS.:
04 cv 10307; 04 cv 10308; 04 cv 10309;
04 cv 10310; 04 cv 10329; 04 cv 10333;
04 cv 10345; 04 cv 10346; 04 cv 10359;
04 cv 10362; 04 cv 10363; 04 cv 10364;
04 cv 10382; 04 cv 10383; 04 cv 10384;
04 cv 10454; 04 cv 10576; 04 cv 10597;
04 cv 10612; 04 cv 10623; 04 cv 10714;
04 cv 10314 (MLW); 04 cv 11315 (MLW)

**[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING
CHRIS E. PATERICK LEAD PLAINTIFF AND APPROVING
LEAD PLAINTIFF'S CHOICE OF COUNSEL**

   The Court, having considered the papers filed in support of the motion by Chris E. Paterick, seeking Consolidation, Appointment of Lead Plaintiff, and Approval of Choice of Class Counsel, and for good cause shown, hereby orders as follows:

   1.  The Court determines that the above-captioned action and related actions are appropriate for consolidation under Fed. R. Civ. P. 42(a) and hereby consolidates them and any other subsequently filed related actions under the following caption and civil action number:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Sonus, Securities Litigation | Master File No.:  04 cv 10294 (DPW) |

2. The Court determines that Class member Chris E. Paterick constitutes the "most adequate plaintiff" pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 and appoints Chris E. Paterick as the Lead Plaintiff in this Action.

3. Chris E. Paterick, pursuant to §21D(a)(3)(B)(v) of the Securities Exchange Act, has selected and retained competent counsel to represent the Class.  The Court approves Chris E. Paterick's retention of Wolf Popper LLP as Lead Counsel, and Shapiro Haber & Urmy LLP as Liaison Counsel, for the plaintiff Class.

IT IS SO ORDERED.

Dated this _____ day of _____, 2004

_____
UNITED STATES DISTRICT COURT JUDGE