# EXHIBIT A

Case 1:04-cv-10294-DPW  Document 17-2  Filed 04/12/2004  Page 1 of 3

*PR Newswire February 12, 2004, Thursday*

Copyright 2004 PR Newswire Association, Inc.
PR Newswire

**February** 12, 2004, Thursday

**SECTION:** FINANCIAL NEWS

**DISTRIBUTION:** TO BUSINESS, TECHNOLOGY AND LEGAL AFFAIRS EDITORS

**LENGTH:** 708 words

**HEADLINE:** Cauley Geller Announces **Class Action** Lawsuit Against **Sonus** Networks, Inc. On Behalf of Investors

**DATELINE:** NEW YORK, Feb. 12

**BODY:**
The Law Firm of Cauley Geller Bowman & Rudman, LLP announced today that a **class action** lawsuit has been filed in the United States District Court for the District of Massachusetts on behalf of purchasers of **Sonus** Networks, Inc. (Nasdaq: SONS) ("**Sonus**" or the "Company") publicly traded securities during the period between June 3, 2003 and February 11, 2004, inclusive (the "Class Period"). A copy of the complaint filed in this action is available from the Court, or can be viewed on the firm's website at
http://www.cauleygeller.com/show_case.asp?ccode=244&pcode=10&pp=4 .

   The complaint charges **Sonus** Networks, Inc., Hassan Ahmed and Stephen Nill with violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder. More specifically, the complaint alleges that, throughout the Class Period, defendants issued numerous statements to the market concerning the Company's financial results, which failed to disclose and/or misrepresented the following adverse facts, among others: (a) that defendants had improperly and untimely recognized revenue on certain of the Company's customer transactions; (b) that defendants violated Generally Accepted Accounting Principles and the Company's own internal policies regarding the timing of revenue recognition; and (c) as a result of the foregoing, the Company's revenues, net income and earnings per share published during the Class Period were materially false and misleading.

   On February 11, 2004, after the close of regular trading, **Sonus** shocked the market when it announced that the Company had identified certain issues, practices and actions of certain employees relating to both the timing of revenue recognized from certain customer transactions and to certain other financial statement accounts, which may affect the Company's 2003 financial statements and possibly financial statements for prior periods. Prior to disclosing these adverse facts, **Sonus** completed a $126.14 million public offering, and **Sonus** insiders sold approximately $2 million of their personally-held shares to the unsuspecting public.

   The next morning, when the market opened for trading, shares of the Company's stock fell as low as $5.02 per share, a decline of $1.67 per share, or 24.9%, on extremely high trading volume.

   If you bought **Sonus** publicly traded securities between June 3, 2003 and February 11, 2004, inclusive, and you wish to serve as lead plaintiff, you must move the Court no later than April 12, 2004. If you are a member of this class, you can join this **class action** online at http://www.cauleygeller.com/template8.asp?pcode=6&pp=1 . Any member of the purported class may move the Court to serve as lead plaintiff through Cauley Geller or other counsel of their choice, or may choose to do nothing and remain an absent class member.

   Cauley Geller is a national law firm that represents investors and consumers in **class action** and corporate governance litigation. It is one of the country's premiere firms in the

area of securities fraud, with in-house finance and forensic accounting specialists and extensive trial experience. Since its founding, Cauley Geller has recovered in excess of two billion dollars on behalf of aggrieved shareholders. The firm maintains offices in Boca Raton, Little Rock and New York.

If you have any questions about how you may be able to recover for your losses, or if you would like to consider serving as one of the lead plaintiffs in this lawsuit, you are encouraged to call or e-mail the Firm or visit the Firm's website at www.cauleygeller.com .

Contact:

CAULEY GELLER BOWMAN & RUDMAN, LLP

Samuel H. Rudman, Esq. or David A. Rosenfeld, Esq.

Client Relations Department:
  Chandra West, Jackie Addison or Heather Gann
  P.O. Box 25438
  Little Rock, AR 72221-5438
  Toll Free: 1-888-551-9944
  Fax: 1-501-312-8505
  E-mail: info@cauleygeller.com

SOURCE Cauley Geller Bowman & Rudman, LLP

CONTACT: Samuel H. Rudman, Esq. or David A. Rosenfeld, Esq., both of Cauley Geller Bowman & Rudman, LLP, +1-631-367-7100

URL: http://www.prnewswire.com

**LOAD-DATE:** February 13, 2004

Source: News & Business > News > **Wire Service Stories**
Terms: **sonus & class action and date(geq (02/12/2004) and leq (02/12/2004))** (Edit Search)
View: Full
Date/Time: Monday, April 12, 2004 - 2:11 PM EDT

About LexisNexis | Terms and Conditions

Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.