# EXHIBIT B

# CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I **JOSEPH A. RODULAVIC**, declare the following as to the claims asserted or to be asserted, under the federal securities laws:

1. I have reviewed the Sonus Networks, Inc., (NASDAQ:SONS) complaint prepared by Milberg Weiss Bershad Hynes & Lerach LLP, whom I designate as my counsel in this action for all purposes.

2. I did not acquire Sonus Networks, Inc., (NASDAQ:SONS) stock at the direction of plaintiff's counsel or in order to participate in any private action under federal securities laws.

3. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial

4. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses directly related to the class representation, as ordered or approved by the court pursuant to law.

5. I have not sought to serve or served as a representative party for a class in an action under the federal securities laws with in the past three years, except: _____.

6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party.

7. Since April 9, 2003 I have made the following transactions in Sonus Networks, Inc., NASDAQ:SONS and will provide records of those transactions upon request:

| No. of Shares | Buy / Sell | Trade Date | Price Per Share |
|---|---|---|---|
| | | | |
| | | SEE ATTACHMENT 1 | |
| | | | |
| | | | |

Please use and attach additional pages if necessary.

I declare under penalty of perjury that the foregoing is true and correct

Executed this _20_ day of _MARCH_, 2004

_JOSEPH A. RODULAVIC_         _[signature]_
Print Name                    Signature

MWBHL—NY

Joseph A. Rodulavic - Sonus Networks Transactions

| No. of Shares | Buy/Sell | Trade Date | Price Per Share |
|---:|---|---:|---:|
| 2500 | Buy | 5/8/2003 | 3.25 |
| 2500 | Buy | 5/8/2003 | 3.24 |
| 2500 | Buy | 5/20/2003 | 3.98 |
| 2500 | Buy | 6/10/2003 | 5.16 |
| 2500 | Buy | 7/22/2003 | 6.75 |
| 2500 | Buy | 7/22/2003 | 6.75 |
| 2500 | Buy | 7/22/2003 | 6.75 |
| 2500 | Buy | 7/22/2003 | 6.75 |
| 2500 | Buy | 7/23/2003 | 6.32 |
| 2500 | Buy | 7/23/2003 | 6.32 |
| 5000 | Buy | 8/19/2003 | 6.4 |
| 2500 | Buy | 12/8/2003 | 8.85 |
| 2500 | Buy | 12/8/2003 | 8.85 |
| 2500 | Buy | 12/9/2003 | 8.75 |
| 2500 | Buy | 12/9/2003 | 8.6 |
| 2500 | Buy | 12/10/2003 | 8.45 |
| 2500 | Buy | 12/17/2003 | 8.17 |

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I __TIAN JIANG__, declare the following as to the claims asserted or to be asserted, under the federal securities laws:

1. I have reviewed the Sonus Networks, Inc., (NASDAQ:SONS) complaint prepared by Milberg Weiss Bershad Hynes & Lerach LLP, whom I designate as my counsel in this action for all purposes.
2. I did not acquire Sonus Networks, Inc., (NASDAQ:SONS) stock at the direction of plaintiff's counsel or in order to participate in any private action under federal securities laws.
3. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial
4. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses directly related to the class representation, as ordered or approved by the court pursuant to law.
5. I have not sought to serve or served as a representative party for a class in an action under the federal securities laws with in the past three years, except: _____.
6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party.
7. Since April 9, 2003 I have made the following transactions in Sonus Networks, Inc., NASDAQ:SONS and will provide records of those transactions upon request:

| No. of Shares | Buy / Sell | Trade Date | Price Per Share |
|---|---|---|---|
| 9900 | Buy | 1/7/04 | 7.6 |
| 8000 | Buy | 1/13/04 | 7.94 |
| 4100 | Buy | 1/20/04 | 9.2 |
| 4000 | Buy | 1/21/04 | 8.8 |

Please use and attach additional pages if necessary.

I declare under penalty of perjury that the foregoing is true and correct

Executed this __26__ day of __March__, 2004

__TIAN JIANG__
Print Name

Signature

# Sonus Record

## Buys:

| Date | Shares | Price |
|---|---|---|
| 10/14/03 | 1500 | 8.76 |
| 10/27/03 | 500 | 7.91 |
| 12/4/03 | 3000 | 8.65 |
| 12/5/03 | 2000 | 8.45 |
| 12/9/03 | 2000 | 8.39 |
| 12/10/03 | 2600 | 7.27 |
| 12/15/03 | 2400 | 8.74 |
| 1/7/04 | 9900 | 7.6 |
| 1/13/04 | 8000 | 7.94 |
| 1/20/04 | 4100 | 9.2 |
| 1/21/04 | 4000 | 8.8 |
| 1/28/04 | 4000 | 8.74 |
| 1/29/04 | 2200 | 8.65 |
| 2/11/04 | 2000 | 7.38 |

[signature]

3/26/04

Souns Record

Sell

| Date | Shares | Price |
|---|---|---|
| 11/05/03 | 500 | 8.82 |
| 11/13/03 | 500 | 9.29 |
| 12/10/03 | 4000 | 7.5 |
| 12/12/03 | 2500 | 8.18 |
| 12/16/03 | 2400 | 7.5 |
| 1/6/04 | 3000 | 8.5 |
| 1/7/04 | 900 | 7.94 |
| 1/8/04 | 5000 | 7.96 |
| 1/12/04 | 5000 | 8.145 |
| 1/13/04 | 4000 | 8.03 |
| 1/14/04 | 4000 | 8.06 |
| 1/20/04 | 4090 | 9.77 |
| 1/28/04 | 4010 | 8.72 |

*[signature]*

3/26/04

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, _Gary M. Brost_, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I have reviewed the Sonus Networks, Inc. (NASDAQ:SONS) complaint prepared by Milberg Weiss Bershad Hynes & Lerach LLP, whom I designate as my counsel in this action for all purposes.

2. I did not acquire Sonus Networks, Inc. (NASDAQ:SONS) stock at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

3. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

5. I have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years, except: _____

6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party.

7. Since April 9, 2003 I have made the following transactions in Sonus Networks, Inc. (NASDAQ:SONS) and will provide records of those transactions upon request:

| No. of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| 3,000 | Buy | 10/8/2003 | 8.13 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Please use and attach additional pages if necessary.

**I declare under penalty of perjury that the foregoing is true and correct**

Executed this _25_ day of _March_, 2004

_Gary M. Brost_
Print Name

_[signature]_
Signature