# EXHIBIT C

Class Period: 04/09/03 - 02/11/04

SONUS NETWORKS, INC. (NasdaqNM: SONS)

Hold price: 5.1168

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| Rodulavic, Joseph A. | 05/08/03 | 2,500 | 3.25 | 8,125.00 | | | | | 2,500 | 12,792.00 | 4,667.00 |
| | 05/08/03 | 2,500 | 3.24 | 8,100.00 | | | | | 2,500 | 12,792.00 | 4,692.00 |
| | 05/20/03 | 2,500 | 3.98 | 9,950.00 | | | | | 2,500 | 12,792.00 | 2,842.00 |
| | 06/10/03 | 2,500 | 5.16 | 12,900.00 | | | | | 2,500 | 12,792.00 | (108.00) |
| | 07/22/03 | 2,500 | 6.75 | 16,875.00 | | | | | 2,500 | 12,792.00 | (4,083.00) |
| | 07/22/03 | 2,500 | 6.75 | 16,875.00 | | | | | 2,500 | 12,792.00 | (4,083.00) |
| | 07/22/03 | 2,500 | 6.75 | 16,875.00 | | | | | 2,500 | 12,792.00 | (4,083.00) |
| | 07/23/03 | 2,500 | 6.32 | 15,800.00 | | | | | 2,500 | 12,792.00 | (3,008.00) |
| | 07/23/03 | 2,500 | 6.32 | 15,800.00 | | | | | 2,500 | 12,792.00 | (3,008.00) |
| | 08/19/03 | 5,000 | 6.4 | 32,000.00 | | | | | 5,000 | 25,584.00 | (6,416.00) |
| | 12/08/03 | 2,500 | 8.85 | 22,125.00 | | | | | 2,500 | 12,792.00 | (9,333.00) |
| | 12/08/03 | 2,500 | 8.85 | 22,125.00 | | | | | 2,500 | 12,792.00 | (9,333.00) |
| | 12/09/03 | 2,500 | 8.75 | 21,875.00 | | | | | 2,500 | 12,792.00 | (9,083.00) |
| | 12/09/03 | 2,500 | 8.6 | 21,500.00 | | | | | 2,500 | 12,792.00 | (8,708.00) |
| | 12/10/03 | 2,500 | 8.45 | 21,125.00 | | | | | 2,500 | 12,792.00 | (8,333.00) |
| | 12/17/03 | 2,500 | 8.17 | 20,425.00 | | | | | 2,500 | 12,792.00 | (7,633.00) |
| **Total Rodulavic** | | **45,000** | | **299,350.00** | | | | | **45,000** | **230,256.00** | **(69,094.00)** |
| Jiang, Tian | 10/14/03 | 1,500 | 8.76 | 13,140.00 | 11/5/2003 | 500 | 8.82 | 4,410.00 | 1,000 | 5,116.80 | (3,613.20) |
| | 10/27/03 | 500 | 7.91 | 3,955.00 | 11/13/2003 | 500 | 9.29 | 4,645.00 | | | 690.00 |
| | 12/04/03 | 3,000 | 8.65 | 25,950.00 | 12/10/2003 | 4,000 | 7.5 | 30,000.00 | (1,000) | (5,116.80) | (1,066.80) |
| | 12/05/03 | 2,000 | 8.45 | 16,900.00 | 12/12/2003 | 2,500 | 8.18 | 20,450.00 | (500) | (2,558.40) | 991.60 |
| | 12/09/03 | 2,000 | 8.39 | 16,780.00 | 12/16/2003 | 2,400 | 7.5 | 18,000.00 | (400) | (2,046.72) | (826.72) |
| | 12/10/03 | 2,600 | 7.27 | 18,902.00 | 1/6/2004 | 3,000 | 8.5 | 25,500.00 | (400) | (2,046.72) | 4,551.28 |
| | 12/15/03 | 2,400 | 8.74 | 20,976.00 | 1/7/2004 | 900 | 7.94 | 7,146.00 | 1,500 | 7,675.20 | (6,154.80) |
| | 01/07/04 | 9,900 | 7.6 | 75,240.00 | 1/8/2004 | 5,000 | 7.76 | 38,800.00 | 4,900 | 25,072.32 | (11,367.68) |
| | 01/13/04 | 8,000 | 7.94 | 63,520.00 | 1/12/2004 | 5,000 | 8.145 | 40,725.00 | 3,000 | 15,350.40 | (7,444.60) |
| | 01/20/04 | 4,100 | 9.2 | 37,720.00 | 1/13/2004 | 4,000 | 8.03 | 32,120.00 | 100 | 511.68 | (5,088.32) |
| | 01/21/04 | 4,000 | 8.8 | 35,200.00 | 1/14/2004 | 4,000 | 8.06 | 32,240.00 | | | (2,960.00) |
| | 01/28/04 | 4,000 | 8.74 | 34,960.00 | 1/20/2004 | 4,090 | 9.77 | 39,959.30 | (90) | (460.51) | 4,538.79 |
| | 01/29/04 | 2,200 | 8.15 | 17,930.00 | 1/28/2004 | 4,010 | 8.72 | 34,967.20 | (1,810) | (9,261.41) | 7,775.79 |
| | 02/11/04 | 2,000 | 7.38 | 14,760.00 | | | | | 2,000 | 10,233.60 | (4,526.40) |
| | | | | | | | | | | | 0.00 |
| **Total Jiang** | | **48,200** | | **395,933.00** | | **39,900** | | **328,962.50** | **8300** | **42,469.44** | **(24,501.06)** |
| Brost, Gary M. | 10/08/03 | 3,000 | 8.13 | 24,390.00 | | | | | 3,000 | 15,350.40 | (9,039.60) |
| **Total Brost** | | | | | | | | | | | **(9,039.60)** |
| | | | | | | | | TOTAL ESTIMATED LOSSES: | | | **(102,634.66)** |