**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DEBORAH CHIN, Individually And On Behalf Of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>                Defendants. | Case No.: 1:04cv10294-DPW<br><br>RELATED CASES:<br>   1:04-cv-10307-DPW<br>   1:04-cv-10308-DPW<br>   1:04-cv-10310-DPW<br>   1:04-cv-10329-DPW<br>   1:04-cv-10333-DPW<br>   1:04-cv-10345-DPW<br>   1:04-cv-10346-DPW<br>   1:04-cv-10359-DPW<br>   1:04-cv-10362-DPW<br>   1:04-cv-10363-DPW<br>   1:04-cv-10364-DPW<br>   1:04-cv-10382-DPW<br>   1:04-cv-10383-DPW<br>   1:04-cv-10384-DPW<br>   1:04-cv-10454-DPW<br>   1:04-cv-10576-DPW<br>   1:04-cv-10597-DPW<br>   1:04-cv-10612-DPW<br>   1:04-cv-10623-DPW |
| RICHARD CURTIS, Individually And On Behalf Of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                vs.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL,<br><br>                Defendants. | Case No.: 1:04cv10314-MLW |

**[PROPOSED] ORDER CONSOLIDATING THE ACTIONS,
APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S
<u>SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL</u>**

-2-

Having considered the Motion to Appoint the Jiang Group as Lead Plaintiff pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 and to Approve Lead Plaintiff's Selection of Lead and Liaison Counsel (the "Motion") and good cause appearing therefore, the Court orders as follows:

1. The Motion is GRANTED;

2. The above captioned actions are hereby consolidated pursuant to Fed. R. Civ. P. 42(a);

3. Tian Jiang, Joseph Rodulavic, and Gary Brost (collectively known as "the Jiang Group" or "Movants") is the "most adequate plaintiff" under the PSLRA and accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. 78u-4(a)(3)(B)(iii); and

4. Lead Plaintiff's selection of Milberg Weiss Bershad Hynes & Lerach LLP as Lead Counsel and Moulton & Gans, P.C. as Liaison Counsel is hereby approved, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

IT IS SO ORDERED.

DATED:_____

_____
United States District Court Judge