**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

DEBORAH CHIN, Individually and on          )          Case No. 1:04-cv-10294-DPW
behalf of all others similarly situated,          )

                                                            )

                            Plaintiff,          )

                                                            )

             vs.                                            )

                                                            )

SONUS NETWORKS, INC., HASSAN          )
AHMED, STEPHEN NILL,                            )

                                                            )

                            Defendants.          )

_____)

(Additional Captions Follow)


**BELLAND GROUP'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE,**
**TO BE APPOINTED LEAD PLAINTIFF, AND FOR APPROVAL OF**
<u>**ITS SELECTION OF CO-LEAD COUNSEL**</u>

_____

| | |
|---|---|
| MICHELLE TREBITSCH, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>                    Defendants. | ) Case No. 1:04-cv-10307-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

| | |
|---|---|
| INFORMATION DYNAMICS, LLC, on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SONUS NETWORKS, INC., PAUL. R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>                    Defendants. | ) Case No. 1:04-cv-10308-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

| | |
|---|---|
| PETER KALTMAN, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SONUS NETWORKS, INC., RUBIN GRUBER, HASSAN AHMED and STEPHEN NILL,<br><br>                    Defendants. | ) Case No. 1:04-cv-10309-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

---

SAMANTHA DEN, individually and on
behalf of all others similarly situated,

            Plaintiff,

      vs.

SONUS NETWORKS, INC., HASSAN M.
AHMED, and STEPHEN J. NILL

            Defendants.

) Case No. 1:04-cv-10310-DPW

---

RONALD KASSOVER, on behalf of the
Ronald Kassover IRA and all others
similarly situated,

            Plaintiff,

      vs.

SONUS NETWORKS, INC., HASSAN M.
AHMED, STEPHEN J. NILL,

            Defendants.

) Case No. 1:04-cv-10329-DPW

---

STEVE L. BAKER, Individually and on
behalf of all others similarly situated,

            Plaintiff,

      vs.

SONUS NETWORKS, INC., HASSAN
AHMED, and STEPHEN NILL,

            Defendants.

) Case No. 1:04-cv-10333-DPW

| | |
|---|---|
| MICHAEL KAFFEE, Individually and on behalf of all others similarly situated, | ) Case No. 1:04-cv-10345-DPW<br>) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL, | ) )|
| | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| HAIMING HU, Individually and on behalf of all others similarly situated, | ) Case No. 1:04-cv-10346-DPW<br>) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL | ) )|
| | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| CHARLES STARBUCK, Individually and himself and all others similarly situated, | ) Case No. 1:04-cv-10362-DPW<br>) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL, | ) )|
| | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| SANUEL HO, Individually and on behalf of all others similarly situated, | ) Case No. 1:04-cv-10363-DPW<br>) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| JEFFREY C. RODRIGUES, Individually on behalf of all others similarly situated, | ) Case No. 1:04-cv-10364-DPW<br>) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| ROBERT CONTE and MARK RESPLER, on behalf of himself and all other similarly situated, | ) Case No. 1:04-cv-10382-DPW<br>)<br>) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| WHEATON ELECTRICAL SERVICES RETIREMENT 401 K PROFIT SHARING PLAN, on behalf of itself and all others similarly situated, | ) Case No. 1:04-cv-10383-DPW<br>)<br> )<br>) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN J. NILL, | )<br>) |
| | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| BRIAN CLARK, Individually and on behalf of all others similarly situated, | ) Case No. 1:04-cv-10454-DPW<br>) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED, and STEPHEN J. NILL, | )<br>)<br>)<br>) |
| | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| SHEILA BROWNELL, Individually and on behalf of all others similarly situated, | ) Case No. 1:04-CV-10597-DPW<br> ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN NILL, | )<br>) |
| | ) |
| Defendants. | ) |
| | ) |

---

| | |
|---|---|
| SAVERIO PUGLIESE, on behalf of himself and all others similarly situated, | ) Case No. 1:04-cv-10612-DPW ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SONUS NETWORKS, INC., HASSAN M. AHMED, STEPHEN J. NILL, | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

---

| | |
|---|---|
| DAVID V. NOCITO, on behalf of himself and all others similarly situated, | ) Case No. 1:04-cv-10623-DPW ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL, | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

PLEASE TAKE NOTICE that Plaintiffs Grace I. Belland, Leopoldo L. Mestre, Jacob I. Sherman, Scott L. Dunkley, Abdul S. Budhinani, and Sean P. McCarthy, collectively, the "Belland Group," hereby move the Court for an Order, pursuant to Rule 42 of the Federal Rules of Civil Procedure, consolidating all related actions and, pursuant to Section 21D(a)(3)(B)(i) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B)(i), appointing them Lead Plaintiff in the consolidated action. In addition, the Belland Group moves this Court for an Order, pursuant to Section 21D(a)(3)(B)(v) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B)(v), approving their selection of Co-Lead Counsel.

The Belland Group makes this motion based on the complaints filed herein, the memorandum of law submitted contemporaneously herewith, the Declaration of Theodore M. Hess-Mahan, executed on April 12, 2004, and on all other pleadings, motions, and orders in this action.

Dated:    April 12, 2004

**SHAPIRO HABER & URMY LLP**


**/s/Theodore M. Hess-Mahan**
Thomas G. Shapiro BBO#454680
Theodore M Hess-Mahan BBO #557109
75 State Street
Boston MA  02109
Telephone:  (617) 439-3939
Facsimile: (617) 439-0134

*Local Counsel*

**MURRAY, FRANK & SAILER LLP**
Eric J. Belfi
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone:  (212) 682-1818
Facsimile:   (212) 682-1892

**WEISS & YOURMAN**
Jack Zwick
551 Fifth Avenue, Suite 1600
New York, New York 10176
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

*Proposed Co-Lead Counsel for the Belland Group and the Class*

**LAW OFFICES OF**
   **BRUCE G. MURPHY**
Bruce G. Murphy
265 Llwyds Lane
Vero Beach, Florida 32963
Telephone:  (772) 231-4202

*Attorneys for Plaintiff*