**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DEBORAH CHIN, Individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) SONUS NETWORKS, INC., HASSAN ) AHMED, STEPHEN NILL, ) ) Defendants. ) ) | Case No. 1:04-cv-10294-DPW ) |

(Additional Captions Follow)

**DECLARATION OF THEODORE M. HESS-MAHAN IN SUPPORT OF THE BELLAND GROUP'S MOTION TO CONSOLIDATE, TO BE APPOINTED LEAD PLAINTIFF, AND <u>FOR APPROVAL OF ITS SELECTION OF CO-LEAD COUNSEL</u>**

| | |
|---|---|
| MICHELLE TREBITSCH, on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br><br>                      vs.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>                      Defendants. | ) Case No. 1:04-cv-10307-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| INFORMATION DYNAMICS, LLC, on behalf of itself and all others similarly situated,<br><br>                      Plaintiff,<br><br>                      vs.<br><br>SONUS NETWORKS, INC., PAUL. R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>                      Defendants. | ) Case No. 1:04-cv-10308-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| PETER KALTMAN, on behalf of himself and all others similarly situated,<br><br>                      Plaintiff,<br><br>                      vs.<br><br>SONUS NETWORKS, INC., RUBIN GRUBER, HASSAN AHMED and STEPHEN NILL,<br><br>                      Defendants. | ) Case No. 1:04-cv-10309-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| SAMANTHA DEN, individually and on behalf of all others similarly situated, | ) Case No. 1:04-cv-10310-DPW ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL | ) ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| RONALD KASSOVER, on behalf of the Ronald Kassover IRA and all others similarly situated, | ) Case No. 1:04-cv-10329-DPW ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SONUS NETWORKS, INC., HASSAN M. AHMED, STEPHEN J. NILL, | ) ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| STEVE L. BAKER, Individually and on behalf of all others similarly situated, | ) Case No. 1:04-cv-10333-DPW ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL, | ) ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| MICHAEL KAFFEE, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>                Defendants. | ) Case No. 1:04-cv-10345-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| HAIMING HU, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL<br><br>                Defendants. | ) Case No. 1:04-cv-10346-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| CHARLES STARBUCK, Individually and himself and all others similarly situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>                Defendants. | ) Case No. 1:04-cv-10362-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| ──────────────────────────────── | |
| SANUEL HO, Individually and on behalf of all others similarly situated, | ) Case No. 1:04-cv-10363-DPW ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL, | ) ) |
| | ) |
| Defendants. | ) |
| ──────────────────────────────── | ) |
| | |
| ──────────────────────────────── | |
| JEFFREY C. RODRIGUES, Individually on behalf of all others similarly situated, | ) Case No. 1:04-cv-10364-DPW ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL, | ) ) |
| | ) |
| Defendants. | ) |
| ──────────────────────────────── | ) |
| | |
| ──────────────────────────────── | |
| ROBERT CONTE and MARK RESPLER, on behalf of himself and all other similarly situated, | ) Case No. 1:04-cv-10382-DPW ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL, | ) ) |
| | ) |
| Defendants. | ) |
| ──────────────────────────────── | ) |

| | |
|---|---|
| WHEATON ELECTRICAL SERVICES RETIREMENT 401 K PROFIT SHARING PLAN, on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>    vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN J. NILL,<br><br>     Defendants. | ) Case No. 1:04-cv-10383-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| BRIAN CLARK, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>    vs.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>     Defendants. | )  Case No. 1:04-cv-10454-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SHEILA BROWNELL, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>    vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN NILL,<br><br>     Defendants. | ) Case No. 1:04-CV-10597-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| SAVERIO PUGLIESE, on behalf of himself and all others similarly situated, | ) Case No. 1:04-cv-10612-DPW ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SONUS NETWORKS, INC., HASSAN M. AHMED, STEPHEN J. NILL, | ) ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| DAVID V. NOCITO, on behalf of himself and all others similarly situated, | ) Case No. 1:04-cv-10623-DPW ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL, | ) ) ) |
| Defendants. | ) ) |

I, Theodore M. Hess-Mahan, declare as follows:

1. I am an associate at the law firm of Shapiro, Haber & Urmy LLP. I submit this Declaration in support of the Belland Group's motion to consolidate, to be appointed Lead Plaintiff, and for approval of its selection of Co-Lead Counsel.

2. Attached hereto as Exhibit 1 is a true and correct copy of the notice caused to be published in PRNEWSWIRE on February 12, 2004.

3. Attached hereto as Exhibit 2 is a true and correct copy of the certifications executed by Grace I. Belland, Leopoldo L. Mestre, Jacob I. Sherman, Scott L. Dunkley, Abdul S. Budhinani, and Sean P. McCarthy, collectively, the "Belland Group."

4. Attached hereto as Exhibit 3 is an analysis of the losses suffered by the Belland Group.

5. Attached hereto as Exhibit 4 is a true and correct copy of the firm resume of Murray, Frank & Sailer LLP.

6. Attached hereto as Exhibit 5 is a true and correct copy of the firm resume of Weiss & Yourman.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2004.

/s/Theodore M. Hess-Mahan
Theodore M. Hess-Mahan