CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

GRACE I. BELLAND LIVING TRUST, hereby certifies as follows:
(Print Name)

1. To the best of my knowledge, the following are all my transactions in Sonus Networks, Inc. during the period from June 3, 2003 through February 11, 2004 (the "Class Period"):

| Date | Purchased or Sold | No. of Shares | Price per Share |
|---|---|---|---|
| 10/9/03 | 3,290 | 3,290 | $9.145 |
| 10/9/03 | 1,410 | 1,410 | $9.15 |
| 10/9/03 | 1,300 | 1,300 | $9.14980 |
|  | 6,000 |  |  |

2. I have reviewed the complaint styled Robert Conte, et ano. v. Sonus Networks, Inc., et al. If necessary, I authorize the filing of a similar complaint on my behalf.

3. I did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

5. During the last three years, I have not served or sought to serve as a class representative in any case brought under the federal securities laws.

6. I have not been promised and will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: March 23, 2004

Grace I. Belland Ttee
(Signature)

To join the Action as Lead plaintiff, complete the following Certification, sign it, and fax or mail it to:

| | | |
|---|---|---|
| **Rabin, Murray & Frank LLP** | Fax: | (212) 682-1892 |
| 275 Madison Avenue | Tel: | (212) 682-1818 |
| New York, NY 10016 | Tel: | (800) 497-8076 |

### CERTIFICATION

I, __LEOPOLDO C. MESTRE__ do hereby certify that:

I have reviewed the complaint and have authorized its filing.

I purchased securities of __SONUS NETWORK__, which are the subject of the complaint, *but not* at the direction of my counsel or in order to participate in any private action arising under the Securities Act of 1933 or Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995.

I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

During the Class Period, I engaged in the following transactions involving the securities of __SONUS NETWORK__:

### TRANSACTION INFORMATION

| BUY OR SELL | TRADE DATE | NO. OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| | | | |

YES / (NO) (Circle One). In the three years prior to this certification, I have applied to serve or served as a representative party on behalf of a class in an action brought under the federal securities laws. If YES, please enter the case name(s) here:

I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class and my activities in the lawsuit, as ordered or approved by the Court.

Nothing herein shall be construed to be or constitute a waiver of my attorney-client privilege.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 03/08/2004.

Signature ___[signature]___
Address __8845 NW 149 Terrace__
__Miami Lakes, FL 33018__
County __Miami-Dade__
Phone __(305) 826 8092__ — __(305) 333 5113__

# CERTIFICATION FORM ATTACHMENT

| TRANSACTION (BUY OR SELL) | TRADE DATE | NO. OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| Purchase | 2/2/2004 | 500 | 8.8200 |
| Purchase | 2/2/2004 | 1,000 | 8.8200 |
| Purchase | 2/2/2004 | 200 | 8.6700 |
| Purchase | 2/2/2004 | 100 | 8.6700 |
| Purchase | 2/2/2004 | 500 | 8.6700 |
| Purchase | 2/2/2004 | 300 | 8.6800 |
| Purchase | 2/2/2004 | 100 | 8.6800 |
| Sold | 2/3/2004 | -2,700 | 8.3700 |
| Purchase | 2/3/2004 | 2,800 | 8.3800 |
| Sold | 2/4/2004 | -2,800 | 8.2700 |
| Purchase | 2/4/2004 | 2,750 | 8.4300 |
| Sold | 2/6/2004 | -500 | 8.2800 |
| Sold | 2/6/2004 | -1,100 | 8.2800 |
| Sold | 2/6/2004 | -100 | 8.2800 |
| Sold | 2/6/2004 | -100 | 8.2800 |
| Sold | 2/6/2004 | -950 | 8.2700 |
| Purchase | 2/6/2004 | 300 | 8.2600 |
| Purchase | 2/6/2004 | 2,450 | 8.2800 |
| Purchase | 2/10/2004 | 1,000 | 7.6800 |
| Purchase | 2/10/2004 | 300 | 7.6800 |
| Purchase | 2/10/2004 | 950 | 7.6800 |
| Sold | 2/11/2004 | -300 | 7.5500 |
| Sold | 2/11/2004 | -100 | 7.5500 |
| Sold | 2/11/2004 | -500 | 7.5500 |
| Sold | 2/11/2004 | -200 | 7.5500 |
| Sold | 2/11/2004 | -100 | 7.5500 |
| Sold | 2/11/2004 | -100 | 7.5500 |
| Sold | 2/11/2004 | -100 | 7.5500 |
| Sold | 2/11/2004 | -100 | 7.5400 |
| Sold | 2/11/2004 | -100 | 7.5400 |
| Sold | 2/11/2004 | -100 | 7.5400 |
| Sold | 2/11/2004 | -100 | 7.5400 |
| Sold | 2/11/2004 | -100 | 7.5400 |
| Sold | 2/11/2004 | -100 | 7.5400 |
| Sold | 2/11/2004 | -100 | 7.5400 |
| Sold | 2/11/2004 | -200 | 7.5400 |
| Sold | 2/11/2004 | -200 | 7.5420 |
| Sold | 2/11/2004 | -200 | 7.5410 |
| Sold | 2/11/2004 | -120 | 7.5400 |
| Sold | 2/11/2004 | -2,180 | 7.5400 |
| Purchase | 2/11/2004 | 1,000 | 7.6500 |
| Purchase | 2/11/2004 | 500 | 7.6500 |
| Purchase | 2/11/2004 | 300 | 7.6500 |

