**Sonus Networks, Inc.**
**1934 EXCHANGE ACT LOSS ANALYSIS**

| Plaintiff | Transaction | Date | # of Shares* | Price per Share* | Loss |
|---|---|---|---|---|---|
| Grace I. Belland Living Trust | Purchase | 10/9/2003 | 3290 | 9.1450 | $30,087.05 |
| | Purchase | 10/9/2003 | 1410 | 9.1500 | $12,901.50 |
| | Purchase | 10/9/2004 | 1300 | 9.1498 | $11,894.74 |
| | | | | | $54,883.29 |
| | | | 6,000 | 4.0055 | $24,033.00 |
| | | | | Loss | $30,850.29 |
| | | | | | |
| Leopoldo L. Mestre | Purchase | 2/2/2004 | 500 | 8.8200 | $4,410.00 |
| | Purchase | 2/2/2004 | 1,000 | 8.8200 | $8,820.00 |
| | Purchase | 2/2/2004 | 200 | 8.6700 | $1,734.00 |
| | Purchase | 2/2/2004 | 100 | 8.6700 | $867.00 |
| | Purchase | 2/2/2004 | 500 | 8.6700 | $4,335.00 |
| | Purchase | 2/2/2004 | 300 | 8.6800 | $2,604.00 |
| | Purchase | 2/2/2004 | 100 | 8.6800 | $868.00 |
| | Sold | 2/3/2004 | -2,700 | 8.3700 | ($22,599.00) |
| | Purchase | 2/3/2004 | 2,800 | 8.3800 | $23,464.00 |
| | Sold | 2/4/2004 | -2,800 | 8.2700 | ($23,156.00) |
| | Purchase | 2/4/2004 | 2,750 | 8.4300 | $23,182.50 |
| | Sold | 2/6/2004 | -500 | 8.2800 | ($4,140.00) |
| | Sold | 2/6/2004 | -1,100 | 8.2800 | ($9,108.00) |
| | Sold | 2/6/2004 | -100 | 8.2800 | ($828.00) |
| | Sold | 2/6/2004 | -100 | 8.2800 | ($828.00) |
| | Sold | 2/6/2004 | -950 | 8.2700 | ($7,856.50) |
| | Purchase | 2/6/2004 | 300 | 8.2600 | $2,478.00 |
| | Purchase | 2/6/2004 | 2,450 | 8.2800 | $20,286.00 |
| | Purchase | 2/10/2004 | 1,000 | 7.6800 | $7,680.00 |
| | Purchase | 2/10/2004 | 300 | 7.6800 | $2,304.00 |
| | Purchase | 2/10/2004 | 950 | 7.6800 | $7,296.00 |
| | Sold | 2/11/2004 | -300 | 7.5500 | ($2,265.00) |
| | Sold | 2/11/2004 | -100 | 7.5500 | ($755.00) |
| | Sold | 2/11/2004 | -500 | 7.5500 | ($3,775.00) |
| | Sold | 2/11/2004 | -200 | 7.5500 | ($1,510.00) |
| | Sold | 2/11/2004 | -100 | 7.5500 | ($755.00) |
| | Sold | 2/11/2004 | -100 | 7.5500 | ($755.00) |
| | Sold | 2/11/2004 | -100 | 7.5500 | ($755.00) |
| | Sold | 2/11/2004 | -100 | 7.5400 | ($754.00) |
| | Sold | 2/11/2004 | -100 | 7.5400 | ($754.00) |
| | Sold | 2/11/2004 | -100 | 7.5400 | ($754.00) |
| | Sold | 2/11/2004 | -100 | 7.5400 | ($754.00) |
| | Sold | 2/11/2004 | -100 | 7.5400 | ($754.00) |
| | Sold | 2/11/2004 | -100 | 7.5400 | ($754.00) |
| | Sold | 2/11/2004 | -100 | 7.5400 | ($754.00) |
| | Sold | 2/11/2004 | -200 | 7.5400 | ($1,508.00) |
| | Sold | 2/11/2004 | -200 | 7.5420 | ($1,508.40) |
| | Sold | 2/11/2004 | -200 | 7.5410 | ($1,508.20) |
| | Sold | 2/11/2004 | -120 | 7.5400 | ($904.80) |
| | Sold | 2/11/2004 | -2,180 | 7.5400 | ($16,437.20) |
| | Purchase | 2/11/2004 | 1,000 | 7.6500 | $7,650.00 |
| | Purchase | 2/11/2004 | 500 | 7.6500 | $3,825.00 |
