**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DEBORAH CHIN, Individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SONUS NETWORKS, INC., HASSAN AHMED, STEPHEN NILL, )<br>)<br>Defendants. )<br> ) | Case No. 1:04-cv-10294-DPW |

(Additional Captions Follow)

 

**[PROPOSED] ORDER
FOR THE APPOINTMENT OF LEAD PLAINTIFF
AND APPROVAL OF LEAD PLAINTIFF'S
<u>SELECTION OF CO-LEAD COUNSEL</u>**

|  |  |
|---|---|
| MICHELLE TREBITSCH, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>　　　　　　　　　Defendants. | ) Case No. 1:04-cv-10307-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| INFORMATION DYNAMICS, LLC, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>SONUS NETWORKS, INC., PAUL. R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>　　　　　　　　　Defendants. | ) Case No. 1:04-cv-10308-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| PETER KALTMAN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>SONUS NETWORKS, INC., RUBIN GRUBER, HASSAN AHMED and STEPHEN NILL,<br><br>　　　　　　　　　Defendants. | ) Case No. 1:04-cv-10309-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| SAMANTHA DEN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>   vs.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL<br><br>     Defendants. | ) Case No. 1:04-cv-10310-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| RONALD KASSOVER, on behalf of the Ronald Kassover IRA and all others similarly situated,<br><br>     Plaintiff,<br><br>   vs.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, STEPHEN J. NILL,<br><br>     Defendants. | ) Case No. 1:04-cv-10329-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| STEVE L. BAKER, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>   vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>     Defendants. | ) Case No. 1:04-cv-10333-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| MICHAEL KAFFEE, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>      Defendants. | ) Case No. 1:04-cv-10345-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| HAIMING HU, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL<br><br>      Defendants. | ) Case No. 1:04-cv-10346-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| CHARLES STARBUCK, Individually and himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>      Defendants. | ) Case No. 1:04-cv-10362-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| SANUEL HO, Individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>                          vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>                          Defendants. | ) Case No. 1:04-cv-10363-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| JEFFREY C. RODRIGUES, Individually on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>                          vs.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>                          Defendants. | ) Case No. 1:04-cv-10364-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ROBERT CONTE and MARK RESPLER, on behalf of himself and all other similarly situated,<br><br>                          Plaintiff,<br><br>                          vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>                          Defendants. | ) Case No. 1:04-cv-10382-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| WHEATON ELECTRICAL SERVICES RETIREMENT 401 K PROFIT SHARING PLAN, on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>                    vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN J. NILL,<br><br>                    Defendants. | ) Case No. 1:04-cv-10383-DPW |
| BRIAN CLARK, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>                    vs.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>                    Defendants. | ) Case No. 1:04-cv-10454-DPW |
| SHEILA BROWNELL, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>                    vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN NILL,<br><br>                    Defendants. | ) Case No. 1:04-CV-10597-DPW |

| | |
|---|---|
| SAVERIO PUGLIESE, on behalf of himself and all others similarly situated, | ) Case No. 1:04-cv-10612-DPW ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SONUS NETWORKS, INC., HASSAN M. AHMED, STEPHEN J. NILL, | ) ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| DAVID V. NOCITO, on behalf of himself and all others similarly situated, | ) Case No. 1:04-cv-10623-DPW ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL, | ) ) ) |
| Defendants. | ) ) |

WHEREAS, Plaintiff Deborah Chin filed a putative class action under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") on February 12, 2004 in this Court.

WHEREAS, Plaintiff Deborah Chin, in accordance with the provisions of Section 21D(a)(3)(A)(i) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(A)(i) on February 12, 2004, caused to be published nationally in PRNEWSWIRE a notice advising class members of the pendency of the action, the claims asserted therein, the purported class period, and their right to move this Court to be appointed Lead Plaintiff.

WHEREAS, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), any purported class member desiring to be appointed Lead Plaintiff was required to have filed a motion for such appointment on or before April 12, 2004.

WHEREAS, the above-captioned actions involve common questions of law and fact.

WHEREAS, Plaintiffs Grace I. Belland, Leopoldo L. Mestre, Jacob I. Sherman, Scott L. Dunkley, Abdul S. Budhinani, and Sean P. McCarthy, collectively known as the "Belland Group," have timely moved to be appointed Lead Plaintiff.

WHEREAS, the Belland Group has the largest financial interest in the relief sought by the class.

WHEREAS, the Belland Group otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure.

WHEREAS, the Belland Group, in accordance with Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), has sought approval of its selection of the law firms of Murra, Frank & Sailer LLP and Weiss & Yourman as Co-Lead Counsel.

**IT IS HEREBY ORDERED** as follows:

1. The above-captioned and above-referenced actions, as well as any other action now pending or hereafter filed in or transferred to this District as a class action on behalf of purchasers of the securities of Sonus Corporation, which arise out of the same facts as alleged in the above-referenced actions, are consolidated for all purposes to be captioned as follows:

```
---------------------------------------------------------------------X
IN RE SONUS NETWORKS, INC. SECURITIES      :     04 CV 10308 (DPW)
    LITIGATION                              :
                                            :
---------------------------------------------------------------------X
```

2. The Belland Group is appointed Lead Plaintiff; and

3. The Belland Group's selection of the law firms of Murray, Frank & Sailer LLP and Weiss & Yourman as Co-Lead Counsel is approved.

**SO ORDERED**

_____
Hon. Douglas P. Woodlock
United States District Court Judge

DATED _____, 2004

2