UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN NILL,<br><br>       Defendants. | Civil Case 1:04-cv-10294 DPW |
| MICHELLE TREBITSCH, on Behalf of Herself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br> v.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL,<br><br>       Defendants. | Civil Case 1:04 cv 10307 DPW |

Additional Captions to Follow

**DECLARATION OF THEODORE M. HESS-MAHAN IN SUPPORT OF
THE MOTION OF THE WEXLER GROUP FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL
OF SELECTION OF LEAD AND LIAISON COUNSEL**

| | |
|---|---|
| INFORMATION DYNAMICS, LLC, on behalf of Itself and all Others Similarly Situated,<br><br>                Plaintiff,<br><br>   v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN AHMED and STEPHEN NILL,<br><br>                Defendants. | )<br>)  Civil Case 1:04-cv-10308 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| PETER KALTMAN, on Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   v.<br><br>SONUS NETWORKS, INC., RUBIN GRUBER, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>                Defendants. | )<br>)  Civil Case 1:04 cv 10309 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SAMANTHA DEN, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   v.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL,<br><br>                Defendants. | )<br>)  Civil Case 1:04 cv 10310 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| RICHARD CURTIS, Individually and on behalf of all others Similarly Situated, ) | ) Civil Case 1:04-cv-10314 DPW |
| Plaintiff, ) | |
| v. ) | |
| SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN NILL, ) | |
| Defendants. ) | |
| RONALD KASSOVER, on Behalf of the RONALD KASSOVER IRA and All Others Similarly Situated, ) | ) Civil Case 1:04 cv 10329 DPW |
| Plaintiff, ) | |
| v. ) | |
| SONUS NETWORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL, ) | |
| Defendants. ) | |
| STEVE L. BAKER, Individually and On Behalf of All Others Similarly Situated, ) | ) Civil Case 1:04 cv 10333 DPW |
| Plaintiff, ) | |
| v. ) | |
| SONUS NET WORKS, INC., HASSAN AHMED and STEPHEN NILL, ) | |
| Defendants. ) | |

| | |
|---|---|
| MICHAEL KAFFEE, Individually and On Behalf of All Others Similarly Situated, <br><br>      Plaintiff, <br><br> v. <br><br>SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN NILL, <br><br>      Defendants. | Civil Case 1:04-cv-10345 DPW |
| HAIMING HU, Individually and on Behalf of All Others Similarly Situated, <br><br>      Plaintiff, <br><br> v. <br><br>SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN NILL, <br><br>      Defendants. | Civil Case 1:04 cv 10346 DPW |
| DANIEL WILLIAMS, Individually and On Behalf of All Others Similarly Situated, <br><br>      Plaintiff, <br><br> v. <br><br>HASSAN M. AHMED, STEPHEN J. NILL EDWARD T. ANDERSON, PAUL J. FEERRI, PAUL J. SEVERINO and SONUS NETWORKS, INC., <br><br>      Defendants. | Civil Case 1:04 cv 10359 DPW |

| | |
|---|---|
| CHARLES STARBUCK, Individually and on behalf of all others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN NILL, )<br>)<br>Defendants. ) | Civil Case 1:04-cv-10362 DPW |
| SAMUEL HO, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN. NILL, )<br>)<br>Defendants. ) | Civil Case 1:04 cv 10363 DPW |
| JEFFREY C. RODRIGUES, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONUS NET WORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL, )<br>)<br>Defendants. ) | Civil Case 1:04 cv 10364 DPW |

| | |
|---|---|
| ROBERT CONTE and MARK RESPLER, on Behalf of Themself and All Others Similarly Situated, | ) )  Civil Case 1:04-cv-10382 DPW |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN NILL, | ) ) ) ) |
| Defendants. | ) |
| WHEATON ELECTRICAL SERVICES RETIREMENT 401K PROFIT SHARING PLAN, On Behalf of Itself and All Others Similarly Situated, | ) ) )  Civil Case 1:04 cv 10383 DPW ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN J. NILL, | ) ) ) ) |
| Defendants. | ) |
| MICHELLE BURK, Derivatively on behalf of Sonus Networks, Inc., A Delaware Corporation, | ) )  Civil Case 1:04 cv 10384 DPW ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| HASSAN AHMED, EDWARD T. ANDERSON, PAUL J. FERRI, RUBIN GRUBER, PAUL SEVERINO, JOHN MICHAEL O'HARA, EDWARD N. HARRIS, STEPHEN NILL, PAUL R. JONES and SONUS NETWORKS, INC., *A DELAWARE CORPORATION,* | ) ) ) ) ) ) ) |
| Defendants. | ) |

| | |
|---|---|
| BRIAN CLARK, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>   v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>                   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Case 1:04-cv-10454 DPW |
| MICHAEL PISNOY, Derivatively on Behalf of Sonus Networks, Inc.,<br><br>                   Plaintiff,<br><br>   v.<br><br>HASSAN M. AHMED, RUBIN GRUBER, EDWARD T. ANDERSON, PAUL J. FERRI, ALBERT A. NOTINI, PAUL J. SEVERINO, PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA and STEPHEN J. NILL,<br><br>                   Defendants. | )<br>)   Civil Case 1:04 cv 10576 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SHEILA BROWNELL, Individually and On Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>   v.<br><br>SONUS NET WORKS, INC., HASSAN AHMED and STEPHEN NILL,<br><br>                   Defendants. | )<br>)   Civil Case 1:04 cv 10597 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| SAVERIO PUGLIESE, on Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br> v.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case 1:04-cv-10612 DPW |
| DAVID V. NOCITO, on Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br> v.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case 1:04 cv 10623 DPW |

Theodore M. Hess-Mahan, declares, under penalty of perjury:

1. I am an associate with Shapiro, Haber & Urmy ("Shapiro Haber"), one of plaintiff's counsel in the action entitled <u>Deborah Chin v. Sonus Networks, Inc., et al.</u>, 1:04cv10294 (DPW) (the "<u>Chin</u> Action"). I submit this Declaration in support of the motion of Marc Wexler, Scott Baugh, Sajid Patel, Carlos Rios and Thomas Munson (the "Wexler Group") for consolidation, appointment as Lead Plaintiffs and for approval of selection of Lead and Liaison Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the notice published by plaintiff in the <u>Chin</u> Action on <u>PR Newswire</u>, a national, business-oriented newswire service, on February 12, 2004.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated collective losses of the Wexler Group at $365,863.90, in connection with its purchases of Sonus shares.

4. Attached hereto as Exhibit C are the certifications of the members of the Wexler Group.

5. Attached hereto as Exhibit D is a true copy of the firm resume of Cauley Geller Bowman & Rudman, LLP.

6. Attached hereto as Exhibit E is a true copy of the firm resume of Shapiro Haber & Urmy LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2004.

                                                          **/s/Theodore M. Hess-Mahan**
                                                          Theodore M. Hess-Mahan