LP deadline:Monday, 4/12/04    Sonus Shareholder Damage Estimate    Venue: MA

| Avg. closing price for shares held 90 days after the class period: | $5.0775 | Class Period: 06/03/03 - 02/11/04 | | Avg closing price: 02/12/04 - 03/29/04 (90 day max = 05/11/04) | | | |
|---|---|---|---|---|---|---|---|
| | | Shares Bought | | | Shares Sold | | |
| Last Name | First Name | # of Shares | Date | $ Per Share | # of Shares | Date | $ Per Share | Mean Trading Price * | Total Gain/Loss |

| Last Name | First Name | # of Shares | Date | $ Per Share | # of Shares | Date | $ Per Share | Mean Trading Price * | Total Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| Baugh | Scott | 10000 | 11/13/03 | $9.1300 | 10000 | 12/10/03 | $7.1500 | | |
| Baugh | Scott | 12000 | 12/11/03 | $8.3000 | 16000 | 02/12/04 | $5.7500 | | ($60,600.00) |
| Baugh | Scott | 4000 | 01/06/04 | $8.3000 | | | | | |
| | | | | | | | | | |
| Munson | Thomas | 6500 | 02/03/04 | $8.1100 | 2065 | 02/05/04 | $7.6300 | | |
| Munson | Thomas | 6750 | 02/03/04 | $8.1400 | 5925 | 02/12/04 | $5.0800 | $5.3900 | ** |
| Munson | Thomas | 450 | 02/09/04 | $7.8000 | 75 | 02/12/04 | $5.0900 | $5.3900 | ** |
| | | | | | 5635 | 02/12/04 | $5.3500 | $5.3900 | ($32,701.40) ** |
| Patel | Sajid | 10000 | 01/20/04 | $9.3400 | | | | | |
| Patel | Sajid | 5000 | 01/29/04 | $8.0500 | | | | | ($57,487.50) |
| | | | | | | | | | |
| Rios | Carlos | 1000 | 01/14/04 | $8.0000 | | | | | |
| Rios | Carlos | 2000 | 01/16/04 | $8.9400 | | | | | |
| Rios | Carlos | 7000 | 01/20/04 | $9.4700 | | | | | |
| Rios | Carlos | 2000 | 01/21/04 | $8.7800 | | | | | ($48,800.00) |
| | | | | | | | | | |
| Wexler | Marc | 30000 | 02/11/04 | $6.6000 | | | | | |
| | | 15000 | 01/20/04 | $9.5020 | | | | | |
| | | 15000 | 01/21/04 | $8.6930 | | | | | ($166,275.00) |
| TOTALS | | 126700 | | | 39700 | | | | ($365,863.90) |

* Note: Average price of shares from end of class period until actual date of sale.
** Note: "Mean Trading Price" used in calculation of damages
*** Note: Baugh's 1/6/04 trade date was incorrectly marked on his certification as 1/7/03
**** Note: Wexler's 2/11/04 trade date was incorrectly marked on his certification as 2/10/04