Class Action:..........Sonus Networks, Inc. (Nasdaq:SONS)

Certification of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and retains Cauley, Geller, Bowman & Rudman to file an action under the federal securities laws to recover damages and to seek other relief against Sonus Networks, Inc. (Nasdaq:SONS). Cauley, Geller, Bowman & Rudman will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Sonus Networks, Inc. (Nasdaq:SONS) Retention Agreement provided to the Plaintiff is incorporated by reference.

First Name:    Scott
Last Name:    Baugh

Plaintiff certifies that:

1. The Plaintiff has reviewed a complaint and authorized its filing.

2. The Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. The Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. BEFORE the start of the Class Period, Plaintiff had how many shares of common stock/securities?

5. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. Plaintiff's Shares were acquired (check all that apply):

IRA?

Employer-sponsored plan (401k, 403b, etc)?

Non-retirement account? Yes

Merger/acquisition?

Other (describe)


Acquisitions:

| Date Acquired | Number of Shares Acquired | Acquisition price per share |
|---|---|---|
| 11-13-03 | 10,000 | $9.13 |
| 12-11-03 | 12,000 | $8.30 |
| 1-7-03 | 4000 | $8.30 |

Mutual Funds Purchased:


Sales:

| Date Sold | Number of Shares Sold | Selling price per share |
|---|---|---|
| 12-10-03 | 10,000 | $7.15 |
| 2-12-04 | 16,000 | $5.75 |

Mutual Funds Sold:


7. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except if detailed below:


I declare under penalty of perjury that the information entered is accurate: Yes

By clicking on the button below, I intend to sign and execute this