UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually and on behalf of all others similarly situated, | ) ) Civil Case 1:04-cv-10294 DPW ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN NILL, | ) ) ) |
| Defendants. | ) ) |
| MICHELLE TREBITSCH, on Behalf of Herself and All Others Similarly Situated, | ) ) Civil Case 1:04 cv 10307 DPW ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SONUS NETWORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL, | ) ) ) |
| Defendants. | ) ) |

Additional Captions to Follow

**[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD AND LIAISON COUNSEL**

| | |
|---|---|
| INFORMATION DYNAMICS, LLC, on behalf of Itself and all Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN AHMED and STEPHEN NILL,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Case 1:04-cv-10308 DPW |
| PETER KALTMAN, on Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>SONUS NETWORKS, INC., RUBIN GRUBER, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Case 1:04 cv 10309 DPW |
| SAMANTHA DEN, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Case 1:04 cv 10310 DPW |

| | |
|---|---|
| RICHARD CURTIS, Individually and on behalf of all others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN NILL, )<br><br>Defendants. ) | ) Civil Case 1:04-cv-10314 DPW |
| RONALD KASSOVER, on Behalf of the RONALD KASSOVER IRA and All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL, )<br><br>Defendants. ) | ) Civil Case 1:04 cv 10329 DPW |
| STEVE L. BAKER, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>SONUS NET WORKS, INC., HASSAN AHMED and STEPHEN NILL, )<br><br>Defendants. ) | ) Civil Case 1:04 cv 10333 DPW |

| | |
|---|---|
| MICHAEL KAFFEE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN NILL, <br><br> Defendants. | Civil Case 1:04-cv-10345 DPW |
| HAIMING HU, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN NILL, <br><br> Defendants. | Civil Case 1:04 cv 10346 DPW |
| DANIEL WILLIAMS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HASSAN M. AHMED, STEPHEN J. NILL EDWARD T. ANDERSON, PAUL J. FEERRI, PAUL J. SEVERINO and SONUS NETWORKS, INC., <br><br> Defendants. | Civil Case 1:04 cv 10359 DPW |

| | |
|---|---|
| CHARLES STARBUCK, Individually and on behalf of all others Similarly Situated, </br></br> Plaintiff, </br></br> v. </br></br> SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN NILL, </br></br> Defendants. | ) </br> ) Civil Case 1:04-cv-10362 DPW </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |
| SAMUEL HO, Individually and On Behalf of All Others Similarly Situated, </br></br> Plaintiff, </br></br> v. </br></br> SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN. NILL, </br></br> Defendants. | ) </br> ) Civil Case 1:04 cv 10363 DPW </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |
| JEFFREY C. RODRIGUES, Individually and On Behalf of All Others Similarly Situated, </br></br> Plaintiff, </br></br> v. </br></br> SONUS NET WORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL, </br></br> Defendants. | ) </br> ) Civil Case 1:04 cv 10364 DPW </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

| | |
|---|---|
| ROBERT CONTE and MARK RESPLER, on Behalf of Themself and All Others Similarly Situated, </br></br>            Plaintiff, </br></br>   v. </br></br>SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN NILL, </br></br>            Defendants. | ) </br>) Civil Case 1:04-cv-10382 DPW </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) |
| WHEATON ELECTRICAL SERVICES RETIREMENT 401K PROFIT SHARING PLAN, On Behalf of Itself and All Others Similarly Situated, </br></br>            Plaintiff, </br></br>   v. </br></br>SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN J. NILL, </br></br>            Defendants. | ) </br>) </br>) Civil Case 1:04 cv 10383 DPW </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) |
| MICHELLE BURK, Derivatively on behalf of Sonus Networks, Inc., A Delaware Corporation, </br></br>            Plaintiff, </br></br>   v. </br></br>HASSAN AHMED, EDWARD T. ANDERSON, PAUL J. FERRI, RUBIN GRUBER, PAUL SEVERINO, JOHN MICHAEL O'HARA, EDWARD N. HARRIS, STEPHEN NILL, PAUL R. JONES and SONUS NETWORKS, INC., *A DELAWARE CORPORATION,* </br></br>            Defendants. | ) </br>) </br>) Civil Case 1:04 cv 10384 DPW </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) |

| | |
|---|---|
| BRIAN CLARK, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>      Defendants. | Civil Case 1:04-cv-10454 DPW |
| MICHAEL PISNOY, Derivatively on Behalf of Sonus Networks, Inc.,<br><br>      Plaintiff,<br><br> v.<br><br>HASSAN M. AHMED, RUBIN GRUBER, EDWARD T. ANDERSON, PAUL J. FERRI, ALBERT A. NOTINI, PAUL J. SEVERINO, PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA and STEPHEN J. NILL,<br><br>      Defendants. | Civil Case 1:04 cv 10576 DPW |
| SHEILA BROWNELL, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>SONUS NET WORKS, INC., HASSAN AHMED and STEPHEN NILL,<br><br>      Defendants. | Civil Case 1:04 cv 10597 DPW |

| | |
|---|---|
| SAVERIO PUGLIESE, on Behalf of Himself and All Others Similarly Situated, | ) )  Civil Case 1:04-cv-10612 DPW |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SONUS NETWORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL, | ) ) ) |
| Defendants. | ) ) |
| DAVID V. NOCITO, on Behalf of Himself and All Others Similarly Situated, | ) )  Civil Case 1:04 cv 10623 DPW |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SONUS NETWORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL, | ) ) ) |
| Defendants. | ) |

Having considered the motion of Marc Wexler, Scott Baugh, Sajid Patel, Carlos Rios and Thomas Munson (the "Wexler Group") for Consolidation, Appointment As Lead Plaintiff And Approval Of Selection of Lead and Liaison Counsel and the Memorandum of Law and Declaration of Theodore M. Hess-Mahan, in support thereof, and good cause appearing therefor:

1. The Actions are hereby consolidated;

2. The Wexler Group is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Cauley Geller Bowman & Rudman, LLP is hereby appointed Lead Counsel and the law firm of Shapiro, Haber & Urmy is hereby appointed Liaison Counsel.

SO ORDERED THIS ____ day of _____, 2004.

_____
U.S. District Judge