## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEBORAH CHIN, Individually and On Behalf of All Others Similarly Situated, ) ) ) ) Plaintiff ) ) vs. ) ) SONUS NETWORKS, INC., HASSAN AHMED, ) PH.D. and STEPHEN NILL, ) ) Defendants. ) | Case No. 04-10294-DPW |

### NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.

Respectfully Submitted,

SONUS NETWORKS, INC.

By its attorneys,

/s/ Gregory F. Noonan_____
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Gregory F. Noonan (BBO #651035)
Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: April 15, 2004

Case 1:04-cv-10294-DPW   Document 27   Filed 04/15/2004   Page 2 of 2

- 2 -

CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

Thomas G. Shapiro
Theodore M. Hess-Mahan
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Cauley Geller Bowman & Rudman, LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747

Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

/s/ Gregory F. Noonan_____
Gregory F. Noonan

Dated: April 15, 2004

- 2 -

BOSTON 1892766v1