# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>Defendants. | Case No.: C-04-10294 -DPW<br><br>Class Action |
| This Document Relates To:<br><br>ALL RELATED ACTIONS. | |

## NOTICE OF APPEARANCE

#105843

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Patricia A. Szumowski of the law firm of Graham & Albano, P.C., as counsel for Movant and Proposed Lead Plaintiff BPI Global Asset Management LLP in the above-captioned matter.

DATED: April 9, 2004

Respectfully submitted,

**GRAHAM & ALBANO, P.C.**

By: *Patricia Szumowski / by pszumowski*

Patricia Szumowski, BBO #653839
100 Russell Street
P.O. Box 377
Hadley, Massachusetts 01035
Telephone: (413) 586-5055
Facsimile: (413) 532-3387

**GOLD BENNETT CERA & SIDENER LLP**
Steven O. Sidener
Joseph M. Barton
595 Market Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 777-2230
Fax: (415) 777-5189

Attorneys for Proposed Lead Plaintiff
BPI Global Asset Management LLP

## CERTIFICATE OF SERVICE

I HERBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEYS OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON 4/9/2004

*Patricia Szumowski / by permission*

#105843