UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>Defendants. | Case No.: C-04-10294 -DPW<br><br>Class Action |
| This Document Relates To:<br><br>ALL RELATED ACTIONS. | |

**REQUEST FOR ORAL ARGUMENT**

#105861

Pursuant to Local Rule 7.1(d), Movant and proposed Lead Plaintiff BPI Global Asset Management LLP hereby requests oral argument with its Motion Of BPI Global Asset Management LLP To Be Appointed As Lead Plaintiff And For Its Counsel To Be Appointed As Lead Counsel.

DATED: April 9, 2004

Respectfully submitted,

**GRAHAM & ALBANO, P.C.**

By: *Patricia Szumowski /by permission*

Patricia Szumowski, BBO #653839
100 Russell Street
P.O. Box 377
Hadley, Massachusetts 01035
Telephone: (413) 586-5055
Facsimile: (413) 532-3387

**GOLD BENNETT CERA & SIDENER LLP**
Steven O. Sidener
Joseph M. Barton
595 Market Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 777-2230
Fax: (415) 777-5189

Attorneys for Proposed Lead Plaintiff
BPI Global Asset Management LLP

**CERTIFICATE OF SERVICE**

I HERBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEYS OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON 4/9/2004

*Patricia Szumowski /by permission*

#105861