UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>Defendants.<br><br>This Document Relates To:<br><br>ALL RELATED ACTIONS. | Case No.: C-04-10294 -DPW<br><br>Class Action |

**[PROPOSED] ORDER APPOINTING BPI GLOBAL ASSET MANAGEMENT LLP AS LEAD PLAINTIFF AND GOLD BENNETT CERA & SIDENER LLP AS LEAD COUNSEL**

#105849

The Court, having considered all motions filed for appointment of Lead Plaintiffs and Lead Plaintiffs' Counsel, and good cause appearing thereon, makes the following order:

1. The Court finds that BPI Global Asset Management LLP satisfies the requirements of Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), and is the "most adequate plaintiff" for the class as defined therein. Based on this finding, the Court appoints BPI Global Asset Management LLP as Lead Plaintiff for the class.

2. BPI Global Asset Management LLP has retained Gold Bennett Cera & Sidener LLP to represent its interests and the interests of the class. The Court finds that Gold Bennett Cera & Sidener LLP is well qualified to represent the interests of Lead Plaintiff and the class. Accordingly, the Court hereby appoints Gold Bennett Cera & Sidener LLP as Lead Counsel for the class.

3. Lead Counsel shall meet and confer with counsel for all defendants named in the various securities class actions and shall submit within ten days from the date of this order a joint proposed order. The proposed order shall address, among other things, a proposed schedule for the filing of a consolidated amended complaint on behalf of the class and responses thereto.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Douglas P. Woodlock
United States District Judge

### CERTIFICATE OF SERVICE

I HERBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEYS OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON 4/9/2004

Patricia Sgromoushi / by pennitti

#105849