# GOLD BENNETT CERA & SIDENER LLP

### ATTORNEYS AT LAW

595 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105-2835

TELEPHONE (415) 777-2230
TELECOPIER (415) 777-5189

SOLOMON B. CERA, ESQ.
scera@gbcslaw.com

DAVID B. GOLD
(1926-1994)

FILED
IN CLERKS OFFICE

2005 JAN 13 P 3: 39

U.S. DISTRICT COURT
DISTRICT OF MASS

January 12, 2005


Richard Nici
Docket Clerk to The Honorable Douglas P. Woodlock
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:     In re Sonus Networks, Inc. Litigation, Case No. 04-10294-DPW

Dear Mr. Nici:

Pursuant to the Court's request to Patricia Szumowski, Esq.,  enclosed please find copies of Exhibits A through D to the Declaration of Joseph M. Barton, filed in the above litigation on April 12, 2004.

Thank you for your attention.

Very truly yours,

Solomon B. Cera

SBC:keg
Enclosures

cc: Patricia A. Szumowski, Esq. (w/o encl.)

## CERTIFICATE OF PLAINTIFF

BPI Global Asset Management LLP ("BPI") hereby certifies that:

BPI has reviewed the complaint prepared by its attorneys, Gold Bennett Cera & Sidener LLP, and agrees to be a representative plaintiff in this action.

BPI did not purchase or otherwise acquire the securities of Sonus Networks Inc. ("Sonus") which are the subject of the complaint at the direction of counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934 or the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995.

BPI is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

BPI purchased and/or sold Sonus stock in the amounts and on the dates identified in the attachment hereto.

### [SEE SCHEDULE ATTACHED]

During the three years prior to the date of this Certificate, BPI has not sought to serve and has not served as a representative party in five or more class action cases filed under the federal securities laws.

BPI will not accept any payment for serving as a representative party on behalf of the Class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class and BPI's activities in the lawsuit, as ordered or approved by the Court.

Nothing herein shall be construed to be or constitute a waiver of BPI's attorney-client privilege.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April __8__, 2004

On Behalf of
BPI Global Asset Management LLP

#105193

**BPI GLOBAL ASSET MANAGEMENT LLP**
**SONUS NETWORKS TRANSACTIONS**

BEGIN DATE: 05/12/03
END DATE: 04/08/04

Run Date: 04/08/04
Run Time: 10:22am

| PORTFOLIO NAME | CLIENT NAME | TRADE DATE | SETTLE DATE | TRAN TYPE | PRICE SYMBOL | SECURITY NAME | QUANTITY | COST TO PURCHASE | ISO | PROCEEDS FROM SELL | USD | GAIN (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AEV | BPI American Equity Fund | 9/23/2003 | 9/26/2003 | Buy | SONS | SONUS NETWORKS | 360,000 | 2,808,000.00 | USD | - | USD | |
| AEV | BPI American Equity Fund | 3/24/2004 | 3/29/2004 | Sell Long | SONS | SONUS NETWORKS | (166,300) | - | USD | 736,114.80 | USD | |
| AEV | BPI American Equity Fund | 3/25/2004 | 3/30/2004 | Sell Long | SONS | SONUS NETWORKS | (90,000) | - | USD | 394,819.57 | USD | |
| AEV | BPI American Equity Fund | 3/26/2004 | 3/31/2004 | Sell Long | SONS | SONUS NETWORKS | (103,700) | - | USD | 474,343.76 | USD | |
| AEV Total | | | | | | | | 2,808,000.00 | USD | 1,605,268.13 | USD | (1,202,731.87) |
| AEVSCTR | BPI American Equity Sector Fund | 9/23/2003 | 9/26/2003 | Buy | SONS | SONUS NETWORKS | 16,400 | 127,928.00 | USD | - | USD | |
| AEVSCTR | BPI American Equity Sector Fund | 12/03/2003 | 12/17/2003 | Sell Long | SONS | SONUS NETWORKS | (450) | - | USD | 4,490.78 | USD | |
| AEVSCTR | BPI American Equity Sector Fund | 3/19/2004 | 3/24/2004 | Sell Long | SONS | SONUS NETWORKS | (450) | - | USD | 3,457.86 | USD | |
| AEVSCTR | BPI American Equity Sector Fund | 3/24/2004 | 3/29/2004 | Sell Long | SONS | SONUS NETWORKS | (7,100) | - | USD | 31,427.63 | USD | |
| AEVSCTR | BPI American Equity Sector Fund | 3/25/2004 | 3/30/2004 | Sell Long | SONS | SONUS NETWORKS | (5,000) | - | USD | 21,921.64 | USD | |
| AEVSCTR | BPI American Equity Sector Fund | 3/26/2004 | 3/31/2004 | Sell Long | SONS | SONUS NETWORKS | (3,100) | - | USD | 14,643.59 | USD | |
| AEVSCTR Total | | | | | | | | 127,928.00 | USD | 75,941.59 | USD | (51,978.30) |
| AMOPS | BPI American Opportunities Fund | 8/12/2003 | 8/15/2003 | Buy | SONS | SONUS NETWORKS | 27,100 | 181,275.66 | USD | - | USD | |
| AMOPS | BPI American Opportunities Fund | 8/19/2003 | 8/22/2003 | Buy | SONS | SONUS NETWORKS | 9,100 | 61,124.70 | USD | - | USD | |
| AMOPS | BPI American Opportunities Fund | 8/18/2003 | 8/21/2003 | Buy | SONS | SONUS NETWORKS | 9,100 | 59,539.48 | USD | - | USD | |
| AMOPS | BPI American Opportunities Fund | 8/27/2003 | 8/29/2003 | Buy | SONS | SONUS NETWORKS | 29,500 | 211,125.65 | USD | - | USD | |
| AMOPS | BPI American Opportunities Fund | 9/5/2003 | 9/10/2003 | Buy | SONS | SONUS NETWORKS | 20,500 | 161,098.80 | USD | - | USD | |
| AMOPS | BPI American Opportunities Fund | 9/10/2003 | 9/15/2003 | Sell Long | SONS | SONUS NETWORKS | (20,500) | - | USD | 160,130.26 | USD | |
| AMOPS | BPI American Opportunities Fund | 9/16/2003 | 9/19/2003 | Buy | SONS | SONUS NETWORKS | 20,500 | 161,360.00 | USD | - | USD | |
| AMOPS | BPI American Opportunities Fund | 9/18/2003 | 9/24/2003 | Sell Long | SONS | SONUS NETWORKS | (20,500) | - | USD | 173,833.84 | USD | |
| AMOPS | BPI American Opportunities Fund | 9/22/2003 | 9/25/2003 | Buy | SONS | SONUS NETWORKS | 20,300 | 163,786.23 | USD | - | USD | |
| AMOPS | BPI American Opportunities Fund | 9/26/2003 | 9/29/2003 | Buy | SONS | SONUS NETWORKS | 44,100 | 361,149.00 | USD | - | USD | |
| AMOPS | BPI American Opportunities Fund | 9/25/2003 | 9/30/2003 | Sell Long | SONS | SONUS NETWORKS | (20,500) | - | USD | 151,769.27 | USD | |
| AMOPS | BPI American Opportunities Fund | 9/29/2003 | 10/2/2003 | Sell Long | SONS | SONUS NETWORKS | (50,000) | - | USD | 354,098.36 | USD | |
| AMOPS | BPI American Opportunities Fund | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (4,600) | - | USD | 31,979.53 | USD | |
| AMOPS | BPI American Opportunities Fund | 9/30/2003 | 10/9/2003 | Sell Long | SONS | SONUS NETWORKS | (66,800) | - | USD | 441,285.78 | USD | |
| AMOPS Total | | | | | | | | 1,371,410.54 | USD | 1,333,035.06 | USD | (38,395.48) |
| AMOPST | BPI American Opportunities Fund LP | 8/12/2003 | 8/15/2003 | Buy | SONS | SONUS NETWORKS | 3,500 | 23,155.65 | USD | - | USD | |
| AMOPST | BPI American Opportunities Fund LP | 8/19/2003 | 8/22/2003 | Buy | SONS | SONUS NETWORKS | 1,200 | 5,060.40 | USD | - | USD | |
| AMOPST | BPI American Opportunities Fund LP | 8/18/2003 | 8/21/2003 | Buy | SONS | SONUS NETWORKS | 1,200 | 7,851.36 | USD | - | USD | |
| AMOPST | BPI American Opportunities Fund LP | 8/27/2003 | 9/2/2003 | Buy | SONS | SONUS NETWORKS | 3,900 | 27,041.73 | USD | - | USD | |
| AMOPST | BPI American Opportunities Fund LP | 9/5/2003 | 9/10/2003 | Buy | SONS | SONUS NETWORKS | 3,000 | 24,160.80 | USD | - | USD | |
| AMOPST | BPI American Opportunities Fund LP | 9/16/2003 | 9/15/2003 | Sell Long | SONS | SONUS NETWORKS | (3,000) | - | USD | 22,455.70 | USD | |
| AMOPST | BPI American Opportunities Fund LP | 9/16/2003 | 9/19/2003 | Buy | SONS | SONUS NETWORKS | 3,000 | 23,700.00 | USD | - | USD | |
| AMOPST | BPI American Opportunities Fund LP | 9/19/2003 | 9/24/2003 | Sell Long | SONS | SONUS NETWORKS | (3,000) | - | USD | 23,438.80 | USD | |
| AMOPST | BPI American Opportunities Fund LP | 9/22/2003 | 9/25/2003 | Buy | SONS | SONUS NETWORKS | 3,000 | 24,697.50 | USD | - | USD | |
| AMOPST | BPI American Opportunities Fund LP | 9/24/2003 | 9/29/2003 | Buy | SONS | SONUS NETWORKS | 6,800 | 51,049.00 | USD | - | USD | |
| AMOPST | BPI American Opportunities Fund LP | 9/25/2003 | 9/30/2003 | Sell Long | SONS | SONUS NETWORKS | (3,000) | - | USD | 22,201.36 | USD | |
| AMOPST | BPI American Opportunities Fund LP | 9/29/2003 | 10/2/2003 | Sell Long | SONS | SONUS NETWORKS | (7,300) | - | USD | 51,691.35 | USD | |
| AMOPST | BPI American Opportunities Fund LP | 9/29/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (1,700) | - | USD | 4,866.45 | USD | |
| AMOPST | BPI American Opportunities Fund LP | 9/30/2003 | 10/6/2003 | Sell Long | SONS | SONUS NETWORKS | (8,600) | - | USD | 59,387.10 | USD | |
| AMOPST Total | | | | | | | | 192,769.44 | USD | 187,025.76 | USD | (5,743.68) |
| BPI GL EQ HEDGE | BPI Global Equity Hedge Fund | 8/28/2003 | 9/3/2003 | Buy | SONS | SONUS NETWORKS | 5,000 | 35,619.00 | USD | - | USD | |
| BPI GL EQ HEDGE | BPI Global Equity Hedge Fund | 9/2/2003 | 9/5/2003 | Buy | SONS | SONUS NETWORKS | 2,000 | 14,320.00 | USD | - | USD | |

