## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

I, Nancy Kaboolian, being duly sworn, deposes and says:

1. I am not a party to the action, over the age of 18 years, and am an associate with the firm of Abbey Gardy, LLP, 212 East 39th Street, New York, New York 10016, attorneys for shareholder Jeffery Foss.

2. On April 12, 2004, I caused a copy of the accompanying:

Notice Of Motion And Motion Of Jeffrey Foss For The Consolidation Of Related Actions, To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel

Memorandum Of Points And Authorities In Support Of Jeffrey Foss' Motion To Consolidate All Related Actions, To Be Appointed Lead Plaintiff And For Approval Of His Selection Of Lead Counsel

Declaration Of Nancy Kaboolian In Support Of Jeffrey Foss' Motion To Consolidate All Related Actions, To Be Appointed Lead Plaintiff And For Approval Of His Selection Of Lead Counsel

[Proposed] Order For The Consolidation Of Related Actions, The Appointment Of Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel

Affidavit Of Service

to be served upon the following persons/entities listed on the attached service list by U.S. mail.

_____
Nancy Kaboolian

Sworn to before me this
12th day of April, 2004

_____
Notary Public

Carolyn Davila
Notary Public State of New York
No. 01DA6031367
Qualified in Kings County
Commission Expires September 27, 20__

## SERVICE LIST

Peter A. Lagorio
Gilman & Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone: (781) 231-7850
Facsimile: (781) 231-7840

Thomas G. Shapiro
Ted Hess-Mahan
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109
Telephone: (617) 439-3939

Samuel H. Rudman
David A. Rosenfeld
Cauley Geller Bowman & Rudman, LLP
Mario Alba, Jr.
200 Broadhollow Road, Suite 406
Melville, New York 11747
Telephone: (631) 367-7100

Aaron Brody
Jules Brody
Stull, Stull and Brody
6 East 45th Street
New York, New York 10017
Telephone: (212) 687-7230

Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
Telephone: (610) 667-7706

Wolf Popper, LLP
845 Third Avenue
New York, New York 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

Jonathan M. Plasse
Goodkind Labaton Rudoff & Sucharow, LLP
100 Park Avenue
New York, New York 10017
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Rabin, Murray & Frank LLP
275 Madison Avenue
New York, New York 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

Samuel P. Sporn
Christopher Lometti
Frank R. Schirripa
Schoengold & Sporn, P.C.
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046

Robert I. Harwood
Samuel K. Rosen
Wechsler Harwood LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 935-7400

Jeffreyrey Block
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
8th Floor
Boston, MA 02109

Steven G. Schulman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
49th Floor
New York, New York 10119

Alan L. Kovacs
Law Office of Alan L. Kovacs
2001 Beacon Street
Suite 106
Boston, MA 02135

Daniel W. Halson
Hale & Dorr, LLP
60 State Street
Boston, MA 02109

John R. Baraniak, Jr.
Choate, Hall & Stewart
Exchange Place
53 State Street
33rd Floor
Boston, MA 02109

Matthew J. Matule
Skadden Arips, Salte Meagher & Flom, LLP
One Beacon Street
Boston, MA 02108

John D. Hughes
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110