UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SONUS NETWORKS, INC., et al., <br><br> Defendants. | Civil Action No. 04-CV-10294-DPW <br><br> <u>CLASS ACTION</u> |
| MICHELLE TREBITSCH, On Behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SONUS NETWORKS, INC., et al., <br><br> Defendants. | Civil Action No. 04-CV-10307-DPW <br><br> <u>CLASS ACTION</u> |

[Caption continued on following page.]

AFFIDAVIT OF JOHN E. DEWICK IN SUPPORT OF GLOBAL UNDERVALUED
SECURITIES MASTER FUND'S MOTION TO BE APPOINTED LEAD PLAINTIFF
PURSUANT TO §21D(A)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND
FOR APPOINTMENT OF LEAD COUNSEL

| | |
|---|---|
| INFORMATION DYNAMICS, LLC, On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-CV-10308-DPW<br><br><u>CLASS ACTION</u> |
| PETER KALTMAN, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-CV-10309-DPW<br><br><u>CLASS ACTION</u> |
| SAMANTHA DEN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-CV-10310-DPW<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

| | |
|---|---|
| RICHARD CURTIS, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>     Defendants. | Civil Action No. 04-CV-10314-MLW<br><br><u>CLASS ACTION</u> |
| RONALD KASSOVER, On Behalf of the Ronald Kassover IRA and All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>     Defendants. | Civil Action No. 04-CV-10329-DPW<br><br><u>CLASS ACTION</u> |
| STEVE L. BAKER, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>     Defendants. | Civil Action No. 04-CV-10333-DPW<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

| | |
|---|---|
| MICHAEL KAFFEE, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 04-CV-10345-DPW<br><br><u>CLASS ACTION</u> |
| HAIMING HU, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 04-CV-10346-DPW<br><br><u>CLASS ACTION</u> |
| CHARLES STARBUCK, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 04-CV-10362-DPW<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

| | |
|---|---|
| SAMUEL HO, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>    Defendants. | Civil Action No. 04-CV-10363-DPW<br><br><u>CLASS ACTION</u> |
| JEFFREY C. RODRIGUES, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>    Defendants. | Civil Action No. 04-CV-10364-DPW<br><br><u>CLASS ACTION</u> |
| ROBERT CONTE and MARK RESPLER, Themselves and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>    Defendants. | Civil Action No. 04-CV-10382-DPW<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

| | |
|---|---|
| WHEATON ELECTRICAL SERVICES RETIREMENT 401K PROFIT SHARING PLAN, On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 04-CV-10383-DPW<br><br>CLASS ACTION |
| BRIAN CLARK, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 04-CV-10454-DPW<br><br>CLASS ACTION |
| SHEILA BROWNELL, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 04-CV-10597-DPW<br><br>CLASS ACTION |

[Caption continued on following page.]

| | |
|---|---|
| SAVERIO PUGLIESE, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SONUS NETWORKS, INC., et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-CV-10612-DPW<br><br><u>CLASS ACTION</u> |
| DAVID V. NOCITO, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SONUS NETWORKS, INC., et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-CV-10623-DPW<br><br><u>CLASS ACTION</u> |

I, John E. DeWick, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Massachusetts. I am an associate of the law firm of Melick, Porter & Shea, LLP, proposed Liaison Counsel for plaintiff in the above-entitled action. I make this Affidavit in support of Global Undervalued Securities Master Fund's Motion to be Appointed Lead Plaintiff Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 and for Appointment of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:  Sworn Certification of Global Undervalued Securities Master Fund;

Exhibit B:  Chart of Global Undervalued Securities Master Fund's Purchases and Losses;

Exhibit C:  Notice of pendency of class action published on *PR Newswire*, a national, business-oriented newswire service, on February 12, 2004; and

Exhibit D:  Firm resume of Milberg Weiss Bershad Hynes & Lerach LLP

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ____ day of April, 2004, at Boston, Massachusetts.

_____
JOHN E. DEWICK

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 4/12/04

_____

S:\CasesSD\Sonus Networks CA\AFF00008489.doc

- 1 -