## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL,<br><br>Defendants. | Civil Action No. 04-CV-10294 DPW |
| MICHELLE TREBITSCH, On Behalf Of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>Defendants. | Civil Action No. 04-CV-10307 DPW |
| INFORMATION DYNAMICS, LLC, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>Defendants. | Civil Action No. 04-CV-10308 DPW |

[Additional Captions Follow on Next Page]

## CERTIFICATE OF SERVICE

| | |
|---|---|
| PETER KALTMAN, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., RUBEN GRUBER, HASSAN AHMED and STEPHEN NILL,<br><br>    Defendants. | Civil Action No. 04-CV-10309 DPW |
| SAMANTHA DEN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>    Defendants. | Civil Action No. 04-CV-10310 DPW |
| RICHARD CURTIS, Individually And on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>    Defendants. | Civil Action No. 04-CV-10314 MLW |

**[Additional Captions Follow on Next Page]**

| | |
|---|---|
| RONALD KASSOVER, on Behalf of the Ronald Kassover IRA and All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>    Defendants. | Civil Action No. 04-CV-10329 DPW |
| STEVE L. BAKER, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL,<br><br>    Defendants. | Civil Action No. 04-CV-10333 DPW |
| MICHAEL KAFFEE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL,<br><br>    Defendants. | Civil Action No. 04-CV-10345 DPW |

**[Additional Captions Follow on Next Page]**

| | |
|---|---|
| HAIMING HU, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL,<br><br>  Defendants. | Civil Action No. 04-10346 DPW |
| CHARLES STARBUCK, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL,<br><br>  Defendants. | Civil Action No. 04-CV-10362 DPW |
| SAMUEL HO, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL,<br><br>  Defendants. | Civil Action No. 04-CV-10363 DPW |

**[Additional Captions Follow on Next Page]**

| | |
|---|---|
| JEFFREY C. RODRIGUES, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>    Defendants. | Civil Action No. 04-CV-10364 DPW |
| ROBERT CONTE and MARK RESPLER, Themselves and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL,<br><br>    Defendants. | Civil Action No. 04-CV-10382 DPW |
| WHEATON ELECTRICAL SERVICES RETIREMENT 401K PROFIT SHARING PLAN, On Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>    Defendants. | Civil Action No. 04-CV-10383 DPW |

**[Additional Captions Follow on Next Page]**

| | |
|---|---|
| BRIAN CLARK, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>    Defendants. | Civil Action No. 04-CV-10454 DPW |
| SHEILA BROWNELL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL,<br><br>    Defendants. | Civil Action No. 04-CV-10597 DPW |
| SAVERIO PUGLIESE, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>    Defendants. | Civil Action No. 04-CV-10612 DPW |

**[Additional Captions Follow on Next Page]**

I, Veronica McAllister, hereby certify that true copies of the following documents were served upon all counsel listed on the attached service list, via United States Mail, First Class, Postage Pre-Paid:

(1) Motion Of Plaintiff Saverio Pugliese For Consolidation And For Appointment Of Lead Plaintiff, Lead Counsel And Liaison Counsel;

(2) Memorandum Of Law In Support Of Motion Of Plaintiff Saverio Pugliese For Consolidation And For Appointment Of Lead Plaintiff, Lead Counsel And Liaison Counsel;

(3) Affidavit Of Richard A. Speirs In Support Of Motion Of Plaintiff Saverio Pugliese For Consolidation And For Appointment Of Lead Plaintiff, Lead Counsel And Liaison Counsel; and

(4) [Proposed] Order Consolidating The Actions, Appointing Plaintiff Saverio Pugliese As Lead Plaintiff, And Approving Lead Plaintiff's Choice Of Lead Counsel And Liaison Counsel.

Dated:    April 12, 2004

Veronica McAllister

## SERVICE LIST

**Berman DeValerio Pease Tabacco Burt & Pucillo**
Jeffrey C. Block
Patrick T. Egan
One Liberty Square, 8th Floor
Boston, MA 02109
(617) 542-8300

**Brodsky & Smith, LLC**
Evan J. Smith
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
(610) 667-6200

**Cauley Geller Bowman & Rudman, LLP**
Samuel H. Rudman
Russell J. Gunyan
200 Broadhollow Road
Suite 406
Melville, NY 11747
(631) 367-7100

**Cohen Milstein Hausfeld & Toll, PLLC**
Steven J. Toll
Daniel L. Sommers
Julie Goldsmith
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
(202) 408-4600

