**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DEBORAH CHIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, STEPHEN NILL,<br><br>Defendants. | Case No. 1:04-cv-10294-DPW |

(Additional Captions Follow)

**BELLAND GROUP'S NOTICE OF WITHDRAWAL OF ITS MOTION BE APPOINTED LEAD PLAINTIFF AND FOR <u>APPROVAL OF ITS CHOICE AS LEAD COUNSEL</u>**

|  |  |
|---|---|
| MICHELLE TREBITSCH, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>                vs.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>                Defendants. | Case No. 1:04-cv-10307-DPW |
| INFORMATION DYNAMICS, LLC, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>                vs.<br><br>SONUS NETWORKS, INC., PAUL. R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED and STEPHEN J. NILL,<br><br>                Defendants. | Case No. 1:04-cv-10308-DPW |
| PETER KALTMAN, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>              vs.<br><br>SONUS NETWORKS, INC., RUBIN GRUBER, HASSAN AHMED and STEPHEN NILL,<br><br>                Defendants. | Case No. 1:04-cv-10309-DPW |

| | |
|---|---|
| SAMANTHA DEN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL<br><br>      Defendants. | ) Case No. 1:04-cv-10310-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| RONALD KASSOVER, on behalf of the Ronald Kassover IRA and all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, STEPHEN J. NILL,<br><br>      Defendants. | ) Case No. 1:04-cv-10329-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| STEVE L. BAKER, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>      Defendants. | ) Case No. 1:04-cv-10333-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| MICHAEL KAFFEE, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>              vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>                              Defendants. | Case No. 1:04-cv-10345-DPW |
| HAIMING HU, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>              vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL<br><br>                              Defendants. | Case No. 1:04-cv-10346-DPW |
| CHARLES STARBUCK, Individually and himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>              vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>                              Defendants. | Case No. 1:04-cv-10362-DPW |

| | |
|---|---|
| ──────────────────────────────── <br> SANUEL HO, Individually and on behalf ) <br> of all others similarly situated,                 ) <br>                                                                 ) <br>                              Plaintiff,           ) <br>                                                                 ) <br>              vs.                                            ) <br>                                                                 ) <br> SONUS NETWORKS, INC., HASSAN ) <br> AHMED, and STEPHEN NILL,         ) <br>                                                                 ) <br>                              Defendants.       ) <br> ──────────────────────────────── ) | Case No. 1:04-cv-10363-DPW |
| ──────────────────────────────── <br> JEFFREY C. RODRIGUES, Individually ) <br> on behalf of all others similarly situated, ) <br>                                                                 ) <br>                              Plaintiff,           ) <br>                                                                 ) <br>              vs.                                            ) <br>                                                                 ) <br> SONUS NETWORKS, INC., HASSAN M. ) <br> AHMED, and STEPHEN J. NILL,       ) <br>                                                                 ) <br>                              Defendants.       ) <br> ──────────────────────────────── ) | Case No. 1:04-cv-10364-DPW |
| ──────────────────────────────── <br> ROBERT CONTE and MARK RESPLER, ) <br> on behalf of himself and all other similarly ) <br> situated,                                              ) <br>                                                                 ) <br>                              Plaintiff,           ) <br>                                                                 ) <br>              vs.                                            ) <br>                                                                 ) <br> SONUS NETWORKS, INC., HASSAN ) <br> AHMED, and STEPHEN NILL,          ) <br>                                                                 ) <br>                              Defendants.       ) <br> ──────────────────────────────── ) | Case No. 1:04-cv-10382-DPW |

| | |
|---|---|
| WHEATON ELECTRICAL SERVICES RETIREMENT 401 K PROFIT SHARING PLAN, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN J. NILL,<br><br>      Defendants. | Case No. 1:04-cv-10383-DPW |
| BRIAN CLARK, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>      Defendants. | Case No. 1:04-cv-10454-DPW |
| SHEILA BROWNELL, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED and STEPHEN NILL,<br><br>      Defendants. | Case No. 1:04-CV-10597-DPW |

|  |  |
|---|---|
| SAVERIO PUGLIESE, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, STEPHEN J. NILL,<br><br>            Defendants. | Case No. 1:04-cv-10612-DPW |
| DAVID V. NOCITO, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>            Defendants. | Case No. 1:04-cv-10623-DPW |

Plaintiffs Grace I. Belland, Leopoldo L. Mestre, Jacob I. Sherman, Scott L. Dunkley, Abdul S. Budhinani, and Sean P. McCarthy, collectively known as the "Belland Group," hereby withdraw their motion to be appointed Lead Plaintiff.  In light of the Global Undervalued Securities Master Fund's loss of $920,000 and purchase of 300,000 shares of Sonus stock, the Belland Group believes the Global Undervalued Securities Master Fund is the "most adequate plaintiff" within the meaning of the Securities Exchange Act of 1934 and should be appointed Lead Plaintiff.  This withdrawal is without prejudice to the Belland Group's claims and rights as members of the proposed class, including the right to share in any recovery achieved in these actions for the benefit of the class.  This withdrawal is also conditioned on the Court appointing a Lead Plaintiff from among the applicants who moved to be appointed Lead Plaintiff on April 12, 2004.

Dated:   April 26, 2004
         Boston, Massachusetts

**SHAPIRO HABER & URMY LLP**

**/s/Theodore M. Hess-Mahan**
Thomas G. Shapiro BBO#454680
Theodore M Hess-Mahan BBO #557109
75 State Street
Boston MA  02109
Telephone:  (617) 439-3939
Facsimile: (617) 439-0134

*Local Counsel*

**MURRAY, FRANK & SAILER LLP**
Eric J. Belfi
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone:  (212) 682-1818
Facsimile:   (212) 682-1892

**WEISS & YOURMAN**
Jack Zwick
551 Fifth Avenue, Suite 1600
New York, New York 10176
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

*Proposed Co-Lead Counsel for the Belland Group and the Class*

**LAW OFFICES OF
    BRUCE G. MURPHY**
Bruce G. Murphy
265 Llwyds Lane
Vero Beach, Florida 32963
Telephone:  (772) 231-4202

*Attorneys for Plaintiff*