# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>　　　　　　　　Defendants. | Case No.: 1:04cv10294-DPW<br><br>RELATED CASES:<br>　1:04-cv-10307-DPW<br>　1:04-cv-10308-DPW<br>　1:04-cv-10310-DPW<br>　1:04-cv-10329-DPW<br>　1:04-cv-10333-DPW<br>　1:04-cv-10345-DPW<br>　1:04-cv-10346-DPW<br>　1:04-cv-10359-DPW<br>　1:04-cv-10362-DPW<br>　1:04-cv-10363-DPW<br>　1:04-cv-10364-DPW<br>　1:04-cv-10382-DPW<br>　1:04-cv-10383-DPW<br>　1:04-cv-10384-DPW<br>　1:04-cv-10454-DPW<br>　1:04-cv-10576-DPW<br>　1:04-cv-10597-DPW<br>　1:04-cv-10612-DPW<br>　1:04-cv-10623-DPW |
| RICHARD CURTIS, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED and STEPHEN J. NILL,<br><br>　　　　　　　　Defendants. | Case No.: 1:04cv10314-MLW |

**NOTICE OF WITHDRAWAL OF MOTION BY THE JIANG GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

Movants Tian Jiang, Joseph Rodulavic, and Gary Brost (collectively, the "Jiang Group") hereby notify this Court that they are withdrawing their Motion For Consolidation, Appointment as Lead Plaintiff, and for Approval of Their Selection of Lead Counsel and Liaison Counsel filed with this Court on April 12, 2004.

DATED: April 26, 2004

Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, MA 02109
Telephone: (617) 369-7979

**MILBERG WEISS BERSHAD HYNES & LERACH LLP**
Steven G. Schulman
Richard Weiss
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300

*Counsel for Plaintiff Richard Curtis and the Jiang Group Movants*

**CERTIFICATE OF SERVICE**

On April 26, 2004, I, Nancy F. Gans, of the law firm of Moulton & Gans, P.C., one of the plaintiffs' counsel in this action, caused the following documents to be served by U.S. Mail, on the persons listed below:

1. NOTICE OF WITHDRAWAL OF THE JIANG GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL

Dated April 26, 2004

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## Service List

**Plaintiffs' Counsel:**

Justin S. Kudler
Schatz & Nobel, PC
330 Main Street
Hartford, CT 06106-1851

Theodore M. Hess-Mahan
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109

Jeffrey C. Block
Michael T. Matraia
Shannon L. Hopkins
Berman DeValerio Pease Tabacco Burt & Pucillo
Shannon L. Hopkins
One Liberty Square, 8th Floor
Boston, MA 02109

Shaye J. Fuchs
Zwerling, Schachter & Zwerling, LLP
615 Merrick Avenue
Westbury, NY 11590-6622

Renee L. Karalian
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

M. Clay Ragsdale
Ragsdale & Frese, LLC
1929 Third Ave. North, Suite 550
The Farley Building
Birmingham, AL 35203

Andrew G. Tolan
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue
26th Floor
New York, NY 10017

Craig Lowther
Wechsler Harwood LLP
488 Madison Avenue
8th Floor
New York, NY 10022

Laurence D. Paskowitz
Paskowitz & Associates
60 East 42nd Streeet
46th Floor
New York, NY 10165

Steven J. Toll
Robert Smits
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower – Suite 500
Washington, D.C. 20005

Eric J. Belfi
Aaron D. Patton
Murray, Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016

Robert M. Roseman
Spector, Roseman & Kodroff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Frank R. Schirripa
Schoengold & Sporn, P.C.
19 Fulton Street, Suite 406
New York, NY 10038

Christopher Keller
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue, 12th Floor
New York, NY 10017

Brian M. Felgoise, P.C.
Law Offices of Brian M. Felgoise, P.C.
230 South Broad St.
Philadelphia, PA 19102

Charles J. Piven, P.A.
Law Offices of Charles J. Piven
401 East Pratt Street
Baltimore, Maryland 21202

Marc A. Topaz
Stuart L. Berman
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Samuel H. Rudman
David A. Rosenfeld
Cauley Geller Bowman & Rudman, LLP
200 Broadhollow Road
Melville, NY 11747

**<u>Defendants' Counsel</u>**

Daniel W. Halston
James W. Prendergast
Jeffrey B. Rudman
Hale & Dorr, LLP
60 State Street
Boston, MA 02109

John D. Hughes
Edwards & Angell, LLP
101 Federal Street
Boston, MA 20110

John R. Baraniak, Jr.
Choate, Hall & Stewart
Exchange Place
33rd Floor
Boston, MA 02109-2804

Matthew J. Matule
Thomas J. Dougherty
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02018