**EXHIBIT C**

# ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 19 2003

CLERK, U.S. DISTRICT COURT
BY_____
              DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JIM PIERCE, Individually and On Behalf of All Others Similarly Situated | § § § § | CIVIL ACTION NO. 4:03-CV-026-Y |
| VS. | § § | Consolidated with Civil Actions: |
| | § | |
| AMERICREDIT CORP., ET AL. | § § § § § § § § § | 4:03-CV-048-Y, 4:03-CV-052-Y, 4:03-CV-059-Y, 4:03-CV-066-Y, 4:03-CV-071-Y, 4:03-CV-072-Y, 4:03-CV-073-Y, 4:03-CV-083-Y 4:03-CV-084-Y, 4:03-CV-094-Y, 4:03-CV-096-Y, 4:03-CV-113-Y, 4:03-CV-115-Y, 4:03-CV-172-Y, 4:03-CV-179-Y, 4:03-CV-188-Y |

### ORDER GRANTING UNOPPOSED MOTION TO APPOINT LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL

Pending before the Court is the plaintiffs' Unopposed Motion to Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Lead and Liaison Counsel, filed April 11, 2003. Having carefully considered the motion, the Court concludes that it should be GRANTED.

Therefore, it is ORDERED that the plaintiffs' Unopposed Motion to Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Lead and Liaison Counsel [doc. # 29-1] is GRANTED.

It is further ORDERED that class members United Brotherhood of Carpenters Pension Fund, Global Undervalued Securities Masterfund, and Carpenters' Pension Trust Fund for Southern California are appointed Lead Plaintiff pursuant to section 21D(a)(3)(B)(iii)(I) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B);

It is further ordered that the United Brotherhood of Carpenters

Pension Fund, Global Undervalued Securities Masterfund, and Carpenters' Pension Trust Fund for Southern California's selection of Milberg Weiss Bershad Hynes & Lerach LLP as Lead Counsel pursuant to section 21D(a)(3)(B)(iii)(I) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B) is approved.

It is further ORDERED that the United Brotherhood of Carpenters Pension Fund, Global Undervalued Securities Masterfund, and Carpenters' Pension Trust Fund for Southern California's selection of Emerson Poynter LLP as Liaison Counsel is approved.

SIGNED May _19_, 2003.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/knv