**ALAN L. KOVACS** is a graduate of Amherst College (cum laude) and Columbia Law School, where he was an Associate Editor of the Journal of International Law. He also holds a Masters of Law Degree in Taxation from Boston University. He was admitted to practice in New York in 1972 and in Massachusetts in 1975. In addition, he is admitted to practice in the United States Supreme Court, US Circuit Courts of Appeal for the First and Second Circuits, and the US District Court for the Districts of Massachusetts, Southern New York and Eastern New York. After graduating from law school, Mr. Kovacs spent four years as an Assistant District Attorney in Manhattan, New York and Middlesex County, Massachusetts, where he did both appellate and trial work arguing over a dozen cases before the highest appellate courts in New York and Massachusetts. From 1978 through 1985, he worked in the Antitrust Division of the Massachusetts Attorney General's Office where he rose to Chief of that Division as well as Chairman of Antitrust Task Force of the National Association of Attorneys General. Since 1985, Mr. Kovacs has specialized in trade regulation and corporate counseling as well as complex antitrust litigation. He has been Counsel in numerous antitrust class actions and other nationwide complex litigation, including securities cases, serving as a lead counsel in the Art Materials Antitrust Litigation and the Oil Overcharge Litigation; the latter resulted in a nationwide settlement of over $2 Billion, with over $70 million being awarded to Massachusetts.  Additionally, from 1995 through 1997, he served as an Associate Commissioner on the Massachusetts Hospital System Payment Advisory Commission.