**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DEBORAH CHIN, On Behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SONUS NETWORKS, INC., et al. <br><br> Defendants. | Case No. 04 cv 10294 (DPW) |
| DANIEL WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> HASSAN M. AHMED, et al., <br><br> Defendants, <br><br> v. <br><br> SONUS NETWORKS, INC., | Case No. 04 cv 10359 |

THIS DOCUMENT RELATES TO CASE NOS.:
04 cv 10307; 04 cv 10308; 04 cv 10309;
04 cv 10310; 04 cv 10329; 04 cv 10333;
04 cv 10345; 04 cv 10346; 04 cv 10359;
04 cv 10362; 04 cv 10363; 04 cv 10364;
04 cv 10382; 04 cv 10383; 04 cv 10384;
04 cv 10454; 04 cv 10576; 04 cv 10597;
04 cv 10612; 04 cv 10623; 04 cv 10714;
04 cv 10314 (MLW); 04 cv 11315 (MLW)

**PLAINTIFF DANIEL WILLIAMS' (1) RESPONSE TO THE MOTION OF CHRIS E. PATERICK FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF CLASS COUNSEL, AND (2) MOTION FOR APPOINTMENT OF LEAD COUNSEL FOR SHAREHOLDER DERIVATIVE ACTION**

Plaintiff Daniel Williams ("Williams"), plaintiff in the derivative action styled *Williams v. Ahmed, et al.*, Case No. 04 cv 10359 (the "*Williams* action", "derivative action" or "*Williams* derivative action") hereby (1) responds to the Motion of Chris E. Paterick ("Paterick") for Consolidation, Appointment of Lead Plaintiff and Approval of Lead Counsel and (2) moves this Court for an Order appointing Williams' selection of the law firm of Federman & Sherwood ("F&S") to serve as Lead Derivative Counsel and the Law Office of Alan L. Kovacs ("Kovacs") to serve as Liaison Derivative Counsel in the following three (3) related derivative actions, and any subsequently-filed derivative actions.

*Williams v. Ahmed, et al.*, Case No. 04 cv 10359

*Burk v. Ahmed*, et al., Case No. 01 cv 20384

*Pisnoy v. Ahmed*, et al., Case No. 104 cv 10576

This Response and Motion is supported by the accompanying Memorandum of Law, the Exhibits attached thereto, all of the prior pleadings and proceedings herein, and such other written and/or oral argument, as may be presented to the Court.

Date: April 27, 2004						Daniel Williams,

								By his Attorneys,


								/s/ Alan L. Kovacs_____
								Alan L. Kovacs (BBO No. 278240)
								**LAW OFFICE OF ALAN L. KOVACS**
								2001 Beacon Street, Suite 106
								Boston, MA 02135
								Phone: (617) 964-1177
								Fax: (617) 332-1223

								-and-

William B. Federman
FEDERMAN & SHERWOOD
120 N. Robinson Avenue, Suite 2720
Oklahoma City, OK 73102
Tel: (405) 235-1560
Fax: (405) 239-2112

-and-

Marc S. Henzel
LAW OFFICES OF MARC S. HENZEL
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA  19004
Phone:  (610) 660-8000
Fax:  (610) 660-8080

-and-

Brian M. Felgoise
LAW OFFICES OF BRIAN M. FELGOISE
261 Old York Road, Ste.  423
Jenkintown, PA  19046
Tel: (215) 886-1900
Fax: (215) 886-1909

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that true and correct copies of the instant motion and the above-identified supporting documents were delivered electronically and via facsimile on April 27, 2004 to counsel identified on the attached Service List.

                                                       /s/ Alan L. Kovacs

Service List
Re: Sonus Networks, Inc.

**Choate, Hall & Stewart**
John R. Baraniak, Jr.
Robert S. Frank, Jr.
Exchange Place
53 State Street
33rd Floor
Boston, MA 02109-2804
617-248-4000 (fax)
jb@choate.com
rfrank@choate.com

**Berman DeValerio Pease Tabacco Burt & Pucillo**
Jeffrey C Block
Michael T. Matraia
Nicole Robbins Starr
One Liberty Square
8th Floor
Boston, MA 02109
617-542-1194 (fax)
jblock@bermanesq.com
mmatraia@bermanesq.com
nstarr@bermanesq.com

**Melick, Porter & Shea, LLP**
John E. DeWick
Richard J. Shea
28 State Street
22nd Floor
Boston, MA 02109-1775
617-523-8130 (fax)
jdewick@melicklaw.com
rshea@melicklaw.com

**Skadden, Arps, Slate, Meagher & Flom LLP**
Thomas J. Dougherty
Matthew J. Matule
One Beacon Street
Boston, MA 02108
617-573-4822 (fax)
dougherty@skadden.com
mmatule@skadden.com

**Moulton & Gans, PC**
Nancy F. Gans
33 Broad Street
Suite 1100
Boston, MA 02109
617-369-7980 (fax)
nfgans@aol.com

**Michael F. Germano**
63 Atlantic Avenue
Boston, MA 02110

**Shapiro Haber & Urmy LLP**
Theodore M. Hess-Mahan
Thomas G. Shapiro
75 State Street
Boston, MA 02109
617-439-0134 (fax)
ted@shulaw.com
tshapiro@shulaw.com

