# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>Defendants. | Case No.: C-04-10294-DPW<br><br>Class Action |
| This Document Relates To:<br><br>ALL RELATED ACTIONS. | |

**[PROPOSED] ORDER GRANTING BPI GLOBAL ASSET MANAGEMENT LLP'S MOTION FOR LEAVE TO MANUALLY FILE PAPERS WITH THE COURT**

#106027

WHEREAS on April 12, 2004 this Court entered its Order For Electronic Filing, which requires that all submissions relating to motions in this case be filed electronically through the Court's CM/ECF system;

WHEREAS counsel for lead plaintiff movant BPI Global Asset Management LLP ("BPI Global") is not presently registered to use the CM/ECF system;

WHEREAS BPI Global's counsel submitted the requested information to register, and that information was successfully received by the Court;

WHEREAS the registration process for BPI Global's counsel to use the CM/ECF system will likely not be completed in time for BPI Global to electronically file its papers in opposition to the competing motions to be appointed lead plaintiff, and potentially other papers;

WHEREAS good cause exists for permitting the manual filing of papers under these circumstances;

IT IS HEREBY ORDERED that BPI Global may manually file its papers in opposition to the competing lead plaintiff motions, as well as any other papers that must be filed with the Court prior to activation of its counsel's registration to use the CM/ECF system.

Dated: _____        _____
                                      The Honorable Douglas P. Woodlock
                                      United States District Judge

#106027