# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>Defendants. | Case No.: C-04-10294-DPW<br><br>Class Action |
| This Document Relates To:<br><br>ALL RELATED ACTIONS. | |

**MEMORANDUM IN SUPPORT OF BPI GLOBAL ASSET MANAGEMENT LLP'S MOTION FOR <u>LEAVE TO MANUALLY FILE PAPERS WITH THE COURT</u>**

FILED
IN CLERKS OFFICE
2004 APR 26  A 10: 54
U.S. DISTRICT COURT
DISTRICT OF MASS

#106022

I. **GOOD CAUSE EXISTS FOR PERMITTING PAPER FILINGS**

On April 12, 2004, the same day lead plaintiff motions were due in this case, this Court entered its Order For Electronic Filing. It requires that all submissions relating to motions be filed electronically through the Court's CM/ECF system. Counsel for lead plaintiff movant BPI Global Asset Management LLP ("BPI Global") is not presently registered to use the CM/ECF system. *See* Declaration Of Patricia A. Szumowski In Support Of BPI Global Asset Management LLP's Motion For Leave To Manually File Papers With The Court ("Szumowski Decl."), ¶2. Thus, upon learning of the order for electronic filing, BPI Global's counsel submitted the requested information to register, and that information was successfully received by the Court. *Id.*

Counsel for BPI Global subsequently learned it will take up to two weeks for its registration to use the CM/ECF system to be activated. Szumowski Decl., ¶3. However, BPI Global's papers in opposition to the competing motions to be appointed lead plaintiff in this case are due on April 26, 2004 and it does not appear that the registration will be activated by that date. *Id.* In addition, there may be other papers that BPI's counsel must submit to the Court prior to the date its CM/ECF registration is activated. *Id.*

The Court's April 12, 2004 Order For Electronic Filing states that paper documents may be filed in lieu of an electronic filing if leave is granted upon good cause shown. Good cause exists for permitting the manual filing of BPI Global's papers until its CM/ECF registration is completed because, despite its counsel's attempt to register to use the system, the registration will not be active by the due date of BPI Global's opposition to the competing lead plaintiff motions and potentially other filings. Szumowski Decl., ¶4.

#106022                                                                                                                  1

II.     **CONCLUSION**

For the foregoing reasons, lead plaintiff movant BPI Global requests leave to manually file papers with the Court until its registration to use the CM/ECF system is activated.

DATED: April 23, 2004

Respectfully submitted,

GRAHAM & ALBANO, P.C.

By: /s/ Patricia Szumowski

Patricia Szumowski, BBO #653839
100 Russell Street
P.O. Box 377
Hadley, Massachusetts 01035
Telephone: (413) 586-5055
Facsimile: (413) 532-3387

GOLD BENNETT CERA & SIDENER LLP
Solomon B. Cera
Gwendolyn R. Giblin
595 Market Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 777-2230
Fax: (415) 777-5189

Attorneys for Proposed Lead Plaintiff BPI Global Asset Management LLP

#106022                                                                                      2