UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>Defendants. | Case No.: C-04-10294-DPW<br><br>Class Action |
| This Document Relates To:<br><br>ALL RELATED ACTIONS. | |

**DECLARATION OF CHARLES E. SWEENEY IN SUPPORT OF BPI GLOBAL ASSET MANAGEMENT LLP'S OPPOSITION TO OTHER MOVANTS' MOTIONS TO BE APPOINTED LEAD PLAINTIFF**

#105976

I, Charles E. Sweeney, hereby declare:

1. I am the Controller of BPI Global Asset Management LLP ("BPI Global"), which has moved to serve as the Lead Plaintiff in this action. I submit this declaration in support of BPI Global's motion to serve as Lead Plaintiff and in opposition to all competing motions. The matters stated herein are true of my own personal knowledge and, if called to testify thereto, I could and would competently do so.

2. BPI Global is a limited liability partnership formed under the laws of Delaware having its principal place of business at 1900 Summit Tower Boulevard, Suite 450, Orlando, Florida 32810. BPI Global has more than $5 billion under management. It serves as the investment advisor for, among others, the following mutual funds: BPI Global Equity Fund and BPI American Equity Fund.

3. BPI Global's transactions in the securities of Sonus Networks, Inc. ("Sonus") during the Class Period are identified in its Certificate of Plaintiff previously submitted to the Court. See Exhibit A to the Declaration Of Joseph M. Barton In Support Of Motion Of BPI Global Asset Management LLP To Be Appointed As Lead Plaintiff And For Its Counsel To Be Appointed As Lead Counsel. The losses resulting from BPI Global's purchase of Sonus shares during the Class Period exceed $5.3 million. BPI Global Equity Fund sustained a loss of $2,370,550.03 and BPI American Equity Fund sustained a loss of $1,202,751.86. Both of these entities purchased their Sonus shares on or about September 23, 2003, pursuant to a Prospectus Supplement of the same date for a secondary offering of Sonus common shares.

4. BPI Global had full investment discretion to purchase the shares reflected in its Certificate Of Plaintiff and has sole voting authority over those shares. BPI Global alone

#105976                                                                                                                     1

made the investment decisions to purchase the Sonus shares. Such decisions were based upon, among other things, BPI Global's review of the publicly-available financial statements issued by Sonus and other public representations made by the company.

5. In the course of its business, BPI Global interacts with attorneys on a regular basis. I understand the responsibilities BPI Global would undertake as Lead Plaintiff and BPI Global fully intends to fulfill those responsibilities for the benefit of all Class members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 23rd day of April 2004 at Orlando, Florida.

*Charles E. Sweeney*
Charles E. Sweeney

#105976                                                                                                               2