UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>Defendants. | Case No.: C-04-10294 -DPW<br><br><u>Class Action</u> |
| This Document Relates To:<br><br>ALL RELATED ACTIONS. | |

**<u>PROOF OF SERVICE</u>**

#106030   PROOF OF SERVICE - Case No. C-04-10294-DPW

PROOF OF SERVICE

I, KimLane E. Gantan, declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP , 595 Market Street, Suite 2300, San Francisco, California, 94105-2835. I am over the age of eighteen years and am not a party to this action.

On April 26, 2004, I served a copy of:

1. **BPI GLOBAL ASSET MANAGEMENT LLP'S NOTICE OF MOTION AND MOTION FOR LEAVE TO MANUALLY FILE PAPERS WITH THE COURT**

2. **MEMORANDUM IN SUPPORT OF BPI GLOBAL ASSET MANAGEMENT LLP'S MOTION FOR LEAVE TO MANUALLY FILE PAPERS WITH THE COURT**

3. **DECLARATION OF PATRICIA A. SZUMOWSKI IN SUPPORT OF BPI GLOBAL ASSET MANAGEMENT LLP'S MOTION FOR LEAVE TO MANUALLY FILE PAPERS WITH THE COURT**

4. **[PROPOSED] ORDER GRANTING BPI GLOBAL ASSET MANAGEMENT LLP'S MOTION FOR LEAVE TO MANUALLY FILE PAPERS WITH THE COURT**

5. **MEMORANDUM OF BPI GLOBAL ASSET MANAGEMENT LLP IN OPPOSITION TO OTHER MOVANTS' MOTIONS TO BE APPOINTED LEAD PLAINTIFF**

6. **DECLARATION OF CHARLES E. SWEENEY IN SUPPORT OF BPI**

**GLOBAL ASSET MANAGEMENT LLP'S OPPOSITION TO OTHER MOVANTS' MOTIONS TO BE APPOINTED LEAD PLAINTIFF**

together with this Proof of Service, on all parties listed on the attached Exhibit I, by causing true and correct copies of same to be enclosed in sealed envelopes and deposited in the United States mail, or delivered via courier, facsimile transmission, or other service, as indicated on the attached Exhibit I.

Executed on April 26, 2004, at San Francisco, California.

*[signature]*

KimLane E. Gantan

## EXHIBIT I

Thomas G. Shapiro
Theodore M. Hess-Mahan
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

Nancy F. Gans
Moulton & Gans, PC
33 Broad Street, Suite 1100
Boston, MA 02109
Telephone: (617) 369-7979
Facsimile: (617) 369-7980

Daniel W. Halston
James W. Prendergast
Jeffrey B. Rudman
Gregory F. Noonan
Hale & Dorr, LLP
60 State Street
Boston, MA 02109
Telephone: (617) 256-6912
Facsimile: (617) 526-5000

Matthew J. Matule
Thomas J. Dougherty
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108
Telephone: (617) 248-5207
Facsimile: (617) 248-4000

Jeffrey C. Block
Michael T. Matraia
Nicole Robbins Starr
Berman DeValerio Pease Tabacco Burt
  & Pucillo
One Liberty Square, 8th Floor
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

Justin S. Kudler
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

John R. Baraniak, Jr.
Robert S. Frank, Jr.
Choate, Hall & Stewart
Exchange Place
53 State Street, 33rd Floor
Boston, MA 02109-2804
Telephone: (617) 248-2114
Facsimile: (617) 248-4000

John D. Hughes
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Telephone: (617) 439-4444
Facsimile: (617) 439-4170

John E. DeWick
Richard J. Shea
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109
Telephone: (617) 523-6200
Facsimile: (617) 523-8130

William S. Lerach
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Eduard Korsinsky
Zimmerman Levi & Korsinsky, LLP
39 Broadway, Suite 1440
New York, NY 10006
Telephone: (212) 363-7500
Facsimile:

Andrew L. Barroway
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Jonathan M. Plasse
Goodkind Labaton Rudoff & Sucharow, LLP
100 Park Avenue
New York, NY 10017
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Marion P. Rosner
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

M. Clay Ragsdale
Ragsdale & Frese LLC
Concord Center, Suite 820
2100 Third Avenue North
Birmingham, AL 35203
Telephone: (205) 251-4775
Facsimile: (205) 251-4777

Samuel H. Rudman
Cauley Geller Bowman & Rudman, LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Steven G. Schulman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212)

Eric J. Belfi
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

Jack Zwick
Weiss & Yourman
551 Fifth Avenue, Suite 1600
New York, NY 10176
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: (772) 231-4202
Facsimile: (772)

| | |
|---|---|
| Richard L. Vita<br>Law Offices of Richard J. Vita, P.C.<br>77 Franklin Street, Suite 300<br>Boston, MA 02110<br>Telephone: (617) 426-6566<br>Facsimile: (617) | Stanley M. Grossman<br>Pomerantz Haudek Block Grossman<br>   & Gross LLP<br>100 Park Avenue<br>New York, NY 10017<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665 |
| Patricia A. Szumowski<br>100 Russell Street<br>Hadley, MA 01035<br>Telephone: (413) 586-5055<br>Facsimile: (413) 532-3387 | Michael F. Germano<br>63 Atlantic Avenue<br>Boston, MA 02110<br>Telephone: (617) 367-5911<br>Facsimile: (617) |