UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually and On Behalf of All Others Similarly Situated, ) ) | Civil Action No. 04-CV-10294-DPW |
| ) | CLASS ACTION |
| Plaintiff, ) ) | |
| vs. ) ) | |
| SONUS NETWORKS, INC., et al., ) ) | |
| Defendants. ) ) | |
| MICHELLE TREBITSCH, On Behalf of Herself and All Others Similarly Situated, ) ) ) | Civil Action No. 04-CV-10307-DPW |
| ) | CLASS ACTION |
| Plaintiff, ) ) | |
| vs. ) | |
| SONUS NETWORKS, INC., et al., ) ) | |
| Defendants. ) ) ) | |

[Caption continued on following page.]

AFFIDAVIT OF TRAVIS E. DOWNS III, ESQUIRE

| | |
|---|---|
| INFORMATION DYNAMICS, LLC, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>Defendants. | Civil Action No. 04-CV-10308-DPW<br><br>CLASS ACTION |
| PETER KALTMAN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>Defendants. | Civil Action No. 04-CV-10309-DPW<br><br>CLASS ACTION |
| SAMANTHA DEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>Defendants. | Civil Action No. 04-CV-10310-DPW<br><br>CLASS ACTION |

[Caption continued on following page.]

| | |
|---|---|
| RICHARD CURTIS, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 04-CV-10314-MLW |
| Plaintiff, | CLASS ACTION |
| vs. | |
| SONUS NETWORKS, INC., et al., | |
| Defendants. | |
| RONALD KASSOVER, On Behalf of the Ronald Kassover IRA and All Others Similarly Situated, | Civil Action No. 04-CV-10329-DPW |
| Plaintiff, | CLASS ACTION |
| vs. | |
| SONUS NETWORKS, INC., et al., | |
| Defendants. | |
| STEVE L. BAKER, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 04-CV-10333-DPW |
| Plaintiff, | CLASS ACTION |
| vs. | |
| SONUS NETWORKS, INC., et al., | |
| Defendants. | |

[Caption continued on following page.]

MICHAEL KAFFEE, Individually and On )    Civil Action No. 04-CV-10345-DPW
Behalf of All Others Similarly Situated, )
                             )    <u>CLASS ACTION</u>
              Plaintiff, )
                             )
       vs. )
                             )
SONUS NETWORKS, INC., et al., )
                             )
             Defendants. )
                             )

HAIMING HU, Individually and On Behalf of )    Civil Action No. 04-CV-10346-DPW
All Others Similarly Situated, )
                             )    <u>CLASS ACTION</u>
               Plaintiff, )
                             )
       vs. )
                             )
SONUS NETWORKS, INC., et al., )
                             )
             Defendants. )
                             )

CHARLES STARBUCK, Individually and On )    Civil Action No. 04-CV-10362-DPW
Behalf of All Others Similarly Situated, )
                             )    <u>CLASS ACTION</u>
               Plaintiff, )
                             )
       vs. )
                             )
SONUS NETWORKS, INC., et al., )
                             )
             Defendants. )
                             )

[Caption continued on following page.]

SAMUEL HO, Individually and On Behalf of )    Civil Action No. 04-CV-10363-DPW
All Others Similarly Situated,                      )
                                                            )    <u>CLASS ACTION</u>
                            Plaintiff,              )
                                                            )
          vs.                                          )
                                                            )
SONUS NETWORKS, INC., et al.,            )
                                                            )
                            Defendants.         )
                                                            )
JEFFREY C. RODRIGUES, Individually and )    Civil Action No. 04-CV-10364-DPW
On Behalf of All Others Similarly Situated, )
                                                            )    <u>CLASS ACTION</u>
                            Plaintiff,              )
                                                            )
          vs.                                          )
                                                            )
SONUS NETWORKS, INC., et al.,            )
                                                            )
                            Defendants.         )
                                                            )
ROBERT CONTE and MARK RESPLER,      )    Civil Action No. 04-CV-10382-DPW
Themselves and On Behalf of All Others    )
Similarly Situated,                                )    <u>CLASS ACTION</u>
                                                            )
                            Plaintiffs,            )
                                                            )
          vs.                                          )
                                                            )
SONUS NETWORKS, INC., et al.,            )
                                                            )
                            Defendants.         )
                                                            )

[Caption continued on following page.]

| | | |
|---|---|---|
| WHEATON ELECTRICAL SERVICES RETIREMENT 401K PROFIT SHARING PLAN, On Behalf of Itself and All Others Similarly Situated, | ) ) ) ) | Civil Action No. 04-CV-10383-DPW <u>CLASS ACTION</u> |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| SONUS NETWORKS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| BRIAN CLARK, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 04-CV-10454-DPW <u>CLASS ACTION</u> |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| SONUS NETWORKS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| SHEILA BROWNELL, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 04-CV-10597-DPW <u>CLASS ACTION</u> |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| SONUS NETWORKS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

[Caption continued on following page.]

SAVERIO PUGLIESE, On Behalf of Himself )    Civil Action No. 04-CV-10612-DPW
and All Others Similarly Situated,                    )
                                                                        )    CLASS ACTION
                                          Plaintiff,               )
                                                                        )
              vs.                                                    )
                                                                        )
SONUS NETWORKS, INC., et al.,                   )
                                                                        )
                                       Defendants.          )
_____)
DAVID V. NOCITO, On Behalf of Himself   )    Civil Action No. 04-CV-10623-DPW
and All Others Similarly Situated,                    )
                                                                        )    CLASS ACTION
                                          Plaintiff,               )
              vs.                                                    )
                                                                        )
SONUS NETWORKS, INC., et al.,                   )
                                                                        )
                                       Defendants.          )
_____)
JONATHAN A. ZULAUF, On Behalf of        )    Civil Action No. 04-CV-10714-DPW
Himself and All Others Similarly Situated,      )
                                                                        )    CLASS ACTION
                                          Plaintiff,               )
              vs.                                                    )
                                                                        )
SONUS NETWORKS, INC., et al.,                   )
                                                                        )
                                       Defendants.          )
_____)

I, Travis E. Downs III, under oath, depose and say:

1.       I am a member in good standing of the California bar and admitted to practice in the State of California, in the United States District Court for the Northern District of California, Southern District of California and Central District of California.

2.       I am a member of the law firm of Milberg Weiss Bershad Hynes & Lerach LLP, 401 B Street, Suite 1700, San Diego, California 92101.

3.       I am seeking to represent proposed Lead Plaintiff Global Undervalued Securities Master Fund.

4.       I will be acting as counsel in the captioned matter with Richard S. Shea and John E. DeWick who, upon information and belief, are members in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, and attorneys at the law firm of Melick, Porter & Shea, LLP, 28 State Street, Boston, Massachusetts 02109.

5.       I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and have no disciplinary proceedings pending against me as a member of the bars in which I am admitted to practice.

Signed under the pains and penalties of perjury this **26** day of April, 2004

TRAVIS E. DOWNS III

S:\CasesSD\Sonus Networks CA\AFF00008838-TED.doc

- 1 -