## CERTIFICATE OF SERVICE

I, Renee L. Karalian, hereby declare that on April 30, 2004, I caused copies of:

NOTICE OF WITHDRAWAL OF THE MOTION BY CHRIS E.
PATERICK FOR CONSOLIDATION, APPOINTMENT OF LEAD
PLAINTIFF AND FOR APPROVAL OF SELECTION OF CLASS COUNSEL

to be served by first class mail, postage prepaid, on the counsel for the parties identified on the attached service list.

New York, New York
Dated: April 30, 2004

_Renee L. Karalian_
Renee L. Karalian

Doc#: 141738 Ver#:1 3094:877

<u>**Service List**</u>

**Plaintiffs' Counsel:**

>   Thomas G. Shapiro, Esq.
>   Theodore M. Hess-Mahan, Esq.
>   Shapiro Haber & Urmy LLP
>   75 State Street
>   Boston, MA 02109
>   Tel. (617) 439-3939
>   Fax: (617) 439-0134
>   **Attorneys for Plaintiffs Deborah Chin, Peter Kaltman, Steve L. Baker, Michael Kaffee, Haiming Hu, Charles Starbucks, Sanuel Ho, Information Dynamics, LLC, Samantha Den, Robert Conte, Mark Respler, Wheaton Electrical Services and Sheila Brownell**
>
>   Marc A. Topaz, Esq.
>   Schiffrin & Barroway LLP
>   Three Bala Plaza East, Suite 400
>   Bala Cynwyd, PA 19004
>   Tel. (610) 667-7706
>   -and-
>   Samuel H. Rudman, Esq.
>   David A. Rosenfeld, Esq.
>   Mario Alba, Jr., Esq.
>   Cauley Geller Bowman & Rudman LLP
>   200 Broadhollow Road, Suite 406
>   Melville, NY 11747
>   Tel. (631) 367-7100
>   **Attorneys for Plaintiff Deborah Chin**
>
>   William S. Lerach, Esq.
>   Darren J. Robbins, Esq.
>   Milberg Weiss Bershad Hynes & Lerach LLP
>   401 B Street, Suite 1700
>   San Diego, CA 92101
>   Tel. (619) 231-1058
>   Fax: (619) 231-7423
>   **Attorneys for Plaintiff Information Dynamics, LLC**
>
>   Richard H. Weiss, Esq.
>   Steven G. Schulman, Esq.
>   Peter E. Seidman, Esq.
>   Sharon M. Lee, Esq.

Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
-and-
Nancy Freeman Gans, Esq.
Moulton & Gans P.C.
33 Broad Street, Suite 1100
Boston, MA 02109
Tel: (617) 369-7979
**Attorneys for Plaintiff The Jiang Group**

Jonathan M. Plasse, Esq.
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017
Tel. (212) 907-0700
Fax: (212) 818-0477
**Attorneys for Plaintiff Samantha Den**

Norman Berman, Esq.
Jeffrey C. Block, Esq.
Michael T. Matraia, Esq.
Shannon L. Hopkins, Esq.
Nicole Robbins Starr, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square, 8th Floor
Boston, MA 02109
Tel. (617) 542-8300
Fax: (617) 542-1194
**Attorneys for Plaintiffs Michelle Trebitsch, Saverio Pugliese, David V. Nocito**
**Ronald Kassover and Jeffrey C. Rodrigues**

Ralph M. Stone, Esq.
Shalov Stone & Bonner LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Tel. (212) 239-4310
**Attorneys for Plaintiff David V. Nocito**

Samuel P. Sporn, Esq.
Christopher Lometti, Esq.
Frank R. Schirripa, Esq.

Schoengold & Sporn P.C.
19 Fulton Street, Suite 406
New York, NY 10038
Tel. (212) 964-0046
Fax: (212) 267-8137
**Attorneys for Plaintiff Ronald Kassover**

Alan L. Kovacs, Esq.
Law Office of Alan L. Kovacs
2001 Beacon Street, Suite 106
Boston, MA 02135
Tel. (617) 964-1177
Fax: (617) 332-1223
-and-
William B. Federman, Esq.
The Law Firm of Federman & Sherwood
120 N. Robinson Ave., Suite 2720
Oklahoma City, OK 73102
**Attorneys for Plaintiff Daniel Williams**

Peter A. Lagorio, Esq.
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Tel. (781) 231-7850
Fax: (781) 231-7840
**Attorneys for Plaintiff Michelle Burk**

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Justin S. Kudler, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Tel. (860) 493-6292
Fax: (860) 493-6290
-and-
M. Clay Ragsdale, Esq.
Ragsdale & Frese, LLC
The Farley Building
1929 Third Avenue North, Suite 550

Birmingham, AL 35203
Tel. (205) 251-4775
Fax: (205) 251-4777
**Attorneys for Plaintiff Brian Clark**

Edward T. Dangel, III, Esq.
Michael K. Mattchen, Esq.
Dangel & Mattchen LLP
10 Derne Street
Boston, MA 02114-4203
Tel. (617) 557-4800
Fax: (617) 557-4827
**Attorneys for Plaintiff Michael Pisnoy**

Eric J. Belfi, Esq.
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016
Tel: (212) 682-1818
Fax: (212) 682-1892
-and-
Jack Zwick, Esq.
Weiss & Yourman
551 Fifth Avenue, Suite 1600
New York, NY 10176
Tel: (212) 682-3025
Fax: (212) 682-3010
**Attorneys for Plaintiff The Belland Group**

---

**Defendants' Counsel**

Daniel W. Halston, Esq.
James W. Prendergast, Esq.
Jeffrey B. Rudman, Esq.
Hale & Dorr LLP
60 State Street
Boston, MA 02109
Tel. (617) 526-6654
Fax: (617) 526-5000
**Attorneys for Defendants Sonus Networks, Inc., Edward T. Anderson, Paul J. Ferri, and Paul J. Severino**

John R. Baraniak, Jr., Esq.
Robert S. Frank, Jr., Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street, 33rd Floor
Boston, MA 02109-2804
Tel. (617) 248-2114
Fax: (617) 248-4000
**Attorneys for Defendant Hassan Ahmed**

Matthew J. Matule, Esq.
Thomas J. Dougherty, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108
Tel. (617) 573-4887
Fax: (617) 573-4822
**Attorneys for Defendant Stephen Nill**

John D. Hughes, Esq.
Edwards & Angell LLP
101 Federal Street
Boston, MA 02110
Tel. (617) 439-4444
Fax: (617) 439-4170
**Attorneys for Defendants Paul R. Jones, Edward N. Harris, J. Michael O'Hara and Rubin Gruber**