# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>Defendants.<br><br>This Document Relates To:<br><br>ALL RELATED ACTIONS. | Case No.: C-04-10294-DPW<br><br>Class Action<br><br>FILING FEE PAID:<br>RECEIPT # 55635<br>AMOUNT $ 100.—<br>BY DPTY CLK MOK<br>DATE 5/03/04 |

## MOTION FOR ADMISSION *PRO HAC VICE* AND CERTIFICATION OF SOLOMON B. CERA

#106063

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, Patricia A. Szumowski, hereby moves that this Court enter an Order permitting Solomon B. Cera of Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California 94105-2835, tel: (415) 777-2230, fax: (415) 777-5189, to appear before this Court in the above-captioned action on behalf of BPI Global Asset Management LLP.

I am informed and believe that Mr. Cera is, and has been, a member in good standing of the bar of the State of California, as well as multiple federal district courts, courts of appeals, and the United States Supreme Court. I am further informed and believe that there are no disciplinary proceedings pending against Mr. Cera as a member of the bar in any jurisdiction. As required by Local Rule 83.5.3, a Certificate Of Good Standing from the Northern District of California is attached hereto as Exhibit A. Mr. Cera has represented that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, I respectfully move that Mr. Cera be admitted to practice before this Court pro hac vice.

DATED: April 29, 2004

Respectfully submitted,

GRAHAM & ALBANO, P.C.

By: _____

Patricia A. Szumowski, BBO #653839
100 Russell Street
P.O. Box 377
Hadley, Massachusetts 01035
Telephone: (413) 586-5055
Facsimile: (413) 532-3387

#106063

## CERTIFICATION OF SOLOMON B. CERA

I, Solomon B. Cera, hereby certify that:

I am member in good standing of the bar of the State of California, as well as multiple federal district courts, courts of appeals, and the United States Supreme Court. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. As required by Local Rule 83.5.3, a Certificate Of Good Standing from the Northern District of California is attached hereto as Exhibit A.

I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

DATED: April 28, 2004

_____
Solomon B. Cera

GOLD BENNETT CERA & SIDENER LLP
Solomon B. Cera
Gwendolyn R. Giblin
595 Market Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 777-2230
Fax: (415) 777-5189

Attorneys for Proposed Lead Plaintiff BPI Global Asset Management LLP

#106063