UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br>Defendants.<br><br>This Document Relates To:<br><br>ALL RELATED ACTIONS. | Case No. C-04-10294-DPW<br><br>**CLASS ACTION** |

**DECLARATION OF SOLOMON B. CERA IN SUPPORT
OF MOVANT BPI GLOBAL ASSET MANAGEMENT
LLP'S MOTION TO BE APPOINTED LEAD PLAINTIFF**

GOLD BENNETT CERA & SIDENER LLP
Solomon B. Cera
Gwendolyn R. Giblin
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

GRAHAM & ALBANO, P.C.
Patricia Szumowski, BBO #653839
100 Russell Street
P.O. Box 377
Hadley, Massachusetts 01035
Telephone: (413) 586-5055
Facsimile: (413) 532-3387

Attorneys for Proposed Lead Plaintiff
BPI Global Asset Management LLP
And All Others Similarly Situated

106160

I, Solomon B. Cera, declare:

1. I am a partner at Gold Bennett Cera & Sidener LLP, counsel for movant and proposed lead plaintiff BPI Global Asset Management LLP ("BPI Global"). I have been admitted to appear in this action *pro hac vice*. I submit this declaration in support of BPI Global's motion to be appointed lead plaintiff in the above-captioned matter. The matters stated herein are true of my own personal knowledge and, if called to testify thereto, I could and would competently do so.

2. CI Mutual Funds, Inc. ("CI Funds") is the manager and trustee of BPI Global Equity Fund and BPI American Equity Fund, the two largest funds reflected on the Certificate of Plaintiff BPI Global submitted in connection with its motion to be appointed lead plaintiff. The certificate reflects that BPI Global Equity Fund lost more than $2.1 million and BPI American Equity Fund lost more than $1.2 million on purchases of Sonus shares during the relevant period. Attached hereto as Exhibit A is a letter from Michael J. Killeen, CI Funds' Senior Vice President, General Counsel, and Corporate Secretary, to Charles E. Sweeney, Controller of BPI Global, dated May 4, 2004. In his letter, Mr. Killeen expresses CI Funds' full support of BPI Global serving as lead plaintiff and litigating this case, as well as an agreement to be bound by the result.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of May 2004 at San Francisco, California.

_____
Solomon B. Cera

106160

-1-

# EXHIBIT A



CI Place, 151 Yonge Street, Eleventh Floor
Toronto, Ontario M5C 2W7
www.cifunds.com

Telephone: 416-681-6507
Toll Free: 1-800-268-9374
Facsimile: 416-365-0501
E-mail: mkilleen@cifunds.com

**Michael J. Killeen**
Senior Vice-President,
General Counsel and Corporate Secretary

May 4, 2004

Mr. Charles E. Sweeney
Controller
BPI Global Asset Management LLP
1900 Summit Tower Blvd., Suite 450
Orlando, Florida
32810

Dear Charles:

Re:   **Sonus Networks, Inc. - Securities Litigation**

I write on behalf of CI Mutual Funds Inc. ("CI Funds") which is the ultimate controlling entity of, among other related mutual funds, BPI Global Equity Fund and BPI American Equity Fund. CI Funds acts as the manager and trustee for these funds. BPI Global Asset Management LLP ("BPI Global") is the investment advisor to these funds.

This letter concerns the pending motion of BPI Global for appointment as the lead plaintiff in the United States District Court for the District of Massachusetts, in the case arising out of the February 2004 disclosure of accounting irregularities at Sonus Networks, Inc. ("Sonus") and the resulting significant decline in the price of Sonus shares. BPI Global acts as the investment advisor for the mutual funds identified above, and has full discretion in making purchase decisions and in voting the shares purchased.

I wish to confirm that, on behalf of the above mutual funds, CI Funds fully supports BPI Global's effort to be appointed lead plaintiff and agrees to be bound by whatever result is ultimately reached in the litigation.

Thank you for your attention.

Yours truly,

CI MUTUAL FUNDS INC.

Michael J. Killeen
Senior Vice-President,
General Counsel and Corporate Secretary

MJK/ih

j:\mjk\letters\sweeney5.doc

## CERTIFICATE OF SERVICE

I, KimLane E. Gantan, hereby declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835. I am over the age of eighteen years and am not a party to this action.

On May 10, 2004, I served a copy of the aforementioned **"DECLARATION OF SOLOMON B. CERA IN SUPPORT OF MOVANT BPI GLOBAL ASSET MANAGEMENT LLP'S MOTION TO BE APPOINTED LEAD PLAINTIFF"** on all parties listed on the attached Exhibit I, by causing true and correct copies of same to be enclosed in sealed envelopes and deposited in the U.S. Mail, postage prepaid, or delivered as otherwise indicated via courier or facsimile, as indicated on the attached Exhibit I.

Executed on May 10, 2004, at San Francisco, California.

_/s/ KimLane E. Gantan_
KimLane E. Gantan

## EXHIBIT I

Theodore M. Hess-Mahan
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

Nancy F. Gans
Moulton & Gans, PC
33 Broad Street, Suite 1100
Boston, MA 02109
Telephone: (617) 369-7979
Facsimile: (617) 369-7980

Daniel W. Halston
Hale & Dorr, LLP
60 State Street
Boston, MA 02109
Telephone: (617) 256-6912
Facsimile: (617) 526-5000

Matthew J. Matule
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108
Telephone: (617) 248-5207
Facsimile: (617) 248-4000

John E. DeWick
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109
Telephone: (617) 523-6200
Facsimile: (617) 523-8130

Michael T. Matraia
Berman DeValerio Pease Tabacco Burt
  & Pucillo
One Liberty Square, 8th Floor
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

Justin S. Kudler
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

John R. Baraniak, Jr.
Choate, Hall & Stewart
Exchange Place
53 State Street, 33rd Floor
Boston, MA 02109-2804
Telephone: (617) 248-2114
Facsimile: (617) 248-4000

John D. Hughes
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Telephone: (617) 439-4444
Facsimile: (617) 439-4170

Travis Downs, Esq.
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Eduard Korsinsky
Zimmerman Levi & Korsinsky, LLP
39 Broadway, Suite 1440
New York, NY 10006
Telephone: (212) 363-7500
Facsimile:

Jonathan M. Plasse
Goodkind Labaton Rudoff & Sucharow, LLP
100 Park Avenue
New York, NY 10017
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

M. Clay Ragsdale
Ragsdale & Frese LLC
Concord Center, Suite 820
2100 Third Avenue North
Birmingham, AL 35203
Telephone: (205) 251-4775
Facsimile: (205) 251-4777

Steven G. Schulman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212)

Jack Zwick
Weiss & Yourman
551 Fifth Avenue, Suite 1600
New York, NY 10176
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

Richard L. Vita
Law Offices of Richard J. Vita, P.C.
77 Franklin Street, Suite 300
Boston, MA 02110
Telephone: (617) 426-6566
Facsimile: (617)

Andrew L. Barroway
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Marion P. Rosner
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

Samuel H. Rudman
Cauley Geller Bowman & Rudman, LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Eric J. Belfi
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: (772) 231-4202
Facsimile: (772)

Stanley M. Grossman
Pomerantz Haudek Block Grossman
    & Gross LLP
100 Park Avenue
New York, NY 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

| | |
|---|---|
| Patricia A. Szumowski<br>100 Russell Street<br>Hadley, MA 01035<br>Telephone: (413) 586-5055<br>Facsimile: (413) 532-3387 | Michael F. Germano<br>63 Atlantic Avenue<br>Boston, MA 02110<br>Telephone: (617) 367-5911<br>Facsimile: (617) |