UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEBORAH CHIN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:04-CV-10294 (DPW) |
| SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL, | ) ) ) ) | |
| Defendants. | ) | |
| MICHELLE TREBITSCH, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:04-CV-10307 (DPW) |
| SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL, | ) ) ) ) | |
| Defendants. | ) | |

[Captions continued on next page]

**DECLARATION OF DARREN J. CHECK IN SUPPORT OF REPLY MEMORANDUM
OF LAW IN FURTHER SUPPORT OF MOTION OF THE FARHAT PLAINTIFF
GROUP TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF
AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION
OF LEAD COUNSEL AND LIAISON COUNSEL**

| | |
|---|---|
| INFORMATION DYNAMICS LLC, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>      Defendants. | Civil Action No.  1:04-CV-10308 (DPW) |
| PETER KALTMAN, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>SONUS NETWORKS, INC., RUBIN GRUBER, HASSAN AHMED, and STEPHEN NILL,<br><br>      Defendants. | Civil Action No.  1:04-CV-10309 (DPW) |
| SAMANTHA DEN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>      Defendants. | Civil Action No.  1:04-CV-10310 (DPW) |

[Captions continued on next page]

| | |
|---|---|
| RICHARD CURTIS, individually and on behalf of all others similarly situated,    )<br>)<br>)<br>            Plaintiff,    )<br>)<br>v.    )<br>)<br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL,    )<br>)<br>)<br>            Defendants.    ) | Civil Action No. 1:04-CV-10314 (MLW) |
| RONALD KASSOVER, on behalf of the Ronald Kassover IRA and on behalf of all others similarly situated,    )<br>)<br>)<br>            Plaintiff,    )<br>)<br>v.    )<br>)<br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL,    )<br>)<br>)<br>            Defendants.    ) | Civil Action No. 1:04-CV-10329 (DPW) |
| STEVE L. BAKER, individually and on behalf of all others similarly situated,    )<br>)<br>)<br>            Plaintiff,    )<br>)<br>v.    )<br>)<br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,    )<br>)<br>)<br>            Defendants.    ) | Civil Action No. 1:04-CV-10333 (DPW) |

[Captions continued on next page]

| | |
|---|---|
| MICHAEL KAFFEE, individually and on behalf of all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL, )<br>)<br>)<br>Defendants. ) | Civil Action No. 1:04-CV-10345 (DPW) |
| HAIMING HU, individually and on behalf of all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL, )<br>)<br>)<br>Defendants. ) | Civil Action No. 1:04-CV-10346 (DPW) |
| CHARLES STARBUCK, individually and on behalf of all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL, )<br>)<br>)<br>Defendants. ) | Civil Action No. 1:04-CV-10362 (DPW) |

[Captions continued on next page]

| | |
|---|---|
| SANUEL HO, individually and on behalf of all others similarly situated,        )<br>)<br>)<br>            Plaintiff,    )<br>)<br>v.                )<br>)<br>SONUS NETWORKS, INC., HASSAN  )<br>AHMED, and STEPHEN NILL,        )<br>)<br>            Defendants.   ) | Civil Action No.  1:04-CV-10363 (DPW) |
| JEFFREY C. RODRIGUES, individually and on behalf of all others similarly situated,        )<br>)<br>)<br>)<br>            Plaintiff,    )<br>)<br>v.                )<br>)<br>SONUS NETWORKS, INC., HASSAN M. )<br>AHMED, and STEPHEN J. NILL,     )<br>)<br>            Defendants.   ) | Civil Action No.  1:04-CV-10364 (DPW) |
| ROBERT CONTE and MARK RESPLER, individually and on behalf of all others similarly situated,        )<br>)<br>)<br>)<br>            Plaintiff,    )<br>)<br>v.                )<br>)<br>SONUS NETWORKS, INC., HASSAN  )<br>AHMED, and STEPHEN NILL,        )<br>)<br>            Defendants.   ) | Civil Action No.  1:04-CV-10382 (DPW) |

[Captions continued on next page]

| | |
|---|---|
| WHEATON ELECTRICAL SERVICES RETIREMENT 401K PROFIT SHARING PLAN, on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>       Defendants. | Civil Action No. 1:04-CV-10383 (DPW) |
| BRIAN CLARK, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>       Defendants. | Civil Action No. 1:04-CV-10454 (DPW) |
| SHEILA BROWNWELL, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, and STEPHEN NILL,<br><br>       Defendants. | Civil Action No. 1:04-CV-10597 (DPW) |

[Captions continued on next page]

| | |
|---|---|
| SAVERIO PUGLIESE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>    Defendants. | Civil Action No. 1:04-CV-10612 (DPW) |
| DAVID V. NOCITO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL,<br><br>    Defendants. | Civil Action No. 1:04-CV-10623 (DPW) |
| JONATHAN A. ZALAUF, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, Ph.D., and STEPHEN NILL,<br><br>    Defendants. | Civil Action No. 1:04-CV-10714 (DPW) |

Darren J. Check, declares under penalty of perjury this 10th day of May, 2004:

1. I am an attorney at the law firm of Schiffrin & Barroway, LLP. I submit this declaration in further support of the reply memorandum of law in support of motion of the Farhat Plaintiff Group to consolidate actions, to be appointed lead plaintiff and for approval of lead plaintiff's selection of lead counsel and liaison counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the *San Diego Union-Tribune* article entitled "Milberg Weiss Firm Completes Split" published on May 4, 2004.

3. Attached hereto as Exhibit B is a true and correct copy of the Order in *Miller v. Parametric Technology Corporation, et al.*, No. 03-10290 (D. Mass. May 20, 2003).

4. Attached hereto as Exhibit C is a true and correct copy of the Memorandum of Decision and Order on Motion of the Plumbers and Pipefitters National Pension Fund Group For Appointment as Lead Plaintiff in *Guerra v. Teradyne, Inc., et al.*, No. 01-11789 (D. Mass. Sept. 9, 2002).

I hereby declare under penalty of perjury that the foregoing is true and correct.

DARREN J. CHECK