# EXHIBIT A

**SignOnSanDiego.com**

 PRINT THIS

# Milberg Weiss firm completes split

**By Bruce V. Bigelow**
UNION-TRIBUNE STAFF WRITER

**May 4, 2004**

Milberg Weiss, the 225-lawyer firm that aggressively drove the growth in shareholder lawsuits over the past 25 years, has officially split between the two longtime partners who co-managed the firm.

New York lawyer Melvyn Weiss and his San Diego counterpart William Lerach disclosed last June that they planned to divide Milberg, Weiss, Bershad, Hynes & Lerach and withdraw to their respective corners.

Their continental rift has led to the formation of two reorganized firms drawn largely between the lawyers on the West Coast and those in East. The change took effect Sunday.

The San Diego firm, to be led by Lerach, 58, is called Lerach Coughlin Stoia & Robbins, or LCSR, and consists of 125 lawyers.

The New York firm, to be led by Weiss, is called Milberg, Weiss, Bershad & Schulman and retains 110 lawyers.

Lerach moved to San Diego almost 30 years ago after joining Milberg Weiss. He dramatically expanded the one-lawyer office and developed his own brand of West Coast offense, chiefly by suing technology companies.

Weiss told Reuters the two firms have agreed on a structure in which lawyers already working on a given case will continue to work that case, even if there is overlap due to the split. A special committee has been set up to deal with any spats.

"Litigators are aggressive people, to start with," Weiss said. "Absolutely, we're going to be competing. That has already started."

The competition also was evident in the reorganization.

In addition to West Coast offices in Los Angeles and San Francisco, Lerach's firm will have East Coast offices in Washington and Philadelphia.

In addition to offices in Boca Raton, Fla., and Wilmington, Del., Weiss' firm will maintain offices in Seattle and Los Angeles.

---

▪Bruce Bigelow: (619) 293-1314; **bruce.bigelow@uniontrib.com**

**Find this article at:**
http://www.signonsandiego.com/news/business/20040504-9999-1b4lerach.html