# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

―――――――――――――――――――――――― x
                                          )
WALTER MILLER and LAURA MENDELSOHN, )
Individually and On Behalf of All Others Similarly ) Civil Action No. 03-10290 WGY
Situated,                                 )
                                          )
                    Plaintiffs,           )
                                          )
        v.                                )
                                          )
PARAMETRIC TECHNOLOGY CORPORATION, )
STEVEN C. WALSKE, C. RICHARD              )
HARRISON, NOEL G. POSTERNAK and           )
EDWIN J. GILLIS,                          )
                                          )
                    Defendants.           )
                                          )
――――――――――――――――――――――――――                )
                                          )
SOLOMON MOSKOVITS, Individually and on    )
Behalf of All Others Similarly Situated,  ) Civil Action No. 03-10334 WGY
                                          )
                    Plaintiff,            )
                                          )
        v.                                )
                                          )
PARAMETRIC TECHNOLOGY CORPORATION, )
STEVEN C. WALSKE, C. RICHARD              )
HARRISON, NOEL G. POSTERNAK and           )
EDWIN J. GILLIS,                          )
                                          )
                    Defendants.           )
――――――――――――――――――――――――――x

(Additional captions set forth below)


**DEFENDANTS' RESPONSE TO THE MOTIONS TO CONSOLIDATE,
FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF
SELECTION OF LEAD AND LIAISON COUNSEL**

DOCKETED

*May 20, 2003,*
*These cases are ordered consolidated for all purposes. The Orton Group is appointed as lead plaintiff and its selection of co-lead and liaison counsel is approved.*

*William A. Young*
*Chief Judge*

DOCKETED

28

**Case Name:**

**Miller, et al v. Parametric Technolog, et al**

Samuel H. Rudman
Cauley, Geller, Bowman, Coates & Rudman, LLP
200 Broadhollow Rd.
Suite 406
Melville, NY 11747

MAY 2 6 2003

**Case Name:**

**Miller, et al v. Parametric Technolog, et al**

David A. Rosenfeld
Cauley, Geller, Bowman, Coates & Rudman, LLP
200 Broadhollow Rd.
Suite 406
Melville, NY 11747

MAY 2 6 2003