# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.<br><br>Defendants. | Case No. 04 cv 10294 (DPW) |

THIS DOCUMENT RELATES TO CASE NOS.:
04 cv 10307; 04 cv 10308; 04 cv 10309;
04 cv 10310; 04 cv 10329; 04 cv 10333;
04 cv 10345; 04 cv 10346; 04 cv 10359;
04 cv 10362; 04 cv 10363; 04 cv 10364;
04 cv 10382; 04 cv 10383; 04 cv 10384;
04 cv 10454; 04 cv 10576; 04 cv 10597;
04 cv 10612; 04 cv 10623; 04 cv 10714;
04 cv 10314 (MLW); 04 cv 11315 (MLW)

### NOTICE OF WITHDRAWAL OF MOTION BY CHRIS E. PATERICK FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF CLASS COUNSEL

Doc#: 141727 Ver#:1 3094:877

Movant Chris E. Paterick, by his counsel, hereby notifies this Court that he is withdrawing his Motion for Consolidation, Appointment of Lead Plaintiff, and for Approval of Selection of Class Counsel filed with this Court on April 12, 2004.

Chris E. Paterick reserves the right to reinstate his motion for appointment as lead plaintiff in the event that one or more of the proposed lead plaintiff[s] that filed motions on April 12, 2004 is not appointed lead plaintiff or is unable to serve as lead plaintiff.

Dated April 30, 2004

Respectfully submitted,

SHAPIRO HABER & URMY LLP

/s/Theodore M. Hess-Mahan
Theodore M. Hess-Mahan BBO #557109
75 State Street
Boston, MA 021109
(617) 439-3939

WOLF POPPER LLP
Marion P. Rosner
Michael A. Schwartz
Renee L. Karalian
845 Third Avenue
New York, New York 10022
Tel.:   (212) 759-4600
Fax:   (212) 486-2093

Counsel for Plaintiff Chris E. Paterick

Doc#: 141727 Ver#:1 3094:877

- 2 -