**EXHIBIT F**



20-Jan-2004, EST

# Summary Trade Confirmation

**Account**     N463-04  :  Global Undervalued Securities Portfolio - 092114
**Market**       UNITED STATES OF AMERICA
**Currency**   USD

| From E*TRADE Securities LLC | Our Instructions |
|---|---|
| Cleared by E*TRADE Clearing LLC | E*TRADE Clearing LLC DTC 385 ID 81451 |
| Member New York Stock Exchange | BIC ETSIUS61 |
| Please see regulatory disclosures at https://institutional.etrade.com/permFiles/10b10.pdf | New York, USA |
| | A/C#: |
| | DTC#: 385 |
| | ID#: 81451 |
| | Agent Bank#: |

| Security | Security ID | B/S | Trade | Settle | Quantity | Price | Commission | Stamp / Tax | Trans. Levy / Trading Fee | Other Trans. Fee | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SONUS NETWORKS ISIN: US8359161077 | SONS | B | 20-JAN-04 | 23-JAN-04 | 100,000 | 7.9605 | 3,000.00 | 0.00 | | 0.00 | 799,050.00 |
| | | | | | | | | | 0.00 | | |

**TOTAL BUY: 799,050.00**                                            **TOTAL SELL: 0.00**

Please Note the following comments:

TIME OF THE ABOVE TRANSACTIONS AVAILABLE ON REQUEST.

IF WE DO NOT HEAR TO THE CONTRARY WITHIN 24 HOURS WE SHALL

ASSUME YOUR ACCEPTANCE OF THE ABOVE TRANSACTIONS.

See your account details on-line at

www.institutional.etrade.com

( gtel6N0401202773 )

*Redacted*



11-Feb-2004, EST

## Summary Trade Confirmation

**Account**   N463-01  :  Global Undervalued Securities Portfolio - 092114
**Market**    UNITED STATES OF AMERICA
**Currency**  USD

**Our Instructions**

From E*TRADE Securities LLC
Cleared by E*TRADE Clearing LLC
Member New York Stock Exchange
Please see regulatory disclosures at https://institutional.etrade.com/permFiles/10b10.pdf

E*TRADE Clearing LLC DTC 385 ID 81451
BIC ETSIUS61
New York, USA
A/C#:
DTC#: 385
ID#: 81451
Agent Bank#:

| Security | Security ID | B/S | Trade | Settle | Quantity | Price | Commission | Stamp / Tax | Trans. Levy / Trading Fee | Other Trans. Fee | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

E*TRADE Financial                                              Summary Trade Confirm                                              11-Feb-2004, EST

| Security | Security ID | B/S | Trade | Settle | Quantity | Price | Commission | Stamp / Tax | Trans. Levy / Trading Fee | Other Trans. Fee | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SONUS NETWORKS<br>ISIN: US8359161077 | SONS | S | 11-FEB-04 | 17-FEB-04 | 75,000 | 5.3427 | 2,250.00 | 0.00 | 18.76 | 0.00 | 398,433.74 |

**TOTAL BUY: 16,327,011.25**                                                                                         **TOTAL SELL: 398,433.74**

Please Note the following comments:

TIME OF THE ABOVE TRANSACTIONS AVAILABLE ON REQUEST.

IF WE DO NOT HEAR TO THE CONTRARY WITHIN 24 HOURS WE SHALL

ASSUME YOUR ACCEPTANCE OF THE ABOVE TRANSACTIONS.

See your account details on-line at

**www.institutional.etrade.com**

( gtel6N0402119104 )