**EXHIBIT H**



The New York Times
nytimes.com

PRINTER-FRIENDLY FORMAT
SPONSORED BY

May 4, 2004

## Milberg Weiss Becomes 2 Firms

**By BLOOMBERG NEWS**

By Bloomberg News

Milberg Weiss Bershad Hynes & Lerach, the nation's largest law firm representing investors in securities fraud suits, formally broke into two firms this week.

One of the firms, to be led by William Lerach, 58, will be called Lerach Coughlin Stoia & Robbins. The other, to be called Milberg Weiss Bershad & Schulman, is to be led by Melvyn Weiss, 68.

Mr. Lerach's 125-lawyer firm is based in San Diego and has offices in Los Angeles, San Francisco, Houston, Philadelphia and Washington. Mr. Lerach is the lead counsel in the investor suit against the Enron Corporation's banks and several former officers. Investors are seeking $30 billion in damages.

Mr. Weiss's 110-lawyer firm is based in New York, with offices in Boca Raton, Fla.; Wilmington, Del.; Seattle; and Los Angeles. Mr. Weiss represented investors who reached a $1 billion settlement in June with 309 companies that went public during the Internet boom; the investors contended the companies rigged stock offerings.

Before the split, which was effective yesterday, lawyers at Milberg Weiss had filed suits for investors seeking damages on allegations of fraud at many companies. "Both firms intend to be friendly to one another and try to work together as much as we can," Mr. Weiss said. "I'm a realist, and I know clients are going to have to make a choice as to who their lead counsel is."

Mr. Weiss attributed the division of the firm to "differences in style" between the operations based in New York and San Diego. "We felt that individual styles were best managed separately," he said.

Copyright 2004 The New York Times Company | Home | Privacy Policy | Search | Corrections | Help | Back to Top