**EXHIBIT I**

11 of 12 DOCUMENTS

Copyright 2004 PR Newswire Association, Inc.
PR Newswire

May 3, 2004, Monday

**SECTION:** FINANCIAL NEWS

**DISTRIBUTION:** TO BUSINESS AND LEGAL AFFAIRS EDITORS

**LENGTH:** 278 words

**HEADLINE:** Milberg Weiss Completes Planned Separation;
Joint Statement by Milberg Weiss Bershad & Schulman LLP and Lerach Coughlin Stoia & Robbins LLP

**DATELINE:** NEW YORK, May 3

**BODY:**
   The following is the text of a joint statement by Milberg Weiss Bershad & Schulman LLP and Lerach Coughlin Stoia & Robbins LLP:

   Following many years of growth and success as a single entity, as partners of Milberg Weiss Bershad Hynes & Lerach LLP, we have concluded that the advantages of becoming two separate nationwide entities outweigh those of remaining a single law firm.  After being partners and friends for over 35 years, we fully anticipate having continuing collaboration and cooperation with respect to current cases.
   The essence of the changes is that the existing partnership will continue and will be renamed Milberg Weiss Bershad & Schulman LLP (with offices in New York, Boca Raton, Los Angeles, Wilmington and Seattle).  Patricia Hynes will remain Of Counsel to the firm, continuing her long and distinguished association with Milberg Weiss.  The partners of the firm's West Coast operations (with offices in San Diego, Los Angeles, San Francisco, Houston, Philadelphia and Washington, D.C.) will withdraw from the partnership and form a new firm, Lerach Coughlin Stoia & Robbins LLP.
   Since 1965, the firm has been responsible for recoveries exceeding $40 billion in the areas of securities, insurance, antitrust, consumer and other complex commercial litigation.  Both firms will continue to represent plaintiffs in class and individual actions nationwide.

   SOURCE Lerach Coughlin Stoia & Robbins LLP

CONTACT: Valerie Holford of Lerach Coughlin Stoia & Robbins LLP, +1-202-365-5336; or Brigitte Rudman of Milberg Weiss Bershad & Schulman LLP, +1-212-594-5300

URL: http://www.prnewswire.com

**LOAD-DATE:** May 4, 2004