UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>Defendants. | Civil Action No. 04-CV-10294-DPW<br><br><u>CLASS ACTION</u> |
| MICHELLE TREBITSCH, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONUS NETWORKS, INC., et al.,<br><br>Defendants. | Civil Action No. 04-CV-10307-DPW<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

**NOTICE OF CHANGE OF FIRM AFFILIATION**

INFORMATION DYNAMICS, LLC, On
Behalf of Itself and All Others Similarly
Situated,

                    Plaintiff,

    vs.

SONUS NETWORKS, INC., et al.,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 04-CV-10308-DPW

<u>CLASS ACTION</u>

PETER KALTMAN, On Behalf of Himself
and All Others Similarly Situated,

                    Plaintiff,

    vs.

SONUS NETWORKS, INC., et al.,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 04-CV-10309-DPW

<u>CLASS ACTION</u>

SAMANTHA DEN, Individually and On
Behalf of All Others Similarly Situated,

                    Plaintiff,

    vs.

SONUS NETWORKS, INC., et al.,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 04-CV-10310-DPW

<u>CLASS ACTION</u>

[Caption continued on following page.]

RICHARD CURTIS, Individually and On
Behalf of All Others Similarly Situated,

              Plaintiff,

    vs.

SONUS NETWORKS, INC., et al.,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 04-CV-10314-MLW

<u>CLASS ACTION</u>

RONALD KASSOVER, On Behalf of the
Ronald Kassover IRA and All Others Similarly
Situated,

              Plaintiff,

    vs.

SONUS NETWORKS, INC., et al.,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 04-CV-10329-DPW

<u>CLASS ACTION</u>

STEVE L. BAKER, Individually and On
Behalf of All Others Similarly Situated,

              Plaintiff,

    vs.

SONUS NETWORKS, INC., et al.,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 04-CV-10333-DPW

<u>CLASS ACTION</u>

[Caption continued on following page.]

MICHAEL KAFFEE, Individually and On Behalf of All Others Similarly Situated,  )
)
)
                      Plaintiff,  )
)
    vs.  )
)
SONUS NETWORKS, INC., et al.,  )
)
               Defendants.  )
)

Civil Action No. 04-CV-10345-DPW

<u>CLASS ACTION</u>

HAIMING HU, Individually and On Behalf of All Others Similarly Situated,  )
)
)
                      Plaintiff,  )
)
    vs.  )
)
SONUS NETWORKS, INC., et al.,  )
)
               Defendants.  )
)

Civil Action No. 04-CV-10346-DPW

<u>CLASS ACTION</u>

CHARLES STARBUCK, Individually and On Behalf of All Others Similarly Situated,  )
)
)
                      Plaintiff,  )
)
    vs.  )
)
SONUS NETWORKS, INC., et al.,  )
)
               Defendants.  )
)

Civil Action No. 04-CV-10362-DPW

<u>CLASS ACTION</u>

[Caption continued on following page.]

SAMUEL HO, Individually and On Behalf of )    Civil Action No. 04-CV-10363-DPW
All Others Similarly Situated,             )
                                           )    CLASS ACTION
                              Plaintiff,   )
                                           )
          vs.                              )
                                           )
SONUS NETWORKS, INC., et al.,              )
                                           )
                              Defendants.  )
                                           )
_____  )
JEFFREY C. RODRIGUES, Individually and     )    Civil Action No. 04-CV-10364-DPW
On Behalf of All Others Similarly Situated,)
                                           )    CLASS ACTION
                              Plaintiff,   )
                                           )
          vs.                              )
                                           )
SONUS NETWORKS, INC., et al.,              )
                                           )
                              Defendants.  )
                                           )
_____  )
ROBERT CONTE and MARK RESPLER,             )    Civil Action No. 04-CV-10382-DPW
Themselves and On Behalf of All Others     )
Similarly Situated,                        )    CLASS ACTION
                                           )
                              Plaintiffs,  )
                                           )
          vs.                              )
                                           )
SONUS NETWORKS, INC., et al.,              )
                                           )
                              Defendants.  )
                                           )
_____  )

[Caption continued on following page.]

WHEATON ELECTRICAL SERVICES
RETIREMENT 401K PROFIT SHARING
PLAN, On Behalf of Itself and All Others
Similarly Situated,

                   Plaintiff,

     vs.

SONUS NETWORKS, INC., et al.,

                  Defendants.

