UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE | ) | |
| SONUS NETWORK, INC. LITIGATION | ) | CIVIL ACTION NO. |
| _____ | ) | **04-10294-DPW (Lead case)** |
| | ) | 04-10307-DPW |
| THIS DOCUMENT RELATES TO ALL CASES | ) | 04-10308-DPW |
| _____ | | 04-10309-DPW |
| | | 04-10310-DPW |
| | | 04-10314-DPW |
| | | 04-10329-DPW |
| | | 04-10333-DPW |
| | | 04-10345-DPW |
| | | 04-10346-DPW |
| | | **04-10359-DPW** (Lead derivative case) |
| | | 04-10362-DPW |
| | | 04-10363-DPW |
| | | 04-10364-DPW |
| | | 04-10382-DPW |
| | | 04-10383-DPW |
| | | 04-10384-DPW (derivative case) |
| | | 04-10454-DPW |
| | | 04-10576-DPW (derivative case) |
| | | 04-10597-DPW |
| | | 04-10612-DPW |
| | | 04-10623-DPW |
| | | 04-10714-DPW |

**ORDER FOR CONSOLIDATION, SCHEDULING ORDER,
AND NOTICE OF FURTHER CONFERENCE**

WOODLOCK, D.J.

    It is hereby ORDERED that:

1.     **CONSOLIDATION**: The above captioned cases are consolidated for all purposes as follows: C.A. 04-10294-DPW; 04-10307-DPW;04-10308-DPW;04-10309-DPW;04-10310-DPW; 04-10314-DPW; 04-10329-DPW; 04-10333-DPW;04-10345-DPW ;04-10346-DPW;

04-10362-DPW;04-10363-DPW;04-10364-DPW; 04-10382-DPW;  04-10383-DPW; 04-10454-DPW; 04-10597-DPW;04-10612-DPW ; 04-10623-DPW; 04-10714-DPW. are consolidated as one case.  The parties shall make all further filings ONLY in the **Lead case, CA 04-10294-DPW.**   Additionally, the three derivative action cases 04-10359-DPW; 04-10384-DPW; 04-10576-DPW are consolidated. The parties shall make all further filings in the derivative action cases in the Lead case 04-10359-DPW.   All cases except the designated Lead Cases shall be administratively closed on the docket.  **ALL COUNSEL OF RECORD WHO HAVE APPEARANCES IN ACTIONS OTHER THAN THE LEAD CASES, SHALL FILE A NOTICE OF APPEARANCE IN THE LEAD CASES, FOR PURPOSES OF RECEIVING E-MAIL NOTICES BY THE COURT.**

2. **STAY**:  The cases are STAYED, including ruling on the Motions for Appointment of Plaintiffs' Lead Counsel, pending ruling by Judge Van Gestel in the state case, with respect to the motion to dismiss (heard and under advisement).

3. **Re: Appointment of Plaintiff's Lead Counsel**:  BPI Global shall file Affidavits and underlying documentation of decision-makers by 7/6/04, and responses may be filed 1 week thereafter.

4. **FURTHER CONFERENCE**:  A further conference is set for **AUGUST 10, 2004 at 2:30 p.m.** on all cases.  By **AUGUST 5, 2004** the parties shall file a Status Report regarding the Lead counsel issues, the state court action, and proposals on ways to coordinate the cases.. All filings shall be made in the Lead Case, designated as Civil Action No. 04-10294-DPW, until further Order of the Court.

5. **ELECTRONIC FILING**:  All future submissions in this case are subject to electronic filing and all counsel who choose to appear must make arrangements to register for participation in electronic case filing, if they have not already done so. In addition to electronically filing any pleading, counsel shall also file all submissions relating to dispositive matters with the Court in hard copy, clearly marked **"Courtesy Copy - Do Not Scan"** on the cover page of each pleading/submission. Notices, orders and memoranda of the Court will only be filed and served electronically.

BY THE COURT,

/s/ Rebecca Greenberg
Deputy Clerk

DATED: June 28, 2004