UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>SONUS NETWORKS, INC. LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES<br>(not consolidated at this time)<br><br>FILING FEE PAID:<br>RECEIPT # 56889<br>AMOUNT $ 500<br>BY DPTY CLK<br>DATE | Civil Action No. 1:04-cv-10294-DPW<br>1:04-cv-10308-DPW<br>1:04-cv-10309-DPW<br>1:04-cv-10310-DPW<br>1:04-cv-10329-DPW<br>1:04-cv-10333-DPW<br>1:04-cv-10346-DPW<br>1:04-cv-10345-DPW<br>1:04-cv-10363-DPW<br>1:04-cv-10307-DPW<br>1:04-cv-10364-DPW<br>1:04-cv-10597-DPW<br>1:04-cv-10362-DPW<br>1:04-cv-10359-DPW<br>1:04-cv-10382-DPW<br>1:04-cv-10383-DPW<br>1:04-cv-10384-DPW<br>1:04-cv-10454-DPW<br>1:04-cv-10612-DPW<br>1:04-cv-10623-DPW |

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves that this Court enter an Order granting leave to Darren J. Check, Schiffrin & Barroway, LLP, Three Bala Plaza East, Suite 400, Bala Cynwyd, PA 19004, to appear on behalf of Plaintiffs and practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1.  Mr. Check was admitted to the bar of the Commonwealth of Pennsylvania and the State of New Jersey in 2000. He has also been admitted to practice in the United States District Courts as of

the years indicated: District of New Jersey (2000); Eastern District of Pennsylvania (2003); and District of Colorado (2003).

2. There are no disciplinary proceedings pending against Mr. Check as a member of the bar in any jurisdiction.

3. Mr. Check has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Mr. Check has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Mr. Check be admitted to practice before this Court *pro hac vice*.

Dated: June 25, 2004

Respectfully submitted,

*/s/ Theodore Hess-Mahan/*

Theodore M. Hess-Mahan, BBO No. 557109
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon all counsel of record by mail-hand-fax on June 25, 2004.

*/s/ Theodore Hess-Mahan/*
Theodore M. Hess-Mahan

2

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Darren J. Check, hereby certify that:

1. I was admitted to the bars of the Commonwealth of Pennsylvania in 2000, the State of New Jersey in 2000, the U.S. District Court for the District of New Jersey in 2000, the U.S. District Court for the Eastern District of Pennsylvania in 2003, and the U.S. District Court for the District of Colorado in 2003.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

>   Darren J. Check
>   Schiffrin & Barroway, LLP
>   Three Bala Plaza East, Suite 400
>   Bala Cynwyd, PA 19004
>   Telephone:  (610) 667-7706
>   Facsimile:  (610) 667-7056
>   E-Mail:  dcheck@sbclasslaw.com

DARREN J. CHECK

Dated: 6/24/04