UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| In Re: | ) | |
|  | ) | CIVIL ACTION NO. |
| SONUS NETWORKS, INC. | ) | 04-CV-10294- DPW |
|  | ) | |
| _____ | ) | |

NOTICE OF APPEARANCE

     Please enter our appearance on behalf of Michael Pisnoy, plaintiff in derivative action No. 04-10576, now consolidated with No. 04-10359.

DATED: June 30, 2004.　　　　　　　　　　　　Michael Pisnoy,
　　　　　　　　　　　　　　　　　　　　　　By his Counsel,

　　　　　　　　　　　　　　　　　　　　　　 /s/  Michael K. Mattchen
　　　　　　　　　　　　　　　　　　　　　　Michael K. Mattchen
　　　　　　　　　　　　　　　　　　　　　　Edward T. Dangel, III
　　　　　　　　　　　　　　　　　　　　　　DANGEL & MATTCHEN, LLP.
　　　　　　　　　　　　　　　　　　　　　　10 Derne St.
　　　　　　　　　　　　　　　　　　　　　　Boston, MA  02114
　　　　　　　　　　　　　　　　　　　　　　Tel:  (617) 557-4800

　　　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　　　Paul T. Warner
　　　　　　　　　　　　　　　　　　　　　　REICH & BINSTOCK, LLP
　　　　　　　　　　　　　　　　　　　　　　4265 San Felipe, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77002
　　　　　　　　　　　　　　　　　　　　　　Tel: (713) 622-7271