UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION | ) Civil Action No. 04-10294-DPW<br>) (Lead Case)<br>)<br>) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) **AFFIDAVIT OF MICHAEL J. KILLEEN**<br>) **IN SUPPORT OF BPI GLOBAL ASSET**<br>) **MANAGEMENT LLP'S MOTION TO BE**<br>) **APPOINTED LEAD PLAINTIFF**<br>)<br>) |

Province of Ontario  )
                     ) ss.
City of Toronto      )

I, Michael J. Killeen, being duly sworn, deposes and says:

1. I am Senior Vice-President, General Counsel and Corporate Secretary of CI Mutual Funds Inc. I submit this affidavit in support of the motion by BPI Global Asset Management LLP ("BPI Global") for appointment as Lead Plaintiff in this case.

2. CI Mutual Funds Inc. is the ultimate controlling entity of, among other related mutual funds, BPI Global Equity Fund and BPI American Equity Fund, which is sometimes also referred to as BPI American Value Fund. CI Mutual Funds Inc. acts as the manager and trustee for these funds. These funds have full knowledge of BPI Global's application to be appointed Lead Plaintiff in these actions and support and approve of such application.

3. BPI Global acts as the investment advisor for the mutual funds identified above, and has full discretion in making purchase decisions on the funds' behalf and in voting the shares

06743

1

purchased. Such full discretion arises from an Amended and Restated Investment Advisory Agreement dated May 31, 1999 between BPI Capital Management Corporation ("BPI Capital") and BPI Global. A copy of this agreement is being submitted as an exhibit to the Affidavit of Charles E. Sweeney, filed contemporaneously herewith. BPI Capital was merged into C.I. Mutual Funds Inc. as of January 1, 2000. On September 27, 2000, C.I. Mutual Funds Inc. changed its name to CI Mutual Funds Inc. CI Mutual Funds Inc. stands in the shoes of BPI Capital for all purposes, including pursuant to the May 31, 1999 Investment Advisory Agreement referenced above. As stated, CI Mutual Funds Inc., on behalf of, among others, BPI Global Equity Fund and BPI American Equity Fund, fully supports BPI Global's effort to be appointed Lead Plaintiff and agrees to be bound by whatever result is ultimately reached in this litigation.

Sworn under the penalty of perjury under the laws of the United States of America.

/s/ Michael Killeen

Michael J. Killeen

SWORN BEFORE ME at the City of Toronto in the Municipality of Metropolitan Toronto on June 30, 2004

)
)
)
)
)
)
)
)
)
)

_____
Notary public

Commissioner for taking Affidavits and a Notary Public for the Province of Ontario

Submitted By:

GOLD BENNETT CERA & SIDENER LLP
Solomon B. Cera
Gwendolyn R. Giblin
595 Market Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 777-2230
Fax: (415) 777-5189

06743

2

GRAHAM & ALBANO, P.C.
Patricia A. Szumowski, BBO #653839
100 Russell Street
P.O. Box 377
Hadley, Massachusetts 01035
Telephone: (413) 586-5055
Facsimile: (413) 532-3387

Attorneys for Proposed Lead Plaintiff
BPI Global Asset Management LLP

06743