UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION | ) Civil Action No. 04-10294-DPW<br>) (Lead Case)<br>)<br>)<br>) **PROOF OF SERVICE**<br>) |
| THIS DOCUMENT RELATES TO: ALL CASES | )<br>)<br>)<br>)<br>)<br>) |

#106810

<u>PROOF OF SERVICE</u>

I, Candy G. Windsor, hereby declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835. I am over the age of eighteen years and am not a party to this action.

On July 6, 2004, I served a copy of:

1. **SUPPLEMENTAL MEMORANDUM OF BPI GLOBAL ASSET MANAGEMENT LLP IN SUPPORT OF MOTION TO BE APPOINTED LEAD PLAINTIFF**

2. **AFFIDAVIT OF CHARLES E. SWEENEY IN SUPPORT OF BPI GLOBAL ASSET MANAGEMENT LLP'S MOTION TO BE APPOINTED LEAD PLAINTIFF**

3. **AFFIDAVIT OF MICHAEL J. KILLEEN IN SUPPORT OF BPI GLOBAL ASSET MANAGEMENT LLP'S MOTION TO BE APPOINTED LEAD PLAINTIFF**

together with this Proof of Service, was delivered to all counsel of record by electronic service pursuant to the Court's Order Regarding Electronic Service and copies of same was enclosed in sealed envelopes and deposited in the U.S. Mail, postage prepaid on all parties listed on the attached Exhibit 1.

Executed on July 6, 2004, at San Francisco, California.

_____
Candy G. Windsor

#106810                    -2-

**EXHIBIT I**

Theodore M. Hess-Mahan
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

Nancy F. Gans
Moulton & Gans, PC
33 Broad Street, Suite 1100
Boston, MA 02109
Telephone: (617) 369-7979
Facsimile: (617) 369-7980

Daniel W. Halston
Hale & Dorr, LLP
60 State Street
Boston, MA 02109
Telephone: (617) 256-6912
Facsimile: (617) 526-5000

Matthew J. Matule
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108
Telephone: (617) 248-5207
Facsimile: (617) 248-4000

John E. DeWick
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109
Telephone: (617) 523-6200
Facsimile: (617) 523-8130

Michael T. Matraia
Berman DeValerio Pease Tabacco Burt
   & Pucillo
One Liberty Square, 8th Floor
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

Justin S. Kudler
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

John R. Baraniak, Jr.
Choate, Hall & Stewart
Exchange Place
53 State Street, 33rd Floor
Boston, MA 02109-2804
Telephone: (617) 248-2114
Facsimile: (617) 248-4000

John D. Hughes
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Telephone: (617) 439-4444
Facsimile: (617) 439-4170

Travis Downs, Esq.
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Eduard Korsinsky
Zimmerman Levi & Korsinsky, LLP
39 Broadway, Suite 1440
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

Jonathan M. Plasse
Goodkind Labaton Rudoff & Sucharow, LLP
100 Park Avenue
New York, NY 10017
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

M. Clay Ragsdale
Ragsdale & Frese LLC
Concord Center, Suite 820
2100 Third Avenue North
Birmingham, AL 35203
Telephone: (205) 251-4775
Facsimile: (205) 251-4777

Steven G. Schulman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 946-9356
Facsimile: (212) 273-4406

Jack Zwick
Weiss & Yourman
551 Fifth Avenue, Suite 1600
New York, NY 10176
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

Richard L. Vita
Law Offices of Richard J. Vita, P.C.
77 Franklin Street, Suite 300
Boston, MA 02110
Telephone: (617) 426-6566
Facsimile: (617) 357-1612

Andrew L. Barroway
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Marion P. Rosner
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

Samuel H. Rudman
Cauley Geller Bowman & Rudman, LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Eric J. Belfi
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: (772) 231-4202

Stanley M. Grossman
Pomerantz Haudek Block Grossman
  & Gross LLP
100 Park Avenue
New York, NY 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

| | |
|---|---|
| Patricia A. Szumowski<br>Graham & Albano, P.C.<br>100 Russell Street<br>Hadley, MA 01035<br>Telephone: (413) 586-5055<br>Facsimile: (413) 532-3387 | Michael F. Germano<br>63 Atlantic Avenue<br>Boston, MA 02110<br>Telephone: (617) 367-5911 |