UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL, )<br>)<br>Defendants. ) | Case No. 04-10294-DPW |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendant Sonus Networks, Inc.

Respectfully Submitted,

SONUS NETWORKS, INC.

By its attorneys,

/s/ Daniel H. Gold_____
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Gregory F. Noonan (BBO #651035)
Daniel H. Gold (BBO #654909)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: August 11, 2004

CERTIFICATE OF SERVICE

   I, Daniel H. Gold, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Solomon B. Cera<br>Gold Bennett Cera & Sidener LLP<br>Suite 2300<br>595 Market Street<br>San Francisco, CA 94105 | John R. Baraniak, Jr.<br>Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>33rd Floor<br>Boston, MA 02109-2804 |
| Matthew J. Matule<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA 02108 | John D. Hughes<br>Edwards & Angell, LLP<br>101 Federal Street<br>Boston, MA 02110 |

                                            /s/ Daniel H. Gold _____
                                            Daniel H. Gold

Dated:  August 11, 2004