UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBORAH CHIN, On Behalf of Herself and All Others Similarly Situated,

    Plaintiff,

vs.

SONUS NETWORKS, INC., et al.

    Defendants.

Case No. 04 cv 10294 (DPW)

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), Darren J. Check hereby gives notice that the law firm of Schiffrin & Barroway, LLP will no longer serve as counsel for Nakid M. Farhat, Kenneth W. McGaha, John Haggins and Patrick Fung (collectively, the "Farhat Group") in this action. By Order of this Court dated August 10, 2004, the motion for appointment as lead plaintiff of Farhat Group was denied.

Dated: August 20, 2004

Respectfully submitted,

SCHIFFRIN & BARROWAY, LLP

By: _____
Darren J. Check (pro hac vice)
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone:   (610) 667-7706
Facsimile:    (610) 667-7056

*Attorney for The Farhat Group*

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL-HAND-FAX ON 8/23/04
_____
THERESA M. HESS-MAHAN

Doc#: 141727 Ver#:1 3094:877