UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re SONUS NETWORK, INC. SECURITIES LITIGATION  _____  This Document Relates To:  ALL ACTIONS.  _____ | Lead Case No. 04-CV-10294-DPW  <u>CLASS ACTION</u> |

NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), Travis E. Downs III hereby gives notice that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP will no longer serve as counsel for Global Undervalued Securities Master Fund in this action. By Order of this Court dated August 10, 2004, the motion for appointment as lead plaintiff of Global Undervalued Securities Master Fund was denied.

DATED: August 27, 2004

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
TRAVIS E. DOWNS III
RAMZI ABADOU
THOMAS E. GLYNN

/s/ Travis Downs/TD
_____
TRAVIS E. DOWNS III, *pro hac vice*

401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

MELICK, PORTER & SHEA, LLP
RICHARD J. SHEA, BBO #456310
JOHN E. DeWICK, BBO #654723
28 State Street
Boston, MA 02109
Telephone: 617/523-6200
617/523-8130 (fax)

Attorneys for Global Undervalued Securities Master Fund

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on _____

S:\CasesSD\Sonus Networks CA\NOT00013003.doc

SONUS NETWORKS-CA

Service List - 8/26/2004   (04-0069)

Page 1 of 5

**Counsel For Defendant(s)**

John R. Baraniak, Jr.
Robert S. Frank, Jr.
Choate, Hall & Stewart
53 State Street, Exchange Place
Boston, MA  02109-2891
   617/248-5000
   617/248-4000(Fax)

Thomas J. Dougherty
Matthew J. Matule
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA  02108
   617/573-4800
   617/573-4822(Fax)

James W. Prendergast
Jeffrey B. Rudman
Daniel W. Halston
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
   617/526-6000
   617/526-5000(Fax)

**Counsel For Plaintiff(s)**

Jeffrey C. Block
Michael T. Matraia
Shannon L. Hopkins
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA  02109
   617/542-8300
   617/542-1194(Fax)

Mel E. Lifshitz
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY  10016
   212/779-1414
   212/779-3218(Fax)

Evan J. Smith
Brodsky & Smith, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA  19004
   610/667-6200
   610/667-9029(Fax)

Steven J. Toll
Daniel S. Sommers
Julie Goldsmith
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W., Suite 500
Washington, DC  20005-3964
   202/408-4600
   202/408-4699(Fax)

SONUS NETWORKS-CA
Service List - 8/26/2004   (04-0069)
Page 2 of 5

Jonathan M. Plasse
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue, 12th Floor
New York, NY  10017-5563
   212/907-0700
   212/818-0477(Fax)

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL  32963
   772/231-4202
   772/234-0440(Fax)

Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA  19004
   610/660-8000
   610/660-8080(Fax)

William S. Lerach
Travis E. Downs III
Thomas E Glynn
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423(Fax)

Brian M. Felgoise
Law Offices of Brian M. Felgoise, P.C.
261 Old York Road, Suite 423
Jenkintown, PA  19046
   215/886-1900

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD  21202
   410/332-0030
   410/685-1300(Fax)

Richard J. Vita
Law Offices of Richard J. Vita, P.C.
77 Franklin Street, Suite 300
Boston, MA  02110
   617/426-6566
   617/357-1612(Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY  11747
   631/367-7100
   631/367-1173(Fax)

SONUS NETWORKS-CA
Service List - 8/26/2004   (04-0069)
Page 3 of 5

Richard A. Lockridge
Karen H. Riebel
Lockridge Grindal Nauen, P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
   612/339-6900
   612/339-0981(Fax)

Steven G. Schulman
Richard H. Weiss
Peter E. Seidman
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY  10119
   212/594-5300
   212/868-1229(Fax)

Eric J. Belfi
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY  10016
   212/682-1818
   212/682-1892(Fax)

Marc I. Gross
Joseph Gentile
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY  10017-5516
   212/661-1100
   212/661-8665(Fax)

Richard J. Shea
John E. DeWick
Melick, Porter & Shea, LLP
28 State Street
Boston, MA  02109
   617/523-6200
   617/523-8130(Fax)

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA  02109
   617/369-7979
   617/369-7980(Fax)

Laurence D. Paskowitz
Paskowitz & Associates
60 East 42nd Street, 46th Floor
New York, NY  10165
   212/685-0969
   212/685-2306(Fax)

M. Clay Ragsdale IV
Ragsdale & Frese LLC
The Concord Center, Suite 820
2100 Third Avenue North
Birmingham, AL  35203
   205/251-4775
   205/251-4777(Fax)

SONUS NETWORKS-CA

Service List - 8/26/2004     (04-0069)

Page 4 of 5

Roy L. Jacobs  
Roy Jacobs & Associates  
60 East 42nd Street, 46th Floor  
New York, NY  10165  
    212/867-1156  
    212/504-8343(Fax)  

Marc A. Topaz  
Schiffrin & Barroway, LLP  
Three Bala Plaza East, Suite 400  
Bala Cynwyd, PA  19004  
    610/667-7706  
    610/667-7056(Fax)  

Ralph M. Stone  
Shalov Stone & Bonner LLP  
485 Seventh Avenue, Suite 1000  
New York, NY  10018  
    212/239-4340  
    212/239-4310(Fax)  

Jules Brody  
Stull, Stull & Brody  
6 East 45th Street, 4th Floor  
New York, NY  10017  
    212/687-7230  
    212/490-2022(Fax)  

Andrew M. Schatz  
Jeffrey S. Nobel  
Nancy A. Kulesa  
Schatz & Nobel, P.C.  
One Corporate Center  
20 Church Street, Suite 1700  
Hartford, CT  06103  
    860/493-6292  
    860/493-6290(Fax)  

Samuel P. Sporn  
Christopher Lometti  
Frank R. Schirripa  
Schoengold & Sporn, P.C.  
19 Fulton Street, Suite 406  
New York, NY  10038  
    212/964-0046  
    212/267-8137(Fax)  

Thomas G. Shapiro  
Theodore M. Hess-Mahan  
Shapiro Haber & Urmy, LLP  
53 State Street  
Boston, MA  02109  
    617/439-3939  
    617/439-0134(Fax)  

Robert I. Harwood  
Samuel K. Rosen  
Wechsler Harwood LLP  
488 Madison Avenue, 8th Floor  
New York, NY  10022  
    212/935-7400  
    212/753-3630(Fax)

SONUS NETWORKS-CA

Service List - 8/26/2004   (04-0069)

Page 5 of 5

| | |
|---|---|
| Joseph H. Weiss<br>Jack I. Zwick<br>Weiss & Yourman<br>551 Fifth Avenue, Suite 1600<br>New York, NY 10176<br>  212/682-3025<br>  212/682-3010(Fax) | Marian P. Rosner<br>Michael A. Schwartz<br>Renee L. Karalian<br>Wolf Popper LLP<br>845 Third Avenue<br>New York, NY 10022<br>  212/759-4600<br>  212/486-2093(Fax) |
| Eduard Korsinsky<br>Zimmerman, Levi & Korsinsky, LLP<br>39 Broadway, Suite 1440<br>New York, NY 10006<br>  212/363-7500<br>  212/363-7171(Fax) | Richard A. Speirs<br>Shaye Fuchs<br>Zwerling, Schachter & Zwerling, LLP<br>845 Third Avenue, 6th Floor<br>New York, NY 10017-2023<br>  212/223-3900<br>  212/371-5969(Fax) |