UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION | ) Civil Action No. 04-10294-DPW<br>) (Lead Case)<br>)<br>)<br>) **PROOF OF SERVICE**<br>) |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | )<br>)<br>)<br>)<br>) |

106776

PROOF OF SERVICE

I, KimLane E. Gantan, hereby declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835. I am over the age of eighteen years and am not a party to this action.

On September 30, 2004, I served a copy of:

1. **LEAD PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CONSOLIDATED AMENDED COMPLAINT**

2. **DECLARATION OF SOLOMON B. CERA IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CONSOLIDATED AMENDED COMPLAINT**

together with this Proof of Service, was delivered to all counsel of record by electronic service pursuant to the Court's Order Regarding Electronic Service.

Executed on September 30, 2004, at San Francisco, California.

_____
KimLane E. Gantan

106776                                                                                                                                                          - 1 -