## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In RE<br>SONUS NETWORKS, INC. LITIGATION )<br>)<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO ALL CASES )<br>) | Civil Action No.<br>04-10294-DPW (Lead Case) |

### ENTRY OF APPEARANCE

In connection with the above captioned action, please enter our appearance as counsel for

Defendants, **Rubin Gruber, John Michael O'Hara, Edward N. Harris and Paul R. Jones**:

**John D. Hughes (B.B.O. No. 243660)**
**Mary Patricia Cormier (B.B.O. No. 635756)**
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Tel.: (617) 439-4444
Fax: (617) 439-4170

By their attorneys

_____
John D. Hughes (B.B.O. No. 243660)
Mary Patricia Cormier (B.B.O. No. 635756)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Tel. 617-439-4444
Fax. 617-439-4170

## CERTIFICATE OF SERVICE

I, Mary Patricia Cormier, certify that on 14th day of November, 2004, I caused a copy of the foregoing document to be served via first-class mail postage pre-paid upon the following counsel of record:

| | |
|---|---|
| Robert S. Frank, Jr. <br> Choate, Hall & Stewart <br> 53 State Street – 33rd Floor <br> Boston, MA 02109-2804 | Daniel W. Halston <br> Wilmer Cutler Pickering Hale & Dorr LLP <br> 60 State Street <br> Boston, MA 02109 |
| Matthew J. Matule <br> Skadden, Arps, Slate, Meagher & Flom LLP <br> One Beacon Street <br> Boston, MA 02108 | William B. Federman <br> Federman & Sherwood <br> 120 N. Robinson Avenue, Suite 2720 <br> Oklahoma City, OK 73102 |

_____
Mary Patricia Cormier

BOS_467949_1/MCORMIER