UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In RE<br>SONUS NETWORKS, INC. LITIGATION )<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO ALL CASES )<br>) | Civil Action No.<br>04-10294-DPW (Lead Case) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), I hereby withdraw my appearance as counsel of record for Plaintiffs David V. Nocito and James Brower in the above-captioned matter.

Dated: January 14, 2005

Respectfully submitted,

**BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO**

/s/ Michael T. Matraia
Michael T. Matraia, BBO # 633049
One Liberty Square
Boston, MA 02109
(617) 542-8300

Sonus/p/Not_With_MTM