UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
IN RE SONUS NETWORKS, INC.       )    Civil Action No. 04-10294-DPW
LITIGATION,                                   )
_____)


### ASSENTED-TO MOTION EXTENDING DEFENDANTS' TIME TO RESPOND TO AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

Defendants Sonus Networks, Inc., Hassan M. Ahmed and Stephen J. Nill ("Defendants") move for an extension of their time to respond to the Amended Consolidated Class Action Complaint from January 18, 2005 to January 28, 2005. The Defendants so move because of an unexpected death in the family of one of the principal attorneys working on the response and in an effort to coordinate the filing of a single response on behalf of all the defendants. Defendants have conferred with Lead Plaintiff's counsel, who assents to the relief sought in this motion.

Wherefore, the defendants respectfully request that the Court grant the relief sought in this Motion.


| | |
|---|---|
| /s/ Solomon P. Cera (by permission DWH) | /s/ Daniel W. Halston |
| Solomon B. Cera | Jeffrey B. Rudman (BBO #433380) |
| Gold Bennett Cera & Sidener LLP | James W. Prendergast (BBO #553073) |
| Suite 2300 | Daniel W. Halston (BBO #548692) |
| 595 Market Street | Daniel H. Gold (BBO #654909) |
| San Francisco, CA 94105 | Wilmer Cutler Pickering Hale and Dorr LLP |
| *Attorneys for Lead Plaintiff BPI Global Asset Management LLP* | 60 State Street |
| | Boston, MA 02109 |
| | (617) 526-6000 |
| | *Attorneys for Sonus Networks, Inc.* |

- 2 -

| | |
|---|---|
| /s/_Robert S. Frank (by permission DWH) | /s/_Matthew J. Matule (by permission DWH) |
| Robert S. Frank, Jr. (BBO #177240) | Thomas J. Dougherty (BBO #132300) |
| John R. Baraniak, Jr. (BBO #552259) | Matthew J. Matule (BBO #632075) |
| Choate Hall & Stewart | Skadden, Arps, Slate, Meagher & Flom LLP |
| Exchange Place Building | One Beacon Street |
| 53 State Street | Boston, Massachusetts 02108 |
| Boston, Massachusetts 02109 | Tel: (617) 573-4800 |
| Tel: (617) 248-5000 | Fax: (617) 573-4822 |
| Fax: (617) 248-4000 | *Attorneys for Stephen J. Nill* |
| *Attorneys for Hassan M. Ahmed* | |

Dated: January 14, 2005

US1DOCS 4926429v1