UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION | ) ) ) ) ) Civil Action No. 04-10294-DPW |

### JOINT SCHEDULING PROPOSAL

Pursuant to the August 10, 2004 Scheduling Order as modified by subsequent orders, the defendants today filed motions to dismiss the Amended Consolidated Class Action Complaint. The parties submit the following Joint Scheduling Proposal to govern the remaining briefing on these motions:

1. Lead Plaintiff's opposition to defendants' motions to dismiss shall be due on March 22, 2005;

2. Defendants' reply memoranda shall be due on April 21, 2005.

/s/ Solomon B. Cera
Solomon B. Cera
Gold Bennett Cera & Sidener LLP
Suite 2300
595 Market Street
San Francisco, CA 94105
*Attorneys for Lead Plaintiff BPI Global Asset Management LLP*

/s/ Daniel H. Gold
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Daniel H. Gold (BBO #654909)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
*Attorneys for Sonus Networks, Inc.*

/s/ John R. Baraniak, Jr.
Robert S. Frank, Jr. (BBO #177240)
John R. Baraniak, Jr. (BBO #552259)
Choate Hall & Stewart
Exchange Place Building
53 State Street
Boston, Massachusetts 02109
Tel:  (617) 248-5000
*Attorneys for Hassan M. Ahmed*

/s/ Matthew J. Matule
Thomas J. Dougherty (BBO #132300)
Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108
Tel:  (617) 573-4800
*Attorneys for Stephen J. Nill*

Dated:  January 28, 2005