UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SONUS NETWORKS, INC., ET AL. )<br>_____) | Civil Action No. 04-CV-10294 (DPW) |

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE THAT effective January 31, 2005, Schiffrin & Barroway, LLP will relocate it's office to 280 King of Prussia Road, Radnor, PA 193087. The firm's telephone and facsimile numbers will remain the same.

Dated: January 17, 2005

Respectfully submitted,

SCHIFFRIN & BARROWAY, LLP

_____
Marc A. Topaz
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

Notice of Address Change has been served, via first class mail, this date, upon the following:

Thomas G. Shapiro, Esq.
Theodore M. Hess-Mahan, Esq.
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Lerach Coughlin Stoia Geller Rudman
& Robbins LLP
200 Broadhollow Road, Suite 406
Melvill, NY 11747

William S. Lerach, Esq.
Darren J. Robbins, Esq.
Lerach Coughlin Stoia Geller Rudman
& Robbins LLP
401 B Street, Suite 1700
San Diego, CA 92101

Richard H. Weiss, Esq.
Steven G. Schulman, Esq.
Peter E. Seidman, Esq.
Sharon M. Lee, Esq.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119

Samuel P. Sporn, Esq.
Christopher Lometti, Esq.
Frank R. Schirripa, Esq.
Schoengold & Sporn, P.C.
19 Fulton Street, Suite 406
New York, NY 10038

Peter A. Lagorio, Esq.
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

Andrew M.. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Justin S. Kudler, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

M. Clay Ragsdale, Esq.
Ragsdale & Frese, LLC
The Farley Building
1929 Third Avenue North, Suite 550
Birmingham, AL 35203

Daniel W. Halston, Esq.
James W. Prendergast, Esq.
Jeffrey B. Rudman, Esq.
Hale & Dorr LLP
60 State Street
Boston, MA 02109

Matthew J. Matule, Esq.
Thomas J. Dougherty, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

Nancy Freeman Gans, Esq.
Moulton & Gans P.C.
33 Broad Street, suite 1100
Boston, MA 02109

Jonathan M. Plasse, Esq.
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017

Norman Berman, Esq.
Jeffrey C. Block, Esq.
Michael T. Matraia, Esq.
Shannon L. Hopkins, Esq.
Nicole Robbins Starr, Esq.
Berman DeValerio Pease Tabacco
Burt & Pucillo
One Liberty Square, 8th Floor
Boston, MA 02109

Ralph M. Stone, Esq.
Shalov Stone & Bonner LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018

Alan L. Kovacs, Esq.
Law Office of Alan L. Kovacs
2001 Beacon Street, Suite 106
Boston, MA 02135

William B. Federman, Esq.
The Law Firm of Federman & Sherwood
120 N. Robinson Ave., Suite 2720
Oklahoma City, OK 73102

Edward T. Dangel, III, Esq.
Michael K. Mattchen, Esq.
Dangel & Mattchen, LLP
10 Derne Street
Boston, MA 02114-4203

Eric J. Belfi, Esq.
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016

Jack Zwick, Esq.
Weiss & Yourman
551 Fifth Avenue, Suite 1600
New York, NY 10176

John R. Baraniak, Jr., Esq.
Robert S. Frank, Jr., Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street, 33rd Floor
Boston, MA 02109-2804

John D. Hughes, Esq.
Edwards & Angell LLP
101 Federal Street
Boston, MA 02110

Nancy Freeman Gans, Esq.
Moulton & Gans P.C.
33 Broad Street, suite 1100
Boston, MA 02109

Jonathan M. Plasse, Esq.
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017

Norman Berman, Esq.
Jeffrey C. Block, Esq.
Michael T. Matraia, Esq.
Shannon L. Hopkins, Esq.
Nicole Robbins Starr, Esq.
Berman DeValerio Pease Tabacco
Burt & Pucillo
One Liberty Square, 8th Floor
Boston, MA 02109

Ralph M. Stone, Esq.
Shalov Stone & Bonner LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018

Alan L. Kovacs, Esq.
Law Office of Alan L. Kovacs
2001 Beacon Street, Suite 106
Boston, MA 02135

William B. Federman, Esq.
The Law Firm of Federman & Sherwood
120 N. Robinson Ave., Suite 2720
Oklahoma City, OK 73102

Edward T. Dangel, III, Esq.
Michael K. Mattchen, Esq.
Dangel & Mattchen, LLP
10 Derne Street
Boston, MA 02114-4203

Eric J. Belfi, Esq.
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016

Jack Zwick, Esq.
Weiss & Yourman
551 Fifth Avenue, Suite 1600
New York, NY 10176

John R. Baraniak, Jr., Esq.
Robert S. Frank, Jr., Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street, 33rd Floor
Boston, MA 02109-2804

John D. Hughes, Esq.
Edwards & Angell LLP
101 Federal Street
Boston, MA 02110

Dated: January 17, 2005

*Renee C. Nixon* (signature)