UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION | ) Civil Action No. 04-10294-DPW<br>) (Lead Case)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | ) **LEAD PLAINTIFF'S UNOPPOSED**<br>) **MOTION FOR EXTENSION OF TIME**<br>) **TO FILE PAPERS IN OPPOSITION TO**<br>) **DEFENDANTS' MOTIONS TO DISMISS**<br>)<br>)<br>) |

Pursuant to Rule 6(b)(1), Fed.R.Civ.P. and LR, D. Mass. 7.1, Lead Plaintiff BPI Global Asset Management LLP hereby moves for an extension of time, to and including March 22, 2005, to files papers in opposition to the motions to dismiss filed by defendants Sonus Networks, Inc., Hassan Ahmed, and Stephen J. Nill. Defendants do not oppose this request. Declaration of Solomon B. Cera ("Cera Decl."), filed herewith, ¶2. Contemporaneous with the filing of their motions to dismiss, defendants lodged a Joint Scheduling Proposal, reflecting the parties' request for an order approving March 22, 2005 for opposition briefs and April 21, 2005 for reply briefs on the pending motions. *Id.* Good cause exists for these requested extensions.[1]

The Consolidated Amended Complaint was filed December 1, 2004. By its January 18,

---

[1] On February 8, 2005 Lead Plaintiff's counsel made an inquiry of the Courtroom Clerk as to the status of the Joint Scheduling Proposal, lodged January 28, 2005. Counsel received an e-mail response from the Courtroom Clerk stating that the proposal would be adopted as an order of the Court. Cera Decl. ¶3. Because no order has been received as of this date (the due date for opposition briefs under LR, D. Mass. 7.1(b)(2)), Lead Plaintiff submits this application in an abundance of caution.

#109216                                                                                          -1-

2005 Order the Court granted defendants' request to extend their time to respond to the

Consolidated Amended Complaint.  On January 28, 2005, each of the defendants filed a motion

to dismiss and supporting papers reflecting lengthy and complex arguments.  Lead Plaintiff and

defendants conferred about an appropriate briefing schedule on the motions, and agreed on the

scheduled reflected in the Joint Scheduling Proposal.  Cera Decl. ¶2.

Lead Plaintiff's counsel is working diligently and in good faith to prepare oppositions to

defendants' motions to dismiss.  *Id.* ¶4.  Lead Plaintiff will not seek any further extensions to file

opposition papers beyond March 22, 2005.  *Id.*

Accordingly, Lead Plaintiff requests that the Court extend the time for the filing of its

papers in opposition to defendants' motions to dismiss to and including March 22, 2005.

Dated: February 11, 2005

GOLD BENNETT CERA & SIDENER LLP

By _____

Solomon B. Cera
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone ( 415) 777-2230
E-mail: scera@gbcslaw.com

Attorneys for Lead Plaintiff
BPI Global Asset Management LLP

#109216                                                                                        -2-