UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION | ) Civil Action No. 04-10294-DPW<br>) (Lead Case)<br>)<br>)<br>) **PROOF OF SERVICE**<br>) |
| THIS DOCUMENT RELATES TO: ALL CASES | )<br>)<br>)<br>)<br>) |

## PROOF OF SERVICE

I, KimLane E. Gantan, hereby declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835. I am over the age of eighteen years and am not a party to this action.

On February 11, 2005, I served a copy of:

1. **LEAD PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PAPERS IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

2. **DECLARATION OF SOLOMON B. CERA IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PAPERS IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

together with this Proof of Service, was delivered to all counsel of record by electronic service pursuant to the Court's Order Regarding Electronic Service and copies of same was enclosed in sealed envelopes and deposited in the U.S. Mail, postage prepaid on all parties listed on the attached Exhibit I.

Executed on February 11, 2005, at San Francisco, California.

_____
KimLane E. Gantan

## EXHIBIT I

**VIA U.S. MAIL**
Shannon L. Hopkins
Berman DeValerio Pease Tabacco Burt
 & Pucillo
One Liberty Square, 8th Floor
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

**VIA U.S. MAIL**
Michael F. Germano
63 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 367-5911

**VIA U.S. MAIL**
Steven G. Schulman
Richard H. Weiss
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300