UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                           )
IN RE SONUS NETWORKS, INC.                 )   Civil Action No. 04-10294-DPW
LITIGATION,                                )
_____)

## ASSENTED-TO MOTION TO EXTEND DEFENDANTS' TIME TO FILE REPLY MEMORANDA

     Defendants Sonus Networks, Inc., Hassan M. Ahmed and Stephen J. Nill ("Defendants") move for a brief extension of time in which to file their reply memoranda in further support of their motions to dismiss from April 21, 2005 to April 29, 2005. This brief extension will not affect the timing of the hearing on Defendants' motions to dismiss, which is currently scheduled to be heard on June 1, 2005. Defendants have conferred with Lead Plaintiff's counsel, who assents to the relief sought in this motion.

     Wherefore, the defendants respectfully request that the Court grant the relief sought in this Motion.

- 2 -

/s/ Daniel H. Gold
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Daniel H. Gold (BBO #654909)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
*Attorneys for Sonus Networks, Inc.*


/s/ Matthew J. Matule
Thomas J. Dougherty (BBO #132300)
Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108
Tel: (617) 573-4800
Fax: (617) 573-4822
*Attorneys for Stephen J. Nill*

/s/ John R. Baraniak, Jr.
Robert S. Frank, Jr. (BBO #177240)
John R. Baraniak, Jr. (BBO #552259)
Choate Hall & Stewart
Exchange Place Building
53 State Street
Boston, Massachusetts 02109
Tel: (617) 248-5000
Fax: (617) 248-4000
*Attorneys for Hassan M. Ahmed*

Dated: April 14, 2005