# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| DEBORAH CHIN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
|  | ) | |
| Plaintiff | ) | |
|  | ) | |
| vs. | ) | Case No. 04-10294-DPW |
|  | ) | |
| SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL, | ) ) ) | |
|  | ) | |
| Defendants. | ) | |

_____)

## NOTICE OF WITHDRAWAL OF DANIEL H. GOLD

Daniel H. Gold of Wilmer Cutler Pickering Hale and Dorr LLP hereby gives notice that he will no longer serve as counsel for defendant Sonus Networks, Inc. in this action. The appearances of other attorneys from Wilmer Cutler Pickering Hale and Dorr LLP remain in effect and are not affected by this withdrawal.

Respectfully Submitted,

/s/ Daniel H. Gold_____
Daniel H. Gold (BBO #654909)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: July 1, 2005