UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION ) ) ) ) ) ) | Civil Action No. 04-10294-DPW |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that, as of **Monday, August 1, 2005**, the address of Choate, Hall & Stewart LLP, counsel for Defendant Hassan M. Ahmed, will change to Two International Place, Boston, MA 02110. The telephone number of counsel and their individual electronic mail addresses will remain the same.

HASSAN M. AHMED,

By his attorneys,

/s/ John R. Baraniak, Jr.
Robert S. Frank, Jr. (BBO #177240)
John R. Baraniak, Jr. (BBO #552259)
Paul E. Bonanno (BBO #646838)
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000

Dated: July 28, 2005
3964201_1.DOC