UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION ) ) ) ) ) ) ) | Civil Action No. 04-10294-DPW |

### DECLARATION OF PAUL E. BONANNO

Paul E. Bonanno deposes and states as follows:

1. I am an attorney in the law firm of Choate, Hall & Stewart LLP, and a member in good standing of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts. I am counsel to defendant Hassan Ahmend in the above-captioned matter and make this declaration in support of Hassan Ahmed's Motion to Dismiss Plaintiff's First Amended Consolidated Class Action Complaint.

2. Attached hereto as Exhibit A is a true and accurate copy of a Prospectus Supplement filed by Sonus Networks, Inc. with the Securities Exchange Commission on or about September 24, 2003.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Paul E. Bonanno

Dated: September 12, 2005
3981005_1 DOC