**EXHIBIT E-7**

|  | Three Months ended March 31, 2002 | | | Three Months ended June 30, 2002 | | |
|---|---|---|---|---|---|---|
|  | As Reported | Adjustments | As Restated | As Reported | Adjustments | As Restated |
|  | (in thousands, except per share data) | | | | | |
|  | (unaudited) | | | | | |
| Revenues | $ 21,158 | $ (650) | $ 20,508 | $ 21,295 | $ 30,480 | $ 51,775 |
| Cost of revenues | 19,309 | (2,521) | 16,788 | 9,948 | 9,712 | 19,660 |
| Gross profit | 1,849 | 1,871 | 3,720 | 11,347 | 20,768 | 32,115 |
| Operating expenses: | | | | | | |
| Research and development | 14,615 | 316 | 14,931 | 12,225 | (1,060) | 11,165 |
| Sales and marketing | 8,407 | (948) | 7,459 | 8,280 | 1,137 | 9,417 |
| General and administrative | 1,466 | 1,121 | 2,587 | 1,691 | (499) | 1,192 |
| Stock-based compensation | 5,743 | 1,056 | 6,799 | 5,949 | (1,031) | 4,918 |
| Amortization of goodwill and purchased intangible assets | 406 | 784 | 1,190 | 383 | 807 | 1,190 |
| Restructuring charges (benefit), net | (12,141) | 16,893 | 4,752 | 1,013 | — | 1,013 |
| Total operating expenses | 18,496 | 19,222 | 37,718 | 29,541 | (646) | 28,895 |
| Income (loss) from operations | (16,647) | (17,351) | (33,998) | (18,194) | 21,414 | 3,220 |
| Interest income (expense), net | 453 | — | 453 | 376 | — | 376 |
| Income (loss) before income taxes | (16,194) | (17,351) | (33,545) | (17,818) | 21,414 | 3,596 |
| Provision for income taxes | — | 22 | 22 | — | 21 | 21 |
| Net income (loss) | $ (16,194) | $ (17,373) | $ (33,567) | $ (17,818) | $ 21,393 | $ 3,575 |
| Basic net income (loss) per share | $ (0.09) | $ (0.09) | $ (0.18) | $ (0.09) | $ 0.11 | $ 0.02 |
| Diluted net income (loss) per share | $ (0.09) | $ (0.09) | $ (0.18) | $ (0.09) | $ 0.11 | $ 0.02 |
| Shares used in computing basic net income (loss) per share | 186,057 | 1,116 | 187,173 | 189,183 | 1,357 | 190,540 |
| Shares used in computing diluted net income (loss) per share | 186,057 | 1,116 | 187,173 | 189,183 | 11,326 | 200,509 |

|  | Three Months ended September 30, 2002 | | | Three Months ended December 31, 2002 | | |
|---|---|---|---|---|---|---|
|  | As Reported | Adjustments | As Restated | As Reported | Adjustments | As Restated |
|  | (in thousands, except per share data) | | | | | |
|  | (unaudited) | | | | | |
| Revenues | $ 7,445 | $ 1,713 | $ 9,158 | $ 12,660 | $ (184) | $ 12,476 |
| Cost of revenues | 4,747 | 3,172 | 7,919 | 6,298 | 911 | 7,209 |
| Gross profit | 2,698 | (1,459) | 1,239 | 6,362 | (1,095) | 5,267 |
| Operating expenses: | | | | | | |
| Research and development | 9,685 | (467) | 9,218 | 8,783 | 494 | 9,277 |
| Sales and marketing | 5,520 | (1,054) | 4,466 | 5,656 | 788 | 6,444 |
| General and administrative | 2,446 | 486 | 2,932 | 538 | (2,001) | (1,463) |
| Stock-based compensation | 3,962 | (1,734) | 2,228 | 3,841 | (915) | 2,926 |
| Amortization of goodwill and purchased intangible assets | 366 | 807 | 1,173 | 359 | 317 | 676 |
| Write-off of goodwill and purchased intangible assets | 1,673 | 9,277 | 10,950 | 175 | (175) | — |
| Restructuring charges, net | 987 | 20 | 1,007 | 16 | 951 | 967 |
| Total operating expenses | 24,639 | 7,335 | 31,974 | 19,368 | (541) | 18,827 |
| Loss from operations | (21,941) | (8,794) | (30,735) | (13,006) | (554) | (13,560) |
| Interest income, net | 303 | — | 303 | 186 | — | 186 |
| Loss before income taxes | (21,638) | (8,794) | (30,432) | (12,820) | (554) | (13,374) |
| Provision for income taxes | — | 22 | 22 | — | 21 | 21 |
| Net loss | $ (21,638) | $ (8,816) | $ (30,454) | $ (12,820) | $ (575) | $ (13,395) |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Basic and diluted net loss per share | $ | (0.11) | $ | (0.05) | $ | (0.16) | $ | (0.07) | $ | — | $ | (0.07) |
| Shares used in computing net loss per share | | 191,823 | | 1,332 | | 193,155 | | 195,648 | | 459 | | 196,107 |

