UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :    Civil Action
IN RE SONUS NETWORKS, INC. LITIGATION  :    No. 04-10294-DPW
                                 :    **ORAL ARGUMENT**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  **REQUESTED**

### DEFENDANT STEPHEN J. NILL'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, Defendant Stephen J. Nill ("Mr. Nill") hereby moves this Court to dismiss the First Amended Consolidated Class Action Complaint with prejudice and without leave to further amend. The grounds for Mr. Nill's Motion to Dismiss are set forth in the accompanying memorandum of law.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Mr. Nill hereby respectfully requests oral argument on this motion.

Dated: September 12, 2005          Respectfully submitted,
      Boston, Massachusetts

                                      /s/ Matthew J. Matule
                                      Thomas J. Dougherty (BBO #132300)
                                      Matthew J. Matule (BBO #632075)
                                      Michael S. Hines (BBO #653943)
                                      SKADDEN, ARPS, SLATE,
                                         MEAGHER & FLOM LLP
                                      One Beacon Street
                                      Boston, Massachusetts 02108
                                      (617) 573-4800

                                      Counsel for Defendant
                                      Stephen J. Nill

## LOCAL RULE 7.1 CERTIFICATION

        I, Matthew J. Matule, hereby certify that counsel for the Lead Plaintiff is expecting this motion based upon the colloquy at the June 1, 2005 hearing and briefing schedule established by the Court at that hearing.

Dated: September 12, 2005          /s/ Matthew J. Matule
                                      Matthew J. Matule

2