## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEBORAH CHIN, Individually and on behalf of all others similarly situated, ) ) ) | **Civ. Action No. 04-10294 DPW** |
| Plaintiff, ) |  |
| v. ) |  |
| SONUS NETWORKS, INC., HASSAN AHMED, PH.D. AND STEPHEN NILL, ) ) |  |
| Defendants. ) |  |

## MOTION FOR LEAVE TO FILE
## SUPPLEMENTAL MATERIALS PURSUANT TO LOCAL RULE 7.1 (B)(3)

Defendant Sonus Networks, Inc. hereby moves pursuant to Local Rule 7.1(B)(3) for leave to file supplemental materials for use at the hearing on the motion to dismiss in the above-captioned action, which has been scheduled for December 7, 2005.

Attached hereto are true and accurate copies of the following supplemental materials:

a)  Attached hereto as Exhibit A, excerpts from the Sonus Networks, Inc. Form 10-K filed with the United States Securities and Exchange Commission ("SEC") on March 28, 2002; and

b)  Attached hereto as Exhibit B, excerpts from the Sonus Networks, Inc. Form 10-K filed with the SEC on March 15, 2005.

Both exhibits are excerpted from public documents, filed with the SEC and available in full text online at http://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=

0001105472&owner=include.  Further, judicial notice may be taken of documents that are required to be filed, and are actually filed, with the SEC, without converting the motion to one for summary judgment.  *See, e.g., In re Stone & Webster, Inc. Sec. Litig.*, 253 F.Supp.2d 102, 129 n.11 (1st Cir. 2003) (following authority from other circuits holding that judicial notice under Fed.R.Evid. 201(b)(2) is appropriate for required SEC reports); *Kramer v. Time Warner, Inc.*, 937 F.2d 767, 774 (2d Cir. 1991).

                                                         Respectfully Submitted,

                                                         SONUS NETWORKS, INC,

                                                         By its attorneys

                                                         /s/  James W. Prendergast_____
                                                         Jeffrey B. Rudman (BBO #433380)
                                                         James W. Prendergast (BBO #553073)
                                                         Daniel W. Halston (BBO #548692)
                                                         Peter A. Spaeth (BBO #545202)
                                                         Wilmer Cutler Pickering Hale and Dorr LLP
                                                         60 State Street
                                                         Boston, Massachusetts 02109
                                                         (617) 526-6000

Dated:  December 2, 2005

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

      I, James W. Prendergast, counsel for Sonus Networks, Inc., hereby certify that on November 30, 2005, pursuant to Local Rule 7.1(A)(2), I sought opposing counsel's consent by email to the submission of this motion. On December 2, 2005, opposing counsel informed me that he did not consent to this motion.

                          /s/ James W. Prendergast_____
                          James W. Prendergast (BBO #553073)

Dated: December 2, 2005