

# SONUS NETWORKS INC (SONS)

250 APOLLO DRIVE
CHELMSFORD, MA 01824
978. 614.8100
http://www.sonusnet.com

## 10-K

**FORM 10-K**
**Filed on 03/15/2005 – Period: 12/31/2004**
File Number 000-30229



LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

QuickLinks -- Click here to rapidly navigate through this document

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

# FORM 10-K

ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934

For the year ended December 31, 2004

Commission File Number 000-30229

# SONUS NETWORKS, INC.
(Exact name of Registrant as specified in its charter)

| DELAWARE | 04-3387074 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. employer identification no.) |

250 Apollo Drive, Chelmsford, Massachusetts 01824
(Address of principal executive offices, including zip code)

(978) 614-8100
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:
None

Securities registered pursuant to Section 12(g) of the Act:
Common stock, $0.001 par value

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes  ☒   No  ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  ☐

Indicate by check mark whether the Registrant is an accelerated filer (as defined in Rule 12b-2 of the Exchange Act).   Yes  ☒   No  ☐

The aggregate market value of the common stock held by non-affiliates of the Registrant was approximately $845,000,000 based on the closing price for the Common Stock on the NASDAQ National Market on June 30, 2004. As of February 28, 2005, there were 248,066,762 shares of common stock, $0.001 par value per share, outstanding.

## DOCUMENTS INCORPORATED BY REFERENCE

Certain information required in Part III of this report is incorporated by reference to specified portions of the Registrant's definitive Proxy Statement to be issued in conjunction with the Registrant's 2005 Annual Meeting of Shareholders, which is expected to be filed not later than 120 days after the Registrant's fiscal year ended December 31, 2004.

## TABLE OF CONTENTS

| Item | | Page |
|---|---|---|
| **Part I** | | |
| 1. | Business | 3 |
| 2. | Properties | 16 |
| 3. | Legal Proceedings | 16 |
| 4. | Submission of Matters to a Vote of Security Holders | 18 |
|  | Executive Officers of the Registrant | 18 |
| **Part II** | | |
| 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 21 |
| 6. | Selected Financial Data | 22 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 23 |
| 7A. | Quantitative and Qualitative Disclosures about Market Risk | 51 |
| 8. | Financial Statements and Supplementary Data | 51 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 51 |
| 9A. | Controls and Procedures | 51 |
| 9B. | Other Information | 58 |
| **Part III** | | |
| 10. | Directors and Executive Officers of the Registrant | 59 |
| 11. | Executive Compensation | 59 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 59 |
| 13. | Certain Relationships and Related Transactions | 59 |
| 14. | Principal Accountant Fees and Services | 59 |
| **Part IV** | | |
| 15. | Exhibits and Financial Statement Schedules | 60 |
|  | Signatures | 61 |
|  | Management's Report on Internal Control Over Financial Reporting | M-1 |
|  | Index to Consolidated Financial Statements | F-1 |
|  | Exhibit Index | |

## ITEM 6. SELECTED FINANCIAL DATA

The following selected consolidated financial data of Sonus should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our consolidated financial statements and notes to those statements included elsewhere in this report.

