UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DEBORAH CHIN, Individually and on behalf of all others Similarly situated, | ) ) ) ) | **Civ. Action No. 04-10294 DPW** |
| Plaintiff, | ) ) ) |  |
| v. | ) ) |  |
| SONUS NETWORKS, INC., HASSAN AHMED, PH.D. AND STEPHEN NILL, | ) ) ) |  |
| Defendants. | ) ) |  |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Sonus Networks, Inc. ("Sonus") respectfully brings to the Court's attention the decision issued yesterday by the First Circuit Court of Appeals in Brown v. Credit Suisse First Boston LLC, No. 05-1646 (1st Cir. December 12, 2005). (A copy of the decision is attached hereto as Exhibit A.) The decision addresses several of the issues raised in Sonus' motion to dismiss the First Amended Consolidated Class Action Complaint and discussed at the December 7, 2005 motion hearing.

With respect to §20 of the Exchange Act in particular, after concluding that plaintiffs' §10(b) claims failed the PSLRA's pleading requirements, the First Circuit held as follows:

> This pleading failure also provides a sufficient basis upon which to affirm the district court's dismissal of the plaintiffs' section 20(a) claims. Section 20(a) creates derivative liability for those that directly or indirectly control a person or firm found liable under a provision of the Securities Exchange Act. See 15 U.S.C. §78t(a).

1

> Thus, our rejection of the underlying section 10(b) violations dooms the plaintiffs' claims against . . . [defendants] under section 20(a).  See Greebel, 194, F.3d at 207; see also. D. Ct. Op. at 17.

Slip Op. at 30-31 (affirming dismissal).

Respectfully Submitted,

SONUS NETWORKS, INC.

By its attorneys,

/s/ James W. Prendergast
James W. Prendergast (BBO #553073)
Jeffrey B. Rudman (BBO #433380)
Daniel W. Halston (BBO #548692)
Peter A. Spaeth (BBO #545202)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: December 13, 2005

## CERTIFICATE OF SERVICE

I, James W. Prendergast, hereby certify that on December 13, 2005, I caused a true copy of the foregoing Notice of Supplemental Authority to be served electronically via the Court's Electronic Filing System upon all counsel of record.

Dated: December 13, 2005     /s/ James W. Prendergast
                             James W. Prendergast