UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DEBORAH CHIN, Individually and on behalf of all others Similarly situated, | ) ) ) ) | **Civ. Action No. 04-10294 DPW** |
| Plaintiff, | ) ) ) |  |
| v. | ) ) |  |
| SONUS NETWORKS, INC., HASSAN AHMED, PH.D. AND STEPHEN NILL, | ) ) ) |  |
| Defendants. | ) ) |  |

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

In support of its September 12, 2005 Motion to Dismiss the First Amended Consolidated Class Action Complaint, Defendant Sonus Networks, Inc. ("Sonus") respectfully brings to the Court's attention the recently-issued decision issued in In re Siebel Systems, Inc. Sec. Litig., No. 04-0983, Slip Op., 2005 WL 3555718 (N.D. Cal. December 28, 2005).  (A copy of the decision is attached hereto as Exhibit A.)

In Siebel, plaintiffs alleged, inter alia, that defendants "cushioned" Siebel's first quarter of 2002 by delaying the closing of at least $50 million worth of prior deals from the fourth quarter 2001 to the first quarter 2002.  Id. at 8.

To prove that this "cushioning" occurred, plaintiffs relied on apparently ten anonymous sources.  Id. at 9-10.  The court specifically reviewed the circumstances of some of the sources and concluded that none of them would necessarily have personal

1

knowledge of the facts they purported to recite.  The court said: "Plaintiffs' confidential witness allegations do not give rise to a strong inference that defendants engaged in revenue cushioning to improve the first quarter.  None of the anonymous sources was in a position to possess personal knowledge of their allegations." Id. at 9.

The court then dismissed the allegations concerning revenue cushioning, as well as the rest of the complaint, with prejudice and without leave to amend. Id. at 14.

Respectfully Submitted,

SONUS NETWORKS, INC.

By its attorneys,

/s/ James W. Prendergast
James W. Prendergast (BBO #553073)
Jeffrey B. Rudman (BBO #433380)
Daniel W. Halston (BBO #548692)
Peter A. Spaeth (BBO #545202)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Dated:  February 15, 2006                    (617) 526-6000

**CERTIFICATE OF SERVICE**

I, James W. Prendergast, hereby certify that on February 15, 2006, I caused a true copy of the foregoing Notice of Supplemental Authority to be served electronically via the Court's Electronic Filing System upon all counsel of record.

Dated:  February 15, 2006          /s/ James W. Prendergast
                                   James W. Prendergast

US1DOCS 5520257v1