UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>SONUS NETWORKS, INC., HASSAN AHMED, Ph.D., and STEPHEN NILL, )<br><br>Defendants. ) | No. 04-10294 DPW |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JUSTIN S. KUDLER**

Please withdraw the appearance of Justin S. Kudler as counsel for Brad Rollow and Brian Clark in the above-captioned action. Nancy A. Kulesa of Schatz & Nobel, P.C. will continue her appearance as counsel for Brad Rollow and Brian Clark.

Dated: March 31, 2006         Respectfully submitted,

　　　/s/ Justin S. Kudler
Justin S. Kudler (BBO # 644824)
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut  06103
(860) 493-6292

## **CERTIFICATE OF SERVICE**

I, Justin S. Kudler, hereby certify that on this 31st day of March, 2006, a true copy of the foregoing was served electronically via the Court's Electronic Filing System upon all counsel of record.

Dated: March 31, 2006                             /s/ Justin S. Kudler
                                                                    Justin S. Kudler