UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------- x
                                            :
IN RE SONUS NETWORKS, INC. SECURITIES LITIGATION   :   Civil Action
                                            :   No. 04-10294-DPW
------------------------------------------- x
```

### DEFENDANT STEPHEN J. NILL'S JOINDER IN DOCKET NO. 150

Defendant Stephen J. Nill hereby joins in the relief sought by Defendants Sonus Networks, Inc.'s and Hassan Ahmed's Motion For Reconsideration Or, In The Alternative, To Certify Order For Interlocutory Appeal (Docket No. 150) to the extent that such motion would, if granted, result in the dismissal of Counts I and II of the First Amended Consolidated Class Action Complaint (Docket No. 126) (the "Complaint") against Sonus Networks, Inc. ("Sonus").[1] Dismissal of the Section 10(b) and Section 11 claims against Sonus would require the dismissal of the associated Section 20(a) and Section 15 claims against Mr. Nill, and consequently would entirely dispose of this action. See In re Credit Suisse First Boston Corp., 431 F.3d 36, 53 (1st Cir. 2005) (affirming dismissal of Section 20(a) claim and holding that "rejection of the underlying section 10(b) violations dooms the plaintiffs' claims against [defendants] under section 20(a)").[2]

---

[1] Counts I and II of the Complaint purport to assert claims against Sonus pursuant to Section 10(b) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.) and Section 11 of the Securities Act of 1933, (15 U.S.C. §§ 77a et seq.), respectively. The Court's Memorandum And Order dated May 10, 2006 (Docket No. 149) dismissed such claims against Mr. Nill.

[2] Mr. Nill expressly reserves the right to seek, at the appropriate time, dismissal of the Section 20(a) and Section 15 claims on any available alternative grounds, including but not limited to the failure of the Complaint to adequately plead the requisite "culpable participation" on the part of Mr. Nill or plaintiff's failure to otherwise satisfy the standards of pleading or proof applicable to such derivative liability claims.

Dated: May 23, 2006                                     Respectfully submitted,
      Boston, Massachusetts

                                                 /s/ Matthew J. Matule
                                                Thomas J. Dougherty (BBO #132300)
                                                Matthew J. Matule (BBO #632075)
                                                Michael S. Hines (BBO #653943)
                                                SKADDEN, ARPS, SLATE,
                                                  MEAGHER & FLOM LLP
                                                One Beacon Street
                                                Boston, Massachusetts 02108
                                                (617) 573-4800

                                                Counsel for Defendant
                                                Stephen J. Nill

## CERTIFICATE OF SERVICE

       I, Matthew J. Matule, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those indicated as non-registered participants on the NEF on May 23, 2006.

Dated: May 23, 2006                                     /s/ Matthew J. Matule
                                                                           Matthew J. Matule