UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION <br><br> ——————————————————— <br><br> THIS DOCUMENT RELATES TO: ALL CASES <br><br> ——————————————————— | ) Civil Action No. 04-10294-DPW <br> ) (Lead Case) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF SOLOMON B. CERA IN SUPPORT OF
LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
FOR RECONSIDERATION OF ORDER OR, IN THE ALTERNATIVE,
TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL**

I, Solomon B. Cera, declare:

1. I am a partner of Gold Bennett Cera & Sidener LLP, counsel for lead plaintiff BPI Global Asset Management LLP. I submit this declaration in support of Lead Plaintiff's Opposition to Defendants' Motion for Reconsideration of Order Denying Motions to Dismiss or, in the alternative, to Certify Order for Interlocutory Appeal. The matters stated herein are true of my own personal knowledge and, if called to testify thereto, I could and would competently do so.

2. Exhibit A is a true and correct copy of a portion of the transcript of the hearing on defendants' motions to dismiss that took place in this Court on December 7, 2005.

114170

3.      Exhibit B is a chart prepared under my supervision identifying agreements signed by Peter Hemme on behalf of Sonus Networks, Inc. which were included in SEC filings made during the Class Period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of June 2006 at San Francisco, California.

                                        /s/Solomon B. Cera
                                        Solomon B. Cera

## CERTIFICATE OF SERVICE

On June 2, 2006, I caused a copy of this Document to be served by electronic mail via the electronic filing system upon all counsel of record.

Dated: June 2, 2006                     /s/ Solomon B. Cera
                                        Solomon B. Cera