# EXHIBIT B

**Documents Attached to SEC Filings Made by Sonus During the Class Period and Signed by Sonus's Vice President and Controller Peter Hemme**

*Source:* Sonus Networks, Inc.'s 2001 Form 10-K and Form 10-Q for Q1 2003

| Sonus SEC Filing | Date of Filing | Name of Document | Dollar Amount, If Any | Name of Sonus Signer | Title of Signer | Date Signed | Complaint Reference |
|---|---|---|---|---|---|---|---|
| 2001 Form 10-K | 03/28/2002 | Exhibit 10.18 Global Agreement between TR Lookout Partners, Collins Campbell Joint Venture, telecom technologies, inc., and Sonus Networks, Inc. | $1.167,736.50 | Peter Hemme | Vice President and Controller, Sonus Networks, Inc. | 03/05/2002 | ¶¶3, 75-77, and 103-107. |
| 2001 Form 10-K | 03/28/2002 | Exhibit "D" to 5th Amendment to Office Lease Agreement: Guarantee | Guarantee of full payment of rent and performance of duties and obligations | Peter Hemme | Vice President and Controller, Sonus Networks, Inc. | 03/05/2002 | ¶¶3, 75-77, and 103-107. |

| Sonus SEC Filing | Date of Filing | Name of Document | Dollar Amount, If Any | Name of Sonus Signer | Title of Signer | Date Signed | Complaint Reference |
|---|---|---|---|---|---|---|---|
| 2001 Form 10-K | 03/28/2002 | Exhibit "G" Guarantee | Guarantee of full payment of rent and performance of duties and obligations | Peter Hemme | Vice President and Controller, Sonus Networks, Inc. | 03/05/2002 | ¶¶3, 75-77, and 103-107. |
| 2001 Form 10-K | 03/28/2002 | Exhibit "J" Limited Indemnity Agreement | | Peter Hemme | Vice President and Controller, Sonus Networks, Inc. | 03/05/2002 | ¶¶3, 75-77, and 103-107. |

| Sonus SEC Filing | Date of Filing | Name of Document | Dollar Amount, If Any | Name of Sonus Signer | Title of Signer | Date Signed | Complaint Reference |
|---|---|---|---|---|---|---|---|
| 2001 Form 10-K | 03/28/2002 | Exhibit 10.25 Loan and Security Agreement | $20,000,000 Committed Revolving Line – *see* Paragraph 13.1;<br><br>$10,000,000 Committed Equipment Line – *see* Paragraph 13.1;<br><br>$1,000,000 letters of credit – *see* Paragraph 2.1.1(a);<br><br>$5,000,000 cash management services sublimit – *see* Paragraph 2.1.2;<br><br>$100,000 minimum equipment advances – *see* Paragraph 2.1.3. | Peter Hemme | Vice President and Controller, Sonus Networks, Inc. | 03/25/2002 | ¶¶3, 75-77, and 103-107. |

| Sonus SEC Filing | Date of Filing | Name of Document | Dollar Amount, If Any | Name of Sonus Signer | Title of Signer | Date Signed | Complaint Reference |
|---|---|---|---|---|---|---|---|
| Form 10-Q for Q1 2003 | 05/09/2003 | Exhibit 10.1 Loan Modification Agreement | $100,000 Minimum Term Loan Advances – *see* Paragraph 3.(A)(5);<br><br>Note: Exhibit 10.1 is a modification of the Exhibit 10.25 Loan and Security Agreement. Thus, it also involves the $20,000,000 Committed Revolving Line. | Peter Hemme | VP & Corporate Controller, Sonus Networks, Inc. | 03/14/2003 | ¶¶3, 75-77, and 141-151. |