UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION | ) Civil Action No. 04-10294-DPW <br> ) (Lead Case) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) <br> ) <br> ) <br> ) |

**LEAD PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER DENYING MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL**

Pursuant to Rule 201 of the Federal Rules of Evidence, Lead Plaintiff requests that the Court take judicial notice of the following documents filed by Defendant Sonus Networks, Inc. with the Securities and Exchange Commission ("SEC"):

| Exhibit | File Date | Document |
|---|---|---|
| A | May 9, 2003 | Exhibit 10.1 to Form 10-Q, quarter ending March 31, 2003 |
| B | May 22, 2000 | Exhibit 3.2 to Form S-1/A |

Judicial notice of these SEC filings is appropriate because they are not subject to reasonable dispute, as the accuracy of the documents can be confirmed through sources whose accuracy cannot reasonably be questioned. Fed.R.Evid. 201(b). The accuracy of these documents can be

#114159                                                                                          1

confirmed through the EDGAR (Electronic Data Gathering, Analysis, and Retrieval) system at the SEC's website (www.SEC.gov), which exists to provide investors and others with access to documents filed with the agency. The court may properly consider these filings. *See United States Securities and Exchange Commission v. Tambone*, 417 F.Supp.2d 127, 130 (D. Mass. 2006), citing *Nollet v. Justices of the Trial Court of Mass.*, 83 F.Supp.2d 204, 208 (D. Mass. 2000) *aff'd,* 248 F.3d 1127, 2000 WL 1803320 (1st. Cir. 2000).

Dated: June 2, 2006                              GOLD BENNETT CERA & SIDENER LLP

                                                 By /s/Solomon B. Cera
                                                        Solomon B. Cera

                                                 Solomon B. Cera
                                                 Steven O. Sidener
                                                 Pamela A. Markert
                                                 Kenneth A. Frost
                                                 595 Market Street, Suite 2300
                                                 San Francisco, California 94105
                                                 Telephone ( 415) 777-2230
                                                 Facsimile: (415) 777-5189
                                                 E-mail: scera@gbcslaw.com

                                                 Attorneys for Lead Plaintiff
                                                 BPI Global Asset Management LLP

**CERTIFICATE OF SERVICE**

On June 2, 2006, I caused a copy of this Document to be served by electronic mail via the electronic filing system upon all counsel of record.

Dated: June 2, 2006                              /s/ Solomon B. Cera
                                                 Solomon B. Cera

#114159                                                                                    2