UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEBORAH CHIN, Individually and on behalf of all others Similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. AND STEPHEN NILL,<br><br>Defendants. | Civ. Action No. 04-10294 DPW |

## CERTIFICATION OF DEFENDANT SONUS NETWORKS, INC. REGARDING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION

The undersigned confirm that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course - - and various alternative courses - - for the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Charles J. Gray
General Counsel
Sonus Networks, Inc.
250 Apollo Drive
Chelmsford, MA 01824

_____
James W. Prendergast (BBO #553073)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
Counsel for Defendant Sonus Networks, Inc.

DATED: June *b*, 2006
       July

US1DOCS 5719411v1