UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION | ) Civil Action No. 04-10294-DPW<br>) (Lead Case) |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | ) |

**CERTIFICATION OF LEAD PLAINTIFF REGARDING
BUDGET AND ALTERNATIVE DISPUTE RESOLUTION**

The undersigned confirm that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
John Myklusch
Chief Financial Officer
BPI Global Asset Management LLC

_____
Solomon B. Cera
Gold Bennett Cera & Sidener LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

Dated: June 28, 2006

#114419

## CERTIFICATE OF SERVICE

I, KimLane E. Gantan, hereby declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835. I am over the age of eighteen years and am not a party to this action.

On July 6, 2006, a true and correct copy of the aforementioned **"CERTIFICATION OF LEAD PLAINTIFF REGARDING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION"** was delivered to all counsel of record by electronic service pursuant to the Court's Order Regarding Electronic Service.

Executed on July 6, 2006, at San Francisco, California.

_____
KimLane E. Gantan

109222