UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC.<br>LITIGATION ) ) ) ) ) ) ) | Civil Action No. 04-10294 DPW |

### DEFENDANT HASSAN M. AHMED'S
### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), counsel John R. Baraniak, Jr. and defendant Hassan M. Ahmed, hereby affirm that they have conferred: (a) with a view to establishing a budget for conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider resolution of this litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

_____
Hassan M. Ahmed

/s/ John R. Baraniak, Jr.
John R. Baraniak, Jr. (BBO# 552259)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

Dated: July 7, 2006

4097720v1