UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------- x
IN RE SONUS NETWORKS, INC.          :   Civil Action
SECURITIES LITIGATION               :   No. 04-10294-DPW
----------------------------------- x
```

### DEFENDANT STEPHEN J. NILL'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and defendant Stephen J. Nill have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: July 11, 2006                              Respectfully submitted,

/s/ Stephen J. Nill                               /s/ Matthew J. Matule
Stephen J. Nill                                   Thomas J. Dougherty (BBO #132300)
                                                  Matthew J. Matule (BBO #632075)
                                                  Michael S. Hines (BBO #653943)
                                                  SKADDEN, ARPS, SLATE,
                                                    MEAGHER & FLOM LLP
                                                  One Beacon Street
                                                  Boston, Massachusetts 02108
                                                  (617) 573-4800
                                                  dougherty@skadden.com
                                                  mmatule@skadden.com
                                                  mhines@skadden.com

                                                  Counsel for Defendant Stephen J. Nill

### CERTIFICATE OF SERVICE

I, Matthew J. Matule, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those indicated as non-registered participants on the NEF on July 11, 2006.

Dated: July 11, 2006                              /s/ Matthew J. Matule
                                                  Matthew J. Matule