UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: SONUS NETWORKS, INC. LITIGATION | Case No.: C-04-10294-DPW (Lead Case) |
| THIS DOCUMENT RELATES TO: ALL CASES. | |

**MOTION FOR ADMISSION *PRO HAC VICE*
AND CERTIFICATION OF PAMELA A. MARKERT**

#114682

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, Patricia A. Szumowski, hereby moves that this Court enter an Order permitting Pamela A. Markert of Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California 94105-2835, tel: (415) 777-2230, fax: (415) 777-5189, email: pmarkert@gbcslaw.com, to appear before this Court in the above-captioned action on behalf of Lead Plaintiff BPI Global Asset Management LLP.

I am informed and believe that Ms. Markert is, and has been, a member in good standing of the bar of the State of California, as well as the United States District Court for the Northern District of California and the Ninth Circuit U.S. Court of Appeals. I am further informed and believe that there are no disciplinary proceedings pending against Ms. Markert as a member of the bar in any jurisdiction. Ms. Markert has represented to me that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Ms. Markert has submitted herewith her Certification of Pamela A. Markert for Admission Pro Hac Vice as required by Local Rule 83.5.3.

WHEREFORE, I respectfully move that Ms. Markert be admitted to practice before this Court *pro hac vice*.

Dated: July 27, 2006

Respectfully submitted,

GRAHAM & ALBANO, P.C.

By: _____/s/Patricia A. Szumowski_____
Patricia A. Szumowski, BBO #653839
100 Russell Street
P.O. Box 377
Hadley, Massachusetts 01035
Telephone: (413) 586-5055
Facsimile: (413) 532-3387

#114682

## CERTIFICATION OF PAMELA A. MARKERT FOR ADMISSION PRO HAC VICE

I, Pamela A. Markert, hereby certify that:

1. I am admitted the bar of the State of California, as well as the United States District Court for the Northern District of California and the Ninth Circuit U.S. Court of Appeals.

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice, and I have never been subject to any such disciplinary proceeding in the past.

4  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

DATED: July 25, 2006

          /s/Pamela A. Markert
          Pamela A. Markert

GOLD BENNETT CERA & SIDENER LLP
Solomon B. Cera
  scera@gbcslaw.com
Pamela A. Markert
  pmarkert@gbcslaw.com
Kenneth A. Frost III
  kfrost@gbcslaw.com
595 Market Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 777-2230
Fax: (415) 777-5189

Attorneys for Lead Plaintiff BPI Global Asset Management LLP

#114682

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2006, I caused a true and correct copy of the aforementioned **"MOTION FOR ADMISSION *PRO HAC VICE* AND CERTIFICATION OF PAMELA A. MARKERT"** to be served on counsel of record by electronic service pursuant to the Court's Order Regarding Electronic Service.

                                              /s/Patricia A. Szumowski

                                                 Patricia A. Szumowski

114693