UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: SONUS NETWORKS, INC. LITIGATION | Case No.: C-04-10294-DPW (Lead Case) |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**MOTION FOR ADMISSION *PRO HAC VICE*
AND CERTIFICATION OF KENNETH A. FROST III**

#114549

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, Patricia A. Szumowski, hereby moves that this Court enter an Order permitting Kenneth A. Frost III of Gold Bennett Cera & Sidener, LLP, 595 Market Street, Suite 2300, San Francisco, CA 94105-2835, tel: (415) 777-2230, fax: (415) 777-5189, e-mail: kfrost@gbcslaw.com, to appear before this Court in the above-captioned action on behalf of Lead Plaintiff BPI Global Asset Management LLP.

I am informed and believe that Mr. Frost is, and has been, a member in good standing of the bar of the State of California and the bar of the District of Columbia, as well as the United States District Court for the Northern District of California and the United States Court of Appeals for the Ninth Circuit. I am further informed and believe that there are no disciplinary proceedings pending against Mr. Frost as a member of the bar in any jurisdiction. Mr. Frost has represented to me that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Mr. Frost has submitted herewith his Certification of Kenneth A. Frost III for Admission Pro Hac Vice as required by Local Rule 83.5.3, attached hereto.

Wherefore, I respectfully move that Mr. Frost be admitted to practice before this Court *pro hac vice*.

Dated: July 27, 2006

Respectfully submitted,

GRAHAM & ALBANO, P.C.

By: /s/Patricia A. Szumowski
Patricia A. Szumowski, BBO #653839
100 Russell Street
P.O. Box 377
Hadley, Massachusetts 01035
Telephone: (413) 586-5055
Facsimile: (413) 586-3387

#114549

## CERTIFICATION OF KENNETH A. FROST III FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3 of the U.S. District Court for Massachusetts, I, Kenneth A. Frost III, hereby certify that:

1. I am a member of the bar of the State of California and the bar of the District of Columbia, as well as the United States District Court for the Northern District of California and the U.S. Court of Appeals for the Ninth Circuit.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction and I have never been subject to any such disciplinary proceeding in the past.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

DATED: July 25, 2006                    /s/Kenneth A. Frost III
                                        Kenneth A. Frost III

                                        GOLD BENNETT CERA & SIDENER, LLP
                                        Solomon B. Cera
                                        Kenneth A. Frost III
                                        595 Market Street, Suite 2300
                                        San Francisco, CA 94105
                                        Tel: (415) 777-2230
                                        Fax: (415) 777-5189

#114549

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2006, I caused a true and correct copy of the aforementioned **"MOTION FOR ADMISSION *PRO HAC VICE* AND CERTIFICATION OF KENNETH A. FROST III"** to be served on counsel of record by electronic service pursuant to the Court's Order Regarding Electronic Service.

                                                /s/Patricia A. Szumowski
                                                Patricia A. Szumowski

114693