UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:                                              )
                                                    )
SONUS NETWORK, INC. LITIGATION          )       CIVIL ACTION NO.
_____     )       04-10294-DPW

## SCHEDULING ORDER

WOODLOCK, D.J.

      The above-entitled action having been heard on July 13, 2006, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1) Motion for class certification due by **JULY 31, 2006**; Class discovery shall be completed by **OCTOBER 2, 2006**; Oppositions to motion due by **NOVEMBER 1, 2006.** Reply due by **DECEMBER 6, 2006.**

(2) A hearing on Motion for Class Certification is set for **JANUARY 3, 2007 AT 2:30 P.M.** in Courtroom 1 on the 3rd floor before Hon. Douglas P. Woodlock, U.S.D.J.

(3) Document discovery shall be completed by **OCTOBER 2, 2006.**

By the Court,

/s/ Michelle Rynne
Deputy Clerk

DATED: July 27, 2006