UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION | ) Civil Action No. 04-10294-DPW<br>) (Lead Case)<br>)<br>)<br>) |
| | ) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) DATE: January 3, 2007<br>) TIME: 2:30 p.m.<br>) COURTROOM: 1<br>) The Honorable Douglas P. Woodlock<br>) |

## LEAD PLAINTIFF'S NOTICE OF MOTION
## AND MOTION FOR CLASS CERTIFICATION

GOLD BENNETT CERA & SIDENER LLP
Solomon B. Cera
Steven O. Sidener
Pamela A. Markert
Kenneth A. Frost
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: ( 415) 777-2230
Facsimile: (415) 777-5189

Attorneys for Lead Plaintiff
BPI Global Asset Management LLP

#114237

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Lead Plaintiff BPI Global Asset Management LLP ("Lead

Plaintiff") will, and hereby does, move on January 3, 2007 at 2:30 p.m., in Courtroom 1 of the

above-entitled Court, before the Honorable Douglas P. Woodlock, United States Courthouse, 1

Courthouse Way, Boston, Massachusetts, for certification of a plaintiff Class pursuant to Rule

23(a) and (b)(3), Fed.R.Civ.P., consisting of:

> All persons or entities who purchased or otherwise acquired Sonus Networks, Inc.
> ("Sonus") securities from March 28, 2002 through March 26, 2004 and who were
> damaged thereby.  Excluded from the Class are the defendants, officers and directors of
> the Company at all relevant times, members of their immediate families and their legal
> representatives, heirs, successors or assigns and any entity in which defendants have or
> had a controlling interest.

Moreover, Lead Plaintiff moves for certification of a plaintiff Subclass pursuant to Rule

23(a), (b)(3) and (c)(4), Fed.R.Civ.P., consisting of:

> All persons or entities who purchased or otherwise acquired newly issued Sonus
> securities pursuant to the Prospectus Supplement dated September 23, 2003 and
> who were damaged thereby. Excluded from the Subclass are the defendants,
> officers and directors of the Company at all relevant times, members of their
> immediate families and their legal representatives, heirs, successors or assigns and
> any entity in which defendants have or had a controlling interest.

Lead Plaintiff further requests that it be appointed as the representative for the Class and

Subclass, and that Gold Bennett Cera & Sidener LLP be appointed as counsel for the Class and

Subclass, pursuant to Rule 23(g), Fed.R.Civ.P.

This motion is made on grounds that the requirements of Rule 23 of the Federal Rules of

Civil Procedure are satisfied.  This motion is further based upon this Notice of Motion and

Motion, the accompanying memorandum of points and authorities and Declaration of Bjorn I.

Steinholt, CFA, all other pleadings and papers on file in this action, and such other argument as

#114237

1

the Court may consider at the hearing on this motion.

Dated: July 31, 2006                    GOLD BENNETT CERA & SIDENER LLP

                                        By   /s/ Solomon B. Cera
                                                Solomon B. Cera

                                        Attorneys for Lead Plaintiff
                                        BPI Global Asset Management LLP