UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION | ) Civil Action No. 04-10294-DPW <br> ) (Lead Case) <br> ) <br> ) |
| | ) **PROOF OF SERVICE** <br> ) |
| THIS DOCUMENT RELATES TO: <br> ALL CASES | ) <br> ) <br> ) <br> ) <br> ) |

106776

## PROOF OF SERVICE

I, KimLane E. Gantan, hereby declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835. I am over the age of eighteen years and am not a party to this action.

On July 31, 2006, I served a copy of:

1. **LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**

2. **LEAD PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

3. **DECLARATION OF BJORN I. STEINHOLT, CFA**

together with this Proof of Service, was delivered to all counsel of record by electronic service pursuant to the Court's Order Regarding Electronic Service.

Executed on July 31, 2006, at San Francisco, California.

_____
KimLane E. Gantan

106776

- 1 -