UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION | ) Civil Action No. 04-10294-DPW<br>) (Lead Case)<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO: ALL CASES | )<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR MODIFICATION OF SCHEDULE
RELATING TO LEAD PLAINTIFF'S CLASS CERTIFICATION MOTION**

#115189

Pursuant to Rule 6(b)(1), Fed.R.Civ.P., Lead Plaintiff BPI Global Asset Management LLP and defendants Sonus Networks, Inc., Hassan M. Ahmed, and Stephen N. Nill hereby jointly move for an extension of the deadlines established in the Court's July 27, 2006 Scheduling Order. The grounds for the motion are that, despite continuing good faith efforts to complete the class certification discovery on the timetable previously agreed upon in the parties' Joint Scheduling Conference Statement, filed July 6, 2006, additional time is needed to complete such discovery. *See* the Declaration of Solomon B. Cera, filed herewith. As a result, the briefing schedule and hearing date on Lead Plaintiff's Motion for Class Certification should also be adjusted.

On July 6, 2006, the parties filed an agreed proposed schedule for, *inter alia*, the filing of the class certification motion, related discovery, and further briefing. That schedule, and the subsequent Scheduling Order approving it, required the filing of the motion on July 31, 2006, with discovery to be completed by October 2, 2006, opposition papers to be filed by November 1, 2006, and lead plaintiff's reply brief by December 6, 2006. The court set the matter for hearing on January 3, 2007.

Lead Plaintiff's class certification motion was timely filed on July 31, 2006. However, despite good faith efforts to meet the schedule, the parties require additional time to complete the class certification discovery process.[1] The need for additional time has been occasioned by disputes regarding the defendants' class certification discovery requests, and the parties' ongoing meet and confer efforts to resolve those disputes. In addition, the parties concur that any

---

[1] At the same time as the class certification process has been ongoing, and pursuant to the parties' July 6 agreement, merits discovery has been going forward with the production of documents by defendants and certain third parties.

#115189                                                                 1

appropriate depositions should be taken only after all document related issues and disputes have been resolved.

Accordingly, the parties jointly request that the Court enter a revised Scheduling Order establishing the following dates relating to the class certification motion:

- Class certification discovery to be completed by November 22, 2006;
- Defendants' opposition to class certification filed by January 5, 2007;
- Lead Plaintiff's reply papers in support of class certification filed by February 7, 2007;
- Hearing date to be set by the Court

The parties respectfully request that the Court enter an order approving the foregoing revised schedule for lead plaintiff's class certification motion.

Dated: September 29, 2006				GOLD BENNETT CERA & SIDENER LLP

						By: /s/Solomon B. Cera
						    Solomon B. Cera
						    595 Market Street, Suite 2300
						    San Francisco, California 94105
						    Telephone: (415) 777-2230

						    Attorneys for Lead Plaintiff
						    BPI Global Asset Management LLP

Dated: September 29, 2006				WILMER CUTLER PICKERING HALE
						  AND DORR LLP

						By: /s/James W. Prendergast
						    James W. Prendergast (BBO #553073)
						    60 State Street
						    Boston, Massachusetts 02109
						    Telephone: (617) 526-6000

						    Attorneys for Defendant
						    Sonus Networks, Inc.

#115189							2

Dated: September 29, 2006                CHOATE, HALL & STEWART

                                                                            By: /s/John R. Baraniak, Jr.
                                                                               John R. Baraniak, Jr. (BBO #552259)
                                                                               Two International Place
                                                                               Boston, Massachusetts 02110
                                                                               Telephone: (617) 248-5000

                                                                               Attorneys for Defendant
                                                                               Hassan M. Ahmed

Dated: September 29, 2006                SKADDEN, ARPS, SLATE, MEAGHER
                                                                              & FLOM LLP

                                                           By: /s/Matthew J. Matule
                                                                              Matthew J. Matule (BBO# 632075)
                                                                              One Beacon Street
                                                                              Boston, Massachusetts 02108
                                                                              Telephone: (617) 573-4800

                                                                               Attorneys for Defendant
                                                                               Stephen N. Nill

CERTIFICATE OF SERVICE

I, KimLane E. Gantan, hereby certify that on September 29, 2006, I caused a true and correct copy of the aforementioned **"JOINT MOTION FOR MODIFICATION OF SCHEDULE RELATING TO LEAD PLAINTIFF'S CLASS CERTIFICATION MOTION"** to be served on counsel of record by electronic service pursuant to the Court's Order Regarding Electronic Service.

_____
KimLane E. Gantan

#115237