**EXHIBIT "A"**

I, _____, acknowledge and declare as follows:
     (Print Name)

I have read the STIPULATED PROTECTIVE ORDER CONCERNING DISLCOSURE OF CONFIDENTIAL INFORMATION issued by the United States District Court for the District of Massachusetts in the matter of *In re Sonus Networks, Inc. Litigation, and all related actions,* Civil Action No. 04-10294 DPW, regarding confidentiality of materials designated by the parties and their counsel. I understand and agree to be bound by the terms of this Order. I further irrevocably consent to the jurisdiction of the United States District Court for the District of Massachusetts for the purpose of any proceeding to enforce or secure compliance with the terms of the Stipulation and Confidentiality Order, or to punish the breach of any of the terms of the Stipulation and Confidentiality Order.

I declare under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct. Executed on _____, _____.

_____
(Signature)

## CERTIFICATE OF SERVICE

I, James W. Prendergast, hereby certify that on December 21, 2006, I caused a true copy of the foregoing document to be served electronically via the Court's Electronic Filing System upon all counsel of record.

Dated:  December 21, 2006          /s/ James W. Prendergast
                                   James W. Prendergast