UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| IN RE SONUS NETWORKS, INC. | ) | **Civ. Action No. 04-10294 DPW** |
| SECURITIES LITIGATION | ) | |
| _____ | ) | |

**AFFIDAVIT OF SHERRY HARTEL HAUS IN SUPPORT OF DEFENDANTS' SONUS NETWORKS, INC.'S AND HASSAN M. AHMED'S OPPOSITION TO BPI GLOBAL ASSET MANAGEMENT LLP'S MOTION FOR CLASS CERTIFICATION**

I, Sherry Hartel Haus, depose and state the following:

1. I am an associate at Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts. I am a member in good standing of the Bar of the Commonwealth of Massachusetts. I am counsel for Defendant Sonus Networks, Inc. in the above-captioned-matter.

2. I submit this affidavit on behalf of Defendants Sonus Networks, Inc. and Hassan M. Ahmed, in support of their Opposition to BPI Global Asset Management LLP's Motion for Class Certification in the above-captioned matter.

3. I have attached true and accurate copies of the following documents hereto:

    a) Attached as Exhibit A, excerpts from the transcript of the November 21, 2006 deposition of Charles Sweeney.

    b) Attached as Exhibit B, excerpts from the transcript of the November 3, 2006 deposition of John Francis Myklusch.

    c) Attached as Exhibit C, excerpts from the transcript of the November 15, 2006 deposition of John P. Bichelmeyer.

    d) Attached as Exhibit D, excerpts from the transcript of the June 28, 2004 hearing before this Court in the above-captioned matter.

Subscribed and sworn to under the pains and penalties of perjury on this 5th day of January, 2007.

                                       /s/ Sherry Hartel Haus
                                       Sherry Hartel Haus

### CERTIFICATE OF SERVICE

On January 5, 2007, I caused a copy of this Document to be served by electronic mail via the electronic filing system upon all counsel of record.

                                       /s/ Sherry Hartel Haus
                                       Sherry Hartel Haus