# EXHIBIT B

UNITED STATES DISTRICT

DISTRICT OF MASSACHUSETTS


Civ. Action No. 04-10294 DPW


DEBORAH CHIN, individually and on
behalf of all others similarly
situated,

        Plaintiff,

vs.

SONUS NETWORKS, INC., HASSAN
AHMED, PH.D. AND STEPHEN NILL,

        Defendants.

_____/


DEPOSITION OF CHARLES SWEENEY

November 21, 2006
Wyndham Hotel
8100 International Drive
Orlando, Florida  32819
9:27 a.m. - 12:29 p.m.


Reported by:

Lori Junker, RPR

Notary Public, State of Florida

Page 81

1    strike that.

2           At the time that you authorized the

3    commencement of this litigation asserting fraud

4    claims against Sonus Networks, Hassan Ahmed and

5    Stephen Nill, what was your basis for the assertion

6    of fraud?

7        A    You know, the recommendation of counsel.

8        Q    Other than what counsel's recommendation

9    may have been, were you aware of any facts that

10   supported the assertion of a fraud claim against the

11   defendants?

12       A    Well, there were restatements involved in

13   financial statements.  There were disclosures that

14   had been made as I understand it that were not

15   accurate.

16       Q    And is there anything that you're aware of

17   with respect to those two items that you just

18   identified that provide a factual basis for asserting

19   fraud?

20       A    I don't think I'm in a position to answer

21   the question.  I am not sure what a factual basis is.

22       Q    Well, in your experience as a CPA does the

23   fact that a company may restate its financials mean

24   that the restatement is as a result of fraud at the

25   company?

Charles Sweeney                                           11/21/2006

Page 82

1          MR. CERA:  Object to the form.

2          THE WITNESS:  Not necessarily.

3    BY MR. MATULE:

4       **Q    And so I'll ask you to answer my question**

5    **one more time.**

6          MR. CERA:  I think he's answered it.

7    BY MR. MATULE:

8       **Q    Sir, are you sitting here today or at the**

9    **time that you authorized the filing of this lawsuit**

10   **and other than you've already testified, are you**

11   **aware of any facts that would support the claim of**

12   **fraud in this case?**

13         MR. CERA:  Asked and answered.

14         THE WITNESS:  I guess I would ask the

15         question:  What facts are required to establish

16         fraud that might assist me to answer that

17         question?

18   BY MR. MATULE:

19      **Q    Well, if you like, you can take a break**

20   **and talk to your counsel about the legal requirements**

21   **for a fraud claim.  Would you like to do that?**

22         MR. CERA:  Well, I think he's already

23         testified that he's relied, at least in part, on

24         the recommendations and work of counsel.  I

25         think he's answered your question.  Do you have