# EXHIBIT C

John Francis Myklusch                                   11/03/2006

Page 1

| | |
|---|---|
| 08:47:27 | UNITED STATES DISTRICT COURT |
| 08:47:27 | FOR THE DISTRICT OF MASSACHUSETTS |
| 08:47:27 | ------------------------------------------------- |
| 08:47:27 | IN RE: |
| 08:47:27 | |
| 08:47:27 | SONUS NETWORKS, INC., |
| 08:47:27 | LITIGATION |
| 08:47:27 |                                Civil Action No. |
| 08:47:27 |                                04-10294-DPW |
| 08:47:27 |                                Lead Case |
| 08:47:27 | ------------------------------------------------- |
| 08:47:27 |                   9:30 a.m. |
| |                   November 3, 2006 |
| 08:47:27 | |
| |                   399 Park Avenue |
| 08:47:27 |                   New York, New York |
| 08:47:27 | |

    DEPOSITION of JOHN FRANCIS MYKLUSCH, a
Witness in the above entitled matter, taken
pursuant to Notice, before Stephen J. Moore, a
Registered Professional Reporter, Certified
Realtime Reporter, and Notary Public of the
State of New York.

Page 203

JOHN MYKLUSCH

14:44:28  1
14:44:33  2      case.
14:44:50  3      Q      Mr. Myklusch, is it your
14:44:52  4  contention in this case that the restatement at
14:44:58  5  Sonus in July of 2004 was as a result of fraud?
14:45:00  6      A      Revenue manipulation would be a
14:45:02  7  fraud, so yes, I think the primary driver is a
14:45:05  8  fraud at issue.
14:45:08  9      Q      Are you aware of any facts
14:45:09 10  supporting such contention that there was
14:45:11 11  fraud?
14:45:14 12      A      I know the broad strokes of the
14:45:17 13  case, but I do not know the exact details
14:45:18 14  behind the exact specific instances or frauds
14:45:20 15  that are alleged.
14:45:22 16      Q      It's fair to say, is it not,
14:45:23 17  that you don't have any personal knowledge
14:45:24 18  about any of the allegations in the Complaint?
14:45:28 19          MR. CERA:  Well, hold on a
14:45:29 20      second.
14:45:32 21          That's overbroad.  Any of the
14:45:34 22      allegations like the Plaintiff purchased
         23      Sonus securities?
         24          I mean are you talking about the
         25      underlying charging allegations of

JOHN MYKLUSCH

14:46:34  1
14:46:38  2     Q    (Continuing) -- whether you
14:46:40  3  have any personal knowledge of any of the
14:46:43  4  allegations in the Complaint?
14:46:50  5     A    If your question is asking me
14:46:56  6  whether I am aware of the specific allegations
14:46:58  7  or any of the specific specifics of the case in
14:46:59  8  that layer of detail, then the answer is no.
14:47:00  9     Q    Do you know who Peter Hemme
14:47:06 10  is?
14:47:08 11     A    I believe Peter Hemme is the
14:47:13 12  Comptroller of Sonus.
14:47:14 13          Or was the Comptroller, I'm
14:47:16 14  relatively sure he's not today.
14:47:19 15     Q    Do you have any personal
14:47:57 16  knowledge of any of the allegations that are
14:48:06 17  made against Mr. Hemme?
14:48:09 18     A    I do not.
14:48:17 19     Q    Who is the individual at BPI or
14:48:21 20  Trilogy who has primary oversight
14:48:22 21  responsibility for this litigation?
14:48:24 22     A    How would you define oversight?
         23     Q    What do you understand by that
         24  term?
         25     A    If you mean the ability to make