UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                      )
IN RE SONUS NETWORKS, INC.           )    Civ. Action No. 04-10294 DPW
SECURITIES LITIGATION                     )
                                                      )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Melissa B. Coffey, BBO #660750, on behalf of Defendant Sonus Networks, Inc.

        Respectfully Submitted,

        SONUS NETWORKS, INC.

        By its attorneys,

        /s/ Melissa B. Coffey
        Jeffrey B. Rudman (BBO #433380)
        James W. Prendergast (BBO #553073)
        Peter A. Spaeth (BBO #545202)
        Sherry Hartel Haus (BBO #663777)
        Melissa B. Coffey (BBO #660750)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000
        *Attorneys for Sonus Networks, Inc.*

Dated: January 5, 2007

## CERTIFICATE OF SERVICE

      On January 5, 2007, I caused a copy of this Document to be served by electronic mail via the electronic filing system upon all counsel of record.

      /s/ Melissa B. Coffey
      Melissa B. Coffey