UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
IN RE SONUS NETWORKS, INC.                    )   Civ. Action No. 04-10294 DPW
SECURITIES LITIGATION                         )
_____)

**DEFENDANTS SONUS NETWORKS, INC.'S AND HASSAN M. AHMED'S
ASSENTED-TO MOTION FOR LEAVE TO FILE NOTICE OF
SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO
BPI GLOBAL ASSET MANAGEMENT LLP'S
MOTION FOR CLASS CERTIFICATION**

Pursuant to Local Rule 7.1(B)(3) of the District of Massachusetts, defendants Sonus Networks, Inc. and Hassan M. Ahmed (collectively, "Defendants") respectfully move for leave to file the accompanying Notice of Supplemental Authority in support of their Opposition to BPI Global Asset Management LLP's Motion for Class Certification ("Opposition"). In support of this motion, Defendants submit that the supplemental authority was issued after Defendants filed their Opposition, Lead Plaintiff has not yet filed its reply in support of its motion for class certification and will therefore have a full opportunity to address this supplemental authority, and Defendants believe the supplemental authority will assist the Court in its resolution of the pending motion. Lead Plaintiff has assented to this motion.

WHEREFORE, Defendants move, with the assent of counsel for Lead Plaintiff, for leave to file the accompanying Notice of Supplemental Authority.

        Respectfully Submitted,

        /s/ James W. Prendergast
        /s/ Melissa B. Coffey
        Jeffrey B. Rudman (BBO #433380)
        James W. Prendergast (BBO #553073)
        Peter A. Spaeth (BBO #545202)
        Sherry Hartel Haus (BBO #663777)
        Melissa B. Coffey (BBO #660750)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000
        *Attorneys for Sonus Networks, Inc*

        /s/ John R. Baraniak
        Robert S. Frank, Jr. (BBO #177240)
        John R. Baraniak, Jr. (BBO #552259)
        Choate Hall & Stewart
        Two International Place
        Boston, Massachusetts 02109
        (617) 248-5000
Dated: February 2, 2007      *Attorneys for Hassan M. Ahmed*

# DEFENDANTS SONUS NETWORKS, INC.'S AND HASSAN M. AHMED'S LOCAL RULE 7.1(A) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for defendants Sonus Networks, Inc. hereby certifies that she conferred in good faith with opposing counsel regarding Defendants Sonus Networks, Inc.'s and Hassan M. Ahmed's Motion for Leave to File Notice of Supplemental Authority in Support of Opposition to BPI Global Asset Management LLP's Motion for Class Certification. Lead Plaintiff's counsel assented to Defendants' request to file a Notice of Supplemental Authority.

Respectfully Submitted,

/s/ Melissa B. Coffey
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Peter A. Spaeth (BBO #545202)
Sherry Hartel Haus (BBO #663777)
Melissa B. Coffey (BBO #660750)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: February 2, 2007

*Attorneys for Sonus Networks, Inc*

## CERTIFICATE OF SERVICE

      I, Melissa B. Coffey, hereby certify that on February 2, 2007, I caused a true copy of the foregoing documents to be served electronically via the Court's Electronic Filing System upon all counsel of record.

Dated:  February 2, 2007                /s/ Melissa B. Coffey
                                              Melissa B. Coffey

US1DOCS 6048028v1