# Exhibit G

## CERTIFICATE OF PLAINTIFF

BPI Global Asset Management LLP ("BPI") hereby certifies that

BPI has reviewed the complaint prepared by its attorneys, Gold Bennett Cera & Sidener LLP, and agrees to be a representative plaintiff in this action.

BPI did not purchase or otherwise acquire the securities of Sonus Networks Inc ("Sonus") which are the subject of the complaint at the direction of counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934 or the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995.

BPI is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

BPI purchased and/or sold Sonus stock in the amounts and on the dates identified in the attachment hereto.

### [SEE SCHEDULE ATTACHED]

During the three years prior to the date of this Certificate, BPI has not sought to serve and has not served as a representative party in five or more class action cases filed under the federal securities laws.

BPI will not accept any payment for serving as a representative party on behalf of the Class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class and BPI's activities in the lawsuit, as ordered or approved by the Court.

Nothing herein shall be construed to be or constitute a waiver of BPI's attorney-client privilege.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April __8__, 2004

On Behalf of
BPI Global Asset Management LLP

519.

BPI GLOBAL ASSET MANAGEMENT LLP
SONUS NETWORKS TRANSACTIONS

BEGIN DATE: 05/12/03
END DATE: 04/08/04

Run Date: 04/08/04
Run Time:
NO DLM

| PORTFOLIO NAME | CLIENT NAME | TRADE DATE | SETTLE DATE | TRAN TYPE | PRICE SYMBOL | SECURITY NAME | QUANTITY | COST TO PURCHASE | ISO | PROCEEDS FROM SELL | ISO | GAIN (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AEV | BPI American Equity Fund | 9/23/2003 | 9/26/2003 | Buy | SONS | SONUS NETWORKS | 360,000 | 2,408,000.00 | USD | | USD | |
| AEV | BPI American Equity Fund | 3/24/2004 | 3/29/2004 | Sell Long | SONS | SONUS NETWORKS | (166,300) | | USD | 2,262,110.60 | USD | |
| AEV | BPI American Equity Fund | 3/25/2004 | 3/30/2004 | Sell Long | SONS | SONUS NETWORKS | (90,000) | | USD | 394,349.57 | USD | |
| AEV | BPI American Equity Fund | 3/26/2004 | 3/31/2004 | Sell Long | SONS | SONUS NETWORKS | (103,700) | | USD | 474,543.75 | USD | |
| AEV Total | | | | | | | | | | | | (1,252,761.87) |
| ABV-SCTR | BPI American Equity Sector Fund | 9/23/2003 | 9/26/2003 | Buy | SONS | SONUS NETWORKS | 18,400 | 2,560,000.00 | USD | 1,805,248.13 | USD | |
| ABV-SCTR | BPI American Equity Sector Fund | 12/09/2003 | 12/12/2003 | Sell Long | SONS | SONUS NETWORKS | (450) | 127,920.00 | USD | 4,490.71 | USD | |
| AEV-SCTR | BPI American Equity Sector Fund | 3/19/2004 | 3/24/2004 | Sell Long | SONS | SONUS NETWORKS | (450) | | USD | 3,457.05 | USD | |
| AEV-SCTR | BPI American Equity Sector Fund | 3/24/2004 | 3/29/2004 | Sell Long | SONS | SONUS NETWORKS | (7,100) | | USD | 31,427.63 | USD | |
| AEV-SCTR | BPI American Equity Sector Fund | 3/25/2004 | 3/30/2004 | Sell Long | SONS | SONUS NETWORKS | (5,000) | | USD | 21,921.04 | USD | |
| AEV-SCTR | BPI American Equity Sector Fund | 3/26/2004 | 3/31/2004 | Sell Long | SONS | SONUS NETWORKS | (3,000) | | USD | 14,643.55 | USD | |
| ABV-SCTR Total | | | | | | | | | | | | 61,978.50 |
| AMOPS | BPI American Opportunities Fund | 8/12/2003 | 8/15/2003 | Buy | SONS | SONUS NETWORKS | 27,400 | 127,329.00 | USD | 73,941.30 | USD | |
| AMOPS | BPI American Opportunities Fund | 8/13/2003 | 8/20/2003 | Buy | SONS | SONUS NETWORKS | 9,100 | 141,271.66 | USD | | USD | |
| AMOPS | BPI American Opportunities Fund | 8/18/2003 | 8/21/2003 | Buy | SONS | SONUS NETWORKS | 9,100 | 61,121.70 | USD | | USD | |
