UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION | ) Civil Action No. 04-10294-DPW<br>) (Lead Case)<br>)<br>) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) **DECLARATION OF MICHAEL J.**<br>) **KILLEEN IN SUPPORT OF BPI**<br>) **GLOBAL ASSET MANAGEMENT**<br>) **LLP'S MOTION FOR CLASS**<br>) <u>**CERTIFICATION**</u><br>) |

I, Michael J. Killeen, declare as follows:

1. I am Senior Vice-President, General Counsel and Corporate Secretary of CI Investments Inc. (formerly CI Mutual Funds Inc.)("CI"). I submit this declaration in support of the motion for class certification in this case by BPI Global Asset Management LLP ("BPI Global"). The matters stated herein are true of my own personal knowledge and if called to testify thereto, I could and would competently do so.

2. BPI Global provided investment advisory services for five funds (BPI American Equity Fund, BPI Global Equity Fund, BPI American Equity Sector Fund, BPI Global Equity Sector Fund, and Optima Strategy US Diversified Pool) for which CI served as the manager and trustee. Upon the merger transaction between BPI Global and Trilogy Global Advisors, LLC ("Trilogy Global") in 2005, the latter entity provided the investment advisory services to these funds. The names of these funds have been changed to CI American Equity Fund, CI Global

#116272

1

2

Fund, CI American Equity Corporate Class, CI Global Corporate Class, and US Equity Diversified Pool, respectively. Trilogy Global continues to provide investment advisory services to these funds.

3. Trilogy Global, the successor-in-interest to BPI Global, presently provides investment advisory services covering approximately $5.0 billion in assets invested in several mutual funds for which CI acts as the manager and trustee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 1, 2007.

_____
Michael J. Killeen

#116272

2