UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION | ) Civil Action No. 04-10294-DPW <br> ) (Lead Case) <br> ) <br> ) <br> ) **PROOF OF SERVICE** <br> ) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) <br> ) <br> ) <br> ) <br> ) |

106776

## PROOF OF SERVICE

I, KimLane E. Gantan, hereby certify that on February 7, 2007, I electronically filed the foregoing documents:

1. **LEAD PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

2. **DECLARATION OF PAMELA A. MARKERT IN SUPPORT OF BPI GLOBAL ASSET MANAGEMENT LLP'S MOTION FOR CLASS CERTIFICATION**

3. **DECLARATION OF JOHN F. MYKLUSCH IN SUPPORT OF BPI GLOBAL ASSET MANAGEMENT LLP'S MOTION FOR CLASS CERTIFICATION**

4. **DECLARATION OF MICHAEL J. KILLEEN IN SUPPORT OF BPI GLOBAL ASSET MANAGEMENT LLP'S MOTIONFOR CLASS CERTIFICATION**

together with this Proof of Service, with the Clerk of the Court using the CM/ECF System which sent notification of such filing to all counsel record.

_____
KimLane E. Gantan