UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE SONUS NETWORKS, INC.<br>SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | ) <br> ) Civil Action No. 04-10294-DPW <br> ) (Lead Case) <br> ) <br> ) <br> ) <br> ) <br> ) |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE PAPERS IN OPPOSITION
TO DEFENDANTS' RENEWED MOTION FOR RECONSIDERATION**

Pursuant to Rule 6(b)(1), Fed.R.Civ.P. and LR, D. Mass. 7.1, Lead Plaintiff hereby moves for an extension of time to and including July 18, 2007, to file papers in opposition to the renewed motion for reconsideration filed by defendants Sonus Networks, Inc., Hassan Ahmed, and Stephen J. Nill (collectively "Defendants"). Defendants have advised Lead Plaintiff's counsel that they do not oppose this request. Good cause exists for the requested extension. Defendants' renewed motion was filed June 29, 2007. Under the Local Rules, absent an extension, Lead Plaintiff's opposition to the motion is due July 13, 2007. The period within which to prepare the opposition included the July Fourth holiday, which fell on a weekday. In light of the foregoing, a short extension to oppose the renewed motion is requested.

Accordingly, Lead Plaintiff requests that the Court extend the time for the filing of its opposition to defendants' renewed motion for reconsideration to and including July 18, 2007.

Dated: July 9, 2007                          GOLD BENNETT CERA & SIDENER LLP

By_____/s/Solomon B. Cera_____
Solomon B. Cera
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone (415) 777-2230
Facsimile: (415) 777-5189
E-mail: scera@gbcslaw.com

Attorneys for Lead Plaintiff
BPI Global Asset Management LLP

#117402                                                                                                    -2-

CERTIFICATE OF SERVICE

I, KimLane E. Gantan, hereby certify that on July 9, 2007, I electronically filed the foregoing document: **"LEAD PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PAPERS IN OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR RECONSIDERATION"** with the Clerk of the Court using the CM/ECF System which sent notification of such filing to all counsel of record.

*/s/ KimLane E. Gantan*
KimLane E. Gantan

#115237