**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                                    )
IN RE SONUS NETWORKS, INC.              )        Civ. Action No. 04-10294 DPW
SECURITIES LITIGATION                       )
                                                                    )
_____)

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF**
**RENEWED MOTION FOR RECONSIDERATION**

Pursuant to Local Rule 7.1(B)(3) of the District of Massachusetts, defendants Sonus Networks, Inc., Hassan M. Ahmed and Stephen J. Nill (collectively, "Defendants") respectfully move for leave to file the accompanying two-page Reply in Support of Renewed Motion for Reconsideration. In support of this motion, Defendants state that a reply is necessary to respond to Lead Plaintiff's mischaracterization or, at least, misunderstanding, of the argument made in Defendants' Renewed Motion for Reconsideration, and will assist the Court in its resolution of the pending motion. Lead Plaintiff has assented to this motion.

Respectfully Submitted,

/s/ James W. Prendergast
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO # 553073)
Daniel W. Halston (BBO #548692)
Peter A. Spaeth (BBO #545202)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
*Attorneys for Sonus Networks, Inc.*

|  |  |
|---|---|
|  | /s/ John R. Baraniak, Jr. |
|  | Robert S. Frank, Jr. (BBO #177240) |
|  | John R. Baraniak, Jr. (BBO #552259) |
|  | Choate Hall & Stewart |
|  | Two International Place |
|  | Boston, Massachusetts 02109 |
|  | (617) 248-5000 |
|  | *Attorneys for Hassan M. Ahmed* |
|  |  |
|  | /s/ Matthew J. Matule |
|  | Thomas J. Dougherty (BBO# 132300) |
|  | Matthew J. Matule (BBO# 632075) |
|  | Skadden, Arps, Slate, Meagher & Flom LLP |
|  | One Beacon Street |
|  | Boston, MA 02108 |
|  | (617) 573-4800 |
| Dated: July 23, 2007 | *Attorneys for Stephen J. Nill* |

## DEFENDANTS' LOCAL RULE 7.1(A) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for defendant Sonus Networks, Inc. hereby certifies that he conferred in good faith with opposing counsel regarding Defendants' Motion for Leave to File Reply in Support of Renewed Motion for Reconsideration. Lead Plaintiff's counsel assented to Defendants' request to file this motion.

|  |  |
|---|---|
|  | /s/ James W. Prendergast |
|  | Jeffrey B. Rudman (BBO #433380) |
|  | James W. Prendergast (BBO #553073) |
|  | Daniel W. Halston (BBO #548692) |
|  | Peter A. Spaeth (BBO #545202) |
|  | Wilmer Cutler Pickering Hale and Dorr LLP |
|  | 60 State Street |
|  | Boston, MA 02109 |
|  | (617) 526-6000 |
| Dated:  July 23, 2007 | *Attorneys for Sonus Networks, Inc.* |

- 3 -

## CERTIFICATE OF SERVICE

    I, James W. Prendergast, hereby certify that on July 23, 2007, I caused a true copy of the foregoing document to be served electronically via the Court's Electronic Filing System upon all counsel of record.

Dated: July 23, 2007                    /s/ James W. Prendergast
                                                               James W. Prendergast

US1DOCS 6290753v1