UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
IN RE SONUS NETWORKS, INC.         )    Civ. Action No. 04-10294 DPW
SECURITIES LITIGATION              )
                                   )
_____)

**DEFENDANTS' MOTION FOR LEAVE TO FILE
NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 7.1(B)(3), defendants Sonus Networks, Inc., Hassan M. Ahmed, and Stephen J. Nill (collectively, "Defendants") respectfully move for leave to file the accompanying two-page Notice of Supplemental Authority in support of their Renewed Motion for Reconsideration of Order Denying Motion to Dismiss in Light of U.S. Supreme Court Decision in Tellabs, Inc. v. Makor.  (The Notice of Supplemental Authority is attached hereto as Exhibit A.)  In support of this motion, Defendants submit that the supplemental authority was issued after Defendants filed their Reply in Support of Renewed Motion for Reconsideration, and may assist the Court in its resolution of the pending motion.

WHEREFORE, Defendants move for leave to file the accompanying Notice of Supplemental Authority.

Respectfully Submitted,


/s/ James W. Prendergast
/s/ Melissa B. Coffey
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO # 553073)
Daniel W. Halston (BBO #548692)
Peter A. Spaeth (BBO #545202)
Sherry Hartel Haus (BBO #663777)
Melissa B. Coffey (BBO #660750)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
*Attorneys for Sonus Networks, Inc.*

/s/ John R. Baraniak
Robert S. Frank, Jr. (BBO #177240)
John R. Baraniak, Jr. (BBO #552259)
Choate Hall & Stewart
Two International Place
Boston, Massachusetts 02109
(617) 248-5000
*Attorneys for Hassan M. Ahmed*

/s/ Matthew J. Matule
Thomas J. Dougherty (BBO# 132300)
Matthew J. Matule (BBO# 632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108
(617) 573-4800

Dated: August 9, 2007        *Attorneys for Stephen J. Nill*

## DEFENDANTS' LOCAL RULE 7.1(A) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for defendants Sonus Networks, Inc. hereby certifies that by e-mail dated August 8, 2007, she sought to confer in good faith with opposing counsel regarding Defendants' Notice of Supplemental Authority.

                                      Respectfully Submitted,

                                      /s/ Melissa B. Coffey
                                      Jeffrey B. Rudman (BBO #433380)
                                      James W. Prendergast (BBO # 553073)
                                      Daniel W. Halston (BBO #548692)
                                      Peter A. Spaeth (BBO #545202)
                                      Sherry Hartel Haus (BBO #663777)
                                      Melissa B. Coffey (BBO #660750)
                                      Wilmer Cutler Pickering Hale and Dorr LLP
                                      60 State Street
                                      Boston, Massachusetts 02109
                                      (617) 526-6000

Dated: August 9, 2007                  *Attorneys for Sonus Networks, Inc.*

## CERTIFICATE OF SERVICE

      I, Melissa B. Coffey, hereby certify that on August 9, 2007, I caused a true copy of the foregoing document to be served electronically via the Court's Electronic Filing System upon all counsel of record.

Dated:  August 9, 2007                      /s/ Melissa B. Coffey

US1DOCS 6315447v1