# EXHIBIT F

## Markert, Pamela

**From:** Coffey, Melissa [Melissa.Coffey@wilmerhale.com]
**Sent:** Wednesday, March 21, 2007 9:06 AM
**To:** Markert, Pamela
**Cc:** Cera, Solomon; Frost III, Kenneth A.; Prendergast, James; Haus, Sherry
**Subject:** Sonus Litigation: List of Search Queries and Production Status

Pamela -

Attached is a word document containing the search queries that we sent to you on February 1, 2007. Per your request, I am sending these search queries for you to use in proposing edits or additions. As we mentioned on the call last week, we limited the queries to our responses to Lead Plaintiff's First Set of Document Requests ("the Requests"). However, if you send search terms or queries designed to capture documents beyond the four alleged Accounting Issues listed in General Objection Number 1 in our responses to the Requests, or otherwise beyond the scope of our responses to the Requests, we will consider those proposed search terms or queries. We are looking into the questions you raised regarding the electronic document collection.

Regarding the second production of Sonus documents collected in hard-copy format, we are finishing our review of those documents this week, as I mentioned to you in an e-mail on March 15. I expect that you should have this production within one week - I will let you know if that changes.

Melissa

Melissa B. Coffey
WilmerHale
60 State Street
Boston, MA 02109 USA
+1 (617) 526-6635 (t)
+1 (617) 526-5000 (f)
melissa.coffey@wilmerhale.com

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately -- by replying to this message or by sending an email to postmaster@wilmerhale.com -- and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

9/8/2007