# EXHIBIT G

**Markert, Pamela**

**From:** Coffey, Melissa [Melissa.Coffey@wilmerhale.com]
**Sent:** Tuesday, July 24, 2007 4:24 PM
**To:** Markert, Pamela; Haus, Sherry
**Cc:** Frost III, Kenneth A.
**Subject:** RE: Sonus: Response to 6/15 letter and search queries for Sonus's Electronically Stored Information

Pamela -

Attached is the hit report you requested.

Melissa

Melissa B. Coffey
WilmerHale
60 State Street
Boston, MA 02109 USA
+1 (617) 526-6635 (t)
+1 (617) 526-5000 (f)
melissa.coffey@wilmerhale.com

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately – by replying to this message or by sending an email to postmaster@wilmerhale.com – and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Markert, Pamela [mailto:PAM@gbcslaw.com]
**Sent:** Thursday, July 19, 2007 5:35 PM
**To:** Haus, Sherry
**Cc:** Frost III, Kenneth A.; Coffey, Melissa
**Subject:** RE: Sonus: Response to 6/15 letter and search queries for Sonus's Electronically Stored Information

Dear Sherry,

Lead Plaintiff is continuing to work through the information contained in your June 15 letter, 48 page attachment, and the Zantaz hit report. It would be helpful to Lead Plaintiff as we evaluate Sonus's proposals contained in the attachment if you would please provide a copy of the Zantaz report that was run against Sonus's original 52 proposed search queries. Thank you.

Best regards,

Pamela

**Pamela A. Markert**
pmarkert@gbcslaw.com
**Gold Bennett Cera & Sidener LLP**
**Attorneys At Law**

9/7/2007

595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230, ext 228
Facsimile: (415) 777-5189

This e-mail contains confidential information from Gold Bennett Cera & Sidener LLP. This information is intended solely for use by the individual or entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this e-mail or any attachments hereto is prohibited. If you have received this e-mail in error, please respond via a reply e-mail and delete this item from your computer files.

