# EXHIBIT H

## Markert, Pamela

| | |
|---|---|
| **From:** | Coffey, Melissa [Melissa.Coffey@wilmerhale.com] |
| **Sent:** | Wednesday, August 22, 2007 5:00 AM |
| **To:** | Markert, Pamela; Haus, Sherry |
| **Cc:** | Cera, Solomon; Frost III, Kenneth A. |
| **Subject:** | RE: Sonus: Response to 6/15 letter and search queries for Sonus's Electronically Stored Information |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Pamela -

I see no reason why this information matters, but, in any event, we received in early June the hit reports that we sent you for Sonus' and Lead Plaintiff's proposed search terms.

Melissa

Melissa B. Coffey
WilmerHale
60 State Street
Boston, MA 02109 USA
+1 (617) 526-6635 (t)
+1 (617) 526-5000 (f)
melissa.coffey@wilmerhale.com

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately -- by replying to this message or by sending an email to postmaster@wilmerhale.com -- and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Markert, Pamela [mailto:PAM@gbcslaw.com]
**Sent:** Tuesday, August 21, 2007 11:11 PM
**To:** Haus, Sherry; Coffey, Melissa
**Cc:** Cera, Solomon; Frost III, Kenneth A.
**Subject:** FW: Sonus: Response to 6/15 letter and search queries for Sonus's Electronically Stored Information

Dear Sherry and Melissa,

I would appreciate a response to my email below. If the delay in responding is caused by trying to find the exact date you received the report, an approximate date will suffice.

Thank you.

Best regards,

Pamela

**From:** Markert, Pamela
**Sent:** Tuesday, August 21, 2007 9:31 AM
**To:** 'Coffey, Melissa'; Haus, Sherry
**Cc:** Cera, Solomon; Frost III, Kenneth A.
**Subject:** FW: Sonus: Response to 6/15 letter and search queries for Sonus's Electronically Stored Information

Dear Melissa,

When was the attached hit report run by Zantaz?

Thank you.

Pamela

---

**From:** Coffey, Melissa [mailto:Melissa.Coffey@wilmerhale.com]
**Sent:** Tuesday, July 24, 2007 4:24 PM
**To:** Markert, Pamela; Haus, Sherry
**Cc:** Frost III, Kenneth A.
**Subject:** RE: Sonus: Response to 6/15 letter and search queries for Sonus's Electronically Stored Information

Pamela -

Attached is the hit report you requested.

Melissa

Melissa B. Coffey
WilmerHale
60 State Street
Boston, MA 02109 USA
+1 (617) 526-6635 (t)
+1 (617) 526-5000 (f)
melissa.coffey@wilmerhale.com

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately — by replying to this message or by sending an email to postmaster@wilmerhale.com — and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Markert, Pamela [mailto:PAM@gbcslaw.com]
**Sent:** Thursday, July 19, 2007 5:35 PM
**To:** Haus, Sherry
**Cc:** Frost III, Kenneth A.; Coffey, Melissa
**Subject:** RE: Sonus: Response to 6/15 letter and search queries for Sonus's Electronically Stored Information

Dear Sherry,

Lead Plaintiff is continuing to work through the information contained in your June 15 letter, 48 page attachment, and the Zantaz hit report. It would be helpful to Lead Plaintiff as we evaluate Sonus's proposals contained in the attachment if you would please provide a copy of the Zantaz report that was run against Sonus's original 52 proposed search queries. Thank you.

9/19/2007

Best regards,

Pamela


**Pamela A. Markert**
pmarkert@gbcslaw.com
**Gold Bennett Cera & Sidener LLP**
**Attorneys At Law**
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230, ext 228
Facsimile: (415) 777-5189

This e-mail contains confidential information from Gold Bennett Cera & Sidener LLP. This information is intended solely for use by the individual or entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this e-mail or any attachments hereto is prohibited. If you have received this e-mail in error, please respond via a reply e-mail and delete this item from your computer files.