# EXHIBIT I

Search Results

| Search Set ID | Search String | Search Hits | Search# | Wilmer# | Search Set |
|---|---|---|---|---|---|
| 2 | ("Sonus" AND "Org*") | 19,407 | 1 |  | SEARCH_LP_20070522 |
| 2 | ("press" AND "release") | 68,653 | 53 | 2 | SEARCH_LP_20070522 |
| 2 | ("investig" AND "account*") | 39,005 | 54 | 3 | SEARCH_LP_20070522 |
| 2 | ("Audit Committee") | 25,469 | 55 | 4 | SEARCH_LP_20070522 |
| 2 | ("Board" AND "Meet") | 14,938 | 56 | 5 | SEARCH_LP_20070522 |
| 2 | (("Board" OR "bd" OR "Dir" OR "committee*" OR "cmt*") AND ("Meet*" OR "Mtg*" OR "confer*")) | 46,186 | 57 | 6 | SEARCH_LP_20070522 |
| 2 | ("investiga*") | 186,149 | 58 | 7 | SEARCH_LP_20070522 |
| 2 | ("intern*" AND "investiga*") | 45,863 | 59 | 8 | SEARCH_LP_20070522 |
| 2 | ("control*" AND "fraud*") | 25,733 | 60 | 9 | SEARCH_LP_20070522 |
| 2 | (("scrub*" OR "delet*" OR "clean*" OR "clear*" OR "eras*" OR "swip*") AND ("driv*" OR "comput*" OR "hard" OR "floppy" OR "disk*" OR "CD*" OR "DVD*" OR "back-up" OR "backup*" OR "tap" OR "server" OR "Peter" OR "Hemme" OR "control*")) | 10,693 | 61 | 10 | SEARCH_LP_20070522 |
| 2 | ("fraud*") | 140,505 | 62 | 11 | SEARCH_LP_20070522 |
| 2 | ("fraud" AND "consid*") | 14,786 | 63 | 12 | SEARCH_LP_20070522 |
| 2 | ("intern*" w/50 "control*") | 7,314 | 64 | 13 | SEARCH_LP_20070522 |
| 2 | ("intern*" w/50 "proced*") | 42,613 | 65 | 14 | SEARCH_LP_20070522 |
| 2 | ("intern*" w/50 "fraud*") | 18,160 | 66 | 15 | SEARCH_LP_20070522 |
| 2 | (("manip*" OR "modif*" OR "timi*" OR "time*" OR "shift*")) | 5,093 | 67 | 16 | SEARCH_LP_20070522 |
| 2 | (("accept*" OR "confirm*")) | 594,451 | 68 | 17 | SEARCH_LP_20070522 |
| 2 | (("prepar*" OR "file*" OR "filed" OR "filing" OR "creat*" OR "manip*" OR "revis*" OR "review*" OR "re-stat*" OR "restmt*" OR "re-stmt*" OR "revis*" OR "analy*" OR "destr*" OR "complet*" OR "organi*" OR "send*" OR "sent*" OR "email*" OR "e-mail" OR "re-fil*" OR "announc*" OR "submit*" OR "resubmit*" OR "re-submit*" OR "distr*" OR "delet*" OR "modif*" OR "manip*") AND ("financ*" OR "state*" OR "stmt*" OR "adjust*" OR "number*" OR "book*" OR "reven*" OR "sale*" OR "sold*" OR "selling" OR "earn*")) | 297,519 | 69 | 18 | SEARCH_LP_20070522 |
| 2 | (("restat*" OR "review*" OR "re-stat*" OR "restmt*" OR "re-stmt*" OR "review*" OR "modif*" OR "adjust*" OR "manip*" OR "refil*" OR "re-fil*" OR "usurp*" OR "superced*" OR "superseded*") AND ("financ*" OR "stat*" OR "stmt" OR "number" OR "book*" OR "reven*" OR "state*" OR "sold" OR "selling" OR "earn*" OR "unearn*" OR "defer*" OR "incom*" OR "result*")) | 746,755 | 70 | 19 | SEARCH_LP_20070522 |
| 2 | (("intern*" OR "audit*" OR "staff*" OR "account*" OR "acct*" OR "committee*" OR "cmt*" OR "draft*" OR "fraud*" OR "control*" OR "restatem*" OR "re-statem*" OR "adjust*") AND ("memo*" OR "analy*" OR "report*" OR "review*" OR "re-view*" OR "survey*" OR "out-lin*" OR "strateg*" OR "tactic*" OR "review*" OR "talking point*" OR "tlkg p*" OR "tlkg p*" OR "talking-p*" OR "talkingp*")) | 405,904 | 71 | 20 | SEARCH_LP_20070522 |
| 2 | ("talkingp*")) | 360,940 | 72 | 21 | SEARCH_LP_20070522 |

