UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION | ) Civil Action No. 04-10294-DPW<br>) (Lead Case)<br>)<br>) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) **PROOF OF SERVICE**<br>)<br>)<br>) |

106776

<u>PROOF OF SERVICE</u>

I, KimLane E. Gantan, hereby certify that on September 19, 2007, I electronically filed the foregoing documents:

1. **LEAD PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT SONUS NETWORKS, INC.'S MOTION FOR PROTECTIVE ORDER**

2. **AFFIDAVIT OF PAMELA A. MARKERT IN OPPOSITION TO DEFENDANT SONUS NETWORKS, INC.'S MOTION FOR PROTECTIVE ORDER**

together with this Proof of Service, with the Clerk of the Court using the CM/ECF System which sent notification of such filing to all counsel record.

_____
KimLane E. Gantan