UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| IN RE SONUS NETWORKS, INC. SECURITIES LITIGATION | CIVIL ACTION NO. 04-10294 DPW |
|---|---|

## MOTION FOR ADMISSION
### *PRO HAC VICE* OF KAREN D. STRINGER

Pursuant to Mass. Gen. Laws ch. 221, § 39, the undersigned move for the Court's admission of Karen D. Stringer *pro hac vice* to appear on behalf of the Defendant, Sonus Networks, Inc.

In support of this Motion, the undersigned state:

1. Ms. Stringer is a member in good standing of the bars of the Commonwealth of Massachusetts, the Commonwealth of Pennsylvania, the State of New Jersey and several federal courts, and is an associate with the law firm Wilmer Cutler Pickering Hale and Dorr LLP.

2. I am admitted to the Supreme Judicial Court of Massachusetts and am in the process of applying for admission to the District Court for the District of Massachusetts.

3. The Affidavit of Ms. Stringer in support of this Motion is attached hereto as Exhibit 1.

4. James W. Prendergast, a member in good standing with the United States District Court for the District of Massachusetts, and a partner with Wilmer Cutler Pickering Hale and Dorr LLP, will be actively associated with Ms. Stringer in this matter.

WHEREFORE, the undersigned move to this Honorable Court's order of the admission *pro hac vice* of Ms. Stringer.

US1DOCS 6404936v1

Sonus Networks, Inc.
By their attorneys,

*/s/ Sherry Hartel Haus*

Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Peter A. Spaeth (BBO #545202)
Sherry Hartel Haus (BBO #663777)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Attorneys for Sonus Networks, Inc.

Dated: October 17, 2007