**EXHIBIT 1**

| | |
|---|---|
| IN RE SONUS NETWORKS, INC.<br>SECURITIES LITIGATION | : UNITED STATES DISTRICT COURT<br>: DISTRICT OF MASSACHUSETTS<br>:<br>:<br>:<br>: CIVIL ACTION NO. 04-10294 DPW<br>:<br>:<br>:<br>:<br>: October 17, 2007<br>:<br>:<br>:<br>: |

## AFFIDAVIT OF KAREN D. STRINGER
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Karen D. Stringer having been duly sworn, says:

1.      I am an attorney duly admitted to the practice of law in the Commonwealth of Massachusetts, the State of New Jersey and the Commonwealth of Pennsylvania.

2.      I am an associate in the law firm of Wilmer Cutler Pickering Hale and Dorr, LLP. My business address is 60 State Street, Boston, MA 02109. The telephone number is (617) 526-6406; the fax number is (617) 526-5000.

3.      I make this affidavit in support of my motion for Admission *pro hac vice* as counsel for Sonus Networks, Inc. in all proceedings in this action.

4. I was admitted to the practice of law in the Commonwealth of Pennsylvania in 2003 and am a member in good standing.

5. I was admitted to the practice of law in the State of New Jersey in 2003 and am a member in good standing.

6. I was admitted to the practice of law in the Commonwealth of Massachusetts in 2005 and am a member in good standing.

7. There is no grievance pending against me in any jurisdiction, and I have never been reprimanded, suspended, placed on inactive status, disbarred, nor have I resigned from the practice of law in any jurisdiction.

8. I am familiar with the Local Rules of the United States District for the District of Massachusetts.

9. My application for leave to practice in this Court is on motion of a member of the bar of this Court, who has filed a Notice of Appearance in this matter.

Based on the foregoing, I respectfully request that the Court grant my motion for *pro hac vice* in this action.

_____
Karen D. Stringer

Subscribed and sworn to this
17th day of October, 2007,
before me

_____
Notary Public
My commission expires: 2/05/2010

- 3 -