UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
IN RE SONUS NETWORKS, INC.             )   Civ. Action No. 04-10294 DPW
SECURITIES LITIGATION                  )
                                       )
_____)

**DEFENDANT SONUS NETWORKS, INC.'S RESPONSE TO PLAINTIFF'S
EXPEDITED MOTION TO SCHEDULE SINGLE HEARING DATE**

Plaintiff has moved the Court to continue, until an unspecified later date, the hearing currently scheduled for October 30, 2007, on defendant Sonus Networks, Inc.'s ("Sonus") Motion for Protective Order (Dkt No. 203), and consolidate that hearing with the as-yet unscheduled hearing on Plaintiff's Motion to Compel Production of Documents ("Motion to Compel") (Dkt. No. 211). *See* Lead Plaintiff's Expedited Motion to Schedule Single Hearing Date for Two Discovery Motions Pending Before the Court (Dkt. No. 215) ("Plaintiff's Motion"). Sonus does not object to Plaintiff's Motion, and agrees that both Sonus' and Plaintiff's discovery motions should be heard on the same date. However, if the Court prefers, Sonus is prepared to proceed with a hearing on both discovery motions on the currently scheduled hearing date of October 30, 2007, as Sonus' Motion for Protective Order was filed seven weeks ago, and Sonus will be filing its opposition to Plaintiff's Motion to Compel by October 29, 2007.

Respectfully Submitted,

/s/ Melissa B. Coffey
/s/ James W. Prendergast
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Sherry Hartel Haus (BBO #663777)
Melissa B. Coffey (BBO #660750)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: October 24, 2007         *Attorneys for Sonus Networks, Inc.*

**CERTIFICATE OF SERVICE**

I, Melissa B. Coffey, hereby certify that on October 24, 2007, I caused a true copy of the foregoing document to be served electronically via the Court's Electronic Filing System upon all counsel of record.

/s/ Melissa B. Coffey
Melissa B. Coffey