UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. LITIGATION | ) Civil Action No. 04-10294-DPW<br>) (Lead Case)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | )<br>)<br>)<br>)<br>) |

**LEAD PLAINTIFF'S ASSENTED TO APPLICATION
FOR EXTENSION OF TIME TO APPLY FOR
PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**

                                                  GOLD BENNETT CERA & SIDENER LLP
                                                  Solomon B. Cera
                                                  Gwendolyn R. Giblin
                                                  Pamela A. Markert
                                                  Kenneth A. Frost
                                                  595 Market Street, Suite 2300
                                                  San Francisco, California 94105
                                                  Telephone: (415) 777-2230
                                                  Facsimile: (415) 777-5189

                                                  Attorneys for Lead Plaintiff
                                                  BPI Global Asset Management LLP

#118187

On October 30, 2007, the parties jointly informed the Court that they had reached an agreement in principle to settle all claims in this litigation, subject to final documentation, notice to the class, and approval by the Court pursuant to Rule 23(e), Fed.R.Civ.P. At that time, Lead Plaintiff was hopeful that the settlement documentation could be completed in time for a December 3, 2007 hearing on a motion for preliminary approval of the proposed settlement, and the Court accordingly established that date for a hearing, with the moving papers to be filed by November 19, 2007.

Notwithstanding Lead Plaintiff's good faith efforts, it has become clear that meeting the aforementioned schedule will not be possible, due to the complexity of the settlement documentation being prepared by Lead Plaintiff's counsel and the demands on their time from other matters. No problems have arisen with the settlement whatsoever; however, the documentation process is lengthy and complex.

Accordingly, in an abundance of caution and to ensure to the degree reasonably possible that no further extensions will be required, Lead Plaintiff requests, pursuant to Rule 6(b)(1), Fed.R.Civ.P., that the Court continue the hearing on a motion for preliminary approval of the proposed settlement to January 15, 2008, with moving papers to be filed by December 21, 2007.

Defendants' counsel have advised Lead Plaintiff that they assent to this request.

Dated: November 15, 2007                    GOLD BENNETT CERA & SIDENER LLP


                                            By ____/s/Solomon B. Cera_____
                                                 Solomon B. Cera

                                            Attorneys for Lead Plaintiff
                                            BPI Global Asset Management LLP

#118187                                                                        1

CERTIFICATE OF SERVICE

I, KimLane E. Gantan, hereby certify that on November 15, 2007, I electronically filed the foregoing document: **"LEAD PLAINTIFF'S ASSENTED TO APPLICATION FOR EXTENSION OF TIME TO APPLY FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT"** with the Clerk of the Court using the CM/ECF System which sent notification of such filing to all counsel of record.

_____
KimLane E. Gantan

#118187