UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. SECURITIES LITIGATION | ) Civil Action No. 04-10294-DPW<br>) (Lead Case)<br>)<br>) |
| THIS DOCUMENT RELATES TO: ALL CASES | )<br>)<br>)<br>)<br>) |

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION,
PROPOSED SETTLEMENT AND SETTLEMENT HEARING**

TO:  ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE COMMON STOCK OF SONUS NETWORKS, INC. DURING THE PERIOD MARCH 28, 2002 THROUGH MARCH 26, 2004, INCLUSIVE (THE "CLASS").

YOU ARE HEREBY NOTIFIED, pursuant to Federal Rule of Civil Procedure 23 and an Order of the Court dated _____, 2008, that the above-captioned action has been certified as a class action and that a settlement of $40,000,000 in cash has been proposed with regard to the defendants Sonus Networks, Inc., Hassan M. Ahmed, and Stephen J. Nill. A hearing will be held before the Honorable Douglas P. Woodlock, United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Courtroom No. 1, Boston, Massachusetts 02210, at __:__ __.m., on _____, 2008 to determine whether the proposed settlement should be approved by the Court as fair, reasonable, and adequate, to consider the application of Lead Plaintiff's Counsel for attorneys' fees and reimbursement of

expenses, and to consider a proposed Plan of Allocation of the settlement proceeds.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUNDS. If you have not yet received the full printed Notice of Pendency of Class Action and Hearing On Proposed Settlement and Attorneys' Fee Petition and Right to Share in Settlement Fund (the "Notice"), and a Proof of Claim and Release form, you may obtain copies of these documents by identifying yourself as a member of the Class and by calling or writing to:

> *In re Sonus Networks, Inc. Securities Litigation*
> c/o Gilardi & Co. LLC
> Claims Administrator
> P.O. Box 8040
> San Rafael, California 94912-8040
> (800) 447-7657
> www.gilardi.com

Inquiries, other than requests for the Notice and Proof of Claim and Release, may be made to Lead Plaintiff's Counsel:

> Solomon B. Cera, Esq.
> Gold Bennett Cera & Sidener LLP
> 595 Market Street, Suite 2300
> San Francisco, California 94105

To participate in the Settlement, you must submit a Proof of Claim and Release no later than _____, 2008. If you are a Class member and do not submit a proper Proof of Claim and Release, you will not share in the settlement but you will be bound by the final orders and judgment of the Court. Any objections to the Settlement must be filed by _____, 2008. To exclude yourself from the Class you must submit a request for exclusion, postmarked no later than _____, 2008, setting forth certain information ordered by the Court and described in

the Notice. If you are a Class member and do not exclude yourself you will be bound by the final orders and judgment of the Court.

    PLEASE DO NOT CONTACT THE COURT.

By Order of The Court

#118425                                          3