UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. SECURITIES LITIGATION | ) Civil Action No. 04-10294-DPW<br>) (Lead Case)<br>)<br>) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) **PROOF OF SERVICE**<br>)<br>)<br>) |

#118441

PROOF OF SERVICE

I, KimLane E. Gantan, hereby certify that on December 21, 2007, I electronically filed the foregoing documents:

1. **LEAD PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT**

2. **LEAD PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT**

3. **STIPULATION AND AGREEMENT OF SETTLEMENT**

together with this Proof of Service, with the Clerk of theCourt using the CM/ECF System which sent notification of such filing to all counsel of record.

_____
KimLane E. Gantan