## CERTIFICATE OF SERVICE

I, KimLane E. Gantan, hereby declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835. I am over the age of eighteen years and am not a party to this action.

On January 16, 2008, I served a copy of the aforementioned "**[REVISED] PRELIMINARY ORDER IN CONNECTION WITH SETTLEMENT PROCEEDINGS**" on all parties listed on the attached Exhibit I, by causing true and correct copies of same to be enclosed in sealed envelopes and deposited in the U.S. Mail, postage prepaid, or delivered as otherwise indicated on the attached Exhibit I.

Executed on January 16, 2008, at San Francisco, California.

_____
KimLane E. Gantan

114652

## EXHIBIT I

**VIA FEDEX**
John R. Baraniak, Jr.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

**VIA FEDEX**
Matthew J. Matule
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

**VIA FEDEX**
James W. Prendergast
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

114652