UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORA CHIN, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC., HASSAN AHMED, PH.D. and STEPHEN NILL,<br><br>      Defendants. | Case No. 04-10294-DPW |

## NOTICE OF WITHDRAWAL OF GREGORY F. NOONAN

Gregory F. Noonan of Wilmer Cutler Pickering Hale and Dorr LLP hereby gives notice that he will no longer serve as counsel for defendant Sonus Networks, Inc., in this action. The appearances of other attorneys from Wilmer Cutler Pickering Hale and Dorr LLP remain in effect and are not affected by this withdrawal.

Respectfully submitted,

Gregory F. Noonan (BBB #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
1117 S. California Avenue
Palo Alto, CA 94304
(650) 858-6000

Dated: March 18, 2008