# Exhibit A



**THE RESOLUTION EXPERTS**



*Recognized as one of the "500 Leading Neutrals/Private Judges in America" by Lawdragon Magazine, 2006*

*and as a "New York Super Lawyer" by Law & Politics Magazine, 2006*

**David Geronemus, Esq.** is one of the most respected and sought after dispute resolution professionals. He has been a full-time neutral with JAMS since 1994. A former law clerk to Supreme Court Justice Potter Stewart, Mr. Geronemus has taught negotiation and alternative dispute resolution on an adjunct basis at Yale and Columbia Law Schools.

**ADR Experience and Qualifications**

- Mr. Geronemus has mediated disputes involving a wide variety of subject matters including environmental, asbestos, and other insurance coverage matters, contract disputes, employment law, trade secrets, libel, directors and officers liability, products liability, construction law, franchising, legal and accounting malpractice, corporate dissolution, securities law, personal injury, unfair competition, intellectual property, partnership, and other business disputes
- His extensive mediation experience includes both two-party cases and multi-party, complex mediations, as well as arbitrations

**Representative Matters**

- Mediated to settlement a complex insurance coverage case arising out of the sale of certain prescription drugs; case involved approximately 18 parties
- Successfully mediated a dispute between two public companies both in Chapter 11 proceedings, involving allegations of securities fraud as well as preference claims
- Facilitated settlement of numerous employment disputes ranging from disputes under executive employment agreements to discrimination claims
- Successfully mediated class actions, including a case alleging improper charges by an HMO to its members
- Successfully mediated numerous environmental insurance coverage cases, including one case that involved over 250 sites, multiple insurers and over seven hundred million dollars in estimated investigation and remediation costs
- Mediated to settlement a number of cases involving disputes arising out of the operations of closely held and family businesses
- Mediated and arbitrated numerous disputes arising out of commercial and financial transactions, including arbitration of a multimillion dollar dispute arising out of the sale of a portfolio of mortgage servicing rights
- Mediated several disputes involving insurance coverage for asbestos liabilities. These cases have arisen in both bankruptcy and non-bankruptcy settings. One case involved two insured's and over 30 insurers
- Successfully mediated a dispute alleging breaches of various representations and warranties in connection with the sale of a billion-dollar portfolio of home equity loans
- Med/arb in a dispute between an HMO and a provider organization
- Mediation of actions by bankruptcy trustees against directors and officers of failed companies
- Successful mediation of a case involving a breach of a contract to build a website

**Background and Education**

- Mediator, JAMS, 1994-present
- Partner, Donovan, Leisure, Newton & Irvine, Washington, D.C. and New York, 1990-1994
- Associate and Partner, Rogovin, Huge & Schiller, Washington, D.C., 1984-1989
- Law Clerk, Supreme Court Justice Potter Stewart, 1983-1984
- Law Clerk, Chief Judge Collins Seitz, U.S. Court of Appeals, 3rd Circuit, 1982-1983
- J.D., New York University Law School, 1982 (Senior Articles Editor, *N.Y.U. Law Review*; N.Y.U. Alumni Association Award; John Norton Pomeroy Prize, the Leonard M. Henkin Prize; Member of the *Order of the Coif*)
- M.B.A., Columbia University Graduate School of Business, 1980 (Roswell C. McCrea Prize, Beta Gamma Sigma Honor Society)
- B.A., Wesleyan, 1975