# Exhibit B

**GOLD BENNETT CERA & SIDENER LLP**
(March 2008)


Gold Bennett Cera & Sidener LLP is based in San Francisco, California. The Firm is devoted to the aggressive pursuit of its clients' legal objectives. The Firm's practice consists primarily of complex business litigation with an emphasis on securities and antitrust matters. The Firm has had experience representing its clients in courts located across the nation. The particular areas of the Firm's expertise include the following practice areas:

- Securities Litigation

- Antitrust and Trade Regulation

- Consumer Actions

- Bankruptcy Litigation

- Corporate Litigation

The Firm's clientele is diverse. In the course of its practice, the Firm has served as counsel to a variety of individuals and business organizations including entrepreneurs, individual and corporate investors and small to large businesses. The Firm represents its clients on either a contingent fee or a negotiated fee basis depending on the specific circumstances and needs of the client.

During the course of the Firm's work, its members have gained considerable knowledge of a number of varied industries. They include the following: airlines; banking; retailing; insurance; commercial real estate; toys; communications; video games; medical imaging; savings and loan; finance leasing; capital equipment leasing; microcomputers; mainframe computers; independent power production; industrial chemicals; oil and gas; retail and institutional brokerage; municipal bonds; tax-advantaged investments; hedged fund investing and derivatives; food and beverage; food additives; animal feed; health care and e-commerce.

In addition, members of the Firm have acquired expertise in a number of different business disciplines including: corporate reorganizations; mergers and acquisitions; investment banking; economic modeling; accounting; auditing and damage analyses.


595 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
415-777-2230

Resume of Gold Bennett Cera & Sidener LLP
Page Two of Four

For over thirty (30) years, the Firm has played a leading role in some of the most significant cases in the country. These cases resulted in substantial recoveries, well in excess of $1 billion, for the Firm's clients and have established some of the basic principles for handling complex litigation.

## Securities Litigation

The Firm has significant experience in successfully litigating securities litigation cases. Some of these cases in which the Firm has played a lead role include:

| | |
|---|---|
| *Pacific Lumber Sec. Litig.*<br>($140 million) (New York) | *Legato Systems Sec. Litig.*<br>($85 million) (San Jose) |
| *Peregrine Systems, Inc. Sec. Litig.*<br>($56 million) (partial) (San Diego) | *Nucorp Energy Sec. Litig.*<br>($54 million) (San Diego) |
| *Hedged Investment Assoc. Sec. Litig.*<br>($50 million) (Denver) | *First Capital Holdings Sec. Litig.*<br>($47.5 million) (Los Angeles) |
| *Itel Corporation Sec. Litig.*<br>($40 million) (San Francisco) | *Hallwood Realty Partners, L.P. Sec. Litig.*<br>($35.5 million) (San Francisco) |
| *American Energy Resources Sec. Litig.*<br>($33 million) (San Francisco) | *CBT Group PLC Sec. Litig.*<br>($32 million) (San Jose) |
| *Wickes Cos. Securities Litigation*<br>($32 million) (San Diego) | *Rent-Way Sec. Litig.*<br>($30 million) (Erie) |
| *Sun Microsystems Sec. Litig.*<br>($30 million) (San Jose) | *Consolidated Capital Sec. Litig.*<br>($29.5 million) (San Francisco) |
| *HPL Technologies, Inc. Sec. Litig.*<br>($25.5 million) (San Francisco) | *Diasonics Sec. Litig.*<br>($25 million) (San Jose) |

595 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
415-777-2230

Resume of Gold Bennett Cera & Sidener LLP
Page Three of Four

## Antitrust Litigation

The Firm also has significant antitrust litigation experience. The Court in the *Rubber Chemicals Antitrust Litigation* found that it was undisputed that the Firm has "extensive experience and expertise in antitrust and other class actions, as well as other complex litigation, and have successfully prosecuted such cases in courts across the country." *In re Rubber Chemicals Antitrust Litigation*, 232 F.R.D. 346 (N.D. Cal. 2005). The Firm has played or is playing a lead role in the following recent antitrust actions:

