UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SONUS NETWORKS, INC. SECURITIES LITIGATION | ) Civil Action No. 04-10294-DPW<br>) (Lead Case)<br>)<br>) |
| THIS DOCUMENT RELATES TO: ALL CASES | )<br>)<br>)<br>)<br>) |

**DECLARATION OF CAROLE K. SYLVESTER RE MAILING OF NOTICE OF PENDENCY OF CLASS ACTION AND PROOF OF CLAIM AND PUBLICATION OF SUMMARY NOTICE**

> GOLD BENNETT CERA & SIDENER LLP
> Solomon B. Cera
> Gwendolyn R. Giblin
> Pamela A. Markert
> Kenneth A. Frost
> 595 Market Street, Suite 2300
> San Francisco, California 94105
> Telephone: (415) 777-2230
> Facsimile: (415) 777-5189
>
> Attorneys for Lead Plaintiff
> BPI Global Asset Management LLP

#118817

I, Carole K. Sylvester, declare:

1. I submit this declaration in order to provide the Court and the parties to the above-captioned litigation with information regarding the mailing of the Notice of Pendency of Class Action and Hearing on Proposed Settlement and Attorneys' Fee Petition and Right to Share in the Settlement Fund (the "Notice"), and the Proof of Claim and Release form (the "Proof of Claim") and publication of the Summary Notice of Pendency of Class Action, Proposed Settlement and Settlement Hearing (the "Summary Notice"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. I am employed by Gilardi & Co. LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. My firm was retained as the Claims Administrator in this matter. *See* Stipulation and Agreement of Settlement, filed December 21, 2007, at ¶¶1(b), 6. I oversaw the notice services Gilardi has provided in accordance with the [Revised] Preliminary Order in Connection with Settlement Proceedings, filed January 22, 2008 (the "Order").

3. On or before January 30, 2008, I caused address labels reflecting the names and addresses of all persons and entities who purchased the common stock of Sonus Networks, Inc. ("Sonus") during the period from March 28, 2002 through March 26, 2004, inclusive, as provided to Gilardi by Sonus's stock transfer agent, to be affixed to envelopes containing the Notice and Proof of Claim ("Claim Package"). True and correct copies of the Notice, as mailed, and the Proof of Claim, as mailed, are attached hereto as Exhibits A and B, respectively. I thereafter caused all of such envelopes to be posted for first-class mail and delivered on January 30, 2008 to the United States Post Office located in Santa Rosa, California. The total number of Claim Packages mailed on January 30, 2008 was 1,317.

#118817                                                                                                                1

4. Gilardi has acted as a repository for shareholder inquiries and communications received in this action. In this regard, Gilardi has forwarded the Claim Package on request to nominees who held Sonus common stock for the beneficial interest of other persons and entities. Gilardi has also forwarded the Claim Package directly to beneficial owners upon receipt of the names and addresses from such nominees.

5. In response to correspondence or inquiries from potential class members and/or nominees, Gilardi has caused to be mailed directly to potential class members or delivered in bulk to nominees an additional 90,776 Claim Packages.

6. I also caused a copy of the Order, Notice, and Proof of Claim to be posted on our website (www.gilardi.com) and to be continuously available thereon from January 30, 2008.

7. I caused the Summary Notice to be published in the national edition of *The Wall Street Journal* on February 5, 2008 as shown in the affidavit of publication attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of March 2008 at San Rafael, California.

                                                        *Carole K. Sylvester*
                                                        Carole K. Sylvester

#118817                                                                                                                         2