# EXHIBIT C

# AFFIDAVIT

**STATE OF TEXAS** )
) ss:
**CITY AND COUNTY OF DALLAS**)

I, Morgan Rogers, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for 1 insertion(s) on the following date(s): 2/5/2008; advertiser: Sonus Networks, Inc.; and that the foregoing statements are true and correct to the best of my knowledge.

_____

Sworn to before me this
5th day of February 2008.

_____
Notary Public

ERIN N. MCBRAYER
Notary Public, State of Texas
My Commission Expires
May 18, 2011

C4 Tuesday, February 5, 2008 · · · THE WALL STREET JOURNAL.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE SONUS NETWORKS, INC. ) Civil Action No. 04-10294-DPW
SECURITIES LITIGATION ) (Lead Case)
)
THIS DOCUMENT RELATES TO: )
ALL CASES )

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION,
PROPOSED SETTLEMENT AND SETTLEMENT HEARING**

TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE COMMON STOCK OF SONUS NETWORKS, INC. DURING THE PERIOD MARCH 28, 2002 THROUGH MARCH 26, 2004, INCLUSIVE (THE "CLASS").

YOU ARE HEREBY NOTIFIED, pursuant to Federal Rule of Civil Procedure 23 and an Order of the Court dated January 18, 2008, that the above-captioned action has been certified as a class action and that a settlement of $40,000,000 in cash has been proposed with regard to the defendants Sonus Networks, Inc., Hassan M. Ahmed, and Stephen J. Nill. A hearing will be held before the Honorable Douglas P. Woodlock, United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Courtroom No. 1, Boston, Massachusetts 02210, at 2:30 p.m., on March 31, 2008 to determine whether the proposed settlement should be approved by the Court as fair, reasonable, and adequate, to consider the application of Lead Plaintiff's Counsel for attorneys' fees and reimbursement of expenses, and to consider a proposed Plan of Allocation of the Settlement Proceeds.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUNDS. If you have not yet received the full printed Notice of Pendency of Class Action and Hearing On Proposed Settlement and Attorneys' Fee Petition and Right to Share in Settlement Fund (the "Notice"), and a Proof of Claim and Release form, you may obtain copies of these documents by identifying yourself as a member of the Class and by calling or writing to:

In re Sonus Networks, Inc. Securities Litigation
c/o Gilardi & Co. LLC, Claims Administrator
P.O. Box 8040, San Rafael, California 94912-8040
(800) 447-7657, www.gilardi.com

Inquiries, other than requests for the Notice and Proof of Claim and Release, may be made to Lead Plaintiff's Counsel:

Solomon B. Cera, Esq.
Gold Bennett Cera & Sidener LLP
595 Market Street, Suite 2300
San Francisco, California 94105

To participate in the Settlement, you must submit a Proof of Claim and Release no later than April 30, 2008. If you are a Class member and do not submit a proper Proof of Claim and Release, you will not share in the settlement but you will be bound by the final orders and judgment of the Court. Any objections to the Settlement must be filed by March 14, 2008. To exclude yourself from the Class you must submit a request for exclusion, postmarked no later than March 14, 2008, setting forth certain information ordered by the Court and described in the Notice. If you are a Class member and do not exclude yourself you will be bound by the final orders and judgment of the Court.

PLEASE DO NOT CONTACT THE COURT.

By Order of The Court

---

**Notice of Commencement of Tender Offer**

February 5, 2008 (EST)

Japan Blue Sky Capital Partners, L.P., Japan Banking Investment Partners, L.P., Tokyo Capital Management Partners, L.P. and

---

# MARKETS LINEUP

## Dow Jones Industrial Average
**12635.16 ▼ 108.03, or 0.85%**

High, low, open and close for each trading day of the past three months.

All-time high: 14164.53, October 9, 2007

| | Last | Year ago |
|---|---|---|
| Trailing P/E ratio* | 50.34 | 20.79 |
| P/E estimate* | 15.00 | 14.98 |
| Dividend yield | 2.38 | 2.13 |
| Current divisor | 0.123017848 | |

## Nasdaq Composite Index
**2382.85 ▼ 30.51, or 1.26%**

High, low, open and close for each trading day of the past three months.

All-time high: 5048.62, March 10, 2000

| | Last | Year ago |
|---|---|---|
| Trailing P/E ratio* | 29.20 | 36.83 |
| P/E estimate* | 21.45 | 26.85 |
| Dividend yield | 0.49 | 0.47 |

*Based on Nasdaq 100 index



NYSE daily volume, in billions of shares

Nasdaq daily volume, in billions of shares

*Based on previous 12 months (trailing) or forecast next 12 months (estimate) earnings

Bars measure the point change from session's open

## Russell 2000
**723.46 ▼ 7.04**

| | |
|---|---|
| P/E, trailing/estimate | 39.70/24.09 |
| Dividend yield | 1.73 |




Russell 2000 daily close

## Major U.S. Stock-Market Indexes

| | High | Low | LATEST Close | Net chg | % chg | 52-WEEK RANGE High | Low | % chg | YTD | % CHG 3-yr. ann. |
|---|---|---|---|---|---|---|---|---|---|---|
| **Dow Jones** | | | | | | | | | | |
| Industrial Average | 12749.78 | 12621.83 | 12635.16 | -108.03 | -0.85 | 14164.53 | 11971.19 | -0.2 | -4.7 | 5.6 |
| Transportation Avg | 4828.75 | 4730.20 | 4736.28 | -71.07 | -1.48 | 5446.49 | 4140.29 | -4.6 | 3.6 | 9.6 |
| Utility Average | 521.20 | 509.66 | 516.96 | 6.91 | 1.35 | 552.74 | 466.04 | 10.9 | -2.9 | 13.6 |
| Wilshire 5000 | 14091.09 | 13944.38 | 13954.41 | -136.48 | -0.97 | 15806.69 | 13189.66 | -4.6 | -5.8 | 5.6 |
| Barron's 400 | 296.69 | 293.38 | 294.44 | -1.91 | -0.64 | 350.95 | 273.28 | -4.7 | -6.7 | 6.9 |
| **Nasdaq Stock Market** | | | | | | | | | | |
| Nasdaq Composite | 2413.42 | 2382.09 | 2382.85 | -30.51 | -1.26 | 2859.12 | 2292.27 | -3.6 | -10.2 | 4.5 |
| Nasdaq 100 | 1854.62 | 1828.11 | 1828.50 | -26.47 | -1.43 | 2238.98 | 1712.94 | 1.9 | -12.3 | 6.0 |
| **Standard & Poor's** | | | | | | | | | | |
| 500 Index | 1395.38 | 1379.69 | 1380.82 | -14.60 | -1.05 | 1565.15 | 1310.50 | -4.6 | -6.0 | 4.7 |



═══ **STOCKS, CURRENCIES & COMMODITIES** ═══