UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE SONUS NETWORKS, INC. SECURITIES LITIGATION | ) Civil Action No. 04-10294-DPW<br>) (Lead Case)<br>)<br>) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) <br>) **PROOF OF SERVICE**<br>)<br>)<br>) |

118441

## PROOF OF SERVICE

I, KimLane E. Gantan, hereby certify that on March 24, 2008, I electronically filed the foregoing documents:

1.  **LEAD PLAINTIFF'S MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

2.  **DECLARATION OF SOLOMON B. CERA IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS, AND AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

3.  **LEAD PLAINTIFF'S COUNSELS MEMORANDUM IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

4.  **DECLARATION OF CAROLE K. SYLVESTER RE MAILING OF NOTICE OF PENDENCY OF CLASS ACTION AND PROOF OF CLAIM AND PUBLICATION OF SUMMARY NOTICE**

together with this Proof of Service, with the Clerk of theCourt using the CM/ECF System which sent notification of such filing to all counsel of record.

_____
KimLane E. Gantan

118441                                                                                                                        1