| | | | |
|---|---|---|---|
| Purchase | 2/11/2004 | 200 | 7.6500 |
| Purchase | 2/11/2004 | 131 | 7.6500 |
| Purchase | 2/11/2004 | 300 | 7.6500 |
| Purchase | 2/11/2004 | 300 | 7.6500 |
| Purchase | 2/11/2004 | 200 | 7.6500 |
| Purchase | 2/11/2004 | 300 | 7.6500 |
| Purchase | 2/11/2004 | 69 | 7.6500 |
| Purchase | 2/11/2004 | 700 | 7.6500 |
| Sold | 2/13/2004 | -4,000 | 7.5800 |
| Purchase | 2/13/2004 | 500 | 7.5300 |
| Purchase | 2/13/2004 | 100 | 7.5300 |
| Purchase | 2/13/2004 | 100 | 7.5300 |
| Purchase | 2/13/2004 | 100 | 7.5300 |
| Purchase | 2/13/2004 | 100 | 7.5300 |
| Purchase | 2/13/2004 | 100 | 7.5200 |
| Purchase | 2/13/2004 | 1000 | 7.52 |
| Purchase | 2/13/2004 | 2150 | 7.52 |
| Purchase | 2/13/2004 | 2000 | 7.37 |
| Sold | 2/17/2004 | -5100 | 7.49 |
| Sold | 2/17/2004 | -1050 | 7.48 |
| Sold | 2/17/2004 | -3600 | 6.92 |
| Sold | 2/17/2004 | -5700 | 6.36 |
| Purchase | 2/17/2004 | 2100 | 7.3 |
| Purchase | 2/17/2004 | 1500 | 7.29 |
| Purchase | 2/17/2004 | 5700 | 6.78 |
| Purchase | 2/17/2004 | 5000 | 6.49 |
| Sold | 2/18/2004 | -200 | 5.4 |
| Sold | 2/18/2004 | -365 | 5.4 |
| Sold | 2/18/2004 | -1000 | 5.4 |
| Sold | 2/18/2004 | -1150 | 5.4 |
| Sold | 2/18/2004 | -800 | 5.38 |
| Sold | 2/18/2004 | -200 | 5.36 |
| Sold | 2/18/2004 | -100 | 5.39 |
| Sold | 2/18/2004 | -1185 | 5.39 |
| Sold | 2/19/2004 | -500 | 5.7 |
| Sold | 2/19/2004 | -750 | 5.7 |
| Sold | 2/19/2004 | -850 | 5.7 |
| Sold | 2/19/2004 | -265 | 5.7 |
| Sold | 2/19/2004 | -1000 | 5.7 |
| Sold | 2/19/2004 | -135 | 5.7 |
| Sold | 2/19/2004 | -1000 | 5.7 |
| Sold | 2/19/2004 | -400 | 5.7 |
| Sold | 2/19/2004 | -100 | 5.7 |
| Sold | 2/19/2004 | -200 | 5.69 |
| Sold | 2/19/2004 | -718 | 5.68 |
| Sold | 2/19/2004 | -400 | 5.68 |
| Sold | 2/19/2004 | -100 | 5.68 |
| Sold | 2/19/2004 | -500 | 5.68 |
| Sold | 2/19/2004 | -500 | 5.68 |