| | Purchase | 2/11/2004 | 300 | 7.6500 | $2,295.00 |
| | Purchase | 2/11/2004 | 200 | 7.6500 | $1,530.00 |
| | Purchase | 2/11/2004 | 131 | 7.6500 | $1,002.15 |
| | Purchase | 2/11/2004 | 300 | 7.6500 | $2,295.00 |
| | Purchase | 2/11/2004 | 300 | 7.6500 | $2,295.00 |
| | Purchase | 2/11/2004 | 200 | 7.6500 | $1,530.00 |

| Type | Date | Quantity | Price | Amount |
|---|---|---|---|---|
| Purchase | 2/11/2004 | 300 | 7.6500 | $2,295.00 |
| Purchase | 2/11/2004 | 69 | 7.6500 | $527.85 |
| Purchase | 2/11/2004 | 700 | 7.6500 | $5,355.00 |
| Sold | 2/13/2004 | -4,000 | 7.5800 | ($30,320.00) |
| Purchase | 2/13/2004 | 500 | 7.5300 | $3,765.00 |
| Purchase | 2/13/2004 | 100 | 7.5300 | $753.00 |
| Purchase | 2/13/2004 | 100 | 7.5300 | $753.00 |
| Purchase | 2/13/2004 | 100 | 7.5300 | $753.00 |
| Purchase | 2/13/2004 | 100 | 7.5300 | $753.00 |
| Purchase | 2/13/2004 | 100 | 7.5200 | $752.00 |
| Purchase | 2/13/2004 | 1000 | 7.52 | $7,520.00 |
| Purchase | 2/13/2004 | 2150 | 7.52 | $16,168.00 |
| Purchase | 2/13/2004 | 2000 | 7.37 | $14,740.00 |
| Sold | 2/17/2004 | -5100 | 7.49 | ($38,199.00) |
| Sold | 2/17/2004 | -1050 | 7.48 | ($7,854.00) |
| Sold | 2/17/2004 | -3600 | 6.92 | ($24,912.00) |
| Sold | 2/17/2004 | -5700 | 6.36 | ($36,252.00) |
| Purchase | 2/17/2004 | 2100 | 7.3 | $15,330.00 |
| Purchase | 2/17/2004 | 1500 | 7.29 | $10,935.00 |
| Purchase | 2/17/2004 | 5700 | 6.78 | $38,646.00 |
| Purchase | 2/17/2004 | 5000 | 6.49 | $32,450.00 |
| Sold | 2/18/2004 | -200 | 5.4 | ($1,080.00) |
| Sold | 2/18/2004 | -365 | 5.4 | ($1,971.00) |
| Sold | 2/18/2004 | -1000 | 5.4 | ($5,400.00) |
| Sold | 2/18/2004 | -1150 | 5.4 | ($6,210.00) |
| Sold | 2/18/2004 | -800 | 5.38 | ($4,304.00) |
| Sold | 2/18/2004 | -200 | 5.36 | ($1,072.00) |
| Sold | 2/18/2004 | -100 | 5.39 | ($539.00) |
| Sold | 2/18/2004 | -1185 | 5.39 | ($6,387.15) |
| Sold | 2/19/2004 | -500 | 5.7 | ($2,850.00) |
| Sold | 2/19/2004 | -750 | 5.7 | ($4,275.00) |
| Sold | 2/19/2004 | -850 | 5.7 | ($4,845.00) |
| Sold | 2/19/2004 | -265 | 5.7 | ($1,510.50) |
| Sold | 2/19/2004 | -1000 | 5.7 | ($5,700.00) |
| Sold | 2/19/2004 | -135 | 5.7 | ($769.50) |
| Sold | 2/19/2004 | -1000 | 5.7 | ($5,700.00) |
| Sold | 2/19/2004 | -400 | 5.7 | ($2,280.00) |
| Sold | 2/19/2004 | -100 | 5.7 | ($570.00) |
| Sold | 2/19/2004 | -200 | 5.69 | ($1,138.00) |
| Sold | 2/19/2004 | -718 | 5.68 | ($4,078.24) |
| Sold | 2/19/2004 | -400 | 5.68 | ($2,272.00) |
| Sold | 2/19/2004 | -100 | 5.68 | ($568.00) |
| Sold | 2/19/2004 | -500 | 5.68 | ($2,840.00) |
| Sold | 2/19/2004 | -500 | 5.68 | ($2,840.00) |
| Sold | 2/19/2004 | -500 | 5.68 | ($2,840.00) |
| Sold | 2/19/2004 | -400 | 5.68 | ($2,272.00) |
| Sold | 2/19/2004 | -500 | 5.682 | ($2,841.00) |