**BPI GLOBAL ASSET MANAGEMENT LLP**
**SONUS NETWORKS TRANSACTIONS**

BEGIN DATE: 05/12/03
END DATE: 04/15/04

Run Date: 04/08/04
Run Time: 10:23am

| PORTFOLIO NAME | CLIENT NAME | TRADE DATE | SETTLE DATE | TRAN TYPE | PRICE SYMBOL | SECURITY NAME | QUANTITY | COST TO PURCHASE | ISO | PROCEEDS FROM SELL | ISO | GAIN (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BPI GL EQ HEDGE | BPI Global Equity Hedge Fund | 9/8/2003 | 9/11/2003 | Sell Long | SONS | SONUS NETWORKS | (2,000) | | USD | 16,119.24 | USD | 684.71 |
| BPI GL EQ HEDGE | BPI Global Equity Hedge Fund | 9/26/2003 | 10/1/2003 | Sell Long | SONS | SONUS NETWORKS | (2,000) | | USD | 13,959.24 | USD | |
| BPI GL EQ HEDGE | BPI Global Equity Hedge Fund | 10/1/2003 | 10/6/2003 | Sell Long | SONS | SONUS NETWORKS | (3,000) | | USD | 20,545.13 | USD | |
| **RPI GL EQ HEDGE Total** | | | | | | | | 49,939.00 | USD | 50,623.71 | | |
| BPI SELECT OPPS | BPI Select Opportunities Fund LP | 9/17/2003 | 9/22/2003 | Buy | SONS | SONUS NETWORKS | 60,000 | 488,046.09 | USD | 434,427.61 | USD | (53,618.39) |
| BPI SELECT OPPS | BPI Select Opportunities Fund LP | 9/26/2003 | 10/1/2003 | Sell Long | SONS | SONUS NETWORKS | (60,000) | | USD | 434,427.61 | USD | |
| **BPI SELECT OPPS Total** | | | | | | | | 488,046.00 | | 434,427.61 | | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 8/12/2003 | 8/15/2003 | Buy | SONS | SONUS NETWORKS | 1,700 | 11,247.01 | USD | | USD | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 8/15/2003 | 8/20/2003 | Buy | SONS | SONUS NETWORKS | 600 | 4,010.20 | USD | | USD | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 8/18/2003 | 8/21/2003 | Buy | SONS | SONUS NETWORKS | 600 | 3,925.68 | USD | | USD | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 8/27/2003 | 9/2/2003 | Buy | SONS | SONUS NETWORKS | 1,900 | 13,662.23 | USD | | USD | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/5/2003 | 9/10/2003 | Buy | SONS | SONUS NETWORKS | 1,500 | 12,089.40 | USD | | USD | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/10/2003 | 9/15/2003 | Sell Long | SONS | SONUS NETWORKS | (1,500) | | USD | 11,716.85 | USD | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/16/2003 | 9/19/2003 | Buy | SONS | SONUS NETWORKS | 1,500 | 11,880.00 | USD | | USD | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/19/2003 | 9/24/2003 | Sell Long | SONS | SONUS NETWORKS | (1,500) | | USD | 12,719.40 | USD | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/22/2003 | 9/25/2003 | Buy | SONS | SONUS NETWORKS | 1,500 | 12,348.75 | USD | | USD | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/24/2003 | 9/29/2003 | Buy | SONS | SONUS NETWORKS | 3,300 | 25,740.00 | USD | | USD | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/25/2003 | 9/30/2003 | Sell Long | SONS | SONUS NETWORKS | (1,500) | | USD | 11,100.68 | USD | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/24/2003 | 9/30/2003 | Sell Long | SONS | SONUS NETWORKS | (3,600) | | USD | 25,495.08 | USD | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 10/29/2003 | 10/2/2003 | Sell Long | SONS | SONUS NETWORKS | (300) | | USD | 2,085.62 | USD | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (4,200) | | USD | 29,003.00 | USD | |
| **DOUGHERTY LLC Total** | | | | | | | | 94,914.39 | | 92,120.63 | | (2,795.76) |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 9/23/2003 | 9/26/2003 | Buy | SONS | SONUS NETWORKS | 66,400 | 517,920.00 | USD | | USD | |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 11/12/2003 | 11/17/2003 | Buy | SONS | SONUS NETWORKS | 4,700 | 41,049.33 | USD | | USD | |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 11/19/2003 | 11/24/2003 | Sell Long | SONS | SONUS NETWORKS | (6,100) | | USD | 55,019.41 | USD | |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 12/26/2003 | 12/31/2003 | Buy | SONS | SONUS NETWORKS | 9,900 | 74,532.15 | USD | | USD | |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 1/27/2004 | 1/30/2004 | Buy | SONS | SONUS NETWORKS | 3,900 | 35,374.17 | USD | | USD | |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 3/18/2004 | 3/23/2004 | Buy | SONS | SONUS NETWORKS | 5,500 | 29,975.00 | USD | | USD | |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 3/24/2004 | 3/29/2004 | Sell Long | SONS | SONUS NETWORKS | (41,600) | | USD | 184,139.36 | USD | |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 3/25/2004 | 3/30/2004 | Sell Long | SONS | SONUS NETWORKS | (23,000) | | USD | 100,839.95 | USD | |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 3/26/2004 | 3/31/2004 | Sell Long | SONS | SONUS NETWORKS | (19,200) | | USD | 90,149.39 | USD | |
| **DVG23 Total** | | | | | | | | 691,850.65 | | 430,147.92 | | (261,702.73) |
| F-GBAT | Fondation Generale de British American Tobe | 9/23/2003 | 9/26/2003 | Buy | SONS | SONUS NETWORKS | 9,500 | 74,100.00 | USD | | USD | |
| F-GBAT | Fondation Generale de British American Tob | 11/12/2003 | 11/17/2003 | Buy | SONS | SONUS NETWORKS | 200 | 1,746.78 | USD | | USD | |
| F-GBAT | Fondation Generale de British American Tob | 1/27/2004 | 1/30/2004 | Buy | SONS | SONUS NETWORKS | 200 | 1,814.06 | USD | | USD | |
| F-GBAT | Fondation Generale de British American Tobe | 3/24/2004 | 3/29/2004 | Sell Long | SONS | SONUS NETWORKS | (3,900) | | USD | 17,265.07 | USD | |
| F-GBAT | Fondation Generale de British American Tob | 3/25/2004 | 3/30/2004 | Sell Long | SONS | SONUS NETWORKS | (2,000) | | USD | 1,768.66 | USD | |
| F-GBAT | Fondation Generale de British American Tob | 3/26/2004 | 3/31/2004 | Sell Long | SONS | SONUS NETWORKS | (2,100) | | USD | 9,609.86 | USD | |
| **F-GBAT Total** | | | | | | | | 77,660.84 | | 35,641.59 | | (42,049.25) |
| F-PBAT | Fondation Prevoyance de British American Tr | 9/23/2003 | 9/26/2003 | Buy | SONS | SONUS NETWORKS | 37,800 | 294,840.00 | USD | | USD | |
| F-PBAT | Fondation Prevoyance de British American Tr | 11/17/2003 | 11/11/2003 | Buy | SONS | SONUS NETWORKS | 1,000 | 8,733.90 | USD | | USD | |
| F-PBAT | Fondation Prevoyance de British American Tr | 1/27/2004 | 1/30/2004 | Buy | SONS | SONUS NETWORKS | 1,000 | 9,070.30 | USD | | USD | |
| F-PBAT | Fondation Prevoyance de British American Tr | 2/11/2004 | 2/17/2004 | Sell Long | SONS | SONUS NETWORKS | (1,600) | | USD | 10,687.44 | USD | |
| F-PBAT | Fondation Prevoyance de British American Tr | 3/26/2004 | 3/15/2004 | Sell Long | SONS | SONUS NETWORKS | (1,000) | | USD | 5,149.79 | USD | |