**Dangel & Mattchen, LLP**
Michael K. Mattchen
10 Derne Street
Boston, MA 02114-4203
(617) 557-4800

**The Law Firm of Federman & Sherwood**
William B. Federman
120 N. Robinson Avenue, Suite 2720
Oklahoma City, OK 73102

**Law Office of Brian M. Felgoise**
Brian M. Felgoise
261 Old York Road, Suite 423
Jenkintown, PA 19046
(215) 886-1900

**Gilman and Pastor, LLP**
Peter A. Lagorio
Stonehill Corporate Center
999 Broadway
Saugus, MA 01906
(781) 231-7850

**The Law Office of Marc S. Henzel**
Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
(619) 660-8000

**Goodkind Labaton Rudoff & Sucharow LLP**
Jonathan M. Plasse
100 Park Avenue
New York, NY 10017
(212) 907-0700

**Roy L. Jacobs**
60 East 42nd Street, 46th Floor
New York, NY 10165
(212) 867-1156

**Law Office of Alan L. Kovacs**
Alan L. Kovacs
2001 Beacon Street, Suite 106
Boston, MA 02135
(617) 964-1177

**Lockridge Grindal Nauen PLLP**
Richard A. Lockridge
Karen Hanson Riebel
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

**Milberg Weiss Bershad Hynes & Lerach LLP**
William S. Lerach
Darren J. Robbins
401 B Street
Suite 1700
San Diego, CA 92101

Nancy F. Gans
**Moulton & Gans, PC**
33 Broad Street
Suite 1100
Boston, MA 02109

**Law Office of Bruce G. Murphy**
Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963
(772) 231-4202

**Paskowitz & Associates**
Laurence D. Paskowitz
60 East 42nd Street
46th Floor
New York, NY 10165
(212) 682-1757

**Law Offices of Charles J. Piven, PA**
Charles J. Piven
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
(410) 332-0030

**Pomerantz Haudek Block Grossman & Gross LLP**
Marc I. Gross
Joseph Gentile
100 Park Avenue, 26th Floor
New York, NY 10017

**Rabin Murray & Frank, LLP**
Eric J. Belfi
275 Madison Avenue, Suite 801
New York, NY 10016
(212) 682-1818

**Ragsdale & Frese LLC**
M. Clay Ragsdale
The Farley Building, Suite 550
1929 Third Avenue North
Birmingham, AL 35203
(205) 251-4775

**Reich & Binstock, LLP**
Paul T. Warner
4265 San Felipe, Suite 1000
Houston, TX 77027
(713) 622-7271

**Shalov Stone & Bonner LLP**
Ralph M. Stone
485 Seventh Avenue, Suite 1000
New York, NY 10018
(212) 239-4310

**Schatz & Nobel, PC**
Justin Kudler
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
(860) 493-6292

**Schiffrin & Barroway, LLP**
Marc A. Topaz
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

**Schoengold & Sporn, PC**
Samuel P. Sporn
Christopher Lometti
Frank R. Scirripa
19 Fulton Street, Suite 406
New York, NY 10038
(212) 964-0046

**Schubert & Reed LLP**
Robert C. Schubert
Juden Justice Reed
Willem F. Jonckheer
Two Embarcadero Center, Suite 1660
San Francisco, CA 94111

**Shapiro Haber & Urmy LLP**
Thomas G. Shapiro
Theodore M. Hess-Mahan
75 State Street
Boston, MA 02109
(617) 439-3939

**Stull Stull & Brody**
Jules Brody
6 East 45th Street
New York, NY 10017
(212) 687-7230

**Law Offices of Richard J. Vita, PC**
Richard J. Vita
77 Franklin Street, Suite 300
Boston, MA 02110
(617) 426-6566

**Wechsler Harwood LLP**
Robert I. Harwood
Samuel K. Rosen
488 Madison Avenue
New York, NY 10022
(212) 935-7400

**Weiss & Yourman**
Joseph H. Weiss
Zack I. Zwick
551 Fifth Avenue
New York, NY 10176
(212) 682-3025

**Wolf Haldenstein Adler Freeman & Herz LLP**
Geregory M. Nespole
270 Madison Avenue, 9th Floor
New York, NY 10016
(212) 545-4600

**Wolf Popper LLP**
Marian P. Rosner
Michael A. Schwartz
Renee L. Karalian
845 Third Avenue
New York, NY 10022
(212) 759-4600

**Zimmerman Levi & Korsinsky, LLP**
Eduard Korsinsky
39 Broadway, Suite 1440
New York, NY 10006
(212) 363-7500

**Zwerling Schacter & Zwerling, LLP**
Richard A. Speirs
Shaye J. Ruchs
845 Third Avenue, 6th Floor
New York, NY 10022
(212) 223-3900