**Schatz & Nobel, P.C** .
Justin S. Kudler
330 Main Stret
Hartford, CT 06106-1851
860-493-6290 (fax)
justin@snlaw.net

**Hale & Dorr, LLP**
Daniel W. Halston
Gregory F Noonan
James W. Prendergast
Jeffrey B. Rudman
60 State Street
Boston, MA 02109
617-526-5000 (fax)
daniel.halston@haledorr.com
gregory.noonan@haledorr.com
james.prendergast@haledorr.com
jeffrey.rudman@haledorr.com

**Patricia A. Szumowski**
100 Russell Street
P.O. Box 377
Hadley, MA 01035
413-532-3387 (fax)

**Brodsky & Smith, LLC**
Evan J. Smith
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004

**Cauley Geller Bowman & Rudman, LLP**
Samuel H. Rudman
Russell J. Gunyan
200 Broadhollow Road
Suite 406
Melville, NY 11747

**Cohen Mitstein Hausfeid & Toll, PLLC**
Steven J. Toll
Daniel L. Sommers
Julie Goldsmith
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington. DC 20005

**Dangel & Mattachen, LLP**
Michael K. Mattchen
10 Derne Street
Boston, MA 02114-4203

**Gilman and Pastor, LLP**
Peter A. Lagorio
Stonehill Corporate Center
999 Broadway
Saugus, MA 01906

**Goodkind Labaton Rudoff & Sucharow LLP**
Jonathan M. Plasse
100 Park Avenue
New York, NY 10017

**Roy L. Jacobs**
60 East 42 Street, 46 Floor
New York, NY 10165

**Lockridge Grindal Nauen PLLP**
Richard A. Lockridge
Karen Hanson Riebel
100 Washington Avenue South
Suite 2200
**Minneapolis, MN 55401**

**Milberg Weiss Bershad Hynes & Lerach LLP**
William S. Lerach
Darren J. Robbins
401 B Street
Suite 1700
SanDiego, CA 92101

**Law Office of Bruce G. Murphy**
Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963

**Paskowitz & Associates**
Laurence D. Paskowitz
60 East 47 Street
46 Floor
New York, NY 10165

**Law Offices of Charles J. Piven, PA**
Charles J. Piven
401 East Pratt Street, Suite 2525
Baltimore, MD 21202

**Pomerantz Haudek Block Grossman & Gross LLP**
Marc I. Gross
Joseph Gentile
100 Park Avenue, 76 Floor
New York, NY 10017

**Rabin Murray & Frank, LLP**
Eric J. Belfi
275 Madison Avenue. Suite 801
New York, NY 10016

**Ragsdale & Frese LLC**
M. Clay Ragsdale
The Farley Building, Suite 550
1929 Third Avenue North
Birmingham, AL 35203

**Reich & Binstock, LLP**
Paul T. Warner
4265 San Felipe, Suite 1000
Houston, TX 77027

**Shalov Stone & Bonner LLP**
Ralph M. Stone
485 Seventh Avenue, Suite 1000
New York, NY 10018

**Schiffrin & Barroway, LLP**
Marc A. Topaz
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

**Schoengold & Sporn, PC**
**Samuel P. Sporn**
Christopher Lometti
Frank R. Scimpa
19 Fulton Street, Suite 406
New York, NY 10038

**Schubert & Reed LLP**
Robert C. Schubert
Juden Justice Reed
Willem F. Jonckheer
Two Embarcadero Center, Suite 1660
San Francisco, CA 94111

**Stull Stull & Brody**
Jules Brody
6 East 45 Street
New York, NY 10017

**Law Offices of Richard J. Vita, PC**
Richard J. Vita
77 Franklin Street, Suite 300
Boston, MA 02110

**Wechsler Harwood LLP**
Robert I. Harwood
Samuel K. Rosen
488 Madison Avenue
New York, NY 10022

**Weiss & Yourrnan**
Joseph H. Weiss
Zack I. Zwick
551 Fifth Avenue
New York, NY 10176

**Wolf Haldenstein Adler Freeman & Herz LLP**
Geregory M. Nespole
270 Madison Avenue, 9 Floor
New York, NY 10016

**Wolf Popper LLP**
Marian P. Rosner
Michael A. Schwartz
Renee L. Karalian
845 Third Avenue
New York, NY 10022

**Zimmerman Levi & Korsinsky, LLP**
Eduard Korsinsky
39 Broadway, Suite 1440
New York, NY 10006

**Zwerlng Schacter & Zwerling, LLP**
Richard A. Speirs
Shaye J. Ruchs
845 Third Avenue, 6 Floor
New York, NY 10022

**John D. Hughes**
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Fax : 617-439-4170
Email: jhughes@ealaw.com

**Edward T. Dangel, III**
Dangel, Donlan and Fine
10 Derne Street
Boston, MA 02114-4203
617-557-4827 (fax)
tdangel@danmatllp.com