Civil Action No. 04-CV-10383-DPW

CLASS ACTION

---

BRIAN CLARK, Individually and On Behalf
of All Others Similarly Situated,

                   Plaintiff,

     vs.

SONUS NETWORKS, INC., et al.,

                  Defendants.

Civil Action No. 04-CV-10454-DPW

CLASS ACTION

---

SHEILA BROWNELL, Individually and On
Behalf of All Others Similarly Situated,

                   Plaintiff,

     vs.

SONUS NETWORKS, INC., et al.,

                  Defendants.

Civil Action No. 04-CV-10597-DPW

CLASS ACTION

[Caption continued on following page.]

| | |
|---|---|
| SAVERIO PUGLIESE, On Behalf of Himself and All Others Similarly Situated, ) ) | Civil Action No. 04-CV-10612-DPW |
| ) | <u>CLASS ACTION</u> |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | |
| ) | |
| SONUS NETWORKS, INC., et al.,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |
| DAVID V. NOCITO, On Behalf of Himself and All Others Similarly Situated, ) ) | Civil Action No. 04-CV-10623-DPW |
| ) | <u>CLASS ACTION</u> |
| Plaintiff,  ) | |
| vs.  ) | |
| ) | |
| SONUS NETWORKS, INC., et al.,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |
| JONATHAN A. ZULAUF, On Behalf of Himself and All Others Similarly Situated, ) ) | Civil Action No. 04-CV-10714-DPW |
| ) | <u>CLASS ACTION</u> |
| Plaintiff,  ) | |
| vs.  ) | |
| ) | |
| SONUS NETWORKS, INC., et al.,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

PLEASE TAKE NOTICE that counsel for plaintiffs, formerly with Milberg Weiss Bershad Hynes & Lerach LLP, have changed their law firm affiliation.  Please direct all future pleadings and correspondence to them at the address shown below and revise your Service List accordingly:

LERACH COUGHLIN STOIA & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
TRAVIS E. DOWNS III
RAMZI ABADOU
THOMAS E. GLYNN
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

DATED: May 5, 2004

MELICK, PORTER & SHEA, LLP
RICHARD J. SHEA, BBO #456310
JOHN E. DeWICK, BBO #654723
28 State Street
Boston, MA 02109
Telephone: 617/523-6200
617/523-8130 (fax)

[Proposed] Liaison Counsel

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
TRAVIS E. DOWNS III
RAMZI ABADOU
THOMAS E. GLYNN

WILLIAM S. LERACH

401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

S:\Migration\!NewCaps\Sonus Networks-CA NOT.doc

- 1 -

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.    That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2.    That on May 5, 2004, declarant served the NOTICE OF CHANGE OF FIRM AFFILIATION by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.    That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of May, 2004, at San Diego, California.

_____
LESLIE GARCIA

SONUS NETWORKS-CA

Service List - 5/1/2004    (04-0069)

Page 1 of  5

### Counsel For Defendant(s)

John R. Baraniak, Jr.
Robert S. Frank, Jr.
Choate, Hall & Stewart
53 State Street, Exchange Place
Boston, MA  02109-2891
   617/248-5000
   617/248-4000 (Fax)

James W. Prendergast
Jeffrey B. Rudman
Daniel W. Halston
Hale And Dorr
60 State Street
Boston, MA  02109
   617/526-6000
   617/526-5000 (Fax)

Thomas J. Dougherty
Matthew J. Matule
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA  02108
   617/573-4800
   617/573-4822 (Fax)

### Counsel For Plaintiff(s)

Jeffrey C. Block
Michael T. Matraia
Shannon L. Hopkins
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA  02109
   617/542-8300
   617/542-1194 (Fax)

Mel E. Lifshitz
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY  10016
   212/779-1414
   212/779-3218 (Fax)

Evan J. Smith
Brodsky & Smith, LLC
333 E. City Avenue, Suite 602
Bala Cynwyd, PA  19004
   610/667-6200
   610/667-9029 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario  Alba, Jr.
Cauley Geller Bowman & Rudman, LLP
200 Broadhollow Road, Suite 406
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

SONUS NETWORKS-CA

Service List - 5/1/2004     (04-0069)

Page 2 of 5

Steven J. Toll
Daniel S. Sommers
Julie Goldsmith
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W., Suite 500
Washington, DC  20005-3964
    202/408-4600
    202/408-4699 (Fax)