F-48

## EXHIBIT INDEX

| Exhibit No. | Description |
|---|---|
| 3.1# | Fourth Amended and Restated Certificate of Incorporation of Sonus Networks, Inc., as amended. |
| 3.2(b) | Amended and Restated By Laws of Sonus Networks, Inc. |
| 4.1(b) | Form of Stock Certificate representing shares of Sonus Networks, Inc. Common Stock. |
| 10.1(a) | Registration Rights Agreement, dated as of November 2, 2000, by and among Sonus Networks, Inc. and the Stockholder parties thereto. |
| 10.2(a)+ | Sonus 2000 Retention Plan. |
| 10.3(a)+ | Telecom technologies, inc. 1998 Amended Equity Incentive Plan. |
| 10.4(b)+ | Amended and Restated 1997 Stock Incentive Plan of the Registrant. |
| 10.5(b)+ | 2000 Employee Stock Purchase Plan of the Registrant. |
| 10.6(b) | Lease, dated January 21, 1999, as amended, between the Registrant and Glenborough Fund V, Limited Partnership with respect to property located at 5 Carlisle Road, Westford, Massachusetts. |
| 10.7(a) | Sub lease, dated October 20, 2000, between the Registrant and Unisphere Networks, Inc. with respect to property located at 5 Carlisle Road, Westford, Massachusetts. |
| 10.8(a) | Sub Lease, dated October 20, 2000, between the Registrant and Unisphere Networks, Inc. with respect to property located at 235 Littleton Road, Westford, Massachusetts. |
| 10.9(a) | Lease, dated September 30, 2000, between the Registrant and BCIA New England Holdings LLC with respect to property located at 25 Porter Road, Littleton, Massachusetts. |
| 10.10(b) | Agreement of Sublease, dated April 14, 2000, between the Registrant and Unisphere Solutions, Inc. with respect to property located at 25 Porter Road, Littleton, Massachusetts. |
| 10.11(a) | Office Lease Agreement, dated as of November 14, 2000, between telecom technologies, inc. and TR Lookout Partners, Ltd. with respect to property located at 1301 East Lookout Drive, Suite 3000, Richardson, Texas. |
| 10.12(a) | First Amendment to Office Lease Agreement, dated as of January 8, 2001, between telecom technologies, inc. and TR Lookout Partners, Ltd. with respect to property located at 1300 East Lookout Drive, Suite 3000, Richardson, Texas. |
| 10.13(c) | Office Lease Agreement dated April 4, 1997, between telecom technologies, inc. and Collins Campbell Joint Venture with respect to property located at 1701 North Collins Blvd., Suite 3000, Richardson, Texas. |
| 10.14(c) | First Amendment to Office Lease Agreement, dated November 1, 1997, between telecom technologies, inc. and Collins Campbell Joint Venture with respect to property located at 1701 North Collins Blvd., Suite 3000, Richardson, Texas. |
| 10.15(c) | Second Amendment to Office Lease Agreement, dated July 1, 1998, between telecom technologies, inc. and Collins Campbell Joint Venture with respect to property located at 1701 North Collins Blvd., Suite 3000, Richardson, Texas. |
| 10.16(c) | Third Amendment to Office Lease Agreement, dated July 1, 1998, between telecom technologies, inc. and Collins Campbell Joint Venture with respect to property located at 1701 North Collins Blvd., Suite 3000, Richardson, Texas. |
| 10.17(c) | Fourth Amendment to Office Lease Agreement, dated February 1, 1999, between telecom technologies, inc. and Collins Campbell Joint Venture with respect to property located at 1701 North Collins Blvd., Suite 3000, Richardson, Texas. |