|  | Year ended December 31, | | | | |
|---|---|---|---|---|---|
|  | 2004 | 2003 | 2002 | 2001 | 2000 |
|  | (in thousands, except per share data) | | | | |
| **Consolidated Statement of Operations Data:** | | | | | |
| Revenues | $ 170,738 | $ 93,210 | $ 93,917 | $ 128,800 | $ 51,770 |
| Cost of revenues(1) | 50,567 | 37,909 | 51,576 | 62,778 | 27,848 |
| Gross profit (loss) | 120,171 | 55,301 | 42,341 | 66,022 | 23,922 |
| Operating expenses: | | | | | |
| Research and development(1) | 36,174 | 32,190 | 44,591 | 63,896 | 26,430 |
| Sales and marketing(1) | 34,969 | 23,169 | 27,786 | 40,876 | 21,569 |
| General and administrative(1) | 24,595 | 10,475 | 5,248 | 12,827 | 5,477 |
| Stock-based compensation | 671 | 3,418 | 16,871 | 74,132 | 26,729 |
| Amortization of goodwill and purchased intangible assets | 2,402 | 2,408 | 4,229 | 70,551 | — |
| Write-off of goodwill and purchased intangible assets | — | — | 10,950 | 392,387 | — |
| Restructuring charges, net | — | — | 7,739 | 7,321 | — |
| In-process research and development | — | — | — | 44,600 | — |
| Total operating expenses | 98,811 | 71,660 | 117,414 | 706,590 | 80,205 |
| Income (loss) from operations | 21,360 | (16,359) | (75,073) | (640,568) | (56,283) |
| Interest income, net | 3,804 | 1,525 | 1,318 | 4,949 | 6,245 |
| Income (loss) before income taxes | 25,164 | (14,834) | (73,755) | (635,619) | (50,038) |
| Provision for income taxes | 687 | 302 | 86 | — | — |
| Net income (loss) | 24,477 | (15,136) | (73,841) | (635,619) | (50,038) |
| Net income (loss) applicable to common stockholders | $ 24,477 | $ (15,136) | $ (73,841) | $ (635,619) | $ (50,038) |
| Net income (loss) per share (2): | | | | | |
| Basic | $ 0.10 | $ (0.07) | $ (0.39) | $ (3.68) | $ (0.52) |
| Diluted | $ 0.10 | $ (0.07) | $ (0.39) | $ (3.68) | $ (0.52) |
| Pro forma basic and diluted | — | — | — | — | $ (0.37) |
| Shares used in computing net income (loss) per share (2): | | | | | |
| Basic | 245,830 | 220,696 | 191,008 | 172,905 | 95,877 |
| Diluted | 253,816 | 220,696 | 191,008 | 172,905 | 95,877 |
| Pro forma basic and diluted | — | — | — | — | 135,057 |

|  | December 31, | | | | |
|---|---|---|---|---|---|
|  | 2004 | 2003 | 2002 | 2001 | 2000 |
|  | (in thousands) | | | | |
| **Consolidated Balance Sheet Data:** | | | | | |
| Cash, cash equivalents, marketable securities and long-term investments | $ 313,105 | $ 305,392 | $ 118,138 | $ 125,013 | $ 142,065 |
| Working capital | 271,584 | 260,962 | 60,946 | 81,895 | 135,597 |
| Total assets | 393,828 | 358,424 | 153,517 | 216,206 | 194,835 |
| Long-term deferred revenue, net of current portion | 25,960 | 24,302 | 8,024 | 3,942 | — |
| Long-term liabilities, net of current portion | 613 | 829 | 3,293 | 1,289 | — |
| Convertible subordinated note | 10,000 | 10,000 | 10,000 | 10,000 | — |
| Total stockholders' equity | 265,040 | 234,435 | 56,421 | 110,566 | 150,706 |

(1) Excludes non-cash, stock-based compensation expense as follows:

|  | December 31, | | | | |
|---|---|---|---|---|---|
|  | 2004 | 2003 | 2002 | 2001 | 2000 |
|  | (in thousands) | | | | |
| Cost of revenues | $ 18 | $ 45 | $ 235 | $ 1,304 | $ 404 |
| Research and development | 240 | 1,180 | 8,930 | 42,764 | 11,428 |
| Sales and marketing | 311 | 1,542 | 4,941 | 17,968 | 12,051 |
| General and administrative | 102 | 651 | 2,765 | 12,096 | 2,846 |
|  | $ 671 | $ 3,418 | $ 16,871 | $ 74,132 | $ 26,729 |

(2) See Note 1(q) to our consolidated financial statements for an explanation of the method of calculation. Pro forma per share calculation reflects the conversion of all outstanding shares of redeemable convertible preferred stock into shares of common stock which occurred upon the closing of our IPO in May 2000, as if the conversion occurred at the date of original issuance.