| AMOPS | BPI American Opportunities Fund | 8/27/2003 | 9/2/2003 | Buy | SONS | SONUS NETWORKS | 29,900 | 59,539.44 | USD | | USD | |
| AMOPS | BPI American Opportunities Fund | 9/9/2003 | 9/10/2003 | Buy | SONS | SONUS NETWORKS | 20,500 | 112,121.55 | USD | | USD | |
| AMOPS | BPI American Opportunities Fund | 9/10/2003 | 9/15/2003 | Sell Long | SONS | SONUS NETWORKS | (20,500) | 160,098.80 | USD | 160,159.28 | USD | |
| AMOPS | BPI American Opportunities Fund | 9/16/2003 | 9/19/2003 | Buy | SONS | SONUS NETWORKS | 20,500 | 162,160.00 | USD | | USD | |
| AMOPS | BPI American Opportunities Fund | 9/19/2003 | 9/24/2003 | Buy | SONS | SONUS NETWORKS | (20,500) | | USD | 173,411.14 | USD | |
| AMOPS | BPI American Opportunities Fund | 9/22/2003 | 9/25/2003 | Buy | SONS | SONUS NETWORKS | 20,300 | 161,786.23 | USD | | USD | |
| AMOPS | BPI American Opportunities Fund | 9/24/2003 | 9/29/2003 | Buy | SONS | SONUS NETWORKS | 20,300 | 161,140.00 | USD | | USD | |
| AMOPS | BPI American Opportunities Fund | 9/25/2003 | 9/30/2003 | Sell Long | SONS | SONUS NETWORKS | 44,500 | | USD | 151,709.27 | USD | |
| AMOPS | BPI American Opportunities Fund | 9/29/2003 | 10/2/2003 | Sell Long | SONS | SONUS NETWORKS | (20,500) | | USD | 354,993.36 | USD | |
| AMOPS | BPI American Opportunities Fund | 9/30/2003 | 10/5/2003 | Sell Long | SONS | SONUS NETWORKS | (90,200) | | USD | 31,978.33 | USD | |
| AMOPS | BPI American Opportunities Fund | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (4,600) | | USD | 461,243.78 | USD | |
| AMOPS Total | | | | | | | | | | | | (38,395.44) |
| AMOPS1 | BPI American Opportunities Fund LP | 8/12/2003 | 8/15/2003 | Buy | SONS | SONUS NETWORKS | 3,500 | 21,155.63 | USD | 1,223,035.06 | USD | |
| AMOPS1 | BPI American Opportunities Fund LP | 8/13/2003 | 8/20/2003 | Buy | SONS | SONUS NETWORKS | 1,200 | 21,155.63 | USD | | USD | |
| AMOPS1 | BPI American Opportunities Fund LP | 8/14/2003 | 8/21/2003 | Buy | SONS | SONUS NETWORKS | 1,200 | 1,060.40 | USD | | USD | |
| AMOPS1 | BPI American Opportunities Fund LP | 8/27/2003 | 9/2/2003 | Buy | SONS | SONUS NETWORKS | 3,900 | 7,831.35 | USD | | USD | |
| AMOPS1 | BPI American Opportunities Fund LP | 9/9/2003 | 9/10/2003 | Buy | SONS | SONUS NETWORKS | 3,360 | 21,064.73 | USD | | USD | |
| AMOPS1 | BPI American Opportunities Fund LP | 9/10/2003 | 9/15/2003 | Sell Long | SONS | SONUS NETWORKS | (3,000) | 24,148.80 | USD | 73,401.70 | USD | |
| AMOPS1 | BPI American Opportunities Fund LP | 9/19/2003 | 9/24/2003 | Sell Long | SONS | SONUS NETWORKS | 3,000 | 23,760.00 | USD | | USD | |
| AMOPS1 | BPI American Opportunities Fund LP | 9/22/2003 | 9/25/2003 | Buy | SONS | SONUS NETWORKS | (3,000) | | USD | 21,431.80 | USD | |
| AMOPS1 | BPI American Opportunities Fund LP | 9/24/2003 | 9/29/2003 | Buy | SONS | SONUS NETWORKS | 3,000 | 24,497.50 | USD | | USD | |
| AMOPS1 | BPI American Opportunities Fund LP | 9/25/2003 | 9/30/2003 | Sell Long | SONS | SONUS NETWORKS | 6,670 | 51,060.00 | USD | 22,204.16 | USD | |
| AMOPS1 | BPI American Opportunities Fund LP | 9/29/2003 | 10/2/2003 | Sell Long | SONS | SONUS NETWORKS | (3,000) | | USD | 51,691.33 | USD | |
| AMOPS1 | BPI American Opportunities Fund LP | 9/30/2003 | 10/5/2003 | Sell Long | SONS | SONUS NETWORKS | (7,300) | | USD | 4,864.45 | USD | |
| AMOPS1 | BPI American Opportunities Fund LP | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (700) | | USD | 59,387.10 | USD | |
| AMOPS1 Total | | | | | | | | | | | | (5,743.68) |
| BPIGL EQ HEDGE | BPI Global Equity Hedge Fund | 8/26/2003 | 9/2/2003 | Buy | SONS | SONUS NETWORKS | 5,000 | 35,419.00 | USD | 187,023.78 | USD | |
| BPIGL EQ HEDGE | BPI Global Equity Hedge Fund | 9/3/2003 | 9/5/2003 | Buy | SONS | SONUS NETWORKS | 2,000 | 14,320.00 | USD | | USD | |