qry_Rpt_SearchHitBySet_ByBin

| Search Set ID | Search String | Search Hits | Search ID | Search Set |
|---|---|---|---|---|
| 1 | (("agree*" OR "arrang*" OR "contract") w/25 ("hardware" OR "software") w/25 ("bundl*" OR "unbundl*" OR "segregat*" OR "separat*") w/25 ("polic" OR "proced*") OR "account" OR "practice*")) | 194 | 3 | SEARCH_SONUS_20070522 |
| 1 | ("10KA" OR "10-K/A" OR "10-KA") | 3,372 | 8 | SEARCH_SONUS_20070522 |
| 1 | ("Form 4") | 5,030 | 10 | SEARCH_SONUS_20070522 |
| 1 | (("Ernst & Young" OR "Ernst" OR "EandY" OR "EY" OR "E&Y") w/15 (("own*" OR "buy" OR "bought" OR "purchas*" OR "sell" OR "sold" OR "trad*" OR "sale*") w/10 ("stock*" OR "share*") w/10 "Sonus")) | 22 | 19 | SEARCH_SONUS_20070522 |
| 1 | ("Huron" w/10 (("own*" OR "buy" OR "bought" OR "purchas*" OR "sell" OR "sold" OR "trad*") w/10 ("stock*" OR "share*") w/10 "Sonus"))) | 1 | 21 | SEARCH_SONUS_20070522 |
| 1 | (("Huron" w/15 ("invoice*" OR "bill" OR "pay*" OR "engag*")) | 264 | 26 | SEARCH_SONUS_20070522 |
| 1 | (("Ernst & Young" OR "Ernst" OR "EandY" OR "EY" OR "E&Y") w/25 ("Qwest" OR "Quest")) | 938 | 28 | SEARCH_SONUS_20070522 |
| 1 | (("Ahmed" OR "Hassan*") w/5 ("stock" OR "share*" OR "option*" OR "compensat*" OR "salar" OR "bonus*")) | 5,101 | 35 | SEARCH_SONUS_20070522 |
| 1 | (("Hemme*" OR "Peter") w/15 ("stock" OR "share*" OR "option*" OR "compensat*" OR "salar" OR "bonus*")) | 6,871 | 37 | SEARCH_SONUS_20070522 |
| 1 | (("Gruber" OR "Rubin") w/5 (("emeritus" OR "chairman") w/15 ("elect" OR "appoint*" OR "transition*" OR "made" OR "mak*" OR "promot*"))) | 103 | 42 | SEARCH_SONUS_20070522 |
| 1 | ("board" OR "directors" OR "compensation committee" OR "audit committee") w/15 "restat*")) | 2,893 | 44 | SEARCH_SONUS_20070522 |
| 1 | ("Qwest" OR "Quest") w/50 ("revenue" OR "recogni*" OR "accept" OR "defer*" OR "upgrade*" OR "ship" OR "maintenance" OR "rev*" OR "purchas*" OR "buy*" OR "agree*" OR "contract*")) | 59,856 | 1 | SEARCH_SONUS_20070522 |
| 1 | (("AT&T" OR "ATT" OR "ATWS" OR "AT and T" OR "ATandT" OR "AWS" OR "ATTWS") w/50 ("revenue" OR "recogni*" OR "accept" OR "defer*" OR "upgrade*" OR "ship" OR "maintenance" OR "rev*" OR "purchas*" OR "buy*" OR "agree*" OR "contract*")) | 43,059 | 12 | SEARCH_SONUS_20070522 |
| 1 | ("424B5" OR "424-B-5" OR "424-B5" OR "424B-5") | 16 | 14 | SEARCH_SONUS_20070522 |
| 1 | ("S-8" OR "S8") | 7,442 | 15 | SEARCH_SONUS_20070522 |
| 1 | ((("prospectus" OR "supplement" OR "offering*") w/25 (("9/23" OR "09/23" OR "9-23" OR "09-23" OR "9/23/03" OR "09/23/03" OR "9-23-03" OR "09-23-03" OR "09/23/2003" OR "9-23-2003" OR "09-23-2003" "September 23" OR "Sept. 23") OR "goldman" OR "stock" OR "capital"))) | 13,283 | 17 | SEARCH_SONUS_20070522 |
| 1 | ("Andersen" w/15 "Restat*") | 22 | 30 | SEARCH_SONUS_20070522 |
| 1 | ("Andersen" w/15 ("Qwest" OR "Quest")) | 113 | 31 | SEARCH_SONUS_20070522 |
| 1 | (("AWS" OR "ATTWS" OR "AT&T" OR "ATT" OR "ATWS" OR "AT and T" OR "ATandT" OR "AWS" OR "ATTWS")) | 22 | 32 | SEARCH_SONUS_20070522 |
| 1 | ((("SEC" OR "Securities and Exchange" OR "S.E.C." OR "FBI" OR "Bureau" OR "F.B.I." OR "DOJ" OR "Justice" OR "D.O.J." OR "NASD" OR "NASDAQ") w/15 ("subpoena" OR "request*" OR "interview" OR "testi*" OR "investig*" OR "witness"))) | 2,620 | 33 | SEARCH_SONUS_20070522 |
| 1 | (("board" OR "directors" OR "compensation committee" OR "audit committee") w/15 ("Qwest" OR "Quest")) | 901 | 46 | SEARCH_SONUS_20070522 |
| 1 | (("board" OR "directors" OR "compensation committee" OR "audit committee") w/15 ("AT&T" OR "ATT" OR "ATWS" OR "AT and T" OR "ATandT" OR "AWS" OR "ATTWS")) | 655 | 47 | SEARCH_SONUS_20070522 |
| 1 | (("estimat*" OR "project*" OR "forecast*") w/15 (("earning*" OR "revenue" OR "price" OR "EPS") w/25 ("sector*" OR "competitor*" OR ("informat*" w/5 "tech*") OR "telecom*" OR "VOIP" OR "voice over"))) | 3,652 | 48 | SEARCH_SONUS_20070522 |
| 1 | ("accounting" w/5 ("proced*" OR "polic" OR "manual*")) | 7,306 | 49 | SEARCH_SONUS_20070522 |