Search Results

| Query | Results | # | ID |
|---|---|---|---|
| (("comm*" OR "email" OR "e-mail" OR "send*" OR "sent*" OR "rep*" OR "forward*" OR "distrib*" OR "review*" OR "analy*" OR "get back" OR "get-back" OR "approv*" OR "deny*" OR "denies" OR "denied" OR "denial" OR "provi*" OR "exchang*" OR "adjust*" OR "modif*" OR "shift*" OR "chang*" OR "switch*" OR "manip*" OR "former*" OR "ex*" OR "prev*" OR "prior*" OR "then*" OR "outgo*" OR "out-go*" OR "retir*" OR "terminat*" OR "fire*" OR "fires" OR "firing" OR "can*" OR "resig*" OR "curren*" OR "present*" OR "now*" OR "exist*") AND ("account*" OR "acct*" OR "pract*" OR "number" OR "reven*" OR "earn*" OR "incom*" OR "sale*" OR "sold" OR "selling" OR "fraud*" OR "side" OR "bundl*")) | 742,726 | 22 | SEARCH_LP_20070522 |
| (("Ernst & Young*" OR "Ernst" OR "EandY*" OR "E and Y*" OR "E+Y*" OR "E/Y*" OR "E/Y" OR "EY*" OR "E&Y*" OR "E & Y*" OR "ey.com") AND ("memo*" OR "letter" OR "correspond*" OR "e-mail" OR "email" OR "checklist*" OR "attach*" OR "analy*" OR "scop*" OR "engag*" OR "bill*" OR "invoic*" OR "payment*" OR "check*" OR "audit*" OR "compil*" OR "meet*" OR "mtg*" OR "confer*" OR "tele*" OR "disagr*" OR "delin*" OR "refus*" OR "termin*" OR "ceas*" OR "irreg*" OR "fraud*" OR "de-fraud*" OR "defraud*" OR "misconduct*" OR "illeg*" OR "improp*" OR "ICFC" OR "control*" OR "misstat*" OR "mis-stat*" OR "mistat*" OR "miss-stat*" OR "classif*" OR "mis-classif*" OR "mistak*" OR "misrep*" OR "mis-rep*" OR "mislead*" OR "mis-lead*" OR "hid*" OR "deceiv*" OR "disguis*" OR "spread*")) | 47,480 | 23 | SEARCH_LP_20070522 |
| (("Huron" OR "huronconsulting.com" OR "Joe" OR "Floyd") AND ("memo*" OR "letter" OR "correspond*" OR "e-mail" OR "email" OR "checklist*" OR "attach*" OR "analy*" OR "scop*" OR "engag*" OR "bill*" OR "invoic*" OR "payment*" OR "check*" OR "audit*" OR "compil*" OR "meet*" OR "mtg*" OR "confer*" OR "tele*" OR "disagr*" OR "delin*" OR "refus*" OR "termin*" OR "ceas*" OR "irreg*" OR "fraud*" OR "de-fraud*" OR "defraud*" OR "misconduct*" OR "illeg*" OR "improp*" OR "ICFC" OR "control*" OR "misstat*" OR "mis-stat*" OR "mistat*" OR "miss-stat*" OR "classif*" OR "mis-classif*" OR "mistak*" OR "misrep*" OR "mis-rep*" OR "mislead*" OR "mis-lead*" OR "hid*" OR "deceiv*" OR "disguis*" OR "spread*")) | 70,871 | 24 | SEARCH_LP_20070522 |
| (("supp*" OR "sid*" OR "paral*" OR "parral*" OR "follow*" OR "fellow*" OR "extra*" OR "add*" OR "hid*" OR "secret*" OR "clandest*" OR "unknow*" OR "un-know*" OR "invisib*" OR "ghos*" OR "blind*" OR "post*" OR "pre*" OR "invoic*" OR "superced*" OR "superseed*" OR "bonus*" OR "bogus*" OR "trump*" OR "aband*") AND ("agree*" OR "agmt*" OR "agrmt*" OR "contrac*" OR "compac*" OR "term*" OR "condit*" OR "letter*" OR "lettr*" OR "settl*" OR "comprom*" OR "reach*")) | 455,416 | 25 | SEARCH_LP_20070522 |
| | 2 | | |
| | 2 | | |
| | 2 | | |
| | 2 | | |
| | 2 | | |