| | |
|---|---|
| *Methionine Antitrust Litig.*<br>($107 million) (San Francisco) | *Rubber Chemicals Antitrust Litig.*<br>($320 million) (San Francisco) |
| *EPDM Antitrust Litig.*<br>($81 million) (partial) (Connecticut) | *CR Antitrust Litig.*<br>($62 million) (Connecticut) |
| *High Pressure Laminates Antitrust Litig.*<br>($40.5 million) (New York) | *Organic Peroxide Antitrust Litig.*<br>($37 million) (Washington, D.C.) |
| *Polyester Staple Antitrust Litig.*<br>($30.5 million) (partial) (Charlotte) | *MCAA Antitrust Litig.*<br>($15.6 million) (Washington, D.C.) |
| *NBR Antitrust Litig.*<br>($35 million) (Pittsburgh) | *Plastic Additives Antitrust Litig.*<br>($30.4 million) (partial) (Philadelphia) |

The Firm is currently acting as a lead counsel for plaintiffs in a number of other pending antitrust actions. In the past, the Firm has also represented plaintiffs in the following large antitrust actions: Vitamin Antitrust Litigation (San Francisco), MSG Antitrust Litigation (Minneapolis), Sorbate Antitrust Litigation (San Francisco), Folding Carton Antitrust Litigation (Chicago), Corrugated Carton Antitrust Litigation (Houston), Sugar Antitrust Litigation (San Francisco), Beer Antitrust Litigation (Honolulu) and the Infant Baby Formula Antitrust Litigation (Los Angeles).

## Other Complex Business Litigation

Sizeable recoveries have been made in other cases as well. For example, the Firm recovered approximately three million dollars ($3,000,000) on behalf of two individuals in a business fraud case. In a major case involving breaches of trust and fiduciary duty, the Firm's effort caused a capital restructuring of a sizeable financial institution, thereby creating a substantial benefit to the Firm's clients and the financial institution (by the elimination of "management" stock), as well as a cash recovery of over one million dollars ($1,000,000).

Resume of Gold Bennett Cera & Sidener LLP
Page Four of Four


The Firm also represented management shareholders of a then private biotechnology company where it was successful in recovering $2 million in stock, reconstituting the board, and imposing voting restrictions on certain significant shares which were held by investors hostile to management. The litigation was an important milestone in the Company's history and permitted the Company to complete a $76 million Initial Public Offering.

The Firm has also handled the defense of major litigation. In one situation, the Firm orchestrated the successful defense of a multi-million dollar claim asserted against numerous sophisticated individuals and a related Chapter 11 bankruptcy proceeding. In another defense matter, we represented a publicly traded company and were successful in settling the case whereby plaintiffs agreed to pay our client (the defendant) over $2 million. In a bankruptcy case, the Firm represented a major equityholder in connection with a Plan of Reorganization.

Proud of its prior achievements, the Firm continues to excel and is in the process of expanding its practice by representing diverse clients in specialized litigation situations. The Firm is willing to take on such representation, where appropriate, on a contingent fee arrangement. As demonstrated by the results previously achieved, the Firm possesses the experience, qualifications and resources necessary to provide superior representation to all of its clients. We have enclosed profiles of the attorneys of the Firm.

595 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
415-777-2230

# ATTORNEYS OF THE FIRM

## PAUL F. BENNETT

Mr. Bennett has been with the Firm since 1974 and is its managing partner. During that time, he has played a key role in most of the Firm's cases. He has had the primary litigating responsibilities in a number of cases involving, <u>inter alia</u>, the following industries: capital equipment leasing, independent power production, industrial chemicals, computer hardware and software, banking, savings and loan, commercial real estate, retailing, medical imaging, microcomputers, specialized computer applications for the office, food additives, animal feed and health care. Mr. Bennett has also gained considerable expertise and background in the fields of financial analysis, accounting, auditing, investment banking, corporate reorganizations, mergers and acquisitions, and damage analysis.

Mr. Bennett is currently a member of the Bar of the Supreme Court of the United States, the State Bar of California, the Antitrust Law Section, the Corporation, Business and Banking Section, and the Litigation Section of the American Bar Association. Mr. Bennett is also a member of the Class Actions and Derivative Suits and Securities Litigation subsections of the Litigation Section of the American Bar Association. Mr. Bennett was a featured speaker at the Stanford Law School session on Securities Fraud Litigation held in June 1995 and at the Practising Law institute on Sweeping Reform in March 1996. Mr. Bennett authored an article entitled "Pleading Proof for Actions under the Securities Exchange Act of 1934 and New Securities Exchange Act Section 21 D(b)," which appeared in <u>Practising Law Institute Law and Practice Handbook</u>, Securities Litigation, Series No. B-923 (1996 supp.); he also authored a commentary in the <u>Securities Reform Act Litigation Reporter</u>, Symposium on Silicon Graphics (Vol. 1, Nos. 5 & 6, Aug/Sept 1996 at 681-87). Mr. Bennett also served as a Judge in the National Appellate Advocacy Competition in 1996.