| | | | |
|---|---|---:|---:|
| Sold | 2/19/2004 | -500 | 5.68 |
| Sold | 2/19/2004 | -400 | 5.68 |
| Sold | 2/19/2004 | -500 | 5.682 |
| Sold | 2/19/2004 | -500 | 5.681 |
| Sold | 2/19/2004 | -1000 | 5.681 |
| Sold | 2/19/2004 | -682 | 5.68 |
| Purchase | 2/19/2004 | 600 | 5.61 |
| Purchase | 2/19/2004 | 800 | 5.61 |
| Purchase | 2/19/2004 | 3600 | 5.59 |
| Purchase | 2/19/2004 | 1800 | 5.62 |
| Purchase | 2/19/2004 | 200 | 5.62 |
| Purchase | 2/19/2004 | 500 | 5.62 |
| Purchase | 2/19/2004 | 2800 | 5.62 |
| Purchase | 2/19/2004 | 200 | 5.62 |
| Purchase | 2/19/2004 | 500 | 5.62 |
| Sold | 1/29/2004 | -3300 | 8.28 |
| Purchase | 1/29/2004 | 3300 | 8.25 |
| Sold | 1/30/2004 | -3300 | 8.35 |
| Purchase | 1/30/2004 | 300 | 8.42 |
| Purchase | 1/30/2004 | 3000 | 8.43 |
| Sold | 2/5/2004 | -78 | 8.39 |
| Sold | 2/2/2004 | -100 | 8.4 |
| Sold | 2/2/2004 | -2100 | 8.405 |
| Sold | 2/2/2004 | -200 | 8.406 |
| Sold | 2/2/2004 | -722 | 8.41 |
| Sold | 2/2/2004 | -100 | 8.42 |
| Purchase | 2/2/2004 | 3300 | 8.39 |
| Sold | 2/2/2004 | -3300 | 7.7 |
| Purchase | 2/5/2004 | 3300 | 7.68 |
| Sold | 2/5/2004 | -3300 | 7.62 |
| Purchase | 2/6/2004 | 1100 | 7.55 |
| Purchase | 2/8/2004 | 2200 | 7.56 |
| Sold | 2/6/2004 | -1600 | 7.73 |
| Sold | 2/6/2004 | -1400 | 7.74 |
| Sold | 2/6/2004 | -300 | 7.75 |
| Purchase | 2/6/2004 | 200 | 7.698 |
| Purchase | 2/6/2004 | 3140 | 7.7 |
| Sold | 2/9/2004 | -3340 | 7.83 |
| Purchase | 2/9/2004 | 2164 | 7.71 |
| Purchase | 2/9/2004 | 1176 | 7.72 |
| Sold | 2/10/2004 | -3340 | 7.45 |
| Purchase | 2/10/2004 | 3350 | 7.48 |
| Sold | 2/11/2004 | -3350 | 7.5 |
| Purchase | 2/11/2004 | 3400 | 7.38 |
| Sold | 2/11/2004 | -3400 | 7.07 |
| Purchase | 2/11/2004 | 2,600 | 7.0900 |
| Purchase | 2/11/2004 | 700 | 7.0900 |
| Sold | 2/11/2004 | -3,300 | 6.4300 |
| Purchase | 2/11/2004 | 2,500 | 6.5600 |