| Sold | 2/19/2004 | -500 | 5.681 | ($2,840.50) |
| Sold | 2/19/2004 | -1000 | 5.681 | ($5,681.00) |
| Sold | 2/19/2004 | -682 | 5.68 | ($3,873.76) |
| Purchase | 2/19/2004 | 600 | 5.61 | $3,366.00 |
| Purchase | 2/19/2004 | 800 | 5.61 | $4,488.00 |
| Purchase | 2/19/2004 | 3600 | 5.59 | $20,124.00 |
| Purchase | 2/19/2004 | 1800 | 5.62 | $10,116.00 |
| Purchase | 2/19/2004 | 200 | 5.62 | $1,124.00 |
| Purchase | 2/19/2004 | 500 | 5.62 | $2,810.00 |
| Purchase | 2/19/2004 | 2800 | 5.62 | $15,736.00 |
| Purchase | 2/19/2004 | 200 | 5.62 | $1,124.00 |
| Purchase | 2/19/2004 | 500 | 5.62 | $2,810.00 |
| Sold | 1/29/2004 | -3300 | 8.28 | ($27,324.00) |
| Purchase | 1/29/2004 | 3300 | 8.25 | $27,225.00 |
| Sold | 1/30/2004 | -3300 | 8.35 | ($27,555.00) |

| | | | | | |
|---|---|---|---|---|---|
| | Purchase | 1/30/2004 | 300 | 8.42 | $2,526.00 |
| | Purchase | 1/30/2004 | 3000 | 8.43 | $25,290.00 |
| | Sold | 2/5/2004 | -78 | 8.39 | ($654.42) |
| | Sold | 2/2/2004 | -100 | 8.4 | ($840.00) |
| | Sold | 2/2/2004 | -2100 | 8.405 | ($17,650.50) |
| | Sold | 2/2/2004 | -200 | 8.406 | ($1,681.20) |
| | Sold | 2/2/2004 | -722 | 8.41 | ($6,072.02) |
| | Sold | 2/2/2004 | -100 | 8.42 | ($842.00) |
| | Purchase | 2/2/2004 | 3300 | 8.39 | $27,687.00 |
| | Sold | 2/2/2004 | -3300 | 7.7 | ($25,410.00) |
| | Purchase | 2/5/2004 | 3300 | 7.68 | $25,344.00 |
| | Sold | 2/5/2004 | -3300 | 7.62 | ($25,146.00) |
| | Purchase | 2/6/2004 | 1100 | 7.55 | $8,305.00 |
| | Purchase | 2/8/2004 | 2200 | 7.56 | $16,632.00 |
| | Sold | 2/6/2004 | -1600 | 7.73 | ($12,368.00) |
| | Sold | 2/6/2004 | -1400 | 7.74 | ($10,836.00) |
| | Sold | 2/6/2004 | -300 | 7.75 | ($2,325.00) |
| | Purchase | 2/6/2004 | 200 | 7.698 | $1,539.60 |
| | Purchase | 2/6/2004 | 3140 | 7.7 | $24,178.00 |
| | Sold | 2/9/2004 | -3340 | 7.83 | ($26,152.20) |
| | Purchase | 2/9/2004 | 2164 | 7.71 | $16,684.44 |
| | Purchase | 2/9/2004 | 1176 | 7.72 | $9,078.72 |
| | Sold | 2/10/2004 | -3340 | 7.45 | ($24,883.00) |
| | Purchase | 2/10/2004 | 3350 | 7.48 | $25,058.00 |
| | Sold | 2/11/2004 | -3350 | 7.5 | ($25,125.00) |
| | Purchase | 2/11/2004 | 3400 | 7.38 | $25,092.00 |
| | Sold | 2/11/2004 | -3400 | 7.07 | ($24,038.00) |
| | Purchase | 2/11/2004 | 2,600 | 7.0900 | $18,434.00 |
| | Purchase | 2/11/2004 | 700 | 7.0900 | $4,963.00 |
| | Sold | 2/11/2004 | -3,300 | 6.4300 | ($21,219.00) |
| | Purchase | 2/11/2004 | 2,500 | 6.5600 | $16,400.00 |
| | Sold | 2/13/2004 | -2,500 | 5.5200 | ($13,800.00) |
| | Purchase | 2/13/2004 | 1,200 | 5.6000 | $6,720.00 |
| | Sold | 2/13/2004 | -700 | 5.7300 | ($4,011.00) |
| | Sold | 2/13/2004 | -500 | 5.7400 | ($2,870.00) |
| | Purchase | 2/17/2004 | 5,000 | 6.2400 | $31,200.00 |
| | Sold | 2/17/2004 | -2,632 | 6.1100 | ($16,081.52) |