BPI GLOBAL ASSET MANAGEMENT LLP
SONUS NETWORKS TRANSACTIONS

BEGIN DATE: 05/12/03
END DATE: 04/08/04

Run Date: 04/08/04
Run Time: 10:23am

| PORTFOLIO NAME | CLIENT NAME | TRADE DATE | SETTLE DATE | TRAN TYPE | PRICE SYMBOL | SECURITY NAME | QUANTITY | COST TO PURCHASE | ISO | PROCEEDS FROM SELL | ISO | GAIN (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F-FB.AT | Fondation Prevoyance de British American Ti | 3/24/2004 | 3/29/2004 | Sell Long | SONS | SONUS NETWORKS | (19,100) | | USD | 24,514.75 | USD | |
| F-FB.AT | Fondation Prevoyance de British American Ti | 3/25/2003 | 3/25/2003 | Buy | SONS | SONUS NETWORKS | (13,900) | | USD | 16,946.28 | USD | |
| F-FB.AT | Fondation Prevoyance de British American Ti | 3/03/2004 | 3/02/2004 | Sell Long | SONS | SONUS NETWORKS | (7,000) | | USD | 12,012.04 | USD | |
| F-FB.AT | Fondation Prevoyance de British American Ti | 3/06/2003 | 3/10/2004 | Sell Long | SONS | SONUS NETWORKS | (9,500) | 312,644.10 | USD | 139,411.14 | USD | |
| F-FB.AT Total | | | | | | | (9,500) | 312,644.10 | | 139,411.14 | | (12,131.96) |
| GEF | BPI Global Equity Fund | 9/25/2003 | 9/16/2003 | Buy | SONS | SONUS NETWORKS | 712,640 | 1,598,700.00 | USD | | USD | |
| GEF | BPI Global Equity Fund | 3/19/2004 | 3/14/2004 | Sell Long | SONS | SONUS NETWORKS | (15,200) | | USD | 30,860.84 | USD | |
| GEF | BPI Global Equity Fund | 3/26/2004 | 3/29/2004 | Sell Long | SONS | SONUS NETWORKS | (353,620) | | USD | 1,543,414.00 | USD | |
| GEF | BPI Global Equity Fund | 3/25/2004 | 3/30/2004 | Sell Long | SONS | SONUS NETWORKS | (160,500) | | USD | 732,414.22 | USD | |
| GEF | BPI Global Equity Fund | 3/26/2004 | 3/31/2004 | Sell Long | SONS | SONUS NETWORKS | (179,200) | | USD | 810,040.90 | USD | |
| GEF Total | | | | | | | (179,200) | 1,598,700.00 | | 3,117,729.96 | | (1,319,352.04) |
| GEFSCTR | BPI Global Equity Sector Fund | 9/23/2003 | 9/20/2003 | Buy | SONS | SONUS NETWORKS | 27,100 | 312,940.00 | USD | | USD | |
| GEFSCTR | BPI Global Equity Sector Fund | 3/19/2004 | 3/24/2004 | Sell Long | SONS | SONUS NETWORKS | (610) | | USD | 2,393.50 | USD | |
| GEFSCTR | BPI Global Equity Sector Fund | 3/24/2004 | 3/29/2004 | Sell Long | SONS | SONUS NETWORKS | (13,500) | | USD | 59,256.06 | USD | |
| GEFSCTR | BPI Global Equity Sector Fund | 3/25/2004 | 3/02/2004 | Sell Long | SONS | SONUS NETWORKS | (11,000) | | USD | 44,027.64 | USD | |
| GEFSCTR | BPI Global Equity Sector Fund | 3/25/2004 | 3/31/2004 | Sell Long | SONS | SONUS NETWORKS | (2,160) | | USD | 10,753.88 | USD | |
| GEFSCTR Total | | | | | | | (2,160) | 312,940.00 | | 121,132.15 | | (94,807.85) |
| GEFSCTR Total | | | | | | | | | | | | |
| GOF | BPI Global Opportunities Fund | 8/12/2003 | 8/15/2003 | Buy | SONS | SONUS NETWORKS | 55,600 | 167,364.04 | USD | | USD | |
| GOF | BPI Global Opportunities Fund | 8/15/2003 | 8/20/2003 | Buy | SONS | SONUS NETWORKS | 18,400 | 123,592.30 | USD | | USD | |
| GOF | BPI Global Opportunities Fund | 8/18/2003 | 8/21/2003 | Buy | SONS | SONUS NETWORKS | 50,060 | 121,041.10 | USD | | USD | |
| GOF | BPI Global Opportunities Fund | 9/24/2003 | 9/19/2003 | Buy | SONS | SONUS NETWORKS | (68,100) | 706,680.00 | USD | | USD | |
| GOF | BPI Global Opportunities Fund | 9/29/2003 | 10/2/2003 | Sell Long | SONS | SONUS NETWORKS | (9,000) | | USD | 695,449.17 | USD | |
| GOF | BPI Global Opportunities Fund | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (9,000) | | USD | 61,256.65 | USD | |
| GOF | BPI Global Opportunities Fund | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (75,900) | | USD | 524,125.62 | USD | |
| GOF Total | | | | | | | (75,900) | 1,319,138.64 | | 1,281,014.44 | | (37,015.27) |
| GOF2 | BPI Global Opportunities II Fund | 8/12/2003 | 8/15/2003 | Buy | SONS | SONUS NETWORKS | 16,400 | 108,507.76 | USD | | USD | |
| GOF2 | BPI Global Opportunities II Fund | 8/15/2003 | 8/20/2003 | Buy | SONS | SONUS NETWORKS | 5,190 | 34,943.50 | USD | | USD | |
| GOF2 | BPI Global Opportunities II Fund | 8/18/2003 | 8/21/2003 | Buy | SONS | SONUS NETWORKS | 5,500 | 35,485.40 | USD | | USD | |
| GOF2 | BPI Global Opportunities II Fund | 9/24/2003 | 9/29/2003 | Buy | SONS | SONUS NETWORKS | 17,000 | 210,650.00 | USD | | USD | |
| GOF2 | BPI Global Opportunities II Fund | 9/29/2003 | 10/2/2003 | Sell Long | SONS | SONUS NETWORKS | (29,300) | | USD | 14,770.19 | USD | |
| GOF1 | BPI Global Opportunities II Fund | 9/29/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (2,700) | | USD | 154,682.46 | USD | |
| GOF2 | BPI Global Opportunities II Fund | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (12,440) | | USD | 380,854.19 | USD | |
| GOF2 Total | | | | | | | (12,440) | 192,023.66 | | 380,854.19 | | (11,014.77) |
| GOF3 | BPI Global Opportunities III Fund | 8/12/2003 | 8/15/2003 | Buy | SONS | SONUS NETWORKS | 35,100 | 238,833.99 | USD | | USD | |
| GOF3 | BPI Global Opportunities III Fund | 8/15/2003 | 8/20/2003 | Buy | SONS | SONUS NETWORKS | 12,000 | 80,864.00 | USD | | USD | |
| GOF3 | BPI Global Opportunities III Fund | 8/18/2003 | 8/21/2003 | Buy | SONS | SONUS NETWORKS | 12,000 | 78,519.60 | USD | | USD | |
| GOF3 | BPI Global Opportunities III Fund | 9/24/2003 | 9/29/2003 | Buy | SONS | SONUS NETWORKS | 19,080 | 466,440.00 | USD | | USD | |
| GOF3 | BPI Global Opportunities III Fund | 9/29/2003 | 10/2/2003 | Sell Long | SONS | SONUS NETWORKS | (14,900) | | USD | 459,419.67 | USD | |
| GOF3 | BPI Global Opportunities III Fund | 9/29/2003 | 10/2/2003 | Sell Long | SONS | SONUS NETWORKS | (5,800) | | USD | 40,322.92 | USD | |
| GOF3 | BPI Global Opportunities III Fund | 9/04/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (19,200) | | USD | 139,249.41 | USD | |
| GOF3 | BPI Global Opportunities III Fund | 9/09/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (19,200) | | USD | 139,691.10 | USD | |
| GOF3 Total | | | | | | | (19,200) | 864,391.59 | | 139,691.10 | | (24,700.49) |
| GOF7 | BPI Global Opportunities Fund VII LP | 8/12/2003 | 8/15/2003 | Buy | SONS | SONUS NETWORKS | 4,100 | 27,115.19 | USD | | USD | |
| GOF7 | BPI Global Opportunities Fund VII LP | 8/15/2003 | 8/20/2003 | Buy | SONS | SONUS NETWORKS | 1,400 | 9,493.80 | USD | | USD | |
| GOF7 | BPI Global Opportunities Fund VII LP | 8/18/2003 | 8/21/2003 | Buy | SONS | SONUS NETWORKS | 1,400 | 9,159.92 | USD | | USD | |
| GOF7 | BPI Global Opportunities Fund VII LP | 9/24/2003 | 9/29/2003 | Buy | SONS | SONUS NETWORKS | 6,590 | 53,820.00 | USD | | USD | |