Brian M. Felgoise
Law Offices of Brian M. Felgoise
261 Old York Road, Suite 423
Jenkintown, PA  19046
    215/886-1900


Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center
401 East Pratt Street, Suite 2525
Baltimore, MD  21202
    410/332-0030
    410/685-1300 (Fax)


Richard J. Vita
Law Offices of Richard J. Vita
77 Franklin Street, Suite 300
Boston, MA  02110
    617/426-6566
    617/357-1612 (Fax)


Jonathan M. Plasse
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue, 12th Floor
New York, NY  10017-5563
    212/907-0700
    212/818-0477 (Fax)


Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL  32963
    772/231-4202
    772/234-0440 (Fax)


Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA  19004
    610/660-8000
    610/660-8080 (Fax)


William S. Lerach
Travis E. Downs III
Thomas E Glynn
Lerach Coughlin Stoia & Robbins LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
    619/231-1058
    619/231-7423 (Fax)

SONUS NETWORKS-CA

Service List - 5/1/2004    (04-0069)

Page 3 of 5

Richard A. Lockridge
Karen H. Riebel
Lockridge Grindal Nauen, P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
  612/339-6900
  612/339-0981 (Fax)

Richard J. Shea
John E. DeWick
Melick, Porter & Shea, LLP
28 State Street
Boston, MA  02109
  617/523-6200
  617/523-8130 (Fax)

Steven G. Schulman
Richard H. Weiss
Peter E. Seidman
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY  10119
  212/594-5300
  212/868-1229 (Fax)

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA  02109
  617/369-7979
  617/369-7980 (Fax)

Eric J. Belfi
Murray Frank & Sailer, LLP
275 Madison Avenue, Suite 801
New York, NY  10016
  212/682-1818
  212/682-1892 (Fax)

Laurence D. Paskowitz
Paskowitz & Associates
60 East 42nd Street, 46th Floor
New York, NY  10165
  212/685-0969
  212/685-2306 (Fax)

Marc I. Gross
Joseph  Gentile
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY  10017-5516
  212/661-1100
  212/661-8665 (Fax)

M. Clay Ragsdale IV
Ragsdale & Frese LLC
1929 Third Avenue North
550 Farley Building
Birmingham, AL  35253-0924
  205/251-4775
  205/251-4777 (Fax)

SONUS NETWORKS-CA
Service List - 5/1/2004    (04-0069)
Page 4 of 5

Roy L. Jacobs
Roy Jacobs & Associates
60 East 42nd Street, 46th Floor
New York, NY 10165
    212/867-1156
    212/504-8343 (Fax)


Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
    610/667-7706
    610/667-7056 (Fax)


Ralph M. Stone
Shalov Stone & Bonner LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
    212/239-4340
    212/239-4310 (Fax)


Jules Brody
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY 10017
    212/687-7230
    212/490-2022 (Fax)


Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
    860/493-6292
    860/493-6290 (Fax)


Samuel P. Sporn
Christopher Lometti
Frank R. Schirripa
Schoengold & Sporn, P.C.
19 Fulton Street, Suite 406
New York, NY 10038
    212/964-0046
    212/267-8137 (Fax)


Thomas G. Shapiro
Theodore M. Hess-Mahan
Shapiro Haber & Urmy, LLP
75 State Street
Boston, MA 02109
    617/439-3939
    617/439-0134 (Fax)


Robert I. Harwood
Samuel K. Rosen
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
    212/935-7400
    212/753-3630 (Fax)

SONUS NETWORKS-CA
Service List - 5/1/2004    (04-0069)
Page 5 of  5

Joseph H. Weiss
Jack I. Zwick
Weiss & Yourman
551 Fifth Avenue, Suite 1600
New York, NY  10176
  212/682-3025
  212/682-3010(Fax)


Eduard  Korsinsky
Zimmerman, Levi & Korsinsky, LLP
39 Broadway, Suite 1440
New York, NY  10006
  212/363-7500
  212/363-7171(Fax)

Marian P. Rosner
Michael A. Schwartz
Renee L. Karalian
Wolf Popper LLP
845 Third Avenue
New York, NY  10022
  212/759-4600
  212/486-2093(Fax)


Richard A. Speirs
Shaye  Fuchs
Zwerling, Schachter & Zwerling, LLP
767 Third Avenue
New York, NY  10017-2023
  212/223-3900
  212/371-5969(Fax)