| | |
|---|---|
| 10.18(c) | Global Agreement, dated March 5, 2002, by and between TR Lookout Partners, Ltd., Collins Campbell Joint Venture, telecom technologies, inc. and Registrant related to property lease agreements. |
| 10.19(e) | Fifth Amendment to Office Lease Agreement, dated February 28, 2002, between telecom technologies, inc. and Collins Campbell Joint Venture with respect to property located at 1701 North Collins Blvd., Suite 3000, Richardson, Texas. |
| 10.20(e) | Sixth Amendment to Office Lease Agreement, dated February 1, 2003, between telecom technologies, inc. and Collins Campbell Joint Venture with respect to property located at 1701 North Collins Blvd., Suite 3000, Richardson, Texas. |
| 10.21# | Sublease Agreement, dated October 16, 2003, by and between Cisco Systems, Inc. and Sonus Networks, Inc. with respect to property located at 250 Apollo Drive, Chelmsford, Massachusetts. |
| 10.22(c) | Loan and Security Agreement, dated as of January 16, 2002, by and between the Registrant and Silicon Valley Bank. |
| 10.23(f) | Amendment to Loan and Security Agreement, dated as of March 14, 2003, by and between the Registrant and Silicon Valley Bank. |
| 10.24(d) | Offer to Exchange Outstanding Stock Options dated October 16, 2002, as amended. |
| 10.25*+ | Employment letter, dated April 6, 2004, by and between the Registrant and Albert A. Notini. |
| 14.1# | Code of Business Conduct and Ethics. |
| 21.1# | Subsidiaries of the Registrant. |
| 23.1* | Consent of Ernst & Young LLP. |
| 31.1** | Certificate of Sonus Networks, Inc. Chief Executive Officer pursuant to Section 302 of the Sarbanes–Oxley Act of 2002. |
| 31.2** | Certificate of Sonus Networks, Inc. Chief Operating Officer pursuant to Section 302 of the Sarbanes–Oxley Act of 2002. |
| 31.3* | Certificate of Sonus Networks, Inc. Chief Accounting Officer pursuant to Section 302 of the Sarbanes–Oxley Act of 2002. |
| 32.1* | Certificate of Sonus Networks, Inc. Chief Executive Officer pursuant to Section 906 of the Sarbanes–Oxley Act of 2002. |
| 32.2* | Certificate of Sonus Networks, Inc. Chief Operating Officer pursuant to Section 906 of the Sarbanes–Oxley Act of 2002. |
| 32.3* | Certificate of Sonus Networks, Inc. Chief Accounting Officer pursuant to Section 906 of the Sarbanes–Oxley Act of 2002. |

(a) Incorporated by reference to the Registrant's Registration Statement on Form S–4 (file No. 333–52682).

(b) Incorporated by reference to the Registrant's Registration Statement on Form S–1 (file No. 333–32206).

(c) Incorporated by reference from the Registrant's Form 10–K (file No. 000–30229), filed March 28, 2002 with the SEC.

(d) Attached as Exhibit (a)(1) to Tender Offer Statement on Schedule TO (file No. 005–60815), filed October 16, 2002 with the SEC, and subsequently amended by Amendment No. 1, filed on October 17, 2002, Amendment No. 2, filed on November 12, 2002, and Amendment No. 3, filed on November 26, 2002.

(e) Incorporated by reference from the Registrant's Form 10–K (file No. 000–30229), filed March 19, 2003 with the SEC.

(f)    Incorporated by reference from the Registrant's Form 10-Q (file No. 000-30229), filed May 9, 2003 with the SEC.

\*    Filed herewith.

\*\*    Amended and restated exhibit.

\+    Management contract or compensatory plan or arrangement filed in response to Item 15(a)(3) of the Instructions to the Annual Report on Form 10-K.

\#    Previously filed with Registrant's Form 10-K (file No. 000-30229), filed March 15, 2004.