APR-08-2004 17:56 FROM BPI GLOBAL ASSET MGMT   Case 1:04-cv-10294-DPW   Document 35-2   Filed 04/15/2004   Page 5 of 6

**BPI GLOBAL ASSET MANAGEMENT LLP**
**SONUS NETWORKS TRANSACTIONS**

BEGIN DATE: 04/12/01
END DATE: 04/08/04

Run Date: 04/08/04
Run Time: 10:23am

| PORTFOLIO NAME | CLIENT NAME | TRADE DATE | SETTLP DATE | TRAN TYPE | PRICE SYMBOL | SECURITY NAME | QUANTITY | COST TO PURCHASE | ISO | PROCEEDS FROM SELL | ISO | GAIN (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BPI GL EQ HEDGE | BPI Global Equity Hedge Fund | 9/8/2003 | 9/11/2003 | Sell Long | SONS | SONUS NETWORKS | (2,000) | - | USD | 16,119.24 | USD | |
| BPI GL EQ HEDGE | BPI Global Equity Hedge Fund | 9/26/2003 | 10/1/2003 | Sell Long | SONS | SONUS NETWORKS | (1,200) | - | USD | 11,939.24 | USD | |
| BPI GL EQ HEDGE | BPI Global Equity Hedge Fund | 10/1/2003 | 10/6/2003 | Sell Long | SONS | SONUS NETWORKS | (1,000) | - | USD | 28,545.13 | USD | |
| BPI GL EQ HEDGE Total | | | | | | | | | | 56,603.71 | | 684.71 |
| BPI SELECT OPPS | BPI Select Opportunities Fund LP | 9/17/2003 | 9/22/2003 | Buy | SONS | SONUS NETWORKS | 60,000 | 49,939.00 | USD | | USD | |
| BPI SELECT OPPS | BPI Select Opportunities Fund LP | 9/26/2003 | 10/1/2003 | Sell Long | SONS | SONUS NETWORKS | (60,000) | 488,046.00 | USD | 434,427.61 | USD | |
| BPI SELECT OPPS Total | | | | | | | | | | 434,427.61 | | (53,618.39) |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 8/12/2003 | 8/15/2003 | Buy | SONS | SONUS NETWORKS | 1,700 | 11,247.01 | USD | | | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 8/15/2003 | 8/20/2003 | Buy | SONS | SONUS NETWORKS | 600 | 4,010.20 | USD | | | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 8/18/2003 | 8/21/2003 | Buy | SONS | SONUS NETWORKS | 600 | 3,725.68 | USD | | | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 8/27/2003 | 9/2/2003 | Buy | SONS | SONUS NETWORKS | 1,900 | 11,642.33 | USD | | | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/5/2003 | 9/10/2003 | Buy | SONS | SONUS NETWORKS | 1,500 | 12,000.60 | USD | | | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/10/2003 | 9/16/2003 | Sell Long | SONS | SONUS NETWORKS | (1,500) | | USD | 11,716.85 | USD | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/16/2003 | 9/19/2003 | Buy | SONS | SONUS NETWORKS | 1,550 | 11,880.00 | USD | | | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/19/2003 | 9/24/2003 | Sell Long | SONS | SONUS NETWORKS | (1,500) | | USD | 12,719.40 | USD | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/24/2003 | 9/25/2003 | Buy | SONS | SONUS NETWORKS | 1,990 | 12,346.75 | USD | | | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/25/2003 | 9/29/2003 | Buy | SONS | SONUS NETWORKS | 3,100 | 23,740.00 | USD | | | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/29/2003 | 10/2/2003 | Sell Long | SONS | SONUS NETWORKS | (1,597) | | USD | 14,100.63 | USD | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (3,697) | | USD | 23,493.03 | USD | |
| DOUGHERTY LLC | Dougherty Strategic Equity Fund LLC | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (100) | | USD | 2,045.62 | USD | |
| DOUGHERTY LLC Total | | | | | | | | | | 19,003.00 | | (2,793.16) |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 9/26/2003 | 9/26/2003 | Buy | SONS | SONUS NETWORKS | 66,40 | 94,914.39 | USD | | | |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 11/12/2003 | 11/12/2003 | Buy | SONS | SONUS NETWORKS | 4,700 | $17,730.00 | USD | | | |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 11/19/2003 | 11/24/2003 | Sell Long | SONS | SONUS NETWORKS | (6,100) | 41,049.31 | USD | 55,019.41 | USD | |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 11/26/2003 | 12/17/2003 | Buy | SONS | SONUS NETWORKS | 9,900 | 74,532.15 | USD | | | |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 12/27/2004 | 1/09/2004 | Buy | SONS | SONUS NETWORKS | 3,900 | 35,374.17 | USD | | | |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 3/18/2004 | 3/23/2004 | Buy | SONS | SONUS NETWORKS | 5,590 | 29,975.00 | USD | | | |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 3/24/2004 | 3/29/2004 | Sell Long | SONS | SONUS NETWORKS | (41,600) | | USD | 184,139.16 | USD | |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 3/25/2004 | 3/30/2004 | Sell Long | SONS | SONUS NETWORKS | (23,000) | | USD | 100,939.56 | USD | |
| DVG23 | Northern Trust Multi-Manager Fund (DVG23) | 3/26/2004 | 3/31/2004 | Sell Long | SONS | SONUS NETWORKS | (19,200) | | USD | 90,149.93 | USD | |
| DVG23 Total | | | | | | | | | | 430,247.92 | | (264,702.77) |
| F-GBAT | Fondation Générale de British American Tob | 9/23/2003 | 9/26/2003 | Buy | SONS | SONUS NETWORKS | 9,900 | 74,000.00 | USD | | | |
| F-GBAT | Fondation Générale de British American Tob | 11/12/2003 | 11/17/2003 | Buy | SONS | SONUS NETWORKS | 200 | 1,744.78 | USD | | | |
| F-GBAT | Fondation Générale de British American Tob | 11/27/2004 | 1/02/2004 | Buy | SONS | SONUS NETWORKS | 200 | 1,814.06 | USD | | | |
| F-GBAT | Fondation Générale de British American Tob | 3/24/2004 | 3/29/2004 | Sell Long | SONS | SONUS NETWORKS | (1,900) | | USD | 17,263.07 | USD | |
| F-GBAT | Fondation Générale de British American Tob | 3/25/2004 | 3/30/2004 | Sell Long | SONS | SONUS NETWORKS | (1,100) | | USD | 1,768.60 | USD | |
| F-GBAT Total | | | | | | | | | | 9,629.86 | | |
| F-PRAT | Fondation Prévoyance de British American T | 9/23/2003 | 9/26/2003 | Buy | SONS | SONUS NETWORKS | 37,600 | 294,840.00 | USD | | | |
| F-PRAT | Fondation Prévoyance de British American T | 11/12/2003 | 11/17/2003 | Buy | SONS | SONUS NETWORKS | 1,000 | 8,723.90 | USD | | | |
| F-PRAT | Fondation Prévoyance de British American T | 11/27/2004 | 1/02/2004 | Buy | SONS | SONUS NETWORKS | 1,099 | 9,070.30 | USD | | | |
| F-PRAT | Fondation Prévoyance de British American T | 2/19/2004 | 2/17/2004 | Sell Long | SONS | SONUS NETWORKS | (1,400) | | USD | 10,647.44 | USD | |
| F-PRAT | Fondation Prévoyance de British American T | 3/15/2004 | 3/19/2004 | Sell Long | SONS | SONUS NETWORKS | (1,000) | | USD | 5,149.79 | USD | |
| F-PRAT Total | | | | | | | | | | 35,641.59 | | (42,049.22) |