qry_Rpt_SearchHitBySet_ByBin

| | Query | Hits | Bin | Search |
|---|---|---|---|---|
| 1 | (("defer*" w/5 "revenue") w/15 ("polic*" OR "proced*" OR "account*" OR "practice*")) | 7,956 | 51 | SEARCH_SONUS_20070522 |
| 1 | (("multiple" w/5 "element") w/15 ("polic*" OR "proced*" OR "account*" OR "practice*")) | 1,286 | 2 | SEARCH_SONUS_20070522 |
| 1 | ("Form 5") | 2,690 | 11 | SEARCH_SONUS_20070522 |
| 1 | ("8K" OR "8-K") | 9,071 | 13 | SEARCH_SONUS_20070522 |
| 1 | (("prospectus*" OR "supplement*" OR "offering*") w/25 (("4/23" OR "04/23" OR "4-23" OR "04-23" OR "4/23/03" OR "04/23/03" OR "4-23-03" OR "04-23-2003" OR "04/23/2003" OR "4-23-2003" OR "April 23" OR "Apr. 23"")) OR "goldman" OR "stock" OR "capital"))) | 13,305 | 16 | SEARCH_SONUS_20070522 |
| 1 | (("rais*" OR "bring" in" OR "obtain*" OR "procur*" OR "get*") w/5 "capital") | 4,723 | 18 | SEARCH_SONUS_20070522 |
| 1 | (("Ernst & Young" OR "Ernst" OR "EandY" OR "EY" OR "E&Y") w/15 "Restat*") | 995 | 27 | SEARCH_SONUS_20070522 |
| 1 | (("Ernst & Young" OR "Ernst" OR "EandY" OR "EY" OR "E&Y") w/25 ("AT&T" OR "ATT" OR "ATWS" OR "AT and T" OR "ATandT" OR "AWS" OR "ATTWS")) | | | |
| 1 | ("employee" w/2 ("handbook" OR "manual")) | 699 | 29 | SEARCH_SONUS_20070522 |
| 1 | (("Nill*" OR "Stephen*") w/15 ("stock*" OR "share*" OR "option*" OR "compensat*" OR "salar*" OR "bonus*")) | 767 | 34 | SEARCH_SONUS_20070522 |
| 1 | (("document*" w/5 ("preserv*" OR "retain*" OR "retention" OR "destr*") | 10,244 | 36 | SEARCH_SONUS_20070522 |
| 1 | ("operat*" w/5 ("proced*" OR "manual*")) | 2,439 | 43 | SEARCH_SONUS_20070522 |
| 1 | (("revenue" w/5 "recog*") w/15 ("polic*" OR "proced*" OR "account*" OR "practice*")) | 10,335 | 45 | SEARCH_SONUS_20070522 |
| 1 | (("ship*" w/10 "revenue") w/15 ("polic*" OR "proced*" OR "account*" OR "practice*")) | 10,743 | 50 | SEARCH_SONUS_20070522 |
| 1 | ("97-2") | 4,783 | 52 | SEARCH_SONUS_20070522 |
| 1 | ("10Q" OR "10-Q") | 10,419 | 4 | SEARCH_SONUS_20070522 |
| 1 | ("10K" OR "10-K") | 14,918 | 6 | SEARCH_SONUS_20070522 |
| 1 | ("Form 3") | 27,565 | 7 | SEARCH_SONUS_20070522 |
| 1 | (("Andersen" w/15 (("own*" OR "buy" OR "bought" OR "purchas*" OR "sell*" OR "sold" OR "trad*") w/10 (("stock*" OR "share*") w/10 "Sonus"))) | 2,383 | 9 | SEARCH_SONUS_20070522 |
| 1 | (("Wilmer" OR "Hale" OR "WH" OR "HD" OR "H&D" OR "WCPHD") w/15 (("own" OR "buy" OR "bought" OR "purchas" OR "sell" OR "sold" OR "trad") w/10 (("stock" OR "share") w/10 "Sonus"))) | 1 | 20 | SEARCH_SONUS_20070522 |
| 1 | ("org" w/2 ("chart" OR "structure")) | 28 | 22 | SEARCH_SONUS_20070522 |
| 1 | (("Ernst & Young" OR "Ernst" OR "EandY" OR "EY" OR "E&Y") w/15 ("invoice" OR "bill" OR "pay" OR "engag" OR "retain")) | 6,647 | 23 | SEARCH_SONUS_20070522 |
| 1 | (("Andersen" w/15 ("invoice" OR "bill" OR "pay" OR "engag"))) | 2,360 | 24 | SEARCH_SONUS_20070522 |
| 1 | (("Ahmed" OR "Hassan") w/15 ("chairman" OR "chair") w/15 ("elect*" OR "appoint*" OR "made" OR "mak*" OR "promot*")) | 991 | 25 | SEARCH_SONUS_20070522 |
| 1 | (("Hemme" OR "Peter") w/15 ("fir*" OR "term*" OR "resign*" OR "transfer*" OR "demot*" OR "remov*")) | 515 | 38 | SEARCH_SONUS_20070522 |
| 1 | (("Nill" OR "Stephen") w/15 ("elect*" OR "appoint*" OR "transition" OR "made" OR "mak*" OR "demot*")) | 4,568 | 39 | SEARCH_SONUS_20070522 |
| 1 | (("Notni" OR "Bert" OR "Albert") w/15 (("COO" OR "chief" w/5 "officer") OR "president") w/15 ("elect*" OR "appoint*" OR "hire*" OR "retain*" OR "transition*" OR "made" OR "mak*" OR "promot*")) | 566 | 40 | SEARCH_SONUS_20070522 |
| 1 | (("press release*" OR "PR") w/25 (("financial" w/10 ("results*" OR "statement*")) w/20 ("restat*" OR "revis*" OR "adjust*")) OR ("accounting" w/10 ("practic*" OR "polic*" OR "proc*"))) | 747 | 41 | SEARCH_SONUS_20070522 |
| 1 | | 0 | 5 | SEARCH_SONUS_20070522 |