Search Results

| | Query | | | |
|---|---|---|---|---|
| 2 | (("haledor.com" OR "*wilmerhale.com" OR "Hale and Do*" OR "Hale & Do*" OR "Hale + Do*" OR "Wilmer Hale" OR "WH" OR "Prendergast" OR "Rudman" OR "Haus" OR "Coffey" OR "Gray*" OR "Grey*" OR "attorney*" OR "counsel" OR "council" OR "councel" OR "lawyer" OR "legal*") AND ("send*" OR "sent" OR "distrib*" OR "e-mail" OR "email*" OR "mail" OR "recei*" OR "recip*" OR "general*" OR "creat*" OR "build*" OR "develop*" OR "propos*" OR "FedEx" OR "fed-ex" OR "fed_ex*" OR "UPS" OR "DHL" OR "courier" OR "fiji" OR "stat" OR "re-stat*" OR "restat*" OR "restmt" OR "re-stmt*" OR "account*" OR "acct*" OR "irreg*" OR "improp*" OR "investiga" OR "fraud*" OR "control*" OR "ctrl" OR "misstat*" OR "mis-stat*" OR "misstmt*" OR "mis-stmt*" OR "mislead*" OR "mis-lead*" OR "decept*")) | 414,621 | 77 | 26 | SEARCH_LP_20070522 |
| 2 | (("Andersen*" OR "Arthur Andersen" OR "*arthurandersen.com") AND ("memo*" OR "letter" OR "correspond*" OR "e-mail" OR "email*" OR "checklist*" OR "attach*" OR "analy*" OR "scop*" OR "engag*" OR "bill*" OR "invoic*" OR "payment*" OR "check*" OR "audit*" OR "compil*" OR "meet*" OR "mtg*" OR "confer*" OR "tele*" OR "disagr*" OR "delin*" OR "refus*" OR "termin*" OR "ceas*" OR "irreg*" OR "fraud*" OR "de-fraud*" OR "control*" OR "defraud*" OR "misconduct*" OR "illeg*" OR "improp*" OR "ICFC" OR "classif*" OR "misstat*" OR "mis-classif*" OR "mistak*" OR "mistat*" OR "miss-stat*" OR "mislead*" OR "mis-lead*" OR "hid*" OR "misrep*" OR "mis-rep*" OR "spread*")) | 8,566 | 78 | 27 | SEARCH_LP_20070522 |
| 2 | (("PricewaterhouseCoop*" OR "PwC" OR "pwc*" OR "pwc.com") AND ("memo*" OR "letter" OR "correspond*" OR "e-mail" OR "email*" OR "checklist*" OR "attach*" OR "analy*" OR "scop*" OR "engag*" OR "bill*" OR "invoic*" OR "payment*" OR "check*" OR "audit*" OR "compil*" OR "meet*" OR "mtg*" OR "confer*" OR "tele*" OR "disagr*" OR "delin*" OR "refus*" OR "termin*" OR "ceas*" OR "irreg*" OR "fraud*" OR "de-fraud*" OR "payment*" OR "confer*" OR "defraud*" OR "misconduct*" OR "illeg*" OR "improp*" OR "ICFC" OR "control*" OR "misstat*" OR "miss-stat*" OR "classif*" OR "mis-classif*" OR "mistak*" OR "mistat*" OR "misrep*" OR "mis-rep*" OR "mislead*" OR "mis-lead*" OR "hid*" OR "deceiv*" OR "disguis*" OR "spread*")) | 4,561 | 79 | 28 | SEARCH_LP_20070522 |