Mr. Bennett is a graduate (with distinction) of the University of California at Berkeley and received his J.D. from Hastings College of the Law. Mr. Bennett has been given an "AV" rating by Martindale-Hubbell.

## SOLOMON B. CERA

Mr. Cera joined the Firm in 1983. While at the Firm, Mr. Cera has obtained experience in a variety of fields, including the oil and gas industry, executive compensation, insurance and tax-advantaged investments. In addition, Mr. Cera has obtained significant experience in the fields of mergers and acquisitions, accounting and auditing.

Among the more significant cases in which Mr. Cera has played a leading role on behalf of the Firm are the following. In Roberts v. Heim, No. 84-8069 THE (N.D. Cal.), Mr. Cera represented a class of approximately 3,000 investors who lost money in an oil and gas limited partnership investment. The Firm recovered $33 million in cash for the investors and obtained injunctions which barred collection from the limited partners on $500 million worth of promissory notes. In this same case, Mr. Cera obtained more than 10 judgments on behalf of his clients against various defendants for in excess of $100 million each. In commenting on the Firm's representation of its clients in the case, the Chief Judge of the United States District Court for the Northern District of California stated as follows:

> [T]his action has been extraordinarily complex, resulting in over 300 orders by this court, several of which have been published, and many of which addressed difficult issues of first impression, and were eventually published . . . [T]hroughout this action, class counsel has demonstrated superior legal abilities, and has submitted to the court briefs, memoranda and oral argument of the highest quality . . . [C]ounsel's efforts have conferred substantial benefits on the class.

Roberts v. Heim, [1991 Tr. Binder] Fed. Sec. L.Rep. (CCH) ¶96,221 at 91,155-56 (N.D. Cal. August 28, 1991).

In Higley v. Donahue, et al., No. 93-CV-4288 (Denver District Court), Mr. Cera acted on behalf of the firm as co-lead counsel in an action in Colorado state court against several large, nationally known brokerage firms, based on their involvement in a hedged options trading scheme. A settlement with a value of $50 million was reached for the benefit of a class of approximately 800 investors in the space of 15 months.

In Joseph v. Wiles, 223 F.3d 1155 (10th Cir. 2000), Mr. Cera obtained reinstatement of a case against officers and directors, underwriters and accountants in a class action securities fraud case involving a disk drive manufacturer. The decision is important insofar as it approves the filing of securities law claims by purchasers in the aftermarket of an initial offering of securities, and further analyzes the statute of limitations in a way which benefits investors.

Mr. Cera graduated from Pomona College, Claremont, California, and received his J.D. from the University of San Francisco School of Law where he was the recipient of the American Jurisprudence Award in Corporations. He is admitted to practice before the Supreme Court of the United States, and is a member of the State Bar of California.

595 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
415-777-2230

Mr. Cera also is a member of the American Bar Association, including its Litigation Section, as well as the Association of Trial Lawyers of America.

Mr. Cera has published an article entitled "Control Person Liability of the Outside Director" which appeared in the ABA Section of Litigation, Committee on Securities Litigation Journal <u>Securities News</u>, Vol. II, No. 2 Winter 1993. Mr. Cera has been given an "AV" rating by Martindale-Hubbell.

## STEVEN O. SIDENER

Steven O. Sidener was with the Firm between 1985 and 1994. He rejoined the Firm in 1998. For over a dozen years, he has represented investors and claimants in complex securities and fraud cases, including <u>In re Technical Equities Securities Litigation</u>, <u>In re Wyse Technology Securities Litigation</u>, <u>Wade v. Industrial Funding Corp.</u>, <u>In re Media Vision Securities Litigation</u>, and <u>In re MiniScribe Securities Litigation</u>. He also served as co counsel for a court-appointed receiver in <u>In re TMI Limited Partnership Litigation</u>, a real estate fraud/breach of fiduciary duty case filed on behalf of 40,000 current and former California school teachers. He has also been involved in intellectual property litigation, and recently helped to prosecute a copyright infringement action to a successful conclusion. Mr. Sidener specializes in conducting accounting and financial fraud investigations and prosecuting antitrust actions.