| Type | Date | Quantity | Price |
|---|---|---|---|
| Sold | 2/13/2004 | -2,500 | 5.5200 |
| Purchase | 2/13/2004 | 1,200 | 5.6000 |
| Sold | 2/13/2004 | -700 | 5.7300 |
| Sold | 2/13/2004 | -500 | 5.7400 |
| Purchase | 2/17/2004 | 5,000 | 6.2400 |
| Sold | 2/17/2004 | -2,632 | 6.1100 |
| Sold | 2/17/2004 | -2,368 | 6.1200 |
| Purchase | 2/17/2004 | 2,500 | 5.9600 |
| Purchase | 2/18/2004 | 2,500 | 5.7600 |
| Sold | 2/19/2004 | -700 | 5.8000 |
| Sold | 2/19/2004 | -4,300 | 5.8100 |
| Sold | 2/20/2004 | -3,000 | 5.6100 |
| Purchase | 2/20/2004 | 246 | 5.4410 |
| Purchase | 2/20/2004 | 300 | 5.4500 |
| Purchase | 2/20/2004 | 954 | 5.4600 |
| Sold | 2/23/2004 | -1,500 | 5.5500 |
| Purchase | 1/20/2004 | 600 | 8.0100 |
| Purchase | 1/20/2004 | 100 | 8.0100 |
| Purchase | 1/20/2004 | 1,300 | 8.0200 |
| Purchase | 1/21/2004 | 900 | 7.9000 |
| Sold | 1/22/2004 | -1,500 | 8.2300 |
| Sold | 1/22/2004 | -1,400 | 8.2900 |
| Sold | 1/29/2004 | -500 | 9.1400 |
| Sold | 1/29/2004 | -400 | 9.1400 |
| Sold | 1/29/2004 | -1,100 | 9.1400 |
| Purchase | 1/29/2004 | 2,000 | 9.0700 |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

_____JACOB I. SHERMAN IRA_____, hereby certifies as follows:
(Print Name)

1. To the best of my knowledge, the following are all my transactions in Sonus Networks, Inc. during the period from June 3, 2003 through February 11, 2004 (the "Class Period"):

| Date | Purchased ~~or Sold~~ PURCHASED | No. of Shares | Price per Share |
|---|---|---|---|
| 1/8/04 | ✓ | 600 | 7.97 |
| 1/13/04 | ✓ | 300 | 7.98 |

2. I have reviewed the complaint styled Robert Conte, et ano. v. Sonus Networks, Inc., et al. If necessary, I authorize the filing of a similar complaint on my behalf.

3. I did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

5. During the last three years, I have not served or sought to serve as a class representative in any case brought under the federal securities laws.

6. I have not been promised and will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: __MARCH 25__, 2004

_____
(Signature)



Mr. Jacob Sherman
25 Sherman Cir.
Newton Center, MA 02459-2767

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

__LOITMAN CHILDRENS IRREV. TRUST__, hereby certifies as follows:
(Print Name)

1. To the best of my knowledge, the following are all my transactions in Sonus Networks, Inc. during the period from June 3, 2003 through February 11, 2004 (the "Class Period"):

| Date | Purchased or Sold | No. of Shares | Price per Share |
|---|---|---|---|
| 1/8/04 | PURCHASED | 400 | 7.97 |

2. I have reviewed the complaint styled Robert Conte, et ano. v. Sonus Networks, Inc., et al. If necessary, I authorize the filing of a similar complaint on my behalf.

3. I did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

5. During the last three years, I have not served or sought to serve as a class representative in any case brought under the federal securities laws.

6. I have not been promised and will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: __MARCH 25__, 2004

_Loitman Childrens Irrev Trust_
(Signature)
by Jacob Sherman, Trustee

Mr. Jacob Sherman
25 Shuman Cir.
Newton Center, MA 02459-2767

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

___LOITMAN GRANDCHILDRENS IRREV. TRUST___, hereby certifies as follows:
(Print Name)

1. To the best of my knowledge, the following are all my transactions in Sonus Networks, Inc. during the period from June 3, 2003 through February 11, 2004 (the "Class Period"):

| Date | Purchased or Sold | No. of Shares | Price per Share |
|---|---|---|---|
| 1/8/04 | Purchased | 560 | 7.97 |

2. I have reviewed the complaint styled Robert Conte, et ano. v. Sonus Networks, Inc., et al. If necessary, I authorize the filing of a similar complaint on my behalf.