| | Sold | 2/17/2004 | -2,368 | 6.1200 | ($14,492.16) |
| | Purchase | 2/17/2004 | 2,500 | 5.9600 | $14,900.00 |
| | Purchase | 2/18/2004 | 2,500 | 5.7600 | $14,400.00 |
| | Sold | 2/19/2004 | -700 | 5.8000 | ($4,060.00) |
| | Sold | 2/19/2004 | -4,300 | 5.8100 | ($24,983.00) |
| | Sold | 2/20/2004 | -3,000 | 5.6100 | ($16,830.00) |
| | Purchase | 2/20/2004 | 246 | 5.4410 | $1,338.49 |
| | Purchase | 2/20/2004 | 300 | 5.4500 | $1,635.00 |
| | Purchase | 2/20/2004 | 954 | 5.4600 | $5,208.84 |
| | Sold | 2/23/2004 | -100 | 5.5500 | ($555.00) |
| | Purchase | 1/20/2004 | 600 | 8.0100 | $4,806.00 |
| | Purchase | 1/20/2004 | 100 | 8.0100 | $801.00 |
| | Purchase | 1/20/2004 | 1,300 | 8.0200 | $10,426.00 |
| | Purchase | 1/21/2004 | 900 | 7.9000 | $7,110.00 |
| | Purchase | 1/29/2004 | 2,000 | 9.0700 | $18,140.00 |
| | | | | | $25,947.82 |
| | | | 0 | 4.0055 | $0.00 |
| | | | | **Loss** | **$25,947.82** |
| | | | | | |
| Jacob I. Sherman | Purchase | 1/8/2004 | 1,500 | 7.9700 | $11,955.00 |
| | Sold | 2/26/2004 | -1,500 | 5.5900 | ($8,385.00) |
| | Purchase | 1/8/2004 | 2,000 | 7.9800 | $15,960.00 |
| | Sold | 1/8/2004 | 600 | 7.9700 | $4,782.00 |
| | Purchase | 1/13/2004 | 300 | 7.9800 | $2,394.00 |

| Name | Action | Date | Shares | Price | Amount |
|---|---|---|---|---|---|
| | Purchase | 1/8/2004 | 400 | 7.9700 | $3,188.00 |
| | Purchase | 1/8/2004 | 500 | 7.9700 | $3,985.00 |
| | | | | | $33,879.00 |
| | | | 3,800 | 4.0055 | $15,220.90 |
| | | | | **Loss** | **$18,658.10** |
| | | | | | |
| Scott L. Dunkley | Purchase | 1/16/2004 | 1,500 | 8.4700 | $12,705.00 |
| | Sold | 1/16/2004 | -1,500 | 9.2000 | ($13,800.00) |
| | Purchase | 1/20/2004 | 2,000 | 9.6385 | $19,277.00 |
| | Sold | 1/20/2004 | -2,000 | 9.9500 | ($19,900.00) |
| | Purchase | 1/21/2004 | 2,500 | 8.8749 | $22,187.25 |
| | Purchase | 1/21/2004 | 2,500 | 8.8749 | $22,187.25 |
| | Sold | 2/11/2004 | -2,500 | 7.0000 | ($17,500.00) |
| | Purchase | 2/11/2004 | 1,000 | 6.8000 | $6,800.00 |
| | | | | | $31,956.50 |
| | | | 3,500 | 4.0055 | $14,019.25 |
| | | | | **Loss** | **$17,937.25** |
| | | | | | |
| Abdul S. Budhinani | Purchase | 11/11/2003 | 3300 | $ 8.5000 | $28,050.00 |
| | Purchase | 11/11/2003 | 400 | $ 8.4989 | $3,399.56 |
| | Purchase | 11/11/2003 | 200 | $ 8.4990 | $1,699.80 |
| | | | | | $33,149.36 |
| | | | 3900 | 4.0055 | $15,621.45 |
| | | | | **Loss** | **$17,527.91** |
| | | | | | |
| Sean P. McCarthy | Purchase | 7/29/2003 | 72 | $ 7.2700 | $523.44 |
| | Purchase | 5/24/2003 | 3168 | $ 8.0200 | $25,407.36 |
| | | | | | $25,930.80 |
| | | | 3240 | 4.0055 | $12,977.82 |
| | | | | **Loss** | **$12,952.98** |
| | | | | | |
| | | | | **Total Losses** | **$123,874.35** |