BPI GLOBAL ASSET MANAGEMENT LLP
SONUS NETWORKS TRANSACTIONS

BEGIN DATE: 05/12/03
END DATE: 04/08/04

Run Date: 04/08/04
Run Time: 10:23am

| PORTFOLIO NAME | CLIENT NAME | TRADE DATE | SETTLE DATE | TRAN TYPE | PRICE SYMBOL | PRICE | SECURITY NAME | QUANTITY | COST TO PURCHASE | ISO | PROCEEDS FROM SELL | ISO | GAIN (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GOF7 | BPI Global Opportunities Fund VII LP | 9/29/2003 | 10/2/2003 | Sell Long | SONS | | SONUS NETWORKS | (7,400) | | USD | 52,406.55 | USD | |
| GOF7 | BPI Global Opportunities Fund VII LP | 9/30/2003 | 10/3/2003 | Sell Long | SONS | | SONUS NETWORKS | (700) | | USD | 4,866.45 | USD | |
| GOF7 | BPI Global Opportunities Fund VII LP | 9/30/2003 | 10/3/2003 | Sell Long | SONS | | SONUS NETWORKS | (5,700) | | USD | 39,361.21 | USD | |
| GOF7 Total | | | | | | | | | 99,508.91 | | 96,634.21 | | (2,974.70) |
| GOFLP | BPI Global Opportunities Fund LP | 8/12/2003 | 8/15/2003 | Buy | SONS | | SONUS NETWORKS | 5,200 | 34,402.68 | USD | | USD | |
| GOFLP | BPI Global Opportunities Fund LP | 8/15/2003 | 8/20/2003 | Buy | SONS | | SONUS NETWORKS | 1,800 | 12,090.60 | USD | | USD | |
| GOFLP | BPI Global Opportunities Fund LP | 8/18/2003 | 8/21/2003 | Buy | SONS | | SONUS NETWORKS | 1,700 | 11,122.76 | USD | | USD | |
| GOFLP | BPI Global Opportunities Fund LP | 9/26/2003 | 9/29/2003 | Buy | SONS | | SONUS NETWORKS | 8,700 | 57,860.00 | USD | | USD | |
| GOFLP | BPI Global Opportunities Fund LP | 9/29/2003 | 10/2/2003 | Sell Long | SONS | | SONUS NETWORKS | (9,300) | | USD | 65,862.29 | USD | |
| GOFLP | BPI Global Opportunities Fund LP | 9/30/2003 | 10/3/2003 | Sell Long | SONS | | SONUS NETWORKS | (900) | | USD | 6,256.86 | USD | |
| GOFLP | BPI Global Opportunities Fund LP | 9/30/2003 | 10/3/2003 | Sell Long | SONS | | SONUS NETWORKS | (7,200) | | USD | 49,719.43 | USD | |
| GOFLP Total | | | | | | | | | 125,476.04 | | 121,838.58 | | (3,637.46) |
| MEDIO BAL 1888 | Medionum Top Managers Balanced Fund | 9/23/2003 | 9/26/2003 | Buy | SONS | | SONUS NETWORKS | 33,800 | 263,640.00 | USD | | USD | |
| MEDIO BAL 1888 | Medionum Top Managers Balanced Fund | 11/12/2003 | 11/17/2003 | Buy | SONS | | SONUS NETWORKS | 800 | 6,987.12 | USD | | USD | |
| MEDIO BAL 1888 | Medionum Top Managers Balanced Fund | 12/16/2003 | 12/19/2003 | Sell Long | SONS | | SONUS NETWORKS | (2,700) | | USD | 20,573.03 | USD | |
| MEDIO BAL 1888 | Medionum Top Managers Balanced Fund | 1/27/2004 | 1/30/2004 | Buy | SONS | | SONUS NETWORKS | 900 | 8,163.27 | USD | | USD | |
| MEDIO BAL 1888 | Medionum Top Managers Balanced Fund | 1/26/2004 | 1/29/2004 | Sell Long | SONS | | SONUS NETWORKS | (16,200) | | USD | 71,638.46 | USD | |
| MEDIO BAL 1888 | Medionum Top Managers Balanced Fund | 3/25/2004 | 3/30/2004 | Sell Long | SONS | | SONUS NETWORKS | (8,000) | | USD | 35,108.23 | USD | |
| MEDIO BAL 1888 | Medionum Top Managers Balanced Fund | 3/26/2004 | 3/31/2004 | Sell Long | SONS | | SONUS NETWORKS | (5,600) | | USD | 39,354.64 | USD | |
| MEDIO BAL 1888 Total | | | | | | | | | 278,790.39 | | 166,674.36 | | (112,116.03) |
| MEDIO CTRY 1890 | Medionum Top Managers Country Fund | 9/23/2003 | 9/26/2003 | Buy | SONS | | SONUS NETWORKS | 115,500 | 900,900.00 | USD | | USD | |
| MEDIO CTRY 1890 | Medionum Top Managers Country Fund | 11/12/2003 | 11/17/2003 | Buy | SONS | | SONUS NETWORKS | 3,800 | 33,188.82 | USD | | USD | |
| MEDIO CTRY 1890 | Medionum Top Managers Country Fund | 12/7/2004 | 1/9/2004 | Buy | SONS | | SONUS NETWORKS | 5,600 | 50,793.68 | USD | | USD | |
| MEDIO CTRY 1890 | Medionum Top Managers Country Fund | 2/24/2004 | 2/29/2004 | Sell Long | SONS | | SONUS NETWORKS | (60,100) | | USD | 265,769.84 | USD | |
| MEDIO CTRY 1890 | Medionum Top Managers Country Fund | 3/25/2004 | 3/30/2004 | Sell Long | SONS | | SONUS NETWORKS | (33,000) | | USD | 144,821.44 | USD | |
| MEDIO CTRY 1890 | Medionum Top Managers Country Fund | 3/26/2004 | 3/31/2004 | Sell Long | SONS | | SONUS NETWORKS | (34,800) | | USD | 145,530.65 | USD | |
| MEDIO CTRY 1890 Total | | | | | | | | | 984,882.50 | | 556,111.93 | | (428,770.57) |
| MEDIO OPP 1891 | Medionum Top Managers Opportunities Fu | 9/23/2003 | 9/26/2003 | Buy | SONS | | SONUS NETWORKS | 87,200 | 680,160.00 | USD | | USD | |
| MEDIO OPP 1891 | Medionum Top Managers Opportunities Fu | 6/27/2003 | 6/30/2004 | Buy | SONS | | SONUS NETWORKS | 4,100 | 37,188.23 | USD | | USD | |
| MEDIO OPP 1891 | Medionum Top Managers Opportunities Fu | 12/4/2004 | 1/29/2004 | Sell Long | SONS | | SONUS NETWORKS | (41,900) | | USD | 185,297.13 | USD | |
| MEDIO OPP 1891 | Medionum Top Managers Opportunities Fu | 3/25/2004 | 3/30/2004 | Sell Long | SONS | | SONUS NETWORKS | (24,900) | | USD | 108,835.50 | USD | |
| MEDIO OPP 1891 | Medionum Top Managers Opportunities Fu | 3/26/2004 | 3/31/2004 | Sell Long | SONS | | SONUS NETWORKS | (24,800) | | USD | 112,572.58 | USD | |
| MEDIO OPP 1891 Total | | | | | | | | | 717,348.23 | | 406,695.21 | | (310,653.02) |
| OPTIMA US | OPTIMA Strategy US Diversified Pool | 9/23/2003 | 9/26/2003 | Buy | SONS | | SONUS NETWORKS | 34,100 | 265,980.00 | USD | | USD | |
| OPTIMA US | OPTIMA Strategy US Diversified Pool | 11/12/2003 | 11/17/2003 | Buy | SONS | | SONUS NETWORKS | 1,800 | 15,721.02 | USD | | USD | |
| OPTIMA US | OPTIMA Strategy US Diversified Pool | 3/24/2004 | 3/29/2004 | Sell Long | SONS | | SONUS NETWORKS | (16,300) | | USD | 72,150.76 | USD | |
| OPTIMA US | OPTIMA Strategy US Diversified Pool | 3/24/2004 | 3/29/2004 | Sell Long | SONS | | SONUS NETWORKS | (14,000) | | USD | 61,380.60 | USD | |
| OPTIMA US | OPTIMA Strategy US Diversified Pool | 3/25/2004 | 3/30/2004 | Sell Long | SONS | | SONUS NETWORKS | (5,600) | | USD | 25,626.28 | USD | |
| OPTIMA US | OPTIMA Strategy US Diversified Pool | 3/26/2004 | 3/31/2004 | Sell Long | SONS | | SONUS NETWORKS | | | USD | 159,157.64 | USD | |
| OPTIMA US Total | | | | | | | | | 281,701.02 | | | | (122,545.38) |
| | | | | | | | | | | | | | (5,304,295.52) |
| Grand Total | | | | | | | | | 17,056,682.04 | | 11,752,386.52 | | (5,304,295.52) |