BPI GLOBAL ASSET MANAGEMENT LLP
SONUS NETWORKS TRANSACTIONS

BEGIN DATE 05/12/03
END DATE 04/09/04

Run Date: 04/09/04

| PORTFOLIO NAME | CLIENT NAME | TRADE DATE | SETTLE DATE | TRAN TYPE | PRICE SYMBOL | SECURITY NAME | QUANTITY | COST TO PURCHASE | ISO | PROCEEDS FROM SELL | ISO | GAIN (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F4FBAT | Fondation Proventure de British American Tc | 3/24/2004 | 3/29/2004 | Sell Long | SONS | SONUS NETWORKS | (10,100) | | USD | 24,554.75 | USD | |
| F4FBAT | Fondation Proventure de British American Tc | 3/25/2004 | 3/30/2004 | Sell Long | SONS | SONUS NETWORKS | (13,300) | | USD | 34,976.21 | USD | |
| F4FBAT | Fondation Proventure de British American Tc | 3/26/2004 | 3/31/2004 | Sell Long | SONS | SONUS NETWORKS | (7,800) | | USD | 22,012.84 | USD | |
| F4FBAT Total | Fondation Proventure de British American Tc | | | | | | (7,200) | | USD | 170,411.14 | USD | |
| GEF | BPI Global Equity Fund | 9/23/2003 | 9/26/2003 | Buy | SONS | SONUS NETWORKS | 712,600 | 212,644.30 | USD | | USD | (12,133.96) |
| GEF | BPI Global Equity Fund | 9/19/2003 | 9/24/2003 | Sell Long | SONS | SONUS NETWORKS | 712,600 | 3,581,784.00 | USD | | USD | |
| GEF | BPI Global Equity Fund | 1/26/2004 | 1/29/2004 | Buy | SONS | SONUS NETWORKS | (115,100) | | USD | 84,860.04 | USD | |
| GEF | BPI Global Equity Fund | 1/26/2004 | 1/29/2004 | Sell Long | SONS | SONUS NETWORKS | (393,100) | | USD | 1,583,444.00 | USD | |
| GFF | BPI Global Equity Fund | 1/26/2004 | 1/29/2004 | Sell Long | SONS | SONUS NETWORKS | (397,600) | | USD | 713,444.22 | USD | |
| GFF | BPI Global Equity Fund | 2/9/2004 | 2/12/2004 | Sell Long | SONS | SONUS NETWORKS | (163,200) | | USD | 180,040.90 | USD | |
| GFF Total | BPI Global Equity Fund | | | | | | (192,700) | | USD | 3,117,729.96 | USD | (5,179,552.04) |
| GEFSCTR | BPI Global Equity Sector Fund | 9/23/2003 | 9/26/2003 | Buy | SONS | SONUS NETWORKS | 77,100 | 3,571,210.00 | USD | | USD | |
| GEFSCTR | BPI Global Equity Sector Fund | 3/19/2004 | 3/24/2004 | Sell Long | SONS | SONUS NETWORKS | (405) | 212,940.00 | USD | 2,293.50 | USD | |
| GEFSCTR | BPI Global Equity Sector Fund | 3/24/2004 | 3/29/2004 | Sell Long | SONS | SONUS NETWORKS | (13,300) | | USD | 34,736.78 | USD | |
| GEFSCTR | BPI Global Equity Sector Fund | 3/25/2004 | 3/30/2004 | Sell Long | SONS | SONUS NETWORKS | (11,000) | | USD | 40,827.69 | USD | |
| GEFSCTR | BPI Global Equity Sector Fund | 3/26/2004 | 3/31/2004 | Sell Long | SONS | SONUS NETWORKS | (2,310) | | USD | (10,753.18) | USD | |
| GEFSCTR Total | BPI Global Equity Sector Fund | | | | | | | 112,940.00 | USD | 121,132.76 | USD | (91,807.83) |
| GOF | BPI Global Opportunities Fund | 8/12/2003 | 8/15/2003 | Buy | SONS | SONUS NETWORKS | 55,600 | 167,144.34 | USD | | USD | |
| GOF | BPI Global Opportunities Fund | 8/15/2003 | 8/20/2003 | Buy | SONS | SONUS NETWORKS | 19,400 | 123,392.00 | USD | | USD | |
| GOF | BPI Global Opportunities Fund | 8/12/2003 | 8/21/2003 | Buy | SONS | SONUS NETWORKS | 18,810 | 121,641.80 | USD | | USD | |
| GOF | BPI Global Opportunities Fund | 9/24/2003 | 9/29/2003 | Buy | SONS | SONUS NETWORKS | 90,500 | 706,580.90 | USD | | USD | |