Search Results

| Query | Results | # | ID |
|---|---|---|---|
| (("Qwest" OR "Quest" OR "Qwets" OR "Quets*") AND ("revenue*" OR "recogni*" OR "accept*" OR "defer" OR "upgrade*" OR "ship*" OR "maintenance" OR "rev*" OR "purchas*" OR "buy*" OR "agree*" OR "contract" OR "compl*" OR "fraud" OR "fail*" OR "intern*" OR "settle*" OR "breach" OR "settlement agree*" OR "audit*" OR "early" OR "prematur*" OR "improper" OR "ICFC" OR "improp*" OR "wrong*" OR "mistak*" OR "error" OR "illeg*" OR "conflict" OR "partial" OR "book" OR "accounted" OR "purchase order" OR "invoic" OR "P.O." OR "software" OR "updat*" OR "letter agree" OR "transact*" OR "erroneous*" OR "incorrect*" OR "circumven*" OR "account" OR "mis-stat" OR "misstat" OR "inten*" OR "confirm*" OR "sett!*" OR "specif*" OR "upgrad*" OR "right*" OR "accept*" OR "canv*" OR "recog*" OR "instal*" OR "acct" OR "financ" OR "maint*" OR "S.O.P. 97-2" OR "S.O.P. 98-9" OR "97-2" OR "SOP 97-2" OR "SOP 98-9" OR "98-9" OR "98.9" OR "98(9)" OR "989" OR "procur*" OR "972" OR "agmt*" OR "agrmt*" OR "compact*" OR "condit*" OR "sid" OR "persuad*" | 86,699 | 29 | SEARCH_LP_20070522 |
| ("AT&T" OR "ATT" OR "ATWS" OR "AT and T" OR "ATandT" OR "AWS" OR "ATTWS" OR "AT&TW*" OR "AT&T*" OR "AT+T" OR "AT&TW" OR "ATTW*" OR "AT+TW*" OR "Wireless" OR "Wire-less") AND ("revenue*" OR "recogni*" OR "accept*" OR "defer" OR "upgrade*" OR "ship" OR "maintenance" OR "rev" OR "purchas*" OR "buy*" OR "agree" OR "contract" OR "compl*" OR "fraud" OR "fail" OR "intern*" OR "wrong" OR "mistak*" OR "error" OR "illeg*" OR "ICFC" OR "conflict*" OR "intern*" OR "settle*" OR "breach" OR "settlement agree" OR "audit*" OR "early" OR "prematur*" OR "improper" OR "invoic" OR "partial" OR "book" OR "accounted" OR "purchase order" OR "transact*" OR "PO" OR "P.O." OR "software" OR "updat*" OR "letter agree" OR "erroneous*" OR "incorrect*" OR "F.R." OR "FR*" OR "technology commitment letter" OR "T.C.L." OR "TCL" OR "lab equip*" OR "useful li*" OR "equipment li*" OR "gate six" OR "gate 6" OR "gate 6" OR "gate6" OR "gatesix" OR "LA Softswitch" OR "LA" OR "L.A." OR "local access*" OR "local-access*" OR "Los Angeles" OR "Louisiana" OR "Tandem | 160,269 | 81 | SEARCH_LP_20070522 |
| ("org*" w/2 ("chart" OR "structure")) | 6,656 | 82 | SEARCH_LP_20070522 |
| ("employee*" w/2 ("handbook" OR "manual")) | 767 | 83 | SEARCH_LP_20070522 |
| ("operat*" w/5 ("proced*" OR "polic*" OR "manual*")) | 10,357 | 84 | SEARCH_LP_20070522 |
| ("accounting" w/5 ("proced*" OR "polic*" OR "manual*")) | 7,317 | 85 | SEARCH_LP_20070522 |
| (("employee*" OR "employm*" OR "operat*" OR "accounting" OR "accig*" OR "person*") AND ("handbook*" OR "manual*" OR "proced*" OR "polic*" OR "pract*")) | 146,255 | 86 | SEARCH_LP_20070522 |

Search Results

| | | | |
|---|---|---|---|
| 2 | (("revenue*" w/25 "recog*") AND ("polic*" OR "proced*" OR "account*" OR "practice*" OR "compl*" OR "noncompl*" OR "non-compl*" OR "fail*" OR "lack" OR "fraud" OR "misstate*" OR "faulty" OR "improp*")) | 34,208 | 87 | 36 | SEARCH_LP_20070522 |
| 2 | (("defer*" w/5 "revenue*") AND ("polic*" OR "proced*" OR "account*" OR "practice*")) | 7,959 | 88 | 37 | SEARCH_LP_20070522 |
| 2 | (("ship*" w/10 "revenue") w/15 ("polic*" OR "proced*" OR "account*" OR "practice*")) | 4,783 | 89 | 38 | SEARCH_LP_20070522 |
| 2 | (("multiple" w/5 "element") w/15 ("polic*" OR "proced*" OR "account*" OR "practice*")) | 1,286 | 90 | 39 | SEARCH_LP_20070522 |
| 2 | (("hardware" OR "software" OR "h/w" OR "s/w") AND ("bundl*" OR "unbundl*" OR "un-bundl*" OR "segregat*" OR "separat*")) | 74,127 | 91 | 40 | SEARCH_LP_20070522 |
| 2 | ("97-2" OR "SAB104" OR "98-9" OR "97(2)" OR "97.2" OR "98(9)" OR "989" OR "98.9") | 84,506 | 92 | 41 | SEARCH_LP_20070522 |
| 2 | (("press release*" OR "PR") AND (("financial" w/10 ("results" OR "statement*") AND ("restat*" OR "revis*" OR "adjust*")) OR ("accounting" w/10 ("practic*" OR "polic*" OR "proc*")))) | 11,173 | 93 | 42 | SEARCH_LP_20070522 |
| 2 | ("10Q" OR "10-Q" OR "10Q/A" OR "10QA" OR "10-QA") | 20,335 | 94 | 43 | SEARCH_LP_20070522 |
| 2 | ("10K" OR "10-K") | 40,776 | 95 | 44 | SEARCH_LP_20070522 |
| 2 | ("10KA" OR "10-K/A" OR "10-KA") | 4,239 | 96 | 45 | SEARCH_LP_20070522 |
| 2 | ("Form 3") | 2,656 | 97 | 46 | SEARCH_LP_20070522 |
| 2 | ("Form 4") | 5,570 | 98 | 47 | SEARCH_LP_20070522 |
| 2 | ("Form 5") | 3,232 | 99 | 48 | SEARCH_LP_20070522 |
| 2 | ("8K" OR "8-K") | 13,957 | 100 | 49 | SEARCH_LP_20070522 |
| 2 | ("424B5" OR "424-B-5" OR "424B-5" OR "424(b)(5)") | 20 | 101 | 50 | SEARCH_LP_20070522 |
| 2 | ("S-8" OR "S8") | 11,468 | 102 | 51 | SEARCH_LP_20070522 |
| 2 | (("prospectus*" OR "supplement*" OR "offering*" OR "follow on" OR "follow-on" OR "followon") AND (("4/23" OR "04/23" OR "4-23" OR "04-23" OR "4/23/03" OR "04/23/03" OR "4-23-03" OR "04-23-03" OR "4/23/2003" OR "04/23/2003" OR "4-23-2003" OR "04-23-2003" OR "April 23" OR "Apr. 23") OR ("goldman" OR "sachs" OR "GS" OR "G.S." OR "goldmansachs.com" OR "goldmansachs.com")))) | 62,958 | 103 | 52 | SEARCH_LP_20070522 |
| 2 | (("prospectus*" OR "supplement*" OR "offering*" OR "follow on" OR "follow-on" OR "followon") AND (("9/23" OR "09/23" OR "9-23" OR "09-23" OR "9/23/03" OR "09/23/03" OR "9-23-03" OR "09-23-03" OR "9/23/2003" OR "09/23/2003" OR "9-23-2003" OR "09-23-2003" OR "September 23" OR "Sept. 23") OR ("goldman" OR "sachs" OR "GS" OR "G.S." OR "goldmansachs.com" OR "goldmansachs.com" OR "analy*" OR "stock*" OR "capital"))) | 62,763 | 104 | 53 | SEARCH_LP_20070522 |
| 2 | (("rais*" OR "bring* in" OR "obtain*" OR "procur*" OR "get*") w/5 "capital") | 5,180 | 105 | 54 | SEARCH_LP_20070522 |