Mr. Sidener was actively involved in, among others, the following published decisions: <u>In re American Continental/Lincoln Savings and Loan Sec. Litig.</u>, 130 F.R.D. 475 (J.P.M.L. 1990); <u>Wade v. Industrial Funding Corp.</u> [1992 Tr. Binding] Fed. Sec. L. Rep. (CCH) 96,908 (N.D. Cal. May 28, 1992); <u>Wade v. Industrial Funding Corp.</u>, [1993-94 Tr. Binder] Fed. Sec. L. Rep. (CCH) ¶ 98,144 (N.D. Cal. Aug. 30, 1993). Currently, Mr. Sidener is actively litigating numerous antitrust class actions in which the Firm has been appointed as Co-Lead Counsel.

Mr. Sidener received a B.A. degree (economics) from the University of California, Berkeley (with distinction), where he was a member of Phi Beta Kappa. He received his J.D. degree from the University of California, Hastings College of the Law. Mr. Sidener has been given an "AV" rating by Martindale-Hubbell.

595 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
415-777-2230

## JOSEPH M. BARTON

Mr. Barton joined the Firm in 1993 as a paralegal. He became an associate at the Firm upon his admission to the California Bar in 1997. During his tenure, Mr. Barton has been actively involved in litigating many of the Firm's cases, with a concentration on securities fraud, consumer fraud and antitrust class actions.

Mr. Barton, a native of San Francisco, has a B.A. (Political Science) from the California Polytechnic State University in San Luis Obispo. During college, he studied international politics for one year in Florence, Italy. Mr. Barton earned his J.D. from Golden Gate University School of Law in San Francisco where he was selected for the National Appellate Moot Court Competition team.

Mr. Barton is a member of the American Bar Association, the State Bar of California, and the Bar Association of San Francisco.

## CHARLES A. DIRKSEN

Mr. Dirksen joined the Firm in 2000. For three years prior to attending law school, he worked in Washington, D.C. as a paralegal on civil antitrust individual and complex multidistrict class action cases, and on federal Department of Justice and state attorneys general antitrust grand jury investigations. Throughout law school, he interned in the Special Prosecution Unit of the San Francisco District Attorney's Office. After taking the California bar exam, he gained significant experience in securities, antitrust, product liability, patent and maritime litigation.

Mr. Dirksen received a B.A. (magna cum laude) from Boston College, and a J.D. from the University of San Francisco School of Law. He spent a year as an Article Editor of USF's Maritime Law Journal.

Mr. Dirksen is a member of the American Bar Association, the State Bar of California, and the Bar Association of San Francisco.

595 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
415-777-2230

## GWENDOLYN R. GIBLIN

Ms. Giblin joined Gold Bennett Cera & Sidener LLP in 2001. She has spent her entire legal career litigating complex business cases, including securities, antitrust, and consumer actions.

Ms. Giblin earned her law degree at Golden Gate University School of Law in 1995, where she was a member of the Law Review (1995) and Assistant Editor of the school's newspaper, The Caveat (1993-1995). She was on the Dean's List (1994-1995) and received the American Jurisprudence Award for Real Property (1994). Ms. Giblin was also honored with several merit scholarships, including the San Francisco Legal Auxiliary Scholarship (1994-1995) and the Natalie Podell Memorial Scholarship (1994-1995). Ms. Giblin was a semi-finalist in Golden Gate University's annual moot court competition (1994) and subsequently was invited to serve of the University's Moot Court Board (1994-1995). She also competed in the state-wide Traynor Moot Court Competition (1995). During the Summer of 1994, Ms. Giblin studied at the University of Moscow School of Law. She was also twice named in Who's Who Among American Law Students (1994 and 1995).

Ms. Giblin graduated from the University of California at Berkeley in 1992 with a degree in Rhetoric. While at Cal, she was honored with the California Alumni Scholarship (1990-1991), which was renewed the following academic year. She also received the Marguerite Higgins Hall Memorial Scholarship (1991-1992). Ms. Giblin was an active member of the Society of Professional Journalists (1990-1992), and served as Vice-President of the organization (1991-1992).