3. I did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

5. During the last three years, I have not served or sought to serve as a class representative in any case brought under the federal securities laws.

6. I have not been promised and will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: ___March 25___, 2004

_Loitman Grandchildrens Irrev Trust_
(Signature)
_By Jacob Sherman, Trustee_



Mr. Jacob Sherman
25 Sherman Cir.
Newton Center, MA 02459-2757

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

__BERNARD LOTTMAN Rev. Living Trust__, hereby certifies as follows:
(Print Name)

1. To the best of my knowledge, the following are all my transactions in Sonus Networks, Inc. during the period from June 3, 2003 through February 11, 2004 (the "Class Period"):

| Date | Purchased or Sold | No. of Shares | Price per Share |
|---|---|---|---|
| 1/8/04 | Purchased | 2000 | 7.98 |

2. I have reviewed the complaint styled <u>Robert Conte, et ano. v. Sonus Networks, Inc., et al.</u> If necessary, I authorize the filing of a similar complaint on my behalf.

3. I did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

5. During the last three years, I have not served or sought to serve as a class representative in any case brought under the federal securities laws.

6. I have not been promised and will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: __MARCH 25__, 2004

_Bernard Lottman Rev hang Trust_
(Signature)

_by Bernard Lottman_ TRUSTEE



Mr. Jacob I. Sherman
25 Shuman Circle
Newton Center, MA 02459

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

___CHARLOTTE LOITMAN IRREV. TRUST___, hereby certifies as follows:
(Print Name)

1. To the best of my knowledge, the following are all my transactions in Sonus Networks, Inc. during the period from June 3, 2003 through February 11, 2004 (the "Class Period"):

| Date | Purchased or Sold | No. of Shares | Price per Share |
|---|---|---|---|
| 1/8/04 | Purchased | 1500 | 7.97 |
| 2/26/04 | Sold | 1500 | 5.59 |

2. I have reviewed the complaint styled Robert Conte, et ano. v. Sonus Networks, Inc., et al. If necessary, I authorize the filing of a similar complaint on my behalf.

3. I did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

5. During the last three years, I have not served or sought to serve as a class representative in any case brought under the federal securities laws.

6. I have not been promised and will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: __March 25__, 2004

_Charlotte Loitman Irrev. Trust_
(Signature)
by _[signature]_ TRUSTEE

Mr. Jacob L Sherman
25 Shuman Circle
Newton Center, MA 02459    _Accountant_

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

_SCOTT L. Dunkley_, hereby certifies as follows:
(Print Name)

1. To the best of my knowledge, the following are all my transactions in Sonus Networks, Inc. during the period from June 3, 2003 through February 11, 2004 (the "Class Period"):

| Date | Purchased or Sold | No. of Shares | Price per Share |
|---|---|---|---|

_SEE ATTACHED STATEMENT_

2. I have reviewed the complaint styled Robert Conte, et ano. v. Sonus Networks, Inc., et al. If necessary, I authorize the filing of a similar complaint on my behalf.

3. I did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

5. During the last three years, I have not served or sought to serve as a class representative in any case brought under the federal securities laws.

6. I have not been promised and will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: _3/18/2004_, 2004

_Scott L. Dunkley_
(Signature)

3026 W 12825 S
Riverton, UT 84065
801-302-5459

Post-it® Fax Note 7671  Date 2/18/04  # of pages ▶
To: Weiss & Yourman   From: Scott Dunkley
Co./Dept.   Co.:
Phone #    Phone #: 801-523-5623
Fax #: 212-682-3010   Fax #: 801-523-0138

Scott L. Dunkley
Sonus Transactions between June 3, 2003 and February 11, 2004.

| Date | Purchased or Sold | No. of Shares | Price Per Share |
|---|---|---|---|
| 1/16/2004 | Purchased | 1500 | 8.4700 |
| 1/16/2004 | Sold | 1500 | 9.20 |
| 1/20/2004 | Purchased | 2000 | 9.6385 |
| 1/20/2004 | Sold | 2000 | 9.95 |
| 1/21/2004 | Purchased | 2500 | 8.8749 |
| 1/21/2004 | Puchased | 2500 | 8.8749 |
| 2/11/2004 | Sold | 2500 | 7.00 |
| 2/11/2004 | Purchased | 1000 | 6.8000 |