SECURITY CROSS

REFERENCE REPORT
2/11/2004

SECURITY: SONUS NETWORKS
MARKET PRICE: 6.691

| PORTFOLIO NAME | PORTFOLIO DESCRIPTION | QUANTITY LONG/SHORT | MARKET VALUE |
|---|---|---|---|
| AEV | BPI AMERICAN EQUITY VALUE FUND | 360,000 | 2,408,760.00 |
| AEVSCTR | BPI AMERICAN EQUITY SECTOR | 15,950 | 106,721.45 |
| DVG23 | NTGAL NORTHERN TRUST MULITI MNGR FD | 78,800 | 527,250.80 |
| F-GBAT | FONDATION GENERALE DE BRITISH AMERICAN | 8,000 | 53,528.00 |
| F-PBAT | FONDATION DE PREVOYANCE DE BRITISH | 40,100 | 268,309.10 |
| GEF | BPI GLOBAL EQUITY VALUE FUND | 712,600 | 4,768,006.60 |
| GEFSCTR | BPI GLOBAL EQUITY SECTOR | 27,300 | 182,664.30 |
| MEDIO BAL 1888 | MEDIOLANUM TOP MANAGERS BALANCE MIX 2 | 32,800 | 219,464.80 |
| MEDIO CTRY 1890 | MEDIOLANUM TOP MANAGERS COUNTRY MIX 2 | 124,900 | 835,705.90 |
| MEDIO OPP 1891 | MEDIOLANUM TOP MANAGERS OPPORTUNITY | 91,300 | 610,888.30 |
| OPTIMA US | OPTIMA STRATEGY US DIVERSIFIED POOL | 35,900 | 240,206.90 |
| | | 1,527,650 | 10,221,506.15 |

 **FINANCE**  Search - Finance Home - Yahoo! - Help

PR Newswire

**Welcome [Sign In]**

To track stocks & more, Regis

## Financial News

Enter symbol(s) [_____] Basic [___] Get Symbol Lookup

HARRISdirect. Open an account, get $100! | Free trades. Waterhouse | $7 ONLINE TRADES GO

**Press Release**

Source: Cauley Geller Bowman & Rudman, LLP



**Related Quote**

SDNSE 8-Apr @ 4:00pm (C)Yahc

SONSE 4.01 -0.02 Nev

**View Detailed Quote**
Delayed 20 mins
Quote data provided by Reuters

# Cauley Geller Announces Class Action Lawsuit Against Sonus Networks, Inc. On Behalf of Investors

Thursday February 12, 1:47 pm ET

NEW YORK, Feb. 12 /PRNewswire/ -- The Law Firm of Cauley Geller Bowman & Rudman, LLP announced today that a class action lawsuit has been filed in the United States District Court for the District of Massachusetts on behalf of purchasers of Sonus Networks, Inc. (Nasdaq: SONS - News; "Sonus" or the "Company") publicly traded securities during the period between June 3, 2003 and February 11, 2004, inclusive (the "Class Period"). A copy of the complaint filed in this action is available from the Court, or can be viewed on the firm's website at http://www.cauleygeller.com/show_case.asp?ccode=244&pcode=10&pp=4 .

The complaint charges Sonus Networks, Inc., Hassan Ahmed and Stephen Nill with violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder. More specifically, the complaint alleges that, throughout the Class Period, defendants issued numerous statements to the market concerning the Company's financial results, which failed to disclose and/or misrepresented the following adverse facts, among others: (a) that defendants had improperly and untimely recognized revenue on certain of the Company's customer transactions; (b) that defendants violated Generally Accepted Accounting Principles and the Company's own internal policies regarding the timing of revenue recognition; and (c) as a result of the foregoing, the Company's revenues, net income and earnings per share published during the Class Period were materially false and misleading.

On February 11, 2004, after the close of regular trading, Sonus shocked the market when it announced that the Company had identified certain issues, practices and actions of certain employees relating to both the timing of revenue recognized from certain customer transactions and to certain other financial statement accounts, which may affect the Company's 2003 financial statements and possibly financial statements for prior periods. Prior to disclosing these adverse facts, Sonus completed a $126.14 million public offering, and Sonus insiders sold approximately $2 million of their personally-held shares to the unsuspecting public.

The next morning, when the market opened for trading, shares of the Company's stock fell as low as $5.02 per share, a decline of $1.67 per share, or 24.9%, on extremely high trading volume.