| GOF | BPI Global Opportunities Fund | 9/29/2003 | 10/2/2003 | Sell Long | SONS | SONUS NETWORKS | (39,100) | | USD | 65,449.17 | USD | |
| GOF | BPI Global Opportunities Fund | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | 19,600 | | USD | 62,554.65 | USD | |
| GOF | BPI Global Opportunities Fund | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (75,900) | | USD | 574,125.62 | USD | |
| GOF Total | BPI Global Opportunities Fund | | | | | | | 1,319,153.64 | | | | 1,225,143.44 | |
| GOF2 | BPI Global Opportunities II Fund | 8/12/2003 | 8/15/2003 | Buy | SONS | SONUS NETWORKS | 16,400 | 108,500.76 | USD | | USD | (37,013.27) |
| GOF2 | BPI Global Opportunities II Fund | 8/19/2003 | 8/22/2003 | Buy | SONS | SONUS NETWORKS | 5,540 | 35,043.50 | USD | | USD | |
| GOF2 | BPI Global Opportunities II Fund | 8/12/2003 | 8/21/2003 | Buy | SONS | SONUS NETWORKS | 5,560 | 33,583.60 | USD | | USD | |
| GOF2 | BPI Global Opportunities II Fund | 9/24/2003 | 9/29/2003 | Buy | SONS | SONUS NETWORKS | 17,000 | 110,450.00 | USD | | USD | |
| GOF2 | BPI Global Opportunities II Fund | 9/29/2003 | 10/2/2003 | Sell Long | SONS | SONUS NETWORKS | (20,300) | | USD | 201,291.44 | USD | |
| GOF2 | BPI Global Opportunities II Fund | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (5,800) | | USD | 11,709.19 | USD | |
| GOF2 | BPI Global Opportunities II Fund | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (12,400) | | USD | 151,482.46 | USD | |
| GOF2 Total | BPI Global Opportunities II Fund | | | | | | | 392,075.86 | | | 303,954.19 | | |
| GOF3 | BPI Global Opportunities III Fund | 8/12/2003 | 8/15/2003 | Buy | SONS | SONUS NETWORKS | 35,100 | 238,833.99 | USD | | USD | (11,024.77) |
| GOF3 | BPI Global Opportunities III Fund | 8/19/2003 | 8/22/2003 | Buy | SONS | SONUS NETWORKS | 12,000 | 80,640.00 | USD | | USD | |
| GOF3 | BPI Global Opportunities III Fund | 8/12/2003 | 8/21/2003 | Buy | SONS | SONUS NETWORKS | 12,000 | 78,513.60 | USD | | USD | |
| GOF3 | BPI Global Opportunities III Fund | 9/24/2003 | 9/29/2003 | Buy | SONS | SONUS NETWORKS | 19,800 | 466,440.00 | USD | | USD | |
| GOF3 | BPI Global Opportunities III Fund | 9/29/2003 | 10/2/2003 | Sell Long | SONS | SONUS NETWORKS | (44,990) | | USD | 69,418.47 | USD | |
| GOF3 | BPI Global Opportunities III Fund | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (5,800) | | USD | 40,122.92 | USD | |
| GOF3 | BPI Global Opportunities III Fund | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (19,300) | | USD | 239,749.41 | USD | |
| GOF3 Total | BPI Global Opportunities III Fund | | | | | | | 864,351.59 | | | 389,293.69 | | (14,283.41) |
| GOF7 | BPI Global Opportunities Fund VII LP | 8/12/2003 | 8/15/2003 | Buy | SONS | SONUS NETWORKS | 4,100 | 27,115.19 | USD | | USD | |
| GOF7 | BPI Global Opportunities Fund VII LP | 8/19/2003 | 8/20/2003 | Buy | SONS | SONUS NETWORKS | 1,400 | 9,443.80 | USD | | USD | |
| GOF7 | BPI Global Opportunities Fund VII LP | 8/12/2003 | 8/21/2003 | Buy | SONS | SONUS NETWORKS | 1,400 | 9,119.92 | USD | | USD | |
| GOF7 | BPI Global Opportunities Fund VII LP | 9/24/2003 | 9/29/2003 | Buy | SONS | SONUS NETWORKS | 4,900 | 133,820.00 | USD | | USD | |