Search Results

| | | | | |
|---|---|---|---|---|
| 2 | ((("Ernst & Young" OR "Ernst" OR "EandY" OR "EY" OR "E&Y")) AND (("own*" OR "buy" OR "bought" OR "purchas*" OR "sell*" OR "sold" OR "trad*" OR "sale")) AND (("stock*" OR "share*") AND "Sonus"))) | 8,647 | 106 | SEARCH_LP_20070522 |
| 2 | (("Andersen" AND (("own*" OR "buy" OR "bought" OR "purchas*" OR "sell*" OR "sold" OR "trad*") AND (("stock*" OR "share*") AND "Sonus"))) | 3,356 | 107 | SEARCH_LP_20070522 |
| 2 | ("Huron" AND (("own*" OR "buy" OR "bought" OR "purchas*" OR "sell*" OR "sold" OR "trad*") AND (("stock*" OR "share*") AND "Sonus"))) | 1,168 | 108 | SEARCH_LP_20070522 |
| 2 | ((("Wilmer" OR "Hale" OR "WH" OR "HD" OR "H&D" OR "WCPHD") AND (("own*" OR "buy" OR "bought" OR "purchas*" OR "sell*" OR "sold" OR "trad*") AND (("stock*" OR "share*") AND "Sonus"))) | 14,452 | 109 | SEARCH_LP_20070522 |
| 2 | (("Ernst & Young" OR "Ernst" OR "EandY" OR "EY" OR "E&Y") AND ("invoice*" OR "bill*" OR "pay" OR "engag*" OR "retain" OR "term" OR "indemni*" OR "condition*")) | 14,764 | 110 | SEARCH_LP_20070522 |
| 2 | ("Andersen" AND ("invoice*" OR "bill*" OR "pay" OR "engag*" OR "retain" OR "term" OR "indemni*" OR "condition*")) | 6,003 | 111 | SEARCH_LP_20070522 |
| 2 | ("Huron" AND ("invoice*" OR "bill*" OR "pay" OR "engag*" OR "retain" OR "term" OR "indemni*" OR "condition*")) | 2,835 | 112 | SEARCH_LP_20070522 |
| 2 | (("Ernst & Young" OR "Ernst" OR "EandY" OR "EY" OR "E&Y") w/15 "Restat") | 1,173 | 113 | SEARCH_LP_20070522 |
| 2 | (("Ernst & Young" OR "Ernst" OR "EandY" OR "EY" OR "E&Y") w/25 "Qwest" OR "Quest") | 1,064 | 114 | SEARCH_LP_20070522 |
| 2 | (("Ernst & Young" OR "Ernst" OR "EandY" OR "EY" OR "E&Y") w/25 "AT&T" OR "ATT" OR "ATWS" OR "AT and T" OR "ATandT" OR "AWS" OR "ATTWS")) | 809 | 115 | SEARCH_LP_20070522 |
| 2 | ("Andersen" AND "Restat*") | 2,264 | 116 | SEARCH_LP_20070522 |
| 2 | ("Andersen" AND ("Qwest" OR "Quest")) | 2,037 | 117 | SEARCH_LP_20070522 |
| 2 | ("Andersen" AND ("AT&T" OR "ATT" OR "ATWS" OR "AT and T" OR "ATandT" OR "AWS" OR "ATTWS")) | 2,114 | 118 | SEARCH_LP_20070522 |