Ms. Giblin is admitted to practice in the State of California, the Ninth Circuit, the Eleventh Circuit, and all federal district courts in California. She is a member of the San Francisco Bar Association (1994-present), where she served as Vice President of the Barristers' Club Antitrust and Securities Litigation Section (1996-1997). Ms. Giblin has also been a member of the San Mateo County Bar Association (1998-2001), the California Women Lawyers Association (1998-2001), and the Association of Business Trial Lawyers (1998-2001).

## THOMAS C. BRIGHT

Mr. Bright joined the Firm in 2002. He has substantial experience in the litigation of complex business matters, intellectual property disputes and antitrust cases. For three years prior to joining the Firm, Mr. Bright worked for an antitrust, intellectual property and business litigation firm located in San Francisco whose clients were small to medium-sized businesses including listed, public companies.

Prior to his relocation to San Francisco, Mr. Bright engaged in complex business and insurance litigation for four years in the Southern California office of a national firm based in New York. In addition to litigating primarily commercial liability coverage disputes, tort,

595 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94105
415-777-2230

employment and business matters, Mr. Bright was an entertainment lawyer and assumed various roles in attorney fee matters, ranging from performing internal audits to serving as counsel in litigated matters.

After law school, Mr. Bright worked in the motor sports division of International Management Group, the country's largest sports agency.

Mr. Bright graduated from Vanderbilt University in Nashville Tennessee with a Bachelor of Arts degrees in History. He received his Juris Doctor from the Pepperdine University School of Law in Malibu, California. During his final year of law school, Mr. Bright was an extern under Justice Mildred Lillie for the California Court of Appeals, Second Appellate District, Division Seven.

Mr. Bright is a member of both the State Bar of California, and the District of Columbia Bar. Mr. Bright is also admitted to practice in the Southern District of California, Central District of California, Eastern District of California and Northern District of California.


## PAMELA A. MARKERT

Ms. Markert joined the Firm in 2006. For more than five years prior to joining the firm, Ms. Markert gained significant litigation experience in business, consumer and general liability matters representing clients ranging from individuals, partnerships and closely-held corporations to multinational companies.

Prior to her career in law, Ms. Markert worked at SunGard Financial Systems, Inc. providing technical direction to clients for a comprehensive investment accounting and portfolio management system for client portfolios totaling more than $27 billion. While at SunGard, Ms. Markert spent a year in Washington D.C. providing on-site client support for the capital markets division of the Resolution Trust Corporation.

Ms. Markert received a B.S. in Business Administration, Finance, (cum laude) from California State University, Northridge, and a J.D. from Santa Clara University School of Law. She was an Articles Editor of the Santa Clara Law Review and her comment was published. Ms. Markert was honored as an Emery Academic Scholarship recipient at Santa Clara.

Ms. Markert is admitted to practice in the State of California, United States District Court for the Northern District of California and the Ninth Circuit Court of Appeals. She is a member of Queen's Bench Bar Association of the San Francisco Bay Area.

## KENNETH A. FROST, III

Mr. Frost joined the Firm in 2004 as an associate specializing in antitrust, securities and other complex litigation. Prior to joining the Firm, Mr. Frost worked extensively on a large class action antitrust case affecting California consumers of a well-known brand of computer software. He is also experienced in antitrust cases involving alleged price-fixing in the real estate industry. Mr. Frost previously served as a judicial extern for the Civil Division of the Marin County Superior Court.

Mr. Frost holds a B.A. degree in history from Brown University. He received his Juris Doctor degree from the University of San Francisco School of Law. During law school, Mr. Frost served as Vice President of the USF Intellectual Property Law Association and worked on the USF Maritime Law Journal as a Survey Writer.

Mr. Frost is a member of the Marin County Bar Association, the Bar Association of San Francisco, the State Bar of California and the American Bar Association.