To join the Action as Lead plaintiff, complete the following Certification, sign it, and fax or mail it to:

| Rabin, Murray & Frank LLP | Fax: | (212) 682-1892 |
| 275 Madison Avenue | Tel: | (212) 682-1818 |
| New York, NY 10016 | Tel: | (800) 497-8076 |

## CERTIFICATION

I, _ABDUL S. BUDHWANI_, do hereby certify that:

I have reviewed the complaint and have authorized its filing.

I did not purchase securities of _SONUS NETWORKS_ that are the subject of the complaint at the direction of my counsel or in order to participate in any private action arising under the Securities Act of 1933 or Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995.

I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

During the Class Period, I engaged in the following transactions involving the securities of _SONUS NETWORKS_:

| TRANSACTION | TRADE DATE | NO. OF SHARES | PRICE/SHARE |
|---|---|---|---|
| PURCHASED | 11-11-03 | 3300 | $ 8.50 |
| PURCHASED | 11-11-03 | 400 | $ 8.4989 |
| PURCHASED | 11-11-03 | 200 | $ 8.499 |

I have <u>sought to serve or served</u> / <u>neither sought to serve nor served</u> (circle the one that applies) as a representative party on behalf of a class in an action brought under the federal securities laws that were filed during the three-year period preceding the date of this certification. If you have <u>sought to serve or served</u> as a representative party, please enter the case name(s) here:

I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class and my activities in the lawsuit, as ordered or approved by the Court.

Nothing herein shall be construed to be or constitute a waiver of my attorney-client privilege.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _03/29/_ 2004.

Signature _Abdul S. Budhwani_
Address _6301 N. SHERIDAN ROAD #17-B_
_CHICAGO, IL. 60660_
County _COOK_
Phone _773-743-0965_

PAGE 1 OF 2

## CERTIFICATION FORM ATTACHMENT

| TRANSACTION (BUY OR SELL) | TRADE DATE | NO. OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| Purchased | 11-11-03 | 1900 | $8.51 |
| Purchased | 11-11-03 | 700 | $8.49 |

—————  x  —————  x  —————

C:\DOCUMENTS AND SETTINGS\ABDUL\LOCAL SETTINGS\TEMPORARY INTERNET
FILES\CONTENT.IE5\W1IE3WLE3\CERTATTACHMENT[1].DOC

PAGE 2 OF 2

To join the Action as Lead plaintiff, complete the following Certification, sign it, and fax or mail it to:

**Rabin, Murray & Frank LLP**  Fax:  (212) 682-1892
275 Madison Avenue    Tel:  (212) 682-1818
New York, NY 10016    Tel:  (800) 497-8076

## CERTIFICATION

I, _SEAN P. McCarthy_, do hereby certify that:

I have reviewed the complaint and have authorized its filing.

I did not purchase securities of _SONS_ that are the subject of the complaint at the direction of my counsel or in order to participate in any private action arising under the Securities Act of 1933 or Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995.

I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

During the Class Period, I engaged in the following transactions involving the securities of _SONS_:

| TRANSACTION | TRADE DATE | NO. OF SHARES | PRICE/SHARE |
|---|---|---|---|
| BUY | 7-24-03 | 72.00 | $7.27 |
| BUY | 1-12-04 | 3,168.00 | $8.02 |

I have sought to serve or served / **neither sought to serve nor served** (circle the one that applies) as a representative party on behalf of a class in an action brought under the federal securities laws that were filed during the three-year period preceding the date of this certification. If you have sought to serve or served as a representative party, please enter the case name(s) here:

I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class and my activities in the lawsuit, as ordered or approved by the Court.

Nothing herein shall be construed to be or constitute a waiver of my attorney-client privilege.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _02/17/2003_.

Signature _Sean P. McCarthy_
Address _1415 Victoria St Apt 1415_
_Honolulu, Hawaii 96822_
County _Honolulu_
Phone _808-349-7064_