If you bought Sonus publicly traded securities between June 3, 2003 and February 11, 2004, inclusive, and you wish to serve as lead plaintiff, you must move the Court no later than April 12, 2004. If you are a member of this class, you can join this class

**Related News Stories**

- Lucent Ousts Four from China Unit - Reuters (Tue Apr 6)
- [external] Lucent Fires Four in China - at TheStreet.com (Tue Apr 6)
- Sonus Networks Provides Update on Status of Its Financial Results - Business Wire (Tue Apr 6)
- Sonus Networks Announces Appointments to Executive Team - Business Wire (Tue Apr 6)

More

- By industry: Class action, Law

**Top Stories**

- Dow Ends Down on Iraq Fear Nasdaq Gains - Reuters (6:34 pm)
- GE Profit Edges Higher in Firs Quarter - Reuters (4:15 pm)
- Jobless Claims Lowest in Mor Than 3 Yrs - Reuters (5:14 pm)
- CA Fires Former General Counsel Woghin - Reuters (7:09 pm)

More

- Most-emailed articles
- Most-viewed articles

action online at http://www.cauleygeller.com/template8.asp?pcode=6&pp=1 . Any member of the purported class may move the Court to serve as lead plaintiff through Cauley Geller or other counsel of their choice, or may choose to do nothing and remain an absent class member.

Cauley Geller is a national law firm that represents investors and consumers in class action and corporate governance litigation. It is one of the country's premiere firms in the area of securities fraud, with in-house finance and forensic accounting specialists and extensive trial experience. Since its founding, Cauley Geller has recovered in excess of two billion dollars on behalf of aggrieved shareholders. The firm maintains offices in Boca Raton, Little Rock and New York.

If you have any questions about how you may be able to recover for your losses, or if you would like to consider serving as one of the lead plaintiffs in this lawsuit, you are encouraged to call or e-mail the Firm or visit the Firm's website at www.cauleygeller.com .

```
Contact:

CAULEY GELLER BOWMAN & RUDMAN, LLP

Samuel H. Rudman, Esq. or David A. Rosenfeld, Esq.

Client Relations Department:
Chandra West, Jackie Addison or Heather Gann
P.O. Box 25438
Little Rock, AR 72221-5438
Toll Free: 1-888-551-9944
Fax: 1-501-312-8505
E-mail: info@cauleygeller.com
```

Source: Cauley Geller Bowman & Rudman, LLP

Email this story - Set a News Alert

| Search News |

Sponsored Links

Affordable Health Insurance for Everyone
We offer affordable nationwide health, dental and vision insurance for you and your family. Ideal for self employed, small business owners. Fill out our form for a free quote.
www.healthinsurancesavings.com

Shop for Health Insurance
Coverage for individuals and families. Complete a fast, simple online form and receive quotes from multiple companies in your area. Save time and money with our free service.
www.lifeandhealth.com

Health Insurance Quotes
Shopping for health insurance? InsureCom.com provides consumers with multiple health insurance quotes. A fast, easy, and free service that will help you save money.
www.insurecom.com
                    (What's This?)

Copyright © 2004 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2004 PR Newswire. All rights reserved. Republication or redistribution of PRNewswire content is expressly prohibited without the prior written consent of PRNewswire. PRNewswire shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.

C

## GOLD BENNETT CERA & SIDENER LLP
(April 2004)

Gold Bennett Cera & Sidener LLP is based in San Francisco, California. The Firm is devoted to the aggressive pursuit of its clients' legal objectives. The Firm's practice consists primarily of complex business litigation with an emphasis on complex business matters. The Firm has had experience representing its clients in courts located across the nation. The particular areas of the Firm's expertise include the following practice areas:

- Securities Litigation

- Antitrust and Trade Regulation

- Consumer Class Actions

- Bankruptcy Litigation

- Corporate Litigation

The Firm's clientele is diverse. In the course of its practice, the Firm has served as counsel to a variety of individuals and business organizations including entrepreneurs, individual and corporate investors and small to large businesses. The Firm represents its clients on either a contingent fee or a negotiated fee basis depending on the specific circumstances and needs of the client.

During the course of the Firm's work, its members have gained consider able knowledge of a number of varied industries. They include the following: airlines; banking; retailing; insurance; commercial real estate; toys; communications; video games; medical imaging; savings and loan; finance leasing; capital equipment leasing; microcomputers; mainframe computers; independent power production; oil and gas; retail and institutional brokerage; municipal bonds; tax-advantaged investments; hedged fund investing and derivatives; food and beverage; food additives; animal feed; health care and e-commerce.

In addition, members of the Firm have acquired expertise in a number of different business disciplines including: corporate reorganizations; mergers and acquisitions; investment banking; economic modeling; accounting; auditing and damage analyses.

595 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
415-777-2230

Resume of Gold Bennett Cera & Sidener LLP
Page Two of Three

     During the last twenty-five (25) years, the Firm has played a leading role in some of the most significant cases in the country. These cases resulted in substantial recoveries, in excess of $1 billion, for the Firms clients and have established some of the basic principles for handling complex litigation. Such cases include:

| Company | Recovery by the Firm |
| --- | --- |
| 1. Pacific Lumber | $140 million |
| 2. Legato Systems | $85 million |
| 3. Nucorp Energy | $54 million |
| 4. Hedged Investment Assoc. | $50 million |
| 5. First Capital Holdings | $47.5 million |
| 6. Itel Corporation | $40 million |
| 7. Hallwood Realty Partners, L.P. | $35.5 million |
| 8. American Energy Resources | $33 million |
| 9. Wickes Cos. | $32 million |
| 10. Sun Microsystems | $30 million |
| 11. Consolidated Capital | $29.5 million |
| 12. Diasonics | $25 million |
| 13. Cirrus Logic | $20.3 million |
| 14. Thortec International, Inc. | $19.3 million |
| 15. Digital Microwave Corp. | $19.2 million |
| 16. Micro Warehouse Inc. | $19 million |

     In addition, the Firm also has significant antitrust litigation experience. The Firm played significant role in the following pending antitrust actions: Sorbate Antitrust Litigation (San Francisco) ($96.5 million settlement), Methionine Antitrust Litigation (San Francisco) ($107 million settlement), MSG Antitrust Litigation (Minneapolis) ($123 million in settlements), Laminates Antitrust Litigation (New York), the Vitamin Antitrust Litigation (San Francisco) ($96 million settlement) and In re Terazosin Hydrochloride Antitrust Litigation (Miami). In the past, the Firm also represented plaintiffs in the following antitrust actions: Folding Carton Antitrust Litigation (Chicago), Corrugated Carton Antitrust Litigation (Houston), Sugar Antitrust Litigation (San Francisco), Beer Antitrust Litigation (Honolulu) and the Infant Baby Formula Antitrust Litigation (Los Angeles).

Resume of Gold Bennett Cera & Sidener LLP
Page Three of Three

Sizeable recoveries have been made in other cases as well. For example, the Firm recovered approximately three million dollars ($3,000,000) on behalf of two individuals in a business fraud case. In a major case involving breaches of trust and fiduciary duty, the Firm effort caused a capital restructuring of a sizeable financial institution, thereby creating a substantial benefit to the Firm clients and the financial institution (the elimination of "management" stock), as well as a cash recovery of over one million dollars ($1,000,000). The Firm also represented management shareholders of a then private biotechnology company where it was successful in recovering $2 million in stock, reconstituting the board, and imposing voting restrictions on certain significant shares which were held by investors hostile to management. The litigation was an important milestone in the Company's history and permitted the Company to complete a $76 million Initial Public Offering.

The Firm has also handled the defense of major litigation. In one situation, the Firm orchestrated the successful defense of a multi-million dollar claim asserted against numerous sophisticated individuals and a related Chapter 11 bankruptcy proceeding. In another defense matter, we represented a publicly traded company and were successful in settling the case whereby plaintiffs agreed to pay our client (the defendant) over $2 million. In a bankruptcy case, the Firm represented a major equityholder in connection with a Plan of Reorganization.

Proud of its prior achievements, the Firm continues to excel and is in the pro cess of expanding its practice by representing diverse clients in specialized litigation situations. The Firm is willing to take on such representation, where appropriate, on a contingent fee arrangement. As demonstrated by the results previously achieved, the Firm possesses the experience, qualifications and resources necessary to provide superior representation to all of its clients. We have enclosed profiles of the attorneys of the Firm.