PR-08-2004  17:3C  Case 1:04-cv-10294-DPW  Document 35-2  Filed 04/27/2009  Page 7 of 26

BPI GLOBAL ASSET MANAGEMENT LLP
SONUS NETWORKS TRANSACTIONS

REGN DATE: 05/12/93
END DATE: 04/9/04

Run Date: 04/06/04  Run Time: 10:21am

| PORTFOLIO NAME | CLIENT NAME | TRADE DATE | SETTLE DATE | TRAN TYPE | PRICE SYMBOL | SECURITY NAME | QUANTITY | COST TO PURCHASE | ISO | PROCEEDS FROM SELL | ISO | GAIN (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GOIT | BPI Global Opportunities Fund VII LP | 9/29/2003 | 10/2/2003 | Sell Long | SONS | SONUS NETWORKS | (7,400) | | USD | 12,466.55 | USD | |
| GOIT | BPI Global Opportunities Fund VII LP | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (700) | | USD | 4,966.45 | USD | |
| GOIT | BPI Global Opportunities Fund VII LP | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (5,700) | | USD | 39,361.21 | USD | |
| GOIT Total | | | | | | | | | | 96,624.71 | | (2,874.70) |
| GOFLP | BPI Global Opportunities Fund LP | 8/12/2003 | 8/15/2003 | Buy | SONS | SONUS NETWORKS | 5,220 | 34,407.68 | USD | | USD | |
| GOFLP | BPI Global Opportunities Fund LP | 8/15/2003 | 8/20/2003 | Buy | SONS | SONUS NETWORKS | 1,800 | 12,090.60 | USD | | USD | |
| GOFLP | BPI Global Opportunities Fund LP | 8/18/2003 | 8/21/2003 | Buy | SONS | SONUS NETWORKS | 1,700 | 11,122.76 | USD | | USD | |
| GOFLP | BPI Global Opportunities Fund LP | 9/24/2003 | 9/29/2003 | Buy | SONS | SONUS NETWORKS | 8,700 | 67,840.00 | USD | | USD | |
| GOFLP | BPI Global Opportunities Fund LP | 9/29/2003 | 10/2/2003 | Sell Long | SONS | SONUS NETWORKS | (3,300) | | USD | 65,852.29 | USD | |
| GOFLP | BPI Global Opportunities Fund LP | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (900) | | USD | 6,235.86 | USD | |
| GOFLP | BPI Global Opportunities Fund LP | 9/30/2003 | 10/3/2003 | Sell Long | SONS | SONUS NETWORKS | (2,200) | | USD | 40,719.41 | USD | |
| GOFLP Total | | | | | | | | 125,476.04 | | 121,818.58 | | (1,537.44) |
| MEDIO BAL 1888 | Mediolanum Top Managers Balanced Fund | 9/23/2003 | 9/26/2003 | Buy | SONS | SONUS NETWORKS | 33,900 | 241,440.00 | USD | | USD | |
| MEDIO BAL 1888 | Mediolanum Top Managers Balanced Fund | 11/12/2003 | 11/17/2003 | Buy | SONS | SONUS NETWORKS | 800 | 6,987.12 | USD | | USD | |
| MEDIO BAL 1888 | Mediolanum Top Managers Balanced Fund | 12/16/2003 | 12/19/2003 | Sell Long | SONS | SONUS NETWORKS | (2,700) | | USD | 20,373.01 | USD | |
| MEDIO BAL 1888 | Mediolanum Top Managers Balanced Fund | 1/27/2004 | 1/30/2004 | Buy | SONS | SONUS NETWORKS | 900 | 8,141.27 | USD | | USD | |
| MEDIO BAL 1888 | Mediolanum Top Managers Balanced Fund | 1/24/2004 | 1/29/2004 | Sell Long | SONS | SONUS NETWORKS | (16,200) | | USD | 71,634.46 | USD | |
| MEDIO BAL 1888 | Mediolanum Top Managers Balanced Fund | 3/25/2004 | 3/30/2004 | Sell Long | SONS | SONUS NETWORKS | (7,000) | | USD | 35,108.21 | USD | |
| MEDIO BAL 1888 | Mediolanum Top Managers Balanced Fund | 3/26/2004 | 3/31/2004 | Sell Long | SONS | SONUS NETWORKS | (3,600) | | USD | 39,354.44 | USD | |