| | | | |
|---|---|---|---|
| 2 | (("SEC" OR "Securities and Exchange" OR "S.E.C." OR "FBI" OR "F.B.I." OR "DOJ" OR "D.O.J." OR "Justice" OR "Department of Justice" OR "Dep't of Justice" OR "Dept of Justice" OR "Dept. of Justice" OR "NASD" OR "NASDAQ" OR "National") AND ("subpoena*" OR "request*" OR "interview" OR "test*" OR "investig*" OR "witness" OR "depo*" OR "inqui*" OR "review" OR "disclo*" OR "Hass*" OR "Ahmed" OR "Stephen" OR "Steve" OR "Steven" OR "Nill") OR "restat*" OR "re-stat*" OR "checklist" OR "attach*" OR "analy*" OR "scop*" OR "engag*" OR "bill*" OR "invoic*" OR "payment" OR "check*" OR "audit" OR "compil*" OR "meet*" OR "mtg" OR "confer*" OR "tele*" OR "disagr*" OR "delin*" OR "refus*" OR "termin*" OR "ceas*" OR "irreg*" OR "fraud*" OR "de-fraud*" OR "defraud*" OR "misconduct*" OR "illeg*" OR "improp*" OR "ICFC" OR "control" OR "mistat*" OR "mis-stat*" OR "mistak*" OR "miss-stat*" OR "classif*" OR "mis-classif*" OR "misrep*" OR "miss-rep*" OR "mislead" OR "mis-lead" OR "hid*" OR "deceiv*" OR "disguis*" OR "spread | 131,910 | 68 | SEARCH_LP_20070522 |
| 2 | (("SEC" OR "Securities and Exchange" OR "S.E.C." OR "FBI" OR "F.B.I." OR "DOJ" OR "D.O.J." OR "Justice" OR "Department of Justice" OR "Dep't of Justice" OR "Dept of Justice" OR "Dept. of Justice" OR "NASD" OR "NASDAQ" OR "National") AND ("subpoena*" OR "request*" OR "interview" OR "test*" OR "investig*" OR "witness" OR "depo*" OR "inqui*" OR "review" OR "disclo*") AND ("Hass*" OR "Ahmed" OR "Stephen" OR "Steve" OR "Steven" OR "Nill")) | 37,979 | 69 | SEARCH_LP_20070522 |
| 2 | (("SEC" OR "Securities and Exchange" OR "S.E.C." OR "FBI" OR "F.B.I." OR "DOJ" OR "D.O.J." OR "Justice" OR "Department of Justice" OR "Dep't of Justice" OR "Dept of Justice" OR "Dept. of Justice" OR "NASD" OR "NASDAQ" OR "National") AND ("subpoena*" OR "request*" OR "interview" OR "test*" OR "investig*" OR "witness" OR "depo*" OR "inqui*" OR "review" OR "disclo*") AND ("Pet*" OR "Hemme")) | 55,119 | 70 | SEARCH_LP_20070522 |
| 2 | (("SEC" OR "Securities and Exchange" OR "S.E.C." OR "FBI" OR "F.B.I." OR "DOJ" OR "D.O.J." OR "Justice" OR "Department of Justice" OR "Dep't of Justice" OR "Dept of Justice" OR "Dept. of Justice" OR "NASD" OR "NASDAQ" OR "National") AND ("Well*")) | 5,153 | 71 | SEARCH_LP_20070522 |