**Selected Published Decisions
In Which The Firm
Has Played A Significant Role**

1.  In re Activision Securities Litigation,
    (CCH) Fed.Sec.L.Rep. ¶92,397 (N.D.Cal. 1985)

2.  In re Activision Securities Litigation,
    621 F.Supp. 415 N.D.Cal. 1985)

3.  In re Activision Securities Litigation
    723 F.Supp. 1373 (N.D.Cal. 1989)

4.  Adobe Systems, Inc. Securities Litigation,
    Fed.Sec.L.Rep. (CCH) ¶95,873 (N.D.Cal. 1991)

5.  Adobe Systems, Inc. Securities Litigation,
    Fed.Sec.L.Rep. (CCH) ¶96,051 (N.D.Cal. 1991)

6.  In re ASK Securities Litigation,
    Fed.Sec.L.Rep. (CCH) ¶96,991 (N.D.Cal. 1992)

7.  Businessland Securities Litigation,
    Fed.Sec.L.Rep. (CCH) ¶96,059 (N.D.Cal. 1991)

8.  In re Carbon Black Antitrust Litigation,
    2005 W.L. 102966 (D. Mass. 2005)

9.  Colaprico v. Sun Microsystems. Inc.,
    Fed.Sec.L.Rep. (CCH) ¶95,874 (N.D.Cal. 1991)

10. Colaprico v. Sun Microsystems, Inc.,
    Fed.Sec.L.Rep. (CCH) ¶96,198 (N.D.Cal. 1991)

11. In re Consolidated Air West Securities Litigation,
    73 F.R.D. 12 (N.D.Cal. 1977)

12. In re Consolidated Capital Securities Litigation,
    (CCH) Fed.Sec.Rptr. ¶95,238 (N.D.Cal. 1990)

13. In re Daisy Systems Securities Litigation
    Fed.Sec.L.Rep. (CCH) ¶96,190 (N.D.Cal. 1991)

14.   Desmond v. BankAmerica Corp.,
      Fed.Sec.L.Rep. (CCH) ¶90,995 (N.D.Cal. 2000)

15.   In re Diasonics Securities Litigation,
      599 F.Supp. 447 (N.D.Cal. 1984)

16.   Digital Microwave Corp. Securities Litigation,
      Fed.Sec.L.Rep. (CCH) ¶97,044 (N.D. Cal. 1992)

17.   Duval v. Gleason,
      Fed.Sec.L.Rep. (CCH) ¶96,153 (N.D.Cal. 1991)

18.   Eminence Capital, LLC v. Aspeon, Inc.,
      316 F.3d 1048 (9th Cir. 2003)

19.   Eza Charitable Trust v. Rent-Way, Inc.,
      136 F.Supp.2d 435 (W.D. Pa. 2001)

20.   In re Fortune Systems Securities Litigation,
      604 F.Supp. 150 (N.D.Cal. 1984)

21.   Gaillard v. Natomas Co.,
      173 Cal.App.3d 410, 219 Cal.Rptr. 74 (1985)

22.   Gaillard v. Natomas,
      208 Cal.App.3d 1250 (1989)

23.   In re Gap Stores Securities Litigation,
      79 F.R.D. 283 (N.D.Cal. 1978)

24.   In re Granite Partners, L.P.,
      194 BR 318 (Bankr. S.D.N.Y. 1996)

25.   Green v. Occidental,
      541 F.2d 1335 (9th Cir. 1976)

26.   Hudson v. Capital Management, Inc.,
      565 F.Supp. 615 (N.D.Cal. 1983)

27.   Hudson v. Capital Management Int'l., Inc.,
      Fed.Sec.L.Rep. (CCH) ¶99,221 (N.D.Cal. 1982)

28.   Hudson v. Capital Management Int'l., Inc.,
      Fed.Sec.L.Rep. (CCH) ¶99,222 (N.D.Cal. 1982)

29. In re Itel Securities Litigation,
    596 F.Supp. 226 (N.D.Cal. 1984)

30. In re Itel Securities Litigation,
    89 F.R.D. 104 (N.D.Cal. 1981)

31. Joseph v. Wiles,
    223 F.3d 1155 (10th Cir. 2000)

32. Lilley v. Charren,
    936 F.Supp. 708 (N.D.Cal. 1996)

33. Marshall v. Holiday Magic,