# ATTORNEYS OF THE FIRM

## PAUL F. BENNETT

Mr. Bennett has been with the Firm since 1974 and is its managing partner. During that time, he has played a key role in most of the Firms cases. He has had the primary litigating responsibilities in a number of cases involving, inter alia, the following industries: capital equipment leasing, independent power production, computer hardware and software, banking, savings and loan, commercial real estate, retailing, medical imaging, microcomputers, specialized computer applications for the office, food additives, animal feed and health care. Mr. Bennett has also gained considerable expertise and background in the fields of financial analysis, accounting, auditing, investment banking, corporate reorganizations, mergers and acquisitions, and damage analysis.

Mr. Bennett is currently a member of the Bar of the Supreme Court of the United States, the State Bar of California, the Antitrust Law Section, the Corporation, Business and Banking Section, and the Litigation Section of the American Bar Association. Mr. Bennett is also a member of the Class Actions and Derivative Suits and Securities Litigation subsections of the Litigation Section of the American Bar Association. Mr. Bennett was a featured speaker at the Stanford Law School session on Securities Fraud Litigation held in June 1995 and at the Practising Law institute on Sweeping Reform in March 1996. Mr. Bennett authored an article entitled "Pleading Proof for Actions under the Securities Exchange Act of 1934 and New Securities Exchange Act Section 21 D(b)," which appeared in Practising Law Institute Law and Practice Handbook, Securities Litigation, Series No. B-923 (1996 supp.); he also authored a commentary in the Securities Reform Act Litigation Reporter, Symposium on Silicon Graphics (Vol. 1, Nos. 5 & 6, Aug/Sept 1996 at 681-87). Mr. Bennett also served as a Judge in the National Appellate Advocacy Competition in 1996.

Mr. Bennett is a graduate (with distinction) of the University of California at Berkeley and received his J.D. from Hastings College of the Law. Mr. Bennett has been given an "AV" rating by Martindale-Hubbell.

595 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
415-777-2230

# SOLOMON B. CERA

Mr. Cera joined the Firm in 1983. While at the Firm, Mr. Cera has obtained experience in a variety of fields, including the oil and gas industry, executive compensation, insurance and tax-advantaged investments. In addition, Mr. Cera has obtained significant experience in the fields of mergers and acquisitions, accounting and auditing.

Among the more significant cases in which Mr. Cera has played a leading role on behalf of the Firm are the following. In Roberts v. Heim, No. 84-8069 THE (N.D. Cal.), Mr. Cera represented a class of approximately 3,000 investors who lost money in an oil and gas limited partnership investment. The firm recovered $33 million in cash for the investors and obtained injunctions which barred collection from the limited partners on $500 million worth of promissory notes. In this same case, Mr. Cera obtained more than 10 judgments on behalf of his clients against various defendants for in excess of $100 million each. In commenting on the Firm's representation of its clients in the case, the Chief Judge of the United States District Court for the Northern District of California stated as follows:

> [T]his action has been extraordinarily complex, resulting in over 300 orders by this court, several of which have been published, and many of which addressed difficult issues of first impression, and were eventually published . . . [T]hroughout this action, class counsel has demonstrated superior legal abilities, and has submitted to the court briefs, memoranda and oral argument of the highest quality . . . [C]ounsel's efforts have conferred substantial benefits on the class.

Roberts v. Heim, [1991 Tr. Binder] Fed. Sec. L.Rep. (CCH) ¶96,221 at 91,155-56 (N.D. Cal. August 28, 1991).

In Higley v. Donahue, et al., No. 93-CV-4288 (Denver District Court), Mr. Cera acted on behalf of the firm as co-lead counsel in an action in Colorado state court against several large, nationally known brokerage firms, based on their involvement in a hedged options trading scheme. A settlement with a value of $50 million was reached for the benefit of a class of approximately 800 investors in the space of 15 months.

In Joseph v. Wiles, 223 F.3d 1155 (10th Cir. 2000), Mr. Cera obtained reinstatement of a case against officers and directors, underwriters and accountants in a class action securities fraud case involving a disk drive manufacturer. The decision is important insofar as it approves the filing of securities law claims by purchasers in the aftermarket of an initial offering of securities, and further analyzes the statue of limitations in a way which benefits investors.

## JOSEPH M. BARTON

Mr. Barton joined the Firm in 1993 as a paralegal. He became an associate at the Firm upon his admission to the California Bar in 1997. During his tenure, Mr. Barton has been actively involved in litigating many of the Firm's cases, with a concentration on securities fraud, consumer fraud and antitrust class actions.

Mr. Barton, a native of San Francisco, has a B.A. (Political Science) from the California Polytechnic State University in San Luis Obispo. During college, he studied international politics for one year in Florence, Italy. Mr. Barton earned his J.D. from Golden Gate University School of Law in San Francisco where he was selected for the National Appellate Moot Court Competition team. Mr. Barton is a member of the American Bar Association, the State Bar of California, and the Bar Association of San Francisco.

## CHARLES A. DIRKSEN

Mr. Dirksen joined the firm in 2000. For three years prior to attending law school, he worked in Washington, D.C. as a paralegal on civil antitrust individual and complex multidistrict class action cases, and on federal Department of Justice and state attorneys general antitrust grand jury investigations. Throughout law school, he interned in the Special Prosecution Unit of the San Francisco District Attorney's Office. After taking the California bar exam, he gained significant experience in securities, antitrust, product liability, patent and maritime litigation.

Mr. Dirksen received a B.A. (magna cum laude) from Boston College, and a J.D. from the University of San Francisco School of Law. He spent a year as an Article Editor of USF's Maritime Law Journal.

Mr. Dirksen is a member of the American Bar Association, the State Bar of California, and the Bar Association of San Francisco.

## GWENDOLYN R. GIBLIN

Ms. Giblin joined the firm in 2001. Her primary areas of interest are securities, antitrust, and class action litigation. Prior to joining Gold Bennett Cera & Sidener LLP, Ms. Giblin practiced at firms specializing in securities class actions, derivative actions, antitrust, consumer class actions, and other complex business litigation.

Ms. Giblin is admitted to practice in the State of California and all federal district courts in California.

Ms. Giblin graduated from the University of California at Berkeley with a degree in Rhetoric. She earned her law degree at Golden Gate University School of Law where she was a member of the law review and assistant editor of the school's newspaper, *The Caveat*. Ms. Giblin received several merit scholarships, including the San Francisco Legal Auxiliary Scholarship and the Natalie Podell Memorial Scholarship. Ms. Giblin also studied at the University of Moscow School of Law.

Ms. Giblin is a member of the State Bar of California and the Bar Association of San Francisco.

### THOMAS C. BRIGHT

Mr. Bright joined the firm in 2002. He has substantial experience in the litigation of complex business matters, intellectual property disputes and antitrust cases. For years prior to joining the firm, Mr. Bright worked for an antitrust, intellectual property and business litigation firm located in San Francisco whose clients were small to medium-sized businesses including listed, public companies.

Prior to his relocation to San Francisco, Mr. Bright engaged in complex business and insurance litigation for four years in the Southern California office of a national firm based in New York. In addition to litigating primarily commercial liability coverage disputes, tort, employment and business matters, Mr. Bright was an entertainment lawyer and assumed various roles in attorney fee matters, ranging from performing internal audits to serving as counsel in litigated matters.

After law school, Mr. Bright worked in the motor sports division of International Management Group, the country's largest sports agency.

Mr. Bright graduated from Vanderbilt University in Nashville Tennessee with a Bachelor of Arts degrees in History. He received his Juris Doctor from the Pepperdine University School of Law in Malibu, California. During his final year of law school, Mr. Bright was an extern under Justice Mildred Lillie for the California Court of Appeals, Second Appellate District, Division Seven.

Mr. Bright is a member of both the State Bar of California, and the District of Columbia Bar. Mr. Bright is also admitted to practice in the Southern District of California, Central District of California, Eastern District of California and Northern District of California.

## KAREN D. FINERAN

Ms. Fineran joined the firm in 2003. Her primary areas of expertise is complex business litigation including intellectual property, antitrust and securities litigation matters. Prior to joining the firm, Ms. Fineran was associated with a major defense firm headquartered in the Bay Area.

Ms. Fineran received her B.A. from the University of New Orleans and her J.D. from University of Colorado.