| MEDIO BAL 1888 Total | | | | | | | | | | 166,674.15 | | |
| MEDIO CTRY 1890 | Mediolanum Top Managers Country Fund | 9/23/2003 | 9/26/2003 | Buy | SONS | SONUS NETWORKS | 115,300 | 878,780.39 | USD | | USD | |
| MEDIO CTRY 1890 | Mediolanum Top Managers Country Fund | 11/12/2003 | 11/17/2003 | Buy | SONS | SONUS NETWORKS | 3,800 | 900,000.00 | USD | | USD | |
| MEDIO CTRY 1890 | Mediolanum Top Managers Country Fund | 1/27/2004 | 1/30/2004 | Buy | SONS | SONUS NETWORKS | 3,600 | 33,118.82 | USD | | USD | |
| MEDIO CTRY 1890 | Mediolanum Top Managers Country Fund | 2/24/2004 | 2/29/2004 | Buy | SONS | SONUS NETWORKS | 3,600 | 32,725.64 | USD | | USD | |
| MEDIO CTRY 1890 | Mediolanum Top Managers Country Fund | 3/25/2004 | 3/30/2004 | Sell Long | SONS | SONUS NETWORKS | (66,100) | | USD | 263,769.14 | USD | |
| MEDIO CTRY 1890 | Mediolanum Top Managers Country Fund | 3/25/2004 | 3/30/2004 | Sell Long | SONS | SONUS NETWORKS | (33,000) | | USD | 144,831.44 | USD | |
| MEDIO CTRY 1890 | Mediolanum Top Managers Country Fund | 3/26/2004 | 3/31/2004 | Sell Long | SONS | SONUS NETWORKS | (31,800) | | USD | 145,320.55 | USD | |
| MEDIO CTRY 1890 Total | | | | | | | | | | 556,111.93 | | (112,114.03) |
| MEDIO OPP 1891 | Mediolanum Top Managers Opportunities Fu | 9/23/2003 | 9/26/2003 | Buy | SONS | SONUS NETWORKS | 87,200 | 640,160.00 | USD | | USD | |
| MEDIO OPP 1891 | Mediolanum Top Managers Opportunities Fu | 11/12/2003 | 11/17/2003 | Buy | SONS | SONUS NETWORKS | 4,100 | 37,188.23 | USD | | USD | |
| MEDIO OPP 1891 | Mediolanum Top Managers Opportunities Fu | 1/24/2004 | 1/29/2004 | Sell Long | SONS | SONUS NETWORKS | (41,000) | | USD | 183,247.13 | USD | |
| MEDIO OPP 1891 | Mediolanum Top Managers Opportunities Fu | 3/25/2004 | 3/30/2004 | Sell Long | SONS | SONUS NETWORKS | (24,600) | | USD | 101,835.50 | USD | |
| MEDIO OPP 1891 | Mediolanum Top Managers Opportunities Fu | 3/26/2004 | 3/31/2004 | Sell Long | SONS | SONUS NETWORKS | (24,600) | | USD | 112,572.58 | USD | |
| MEDIO OPP 1891 Total | | | | | | | | | | 406,695.21 | | (421,770.57) |
| OPTIMA US | OPTIMA Strategy US Diversified Pool | 9/23/2003 | 9/26/2003 | Buy | SONS | SONUS NETWORKS | 34,100 | 265,790.00 | USD | | USD | |
| OPTIMA US | OPTIMA Strategy US Diversified Pool | 11/12/2003 | 11/17/2003 | Buy | SONS | SONUS NETWORKS | 1,400 | 15,721.02 | USD | | USD | |
| OPTIMA US | OPTIMA Strategy US Diversified Pool | 1/24/2004 | 1/29/2004 | Sell Long | SONS | SONUS NETWORKS | (16,300) | | USD | 72,550.76 | USD | |
| OPTIMA US | OPTIMA Strategy US Diversified Pool | 3/25/2004 | 3/30/2004 | Sell Long | SONS | SONUS NETWORKS | (14,000) | | USD | 61,380.60 | USD | |
| OPTIMA US | OPTIMA Strategy US Diversified Pool | 3/26/2004 | 3/31/2004 | Sell Long | SONS | SONUS NETWORKS | (1,600) | | USD | 15,626.28 | USD | |
| OPTIMA US Total | | | | | | | | | | 159,157.64 | | (310,663.01) |
| Grand Total | | | | | | | | 17,016,682.04 | | 11,732,316.52 | | (5,304,295.52) |
| | | | | | | | | | | | | (5,304,295.57) |