| | Search | Results | ID | |
|---|---|---|---|---|
| 2 | (("SEC" OR "Securities and Exchange" OR "S.E.C." OR "FBI" OR "commission"" OR "FBI" OR "F.B.I." OR "Bureau" OR "Federal Bureau of Investigation" OR "Fed. Bureau of Invest*" OR "Dept of Justice" OR "DOJ" OR "D.O.J." OR "Department of Justice" OR "Dept. of Justice" OR "Dep't of Justice" OR "Dep't. of Justice" OR "N.A.S.D." OR "N.A.S.D.A.Q." OR "NASD" OR "NASDAQ" OR "N.A.S.D." OR "gov't" OR "govm" OR "agenc*" OR "federal" OR "stat*" OR "government" OR "dept*" ) AND ("doc*" OR "file*" OR "department" OR "dep't*" OR "reven*" OR "earn*" OR "incom*" OR "time*" OR "filing*" OR "account" OR "modif*" OR "adjust*" OR "irreg*" OR "fraud*" OR "de-fraud*" OR "manip*" OR "misconduct*" OR "illeg*" OR "improp*" OR "CFC" OR "control" OR "defraud*" OR "misstat*" OR "mis-stat*" OR "mistat*" OR "mis-stat*" OR "classif*" OR "mis-classif*" OR "mis-stat*" OR "mistak*" OR "misrep*" OR "mis-rep*" OR "mislead*" OR "mis-lead*" OR "hid*" OR "deceiv*" OR "disguis*")) | 506,033 | 72 | SEARCH_LP_20070522 |
| 2 | (("SEC" OR "Securities and Exchange" OR "S.E.C." OR "FBI" OR "Bureau" OR "F.B.I." OR "DOJ" OR "Justice" OR "D.O.J." OR "Department of Justice" OR "Dept of Justice" OR "Dept. of Justice" OR "Dep't of Justice" OR "Dep't. of Justice" OR "NASD" OR "NASDAQ" OR "National") AND ("subpo*")) | 1,731 | 73 | SEARCH_LP_20070522 |
| 2 | (("Ahmed" OR "Hass*") AND ("stock*" OR "share*" OR "option*" OR "compensat*" OR "salar*" OR "bonus*") AND ("own*" OR "buy" OR "bought" OR "purchas*" OR "sell*" OR "sold" OR "trad*" OR "awar*" OR "grant*" OR "vest*" OR "sale*" OR "held*" OR "hold*")) | 55,727 | 74 | SEARCH_LP_20070522 |
| 2 | (("Ahmed" OR "Hass*") AND ("compensat*" OR "salar*" OR "bonus*" OR "cash*")) | 34,699 | 75 | SEARCH_LP_20070522 |
| 2 | (("Nill*" OR "Stephen" OR "Steve") AND ("stock*" OR "share*" OR "option*" OR "compensat*" OR "salar*" OR "bonus*") AND ("own*" OR "buy" OR "bought" OR "purchas*" OR "sell*" OR "sold" OR "trad*" OR "awar*" OR "grant*" OR "vest*" OR "sale*" OR "held*" OR "hold*")) | 67,694 | 76 | SEARCH_LP_20070522 |
| 2 | (("Steve" OR "Stephen" OR "Nill*") AND ("compensat*" OR "salar*" OR "bonus*" OR "cash*")) | 45,269 | 77 | SEARCH_LP_20070522 |
| 2 | (("Hemme" OR "Peter*") AND ("stock*" OR "share*" OR "option*" OR "compensat*" OR "salar*" OR "bonus*") AND ("own*" OR "buy" OR "bought" OR "purchas*" OR "sell*" OR "sold" OR "trad*" OR "awar*" OR "grant*" OR "vest*" OR "sale*" OR "held*" OR "hold*")) | 33,054 | 78 | SEARCH_LP_20070522 |
| 2 | (("Pete*" OR "Peter" OR "Hemme") AND ("compensat*" OR "salar*" OR "bonus*" OR "cash*")) | 21,580 | 79 | SEARCH_LP_20070522 |