    550 F.2d 1173 (9th Cir. 1977)

34. Masstor Systems Corporation Securities Litigation,
    Fed.Sec.L.Rep. (CCH) ¶92,719 (N.D.Cal. 1986)

35. McFarland v. Memorex Corp.,
    581 F.Supp. 878 (N.D.Cal. 1984)

36. In re Memorex Securities Case,
    61 F.R.D. 88 (N.D.Cal. 1973)

37. In re Nucorp Energy Securities Litigation,
    Fed.Sec.L.Rep. (CCH) ¶99,158 (S.D.Cal. 1983)

38. In re Nucorp Energy Securities Litigation,
    Fed.Sec.L.Rep. (CCH) ¶93,224 (S.D.Cal. 1987)

39. In re Plastic Additives Antitrust Litigation,
    2004 WL 2743591 (E.D. Pa. 2004)

40. In re Pizza Time Theatre Securities Litigation,
    Fed.Sec.L.Rep. (CCH) ¶92,53 7 (N.D.Cal. 1986)

41. Primavera Familienstiftung v. Askin,
    173 F.R.D. 115 (S.D.N.Y. 1997)

42. In re Rent-Way Sec. Litig.,
    209 F.Supp.2d 493 (W.D. Pa. 2002)

43. Roberts v. Heim,
    Fed.Sec.L.Rep. (CCH) ¶94,393 (N.D.Cal. 1989)

44. <u>Roberts v. Heim,</u>
Fed.Sec.L.Rep. (CCH) ¶94,394 (N.D.Cal. 1989)

45. <u>Roberts v. Heim,</u>
Fed.Sec.L.Rep. (CCH) ¶95,430 (N.D.Cal. 1990)

46. <u>Roberts v. Heim,</u>
Fed.Sec.L.Rep. (CCH) ¶95,431 (N.D.Cal. 1990)

47. <u>Roberts v. Heim,</u>
Fed.Sec.L.Rep. (CCH) ¶96,094 (N.D. Cal. 1991)

48. <u>Roberts v. Heim,</u>
Fed.Sec.L.Rep. (CCH) ¶96,095 (N.D.Cal. 1991)

49. <u>Roberts v. Heim,</u>
Fed.Sec.L.Rep. (CCH) ¶96,221 (N.D.Cal. 1991)

50. <u>Roberts v. Heim,</u>
Fed.Sec.L.Rep. (CCH) ¶96,970 (N.D.Cal. 1992)

51. <u>Roberts v. Peat Marwick Mitchell & Co.,</u>
857 F.2d 646 (9th Cir. 1988)

52. <u>Rogers v. NationsCredit Financial Services Corp.,</u>
Bankr. L. Rep. (CCH) ¶77,918 (N.D.Cal. 1999)

53. <u>In re Rubber Chemicals Antitrust Litigation,</u>
232 F.R.D. 346 (N.D. Cal. 2005)

54. <u>In re Seagate Technology II Securities Litigation,</u>
Fed.Sec.L.Rep. (CCH) ¶97,028 (N.D. Cal. 1992)

55. <u>In re Technical Equities Federal Securities Litigation,</u>
Fed.Sec.L.Rep. (CCH) ¶94,093 (N.D.Cal. 1988)

56. <u>In re Victor Technologies Securities Litigation,</u>
102 F.R.D. 53 (N.D.Cal. 1984)

57. <u>In re Victor Technologies Securities Litigation,</u>
Fed.Sec.L.Rep. (CCH) ¶93,158 (N.D.Cal. 1987)

58. <u>In re Worlds of Wonder Securities Litigation,</u>
35 F.3d 1407 (9th Cir. 1994)

59.    In re Worlds of Wonder Securities Litigation,
       721 F.Supp. 1140 (N.D.Cal. 1989)

60.    In re Worlds of Wonder Securities Litigation,
       Fed.Sec.L.Rep. (CCH) ¶95,004 (N.D.Cal. 1990)

61.    In re Worlds of Wonder Securities Litigation,
       694 F.Supp. 1427 (N.D.Cal. 1988)

62.    In re Worlds of Wonder Securities Litigation,
       Fed.Sec.L.Rep. (CCH) ¶97,041 (N.D. Cal. 1992)

63.    In re Worlds of Wonder Securities Litigation,
       Fed.Sec.L.Rep. (CCH) ¶97,018 (N.D.Cal. 1992)

64.    Zatkin v. Primuth,
       551 F.Supp. 39 (S.D.Cal. 1982)

65.    Zell v. Intercapital Income Securities, Inc.,
       675 F.2d 1041 (9th Cir. 1982)