Ms. Fineran is a member of the State Bar of California and the District of Columbia. She is admitted to practice before the United States District Courts for the Northern, Central and Eastern Districts of California, the District of Columbia and before the Court of Appeals for the Ninth Circuit.

**Selected Published Decisions
In Which The Firm
Has Played A Significant Role**

1.  In re Activision Securities Litigation,
    (CCH) Fed.Sec.L.Rep. ¶92,397 (N.D.Cal. 1985)

2.  In re Activision Securities Litigation,
    621 F.Supp. 415 N.D.Cal. 1985)

3.  In re Activision Securities Litigation
    723 F.Supp. 1373 (N.D.Cal. 1989)

4.  Adobe Systems, Inc. Securities Litigation,
    Fed.Sec.L.Rep. (CCH) ¶95,873 (N.D.Cal. 1991)

5.  Adobe Systems, Inc. Securities Litigation,
    Fed.Sec.L.Rep. (CCH) ¶96,051 (N.D.Cal. 1991)

6.  In re ASK Securities Litigation,
    Fed.Sec.L.Rep. (CCH) ¶96,991 (N.D.Cal. 1992)

7.  Businessland Securities Litigation,
    Fed.Sec.L.Rep. (CCH) ¶96,059 (N.D.Cal. 1991)

8.  Colaprico v. Sun Microsystems, Inc.,
    Fed.Sec.L.Rep. (CCH) ¶95,874 (N.D.Cal. 1991)

9.  Colaprico v. Sun Microsystems, Inc.,
    Fed.Sec.L.Rep. (CCH) ¶96,198 (N.D.Cal. 1991)

10. In re Consolidated Air West Securities Litigation,
    73 F.R.D. 12 (N.D.Cal. 1977)

11. In re Consolidated Capital Securities Litigation,
    (CCH) Fed.Sec.Rptr. ¶95,238 (N.D.Cal. 1990)

12. In re Daisy Systems Securities Litigation
    Fed.Sec.L.Rep. (CCH) ¶96,190 (N.D.Cal. 1991)

595 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
415-777-2230

13. Desmond v. BankAmerica Corp.,
    Fed.Sec.L.Rep. (CCH) ¶90,995 (N.D.Cal. 2000)

14. In re Diasonics Securities Litigation,
    599 F.Supp. 447 (N.D.Cal. 1984)

15. Digital Microwave Corp. Securities Litigation,
    Fed.Sec.L.Rep. (CCH) ¶97,044 (N.D. Cal. 1992)

16. Duval v. Gleason,
    Fed.Sec.L.Rep. (CCH) ¶96,153 (N.D.Cal. 1991)

17. Eza Charitable Trust v. Rent-Way, Inc.,
    136 F.Supp.2d 435 (W.D. Pa. 2001)

18. In re Fortune Systems Securities Litigation,
    604 F.Supp. 150 (N.D.Cal. 1984)

19. Gaillard v. Natomas Co.,
    173 Cal.App.3d 410, 219 Cal.Rptr. 74 (1985)

20. Gaillard v. Natomas,
    208 Cal.App.3d 1250 (1989)

21. In re Gap Stores Securities Litigation,
    79 F.R.D. 283 (N.D.Cal. 1978)

22. In re Granite Partners, L.P.,
    194 BR 318 (Bankr. S.D.N.Y. 1996)

23. Green v. Occidental,
    541 F.2d 1335 (9th Cir. 1976)

24. Hudson v. Capital Management, Inc.,
    565 F.Supp. 615 (N.D.Cal. 1983)

25. Hudson v. Capital Management Int'l., Inc.,
    Fed.Sec.L.Rep. (CCH) ¶99,221 (N.D.Cal. 1982)

26. Hudson v. Capital Management Int'l., Inc.,
    Fed.Sec.L.Rep. (CCH) ¶99,222 (N.D.Cal. 1982)

595 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
415-777-2230

27.  In re Itel Securities Litigation,
          596 F.Supp. 226 (N.D.Cal. 1984)

28.  In re Itel Securities Litigation,
          89 F.R.D. 104 (N.D.Cal. 1981)

29.  Joseph v. Wiles,
          223 F.3d 1155 (10th Cir. 2000)

30.  Lilley v. Charren,
          936 F.Supp. 708 (N.D.Cal. 1996)

31.  Marshall v. Holiday Magic,
          550 F.2d 1173 (9th Cir. 1977)

32.  Masstor Systems Corporation Securities Litigation,
          Fed.Sec.L.Rep. (CCH) ¶92,719 (N.D.Cal. 1986)

33.  McFarland v. Memorex Corp.,
          581 F.Supp. 878 (N.D.Cal. 1984)

34.  In re Memorex Securities Case,
          61 F.R.D. 88 (N.D.Cal. 1973)

35.  Rogers v. NationsCredit Financial Services Corp.,
          Bankr. L. Rep. (CCH) ¶77,918 (N.D.Cal. 1999)

36.  In re Nucorp Energy Securities Litigation,
          Fed.Sec.L.Rep. (CCH) ¶99,158 (S.D.Cal. 1983)

37.  In re Nucorp Energy Securities Litigation,
          Fed.Sec.L.Rep. (CCH) ¶93,224 (S.D.Cal. 1987)

38.  In re Pizza Time Theatre Securities Litigation,
          Fed.Sec.L.Rep. (CCH) ¶92,53 7 (N.D.Cal. 1986)

39.  Primavera Familienstiftung v. Askin,
          173 F.R.D. 115 (S.D.N.Y. 1997)

40.  In re Rent-Way Sec. Litig.,
          209 F.Supp.2d 493 (W.D. Pa. 2002)

41. Roberts v. Heim,
    Fed.Sec.L.Rep. (CCH) ¶94,393 (N.D.Cal. 1989)

42. Roberts v. Heim,
    Fed.Sec.L.Rep. (CCH) ¶94,394 (N.D.Cal. 1989)

43. Roberts v. Heim,
    Fed.Sec.L.Rep. (CCH) ¶95,430 (N.D.Cal. 1990)

44. Roberts v. Heim,
    Fed.Sec.L.Rep. (CCH) ¶95,431 (N.D.Cal. 1990)

45. Roberts v. Heim,
    Fed.Sec.L.Rep. (CCH) ¶96,094 (N.D. Cal. 1991)

46. Roberts v. Heim,
    Fed.Sec.L.Rep. (CCH) ¶96,095 (N.D.Cal. 1991)

47. Roberts v. Heim,
    Fed.Sec.L.Rep. (CCH) ¶96,221 (N.D.Cal. 1991)

48. Roberts v. Heim,
    Fed.Sec.L.Rep. (CCH) ¶96,970 (N.D.Cal. 1992)

49. Roberts v. Peat Marwick Mitchell & Co.,
    857 F.2d 646 (9th Cir. 1988)

50. In re Seagate Technology II Securities Litigation,
    Fed.Sec.L.Rep. (CCH) ¶97,028 (N.D. Cal. 1992)

51. In re Technical Equities Federal Securities Litigation,
    Fed.Sec.L.Rep. (CCH) ¶94,093 (N.D.Cal. 1988)

52. In re Victor Technologies Securities Litigation,
    102 F.R.D. 53 (N.D.Cal. 1984)

53. In re Victor Technologies Securities Litigation,
    Fed.Sec.L.Rep. (CCH) ¶93,158 (N.D.Cal. 1987)

54. In re Worlds of Wonder Securities Litigation,
    35 F.3d 1407 (9th Cir. 1994)

55.  In re Worlds of Wonder Securities Litigation,
        721 F.Supp. 1140 (N.D.Cal. 1989)

56.  In re Worlds of Wonder Securities Litigation,
        Fed.Sec.L.Rep. (CCH) ¶95,004 (N.D.Cal. 1990)

57.  In re Worlds of Wonder Securities Litigation,
        694 F.Supp. 1427 (N.D.Cal. 1988)

58.  In re Worlds of Wonder Securities Litigation,
        Fed.Sec.L.Rep. (CCH) ¶97,041 (N.D. Cal. 1992)

59.  In re Worlds of Wonder Securities Litigation,
        Fed.Sec.L.Rep. (CCH) ¶97,018 (N.D.Cal. 1992)

60.  Zatkin v. Primuth,
        551 F.Supp. 39 (S.D.Cal. 1982)

61.  Zell v. Intercapital Income Securities, Inc.,
        675 F.2d 1041 (9th Cir. 1982)