SECURITY CROSS                         REFERENCE REPORT
                                            2/11/2004

SECURITY: SONUS NETWORKS
MARKET PRICE: 6.691

| PORTFOLIO NAME | PORTFOLIO DESCRIPTION | QUANTITY LONG/SHORT | MARKET VALUE |
|---|---|---|---|
| AEV | BPI AMERICAN EQUITY VALUE FUND | 360,000 | 2,408,760.00 |
| AEVSCTR | BPI AMERICAN EQUITY SECTOR | 15,950 | 106,721.45 |
| DVG23 | NTGAL NORTHERN TRUST MULITI MNGR FD | 78,800 | 527,250.80 |
| F-GBAT | FONDATION GENERALE DE BRITISH AMERICAN | 8,000 | 53,528.00 |
| F-PBAT | FONDATION DE PREVOYANCE DE BRITISH | 40,100 | 268,309.10 |
| GEF | BPI GLOBAL EQUITY VALUE FUND | 712,600 | 4,768,006.60 |
| GEFSCTR | BPI GLOBAL EQUITY SECTOR | 27,300 | 182,664.30 |
| MEDIO BAL 1888 | MEDIOLANUM TOP MANAGERS BALANCE MIX 2 | 32,800 | 219,464.80 |
| MEDIO CTRY 1890 | MEDIOLANUM TOP MANAGERS COUNTRY MIX 2 | 124,900 | 835,705.90 |
| MEDIO OPP 1891 | MEDIOLANUM TOP MANAGERS OPPORTUNITY | 91,300 | 610,888.30 |
| OPTIMA US | OPTIMA STRATEGY US DIVERSIFIED POOL | 35,900 | 240,206.90 |
| | | 1,527,650 | 10,221,506.15 |