Search Results

| # | Query | Results | ID | Source |
|---|---|---|---|---|
| 2 | (("Ahmed"" OR "Hassan"" OR "Hass*"") w/30 ("chairman" OR "chair" OR "chair*"") w/30 ("elect*" OR "appoint*" OR "made" OR "mak*" OR "promot*" OR "board*" OR "bd" OR "dir"")) | 4,014 | 131 | 80 | SEARCH_LP_20070522 |
| 2 | (("Hemme" OR "Peter"" OR "Pete"") AND ("fir*" OR "term*" OR "resign*" OR "transfer"" OR "demot*" OR "remov*" OR "transf*")) | 54,024 | 132 | 81 | SEARCH_LP_20070522 |
| 2 | (("Nill"" OR "Stephen"" OR "Stev"") AND ("V.P."" OR "VP" OR "vice"") AND ("elect*" OR "appoint*" OR "transition*" OR "made" OR "mak*" OR "demot*" OR "CFO" OR "C.F.O" OR "Chief" OR "business"" OR "operat*" OR "involuntar*" OR "voluntar*" OR "agree*"")) | 38,923 | 133 | 82 | SEARCH_LP_20070522 |
| 2 | (("Notini*" OR "Bert" OR "Albert"" OR "Al"") AND (("COO" OR ("chief" w/25 "officer*") OR "president") OR "elect*" OR "appoint*" OR "hire*" OR "retain" OR "transition*" OR "made" OR "mak*" OR "promot*" OR "hir*" OR "select*" OR "offer*" OR "salar*" OR "bonus*" OR "option" OR "grant*" OR "awar*" OR "rewar*"))) | 73,920 | 134 | 83 | SEARCH_LP_20070522 |
| 2 | (("Notini*" OR "Bert" OR "Albert"" OR "Al"") AND ("memo" OR "analy" OR "assum*" OR "responsib*" OR "operat*" OR "accur*" OR "restat*" OR "re-stat*" OR "letter" OR "correspond*" OR "e-mail" OR "email*" OR "checklist*" OR "attach*" OR "analy*" OR "scop*" OR "engag*" OR "bill*" OR "invoic*" OR "payment*" OR "check*" OR "audit*" OR "compil*" OR "meet*" OR "mtg*" OR "confer*" OR "tele*" OR "disagr*" OR "delin*" OR "refus*" OR "termin*" OR "ceas*" OR "irreg*" OR "fraud*" OR "de-fraud*" OR "defraud*" OR "misconduct" OR "illeg*" OR "improp*" OR "ICFC" OR "control*" OR "misstat*" OR "mistak*" OR "miss-stat*" OR "classif*" OR "mis-classif*" OR "misrep*" OR "mis-rep*" OR "mislead*" OR "mis-lead*" OR "hid*" OR "deceiv*" OR "disguis*" OR "spread*")) | 599,095 | 135 | 84 | SEARCH_LP_20070522 |
| 2 | (("Gruber" OR "Rubin") AND (("emeritus" OR "chairman" OR "chair") AND ("elect*" OR "appoint*" OR "transition*" OR "made" OR "mak*" OR "promot*" OR "select"))) | 7,860 | 136 | 85 | SEARCH_LP_20070522 |
| 2 | ("document" w/5 ("preserv*" OR "retain" OR "retention" OR "destr*")) | 3,320 | 137 | 86 | SEARCH_LP_20070522 |
| 2 | (("document*" OR "polic*" OR "proced" OR "requir*") AND ("preserv*" OR "retain" OR "retention" OR "destr*" OR "held*" OR "hold*" OR "elimin*" OR "delet*" OR "stor*" OR "backup*" OR "back-up*")) | 259,326 | 138 | 87 | SEARCH_LP_20070522 |

| | | | |
|---|---|---|---|
| (("board" OR "bd" OR "directors" OR "dir" OR "compensation committee" OR "audit committee" OR "committee" OR "compen*") AND ("restat*" OR "re-stat*" OR "memo*" OR "letter" OR "correspond*" OR "e-mail*" OR "email" OR "checklist*" OR "attach*" OR "analy*" OR "scop*" OR "engag*" OR "bill*" OR "invoic*" OR "payment" OR "check" OR "audit*" OR "compil*" OR "meet*" OR "mtg" OR "confer*" OR "tele-" OR "disagr*" OR "delin*" OR "refus*" OR "termin*" OR "ceas*" OR "irreg*" OR "fraud*" OR "de-fraud*" OR "defraud*" OR "misconduct*" OR "illeg" OR "improp*" OR "ICFC" OR "control*" OR "classif*" OR "mis-stat*" OR "mistat*" OR "miss-stat*" OR "misstat*" OR "mis-classif*" OR "mis-lead*" OR "mislead*" OR "hid*" OR "deceiv*" OR "misrep*" OR "mis-rep*" OR "spread*" OR "agend*" OR "video" OR "audio" OR "disguis*" OR "taping" OR "note*" OR "record" OR "material")) | 2 | 431,700 | 139 | SEARCH_LP_20070522 |
| (("board" OR "bd" OR "directors" OR "dir" OR "compensation committee" OR "audit committee" OR "committee" OR "compen*") AND ("Qwest" OR "Quest" OR "Qwests*" OR "Quests*")) | 2 | 59,184 | 140 | SEARCH_LP_20070522 |
| (("board" OR "bd" OR "directors" OR "dir" OR "compensation committee" OR "audit committee" OR "committee" OR "compen*") AND ("AT&T" OR "ATT" OR "ATWS" OR "AT and T" OR "ATandT" OR "AWS" OR "ATTWS" OR "A T and T" OR "A T & T" OR "AT+T" OR "AT&TW" OR "ATTW*" OR "AT+TW" OR "Wireless" OR "Wire-less")) | 2 | 102,603 | 141 | SEARCH_LP_20070522 |
| (("estimat*" OR "project*" OR "forecast*") AND (("earning*" OR "revenue*" OR "price" OR "EPS") AND ("sector" OR "competitor*" OR ("informat*" w/5 "tech*") OR "telecom*" OR "VOIP" OR "voice over" OR "Sonus" OR "SONS*"))) | 2 | 122,260 | 142 | SEARCH_LP_20070522 |
| TOTAL DOCUMENTS | | 1,306,087 | | |
| TOTAL SIZE | | 202.75GB | | |